1  RICHARD R. WAITE (SBN 97942)
   MARY M. BEST (SBN 110220)
2  **KEENEY WAITE & STEVENS**
   A Professional Corporation
3  125 North Acacia Avenue, Suite 101
   Solana Beach, CA 92075
4  Telephone:  (858) 523-2130
   Facsimile:  (858) 523-2135
5
   WILLIAM D. MARLER, WSBA #17233
6  MARLER CLARK, LLP PS
   701 First Avenue, Suite 6600
7  Seattle, WA 98104
   Telephone:  (206) 346-1888
8  Facsimile:  (206) 346-1898
   (pending admission *pro hac vice*)
9
   Attorneys for Plaintiffs DEREK TRONE and
10 CINDY TRONE, husband and wife,
   Individually, and as Next Friends and
11 Natural Guardians of BRYSON TRONE, a minor

**FILED**

FEB 9 - 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TRONE and CINDY TRONE, husband and wife, individually, and as Next Friends and Natural Guardians of BRYSON TRONE, a minor, <br><br>  Plaintiffs, <br><br> v. <br><br> PEANUT CORPORATION OF AMERICA, a Virginia corporation, and Does 1-20, inclusive, <br><br> Defendants. | Case No. CV 09-0418 JL <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** <br><br> Chief Magistrate Judge James Larson |

Plaintiffs DEREK TRONE and CINDY TRONE, husband and wife, individually, and as Next Friends and Natural Guardians of BRYSON TRONE, a minor hereby dismiss without prejudice the entirety of the complaint filed on January 29, 2009. No parties have been served or have answered the complaint.

///

---

1

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

| | |
|---|---|
| Dated: February 9, 2009 | **KEENEY WAITE & STEVENS**<br>A Professional Corporation<br><br>By: *Mary M. Best*<br>Richard R. Waite, SBN 097942<br>Mary M. Best, SBN 110220<br>125 North Acacia Avenue, Suite 101<br>Solana Beach, CA 92075<br>Tel: 858.523.2133<br>Fax: 858.523.2135<br>rwaite@keenlaw.com<br><br>William D. Marler, WSBA #17233<br>MARLER CLARK, LLP PS<br>701 First Avenue, Suite 6600<br>Seattle, WA 98104<br>Tel. 206.346.1888<br>Fax: 206.346.1898<br>(pending admission *pro hac vice*)<br>bmarler@marlerclark.com<br><br>Attorneys for Plaintiffs |

2

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**