Trone et al v. Peanut Corporation of America Doc. 5

William N. Hebert, SBN 136099
CALVO & CLARK, LLP
One Lombard Street
San Francisco, California 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Charles L. Babcock, Texas SBN 01479500
*Pro Hac Vice Application Pending*
Amanda L. Bush, Texas SBN 24042161
*Pro Hac Vice Application Pending*
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221

ATTORNEYS FOR DEFENDANTS
MARK CUBAN AND DALLAS
BASKETBALL, LTD.

FILED
09 FEB 18 PM 2:50
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ROE, RICHARD ROE, II and DON A. NELSON, Individuals, | Case No. CV 09 0682 MEJ |
| Plaintiffs, | (State Court No. RG08410275) |
| vs. | |
| JOHN DOE, MARK CUBAN, an individual; and DALLAS BASKETBALL, LTD., a partnership, and DOES 1 through 10, | **PROOF OF SERVICE BY MAIL** |
| Defendants. | |



Dockets.Justia.com

I am employed with the law firm of Calvo & Clark, LLP, whose address is 1 Lombard Street, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action. On February 17, 2009, I served a copy of the following:

***Civil Cover Sheet***
***Notice of Removal***
***Appendix to Notice of Removal***
***Certificate of Interested Entities or Persons***
***Notice of Assignment of Case to a United States Magistrate Judge for Trial***
***Order Setting Initial Case Management Conference and ADR Deadlines***

on the interested parties in said action,

X **By Federal Express to John D. O'Connor, Bradley P. Kaplan, O'Connor and Associates, One Embarcadero Center, Tenth Floor, Suite 1020, San Francisco, California 94111**

I am readily familiar with the firm's practice of collecting and processing of documents and correspondence for mailing with Federal Express. Under that practice, on the above date the envelope was sealed and placed for collection and mailing following the ordinary business practices of our office. This results in the envelope being delivered to Federal Express that same day, with postage thereon fully prepaid.

Executed on February 17, 2009 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dominique Palacios
Legal Assistant