Trone et al v. Peanut Corporation of America Doc. 8

ORIGINAL

**Amanda L. Bush**
**Jackson Walker L.L.P.**
**1401 McKinney Street, Suite 1900**
**Houston, Texas 77010**
**(713) 752-4352 (Telephone)**
**(713) 752-4221 (Facsimile)**

FILED 09 FEB 19 PM 1:30 CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RICHARD ROE, RICHARD ROE, II and DON A. NELSON, Individuals,

Plaintiffs,

v.

JOHN DOE, MARK CUBAN, an individual; and DALLAS BASKETBALL, LTD., partnership, and DOES 1 through 10,

Defendants.

Case No. CV 09 0682 MEJ
(State Court No. RG08410275)

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Amanda L. Bush, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants Mark Cuban and Dallas Basketball, Ltd. in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of the highest court of Texas as well as the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas;
2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

Dockets.Justia.com

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

William N. Hebert, SBN 136099
CALVO & CLARK, LLP
One Lombard Street
San Francisco, California 94111
Telephone: (415) 374-8370

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/17/09

Amanda L. Bush

5434945v.1 129777/00003