Trone et al v. Peanut Corporation of America Doc. 9

ORIGINAL

William N. Hebert, SBN 136099
CALVO & CLARK, LLP
One Lombard Street
San Francisco, California 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Charles L. Babcock, Texas SBN 01479500
*Pro Hac Vice Application Pending*
Amanda L. Bush, Texas SBN 24042161
*Pro Hac Vice Application Pending*
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221

ATTORNEYS FOR DEFENDANTS
***MARK CUBAN AND DALLAS BASKETBALL, LTD.***

FILED
09 FEB 19 PM 1:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ROE, RICHARD ROE, II and DON A. NELSON, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOE, MARK CUBAN, an individual; DALLAS BASKETBALL, LTD., a partnership, and DOES 1 through 10,<br><br>Defendants. | Case No. CV 09 0682 MEJ<br>(State Court No. RG08410275)<br><br>**PROOF OF SERVICE** |



Dockets.Justia.com

**PROOF OF SERVICE**

I am employed with the law firm of Calvo & Clark, LLP, whose address is 1 Lombard Street, Second Floor, San Francisco, California 94111; I am not a party to the within cause. I am over the age of eighteen years and I am readily familiar with Calvo & Clark's practice for collection and processing of correspondence for mailing.

I further declare that on the date hereof I served the parties below a copy of:

**APPLICATION FOR ADMISSION OF ATTORNEY AMANDA L. BUSH *PRO HAC VICE***

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY AMANDA L. BUSH *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF ATTORNEY CHARLES L. BABCOCK *PRO HAC VICE***

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY CHARLES L. BABCOCK *PRO HAC VICE***

X by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

John D. O'Connor
Bradley P. Kaplan
O'Connor and Associates
One Embarcadero Center, Tenth Floor
Suite 1020
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at San Francisco, California, this Thursday, February 19, 2009.

Florence Chan