William N. Hebert (SBN 136099)
CALVO & CLARK, LLP
One Lombard Street
San Francisco, California 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Charles L. Babcock, Texas SBN 01479500
*Pro Hac Vice Application Pending*
Amanda L. Bush, Texas SBN 24042161
*Pro Hac Vice Application Pending*
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221

ATTORNEYS FOR DEFENDANTS
MARK CUBAN AND DALLAS
BASKETBALL, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ROE, RICHARD ROE, II and DON A. NELSON, Individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOE, MARK CUBAN, an individual; and DALLAS BASKETBALL, LTD., a partnership, and DOES 1 through 10,<br><br>Defendants. | Civil Action No. 3:09-CV-682 ECF<br><br>Date: TBD<br>Time: TBD<br>Ctrm: TBD<br>*(Pending Assignment to U.S. District Judge)*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MARK CUBAN AND DALLAS BASKETBALL, LTD.'S SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** |

The special motion to strike of Defendants Mark Cuban and Dallas Basketball Ltd. ("Defendants") pursuant to California Code of Civil Procedure § 425.16 came on for regular hearing before this Court upon duly noticed motion. The Court, having considered the papers and evidence submitted by the parties, and the arguments of counsel at the hearing on the motion, hereby finds and orders as follows:



Dockets.Justia.com

Defendants' acts were in "furtherance of (their) right . . . of free speech under the United States or California Constitution in connection with a public issue." *See* CAL. CODE OF CIV. PROC. § 425.16(b)(1). Plaintiff cannot demonstrate a probability of prevailing on the merits of his defamation claim as required under California Code of Civil Procedure 425.16, and his First Amended Complaint should therefore be dismissed.

IT IS THEREFORE ORDERED that Plaintiff's First Amended Complaint is dismissed with prejudice to the re-filing of same.

IT IS FURTHER OREDERED that Defendants are the prevailing parties and are hereby awarded their attorneys' fees and costs incurred in defending this action pursuant to California Code of Civil Procedure § 425.16(c).

IT IS SO ORDERED.

Dated: ____________________

By: ________________________________
United States District Judge