Trone et al v. Peanut Corporation of America Doc. 18

William N. Hebert (SBN 136099)
CALVO & CLARK, LLP
One Lombard Street
San Francisco, California 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Charles L. Babcock, Texas SBN 01479500
*Pro Hac Vice Application Pending*
Amanda L. Bush, Texas SBN 24042161
*Pro Hac Vice Application Pending*
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221

ATTORNEYS FOR DEFENDANTS
MARK CUBAN AND DALLAS
BASKETBALL, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ROE, RICHARD ROE, II and DON A. NELSON, Individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOE, MARK CUBAN, an individual; and DALLAS BASKETBALL, LTD., a partnership, and DOES 1 through 10,<br><br>Defendants. | Civil Action No. 3:09-CV-682 PJH<br>ECF<br><br>Hearing: April 22, 2009<br>Time: 9:00 a.m.<br>Ctrm: 5, 17th Floor<br><br>**DEFENDANTS MARK CUBAN AND DALLAS BASKETBALL, LTD.'S RE-NOTICE OF SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** |

**TO: CLERK OF THE ABOVE-ENTITLED COURT:**

**TO: PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on Wednesday, April 22, 2009 at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 5 of the above-captioned court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, Defendants Mark Cuban and



Dockets.Justia.com

Dallas Basketball, Ltd. will move this Court for an Order striking the Complaint and dismissing this action on the grounds that it is a meritless Strategic Lawsuit Against Public Participation under California Code of Civil Procedure § 425.16 and awarding Defendants their attorneys' fees and costs.

This re-notice of motion and motion is made and based upon the documents previously filed on February 23, 2009, including the Memorandum of Points and Authorities [Dkt. 11], the Declaration of Amanda L. Bush, the exhibits attached to the Affidavit [Dkt. 12], the [proposed] order granting Defendants' Special Motion to Strike [Dkt. 13], and upon such oral and documentary evidence as may be considered by the Court at the hearing of this Motion.

Dated: February 24, 2009

By: /s/

William N. Hebert
**CALVO & CLARK, LLP**

Charles L. Babcock
Amanda L. Bush
**JACKSON WALKER L.L.P.**

ATTORNEYS FOR DEFENDANTS
MARK CUBAN AND DALLAS
BASKETBALL, LTD.