COPY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FEB 19 PM 1:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROE, RICHARD ROE, II and DON A. NELSON, Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE, MARK CUBAN, an individual; and DALLAS BASKETBALL, LTD., partnership, and DOES 1 through 10,<br><br>Defendants. | Case No. CV 09 0682 MEJ<br>(State Court No. RG08410275)<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Charles L. Babcock, whose business address and telephone number is Jackson Walker L.L.P., 1401 McKinney Street, Suite 1900, Houston, Texas 77010, (713) 752-4210 and who is an active member in good standing of the State Bar of Texas and the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Mark Cuban and Dallas Basketball, Ltd.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/25/09

United States D[istrict Judge]

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

Dockets.Justia.com