Trone et al v. Peanut Corporation of America

Doc. 24 Att. 12

# EXHIBIT 12
# TO DECLARATION OF O'CONNOR

Dockets.Justia.com

**Floyd Jahner**

---

**From:** Floyd Jahner [floyd.jahner@dallasmavs.com]
**Sent:** Monday, July 31, 2006 2:46 PM
**To:** 'Mavs19@aol.com'
**Subject:** RE: update

Nellie,
Robert completed the amendment this morning and I have attached that file. Please print 3 copies, sign all three and return to my attention at Dallas Mavericks, 2909 Taylor Street, Dallas, TX 75226. I will get Mark to sign all copies and return one of the originals with signatures to you. Once you sign, if you can fax a copy back to me at 214.658.7122 I will get this to Lisa so she can start processing for the next check run.
I appreciate all your help and call me if you need anything else.
Thanks,
Floyd

---

**From:** Mavs19@aol.com [mailto:Mavs19@aol.com]
**Sent:** Saturday, July 29, 2006 1:36 PM
**To:** floyd.jahner@dallasmavs.com
**Subject:** Re: update

I got your message. Thanks for communicating.

Nellie

DEPOSITION EXHIBIT 38 Hart

PENGAD 800-631-6989