William N. Hebert (SBN 136099)
CALVO & CLARK, LLP
One Lombard Street
San Francisco, California 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Charles L. Babcock (Texas SBN 01479500)
*Admitted Pro Hac Vice*
Amanda L. Bush (Texas SBN 24042161)
*Admitted Pro Hac Vice*
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221

ATTORNEYS FOR DEFENDANTS
MARK CUBAN AND DALLAS
BASKETBALL, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ROE, RICHARD ROE, II and DON A. NELSON, Individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOE, MARK CUBAN, an individual; and DALLAS BASKETBALL, LTD., a partnership, and DOES 1 through 10,<br><br>Defendants. | Civil Action No. 3:09-CV-682 PJH ECF<br><br>**STIPULATION OF THE PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DON A. NELSON ("Nelson") and Defendants MARK CUBAN and DALLAS BASKETBALL, LTD. ("Defendants"), by and through their respective counsel of record, that the May 28, 2009 Case Management Conference shall be continued to a date to be determined by the Court given the Court's April 20, 2009 Order allowing Nelson to conduct limited discovery on the issue of "actual malice" by May 22, 2009 and allowing Nelson and Defendants to file supplemental



Dockets.Justia.com

briefing on the issue of actual malice as it relates to Defendants' Special Motion to Strike by June 3 and 12, 2009, respectively. No other continuances of the Case Management Conference have been requested or granted, and there are no pending hearings or a trial date which would be affected by a continuance.

Dated: May 19, 2009

By: *s/ Amanda L. Bush*

William N. Hebert
**CALVO & CLARK, LLP**

Charles L. Babcock
Amanda L. Bush
**JACKSON WALKER L.L.P.**

ATTORNEYS FOR DEFENDANTS MARK CUBAN AND DALLAS BASKETBALL, LTD.

By: *s/ John D. O'Connor*

John D. O'Connor
**O'CONNOR & ASSOCIATES**

ATTORNEYS FOR PLAINTIFFS RICHARD ROE, RICHARD ROE II, AND DON A. NELSON