**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ROE, RICHARD ROE, II and DON A. NELSON, Individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOE, MARK CUBAN, an individual; and DALLAS BASKETBALL, LTD., a partnership, and DOES 1 through 10,<br><br>Defendants. | Civil Action No. 3:09-CV-682 PJH ECF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon review of the Stipulation of the Parties to Continue the Case Management Conference given the Court's April 20, 2009 Order allowing limited discovery and briefing on the issue of actual malice as it relates to Defendants Mark Cuban and Dallas Basketball, Ltd.'s Special Motion to Strike**,** the Court hereby continues the May 28, 2009 Case Management Conference to be heard on July 2, 2009 at 2:30 p.m. at ~~2 : 300~~ p.m. in the above-entitled Court.

**IT IS SO ORDERED:**

Dated: 5/21/09




PHYLLIS
United St... Judge