United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Roe,<br><br>Plaintiff(s),<br><br>v.<br><br>Doe,<br><br>Defendant(s). | 09-00682 PJH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,



Dockets.Justia.com

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: June 15, 2009

RICHARD W. WIEKING
Clerk
by: Timothy J. Smagacz



ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name: Roe v. Doe

Case Number: 09-00682 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

ADR Program
United States District Court
Norther District of California
450 Golden Gate Avenue Floor 16
San Francisco, CA 94102

On June 15, 2009, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

Bradley P. Kaplan
O'Connor and Associates
One Embarcadero Center
Tenth Floor, Suite 1020
San Francisco, CA 94111
brad@joclaw.com

John Dennis O'Connor
O'Connor and Associates
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
john@joclaw.com

John Doe
,

Charles Lynde Babcock IV
Jackson Walker L.L.P.
1401 McKinney
Suite 1900
Houston, TX 77010

cbabcock@jw.com

Amanda L. Bush
Jackson Walker LLP
1401 McKinney
Suite 1900
Houston, TX 77010
abush@jw.com

William N. Hebert
Calvo & Clark, LLP
One Lombard Street, Second Floor
San Francisco, CA 94111
whebert@calvoclark.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 15, 2009 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by: Timothy J. Smagacz

Timothy Smagacz

ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov