UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD ROE, RICHARD ROE, II and DON A. NELSON,

Plaintiffs,

v.

JOHN DOE, MARK CUBAN, DALLAS BASKETBALL, LTD and DOES 1 through 10,

Defendants.
_______________________________________/

No. C 09-0682 PJH

**JUDGMENT**

Pursuant to the order entered today dismissing this action, judgment is entered in favor of defendants.

**IT IS SO ORDERED.**

Dated: June 30, 2009



PHYLLIS J. HAMILTON
United States District Judge

Dockets.Justia.com