John D. O'Connor (SBN 54238)
O'CONNOR AND ASSOCIATES
One Embarcadero Center
Tenth Floor, Suite 1020
San Francisco, California 94111
Telephone: (415) 693-9960
Facsimile: (415) 981-0222

Attorneys for Plaintiff
DON A. NELSON

FILED
09 JUL 29 AM 10:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

no fee paid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON A. NELSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE, MARK CUBAN, an individual; and DALLAS BASKETBALL, LTD., a partnership, and DOES 1 through 10,<br><br>Defendants. | Case No.: 3:09-CV-682 PJH<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Don A. Nelson, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the June 30, 2009.

Dated: July 28, 2009

O'CONNOR & ASSOCIATES

By ______________________
John D. O'Connor
Attorneys for Plaintiff
DON A. NELSON

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Allison Baltzersen, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is One Embarcadero Center, Suite 1020, San Francisco, California 94111. On July 29, 2009 I served the forgoing document(s) described as:

**NOTICE OF APPEAL**

______By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

__X___By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

______By placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

_______By giving a copy of the documents with instructions for personal delivery to Western Messenger Service.

William N. Hebert
Calvo & Clark, LLP
One Lombard Street
San Francisco, CA 94111

Charles L. Babcock
Amanda L. Bush
Jackson Walker, LLP
1401 McKinney, Suite 1900
Houston, TX 77010

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on July 29, 2009.

Allison Baltzersen