William N. Hebert (SBN 136099)
CALVO & CLARK, LLP
One Lombard Street
San Francisco, California 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Charles L. Babcock (Texas SBN 01479500)
*Admitted Pro Hac Vice*
Amanda L. Bush (Texas SBN 24042161)
*Admitted Pro Hac Vice*
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221

ATTORNEYS FOR DEFENDANTS
MARK CUBAN AND DALLAS
BASKETBALL, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ROE, RICHARD ROE, II and DON A. NELSON, Individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOE, MARK CUBAN, an individual; and DALLAS BASKETBALL, LTD., a partnership, and DOES 1 through 10,<br><br>Defendants. | Civil Action No. 3:09-CV-682 PJH<br>ECF<br><br>**STIPULATION OF THE PARTIES REGARDING DEFENDANTS' ATTORNEYS FEES AND COSTS AND STAYING ENFORCEMENT OF JUDGMENT OF SAME WITHOUT PLAINTIFF POSTING A SUPERSEDEAS BOND IF FINAL JUDGMENT IS APPEALED** |

**TO THE HONORABLE COURT:**

THE FOLLOWING ARE HEREBY STIPULATED AND AGREED, by and between Plaintiff DON A. NELSON ("Nelson") and Defendants MARK CUBAN and DALLAS BASKETBALL, LTD. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record:

1. The Parties stipulate that Defendants' attorneys' fees and costs incurred in filing and prevailing on their Special Motion to Strike in the amount of $71,224.78 are reasonable and



Dockets.Justia.com

should be awarded in full by the Court. Nelson will not appeal the Court's judgment of $71,224.78 in attorneys' fees and costs. If Nelson timely appeals the Court's Order Granting Defendants' Special Motion to Strike and Final Judgment, the $71,224.78 judgment shall be payable only if the Court's order(s) are affirmed on appeal or if the appeal is subsequently abandoned or dismissed. Defendants reserve the right to seek reimbursement of any additional attorneys' fees and costs associated with any appeal of the Court's Order Granting Defendants' Special Motion to Strike and Final Judgment to the Ninth Circuit Court of Appeals and the U.S. Supreme Court, assuming the Court's order(s) are affirmed, including the attorneys' fees and costs incurred in seeking reimbursement of same, which are mandatory under California Code of Civil Procedure § 425.16.

2. The Parties stipulate that Defendants will not seek to enforce the Court's judgment of $71,224.78 in attorneys' fees and costs until after the time for an appeal of the Court's Order Granting Defendants' Special Motion to Strike and Final Judgment to the Ninth Circuit Court of Appeals has passed or until after a timely appeal to the Ninth Circuit Court of Appeals and U.S. Supreme Court is final, assuming that the Court's order(s) are affirmed.

3. The Parties stipulate that Nelson is not required to post a supersedeas bond in order to stay the enforcement of the Court's judgment of $71,224.78 under Federal Rule of Civil Procedure 62(d) if a timely appeal of the Court's Order Granting Defendants' Special Motion to Strike and Final Judgment is made to the Ninth Circuit Court of Appeals.

Dated: August 4, 2009

By: *s/ Amanda L. Bush*

William N. Hebert
**CALVO & CLARK, LLP**

Charles L. Babcock
Amanda L. Bush
**JACKSON WALKER L.L.P.**

ATTORNEYS FOR DEFENDANTS MARK CUBAN AND DALLAS BASKETBALL, LTD.

By: *s/ John D. O'Connor*

John D. O'Connor
**O'CONNOR & ASSOCIATES**

ATTORNEYS FOR PLAINTIFF DON A. NELSON