PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
PATRICK S. THOMPSON #160804
JACOB R. SORENSEN #209134
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (pro hac vice application pending)
BRADFORD A. BERENSON (pro hac vice application pending)
DAVID L. LAWSON (pro hac vice application pending)
EDWARD R. MCNICHOLAS (pro hac vice application pending)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**[PROPOSED] ORDER REGARDING AT&T CORP. CONFIDENTIAL DOCUMENTS**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |



Dockets.Justia.com

Having considered the motion of defendant AT&T Corp. (“AT&T”) to compel return of confidential documents, plaintiffs’ opposition thereto, AT&T’s reply and the arguments presented by the parties on this motion, and having determined that the documents belong to AT&T and contain information that is confidential and proprietary to AT&T, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN shall return all copies of the documents attached as Exhibits A through C to the manually filed declaration noted at Dkt. 31 and any other originals and copies of confidential and proprietary AT&T documents in plaintiffs’ possession to defendant AT&T within ten (10) days of the date of this Order.

2. Plaintiffs shall refrain from referencing or otherwise using these documents in this litigation unless and until they are obtained through discovery.

3. The Court shall disregard these documents and any declarations relying on them, including the two manually filed declarations noted at Dkts. 31-32 filed in support of plaintiffs’ motion for preliminary injunction.

Dated:________________________

________________________________
Vaughn R. Walker
United States Chief District Judge