PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
PATRICK S. THOMPSON #160804
JACOB R. SORENSEN #209134
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (pro hac vice application pending)
BRADFORD A. BERENSON (pro hac vice application pending)
DAVID L. LAWSON (pro hac vice application pending)
EDWARD R. MCNICHOLAS (pro hac vice application pending)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

AT&T CORP., AT&T INC. and DOES 1-20, inclusive,

Defendants.

No. C-06-0672-VRW

**DECLARATION OF BRUCE A. ERICSON IN SUPPORT OF MOTION OF DEFENDANT AT&T CORP. TO FILE UNDER SEAL DEFENDANT AT&T CORP.'S MEMORANDUM IN SUPPORT OF FILING DOCUMENTS UNDER SEAL [DKT. 30-32]**

**[Civ. L.R. 7-11, 79-5]**

Courtroom: 6, 17th Floor
Judge: Hon. Vaughn R. Walker

Filed concurrently:
1. Motion to File Memo Under Seal
2. Proposed Order



Dockets.Justia.com

I, **BRUCE A. ERICSON**, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court, and am a partner of the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for defendant **AT&T CORP.** ("AT&T") and also for specially appearing defendant **AT&T INC.**, which is not a party to this motion. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Defendant AT&T Corp.'s Memorandum in Support of Filing Documents Under Seal [Dkt. 30-32] (the "Confidential Memorandum") contains detailed discussion of certain confidential documents (the "Confidential Documents") of which AT&T seeks return, and of the declaration of James W. Russell (filed under seal, *see* Dkt. 42, "Confidential Russell Declaration"), which itself analyzes the Confidential Documents and the impact publicly filing them would have on AT&T and its customers.

3. The Confidential Documents contain detailed non-public information about critical communications infrastructure operated by AT&T.

4. I am informed and believe that AT&T considers the information in the Confidential Documents highly confidential and proprietary, and such information has value generally unknown to the public or AT&T's competitors.

5. I am informed and believe that AT&T is careful to preserve the confidentiality of information contained in the Confidential Documents, and public disclosure of the information contained in the Confidential Documents would endanger AT&T's ability to provide services and carry out its business activities. Exposure to the threats that would arise from disclosure of the Confidential Documents would harm AT&T and its customers.

6. The Confidential Memorandum describes the contents of the Confidential Documents and the Confidential Russell Memorandum in great detail. Putting them into

the public record of this Court would injure AT&T in the same way that publicly filing the Confidential Documents would.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 12th day of April, 2006, at San Francisco, California.

/s/ Bruce A. Ericson
Bruce A. Ericson