Trone et al v. Peanut Corporation of America Doc. 5

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
PATRICK S. THOMPSON #160804
JACOB R. SORENSEN #209134
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (pro hac vice application pending)
BRADFORD A. BERENSON (pro hac vice application pending)
DAVID L. LAWSON (pro hac vice application pending)
EDWARD R. MCNICHOLAS (pro hac vice application pending)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS [DKT. 30-32]**<br><br>**[Civ. L.R. 7-11, 79-5]** |



Dockets.Justia.com

Having considered the parties' submissions regarding whether certain documents plaintiffs lodged with the Court (*see* Dkts. 30-32) should be filed under seal, and good cause appearing:

IT IS HEREBY ORDERED that the following documents currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be filed under seal:

1. Plaintiffs' Amended Notice of Motion and Motion for Preliminary Injunction; Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction (*see* Dkt. 30)

2. Declaration of Mark Klein in Support of Plaintiffs' Motion for Preliminary Injunction (*see* Dkt. 31);

3. Declaration of J. Scott Marcus in Support of Plaintiffs' Motion for Preliminary Injunction (*see* Dkt. 32).

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

Dated:________________________

________________________________
Vaughn R. Walker
United States Chief District Judge