PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
PATRICK S. THOMPSON #160804
JACOB R. SORENSEN #209134
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (pro hac vice application pending)
BRADFORD A. BERENSON (pro hac vice application pending)
DAVID L. LAWSON (pro hac vice application pending)
EDWARD R. MCNICHOLAS (pro hac vice application pending)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

RECEIVED
06 APR -4 PM 3:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-Filing

FILED
APR 12 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>~~(PROPOSED)~~ **ORDER GRANTING APPLICATIONS FOR ADMISSION OF DAVID W. CARPENTER, BRADFORD A. BERENSON, DAVID L. LAWSON AND EDWARD R. MCNICHOLAS *PRO HAC VICE***<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

Bradford A. Berenson, David L. Lawson and Edward R. McNicholas, active members in good standing of the bar of the United States District Court, District of Columbia, whose business address and telephone number are Sidley Austin LLP, 1501 K Street, N.W., Washington, D.C. 20005, (202) 736-8010, and David W. Carpenter, also an active member in good standing of the bar of the United States District Court, District of Columbia, whose business address and telephone number are Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603, (312) 853-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant AT&T Corp. and Specially Appearing Defendant AT&T Inc., and good cause appearing,

IT IS HEREBY ORDERED THAT the applications are granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorneys must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Dated: 4/12/2006

Vaughn R. Walker
United States Chief District Judge