Trone et al v. Peanut Corporation of America Doc. 56

Docket No. 05-CV-0506 CRB (EMC)

PROOF OF SERVICE BY OVERNIGHT COURIER

I, Winnifred J. Girard, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. On April 12, 2006, in the city where I am employed, I served a true copy of the attached document titled exactly RESPONSES AND OBJECTIONS TO PLAINTIFF ABE GUPTA'S SUBPOENA DUCES TECUM TO MITCHELL FREEMAN, by depositing it in a box or other facility regularly maintained by FedEx, an express service carrier providing overnight delivery, or delivering it to an authorized courier or driver authorized by the express service carrier to receive document, in an envelope or package designated by the express service carrier, with overnight delivery fees paid or provided for, clearly labeled to identify the person being served at the address shown below:

Abe Gupta
4231 Golden Oak Court
Danville, CA 94506

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of April, 2006, at San Francisco, California.

______________________________
Winnifred J. Girard



Dockets.Justia.com