Trone et al v. Peanut Corporation of America Doc. 57

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
PATRICK S. THOMPSON #160804
JACOB R. SORENSEN #209134
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (pro hac vice application pending)
BRADFORD A. BERENSON (pro hac vice application pending)
DAVID L. LAWSON (pro hac vice application pending)
EDWARD R. McNICHOLAS (pro hac vice application pending)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**PROOF OF SERVICE VIA HAND DELIVERY**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |



Dockets.Justia.com

Docket No. C-06-0672 VRW

PROOF OF SERVICE BY HAND DELIVERY

I, Casey Plemons, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Worldwide Network, Inc..

2. My business address is 520 Townsend Street, 1st Floor, San Francisco, CA 94103.

3. On April 12, 2006, I served a true copy of the attached document titled exactly:

- **DEFENDANT AT&T CORP.'S MEMORANDUM IN SUPPORT OF FILING DOCUMENTS UNDER SEAL [DKT. 30-32]**

by placing it in addressed sealed envelopes clearly labeled to identify the attorneys being served at the addresses shown below and delivering it to the attorneys, or to the office of the attorneys and leaving it with a receptionist or other person having charge thereof, or (if there was no such person at the office) by leaving it between 9 A.M. and 5 P.M. in a conspicuous place in the office. Such service was effected on the following attorneys:

Cindy A. Cohn, Esq.
Lee Tien, Esq.
Kurt Opsahl, Esq.
Kevin S. Bankston, Esq.
Corynne McSherry, Esq.
James S. Tyre, Esq.
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

Richard R. Wiebe, Esq.
Law Office of Richard R. Wiebe
425 California Street
Suite 2025
San Francisco, CA 94104

Reed R. Kathrein, Esq.
Jeff. D. Friedman, Esq.
Shana E. Scarlett, Esq.
Maria V. Morris, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of April, 2006, at San Francisco, California.

Casey Plemons