Trone et al v. Peanut Corporation of America Doc. 66

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TASH HEPTING, et al.,

Plaintiff(s),

v.

AT&T Corp., AT&T Inc., et al.

Defendant(s).
___________________________________/

CASE NO. C-06-0672-VRW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 16, 2006

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Cindy Cohn | Plaintiffs | 415 436-9333 | cindy@eff.org |
| Reed Kathrein | Plaintiffs | 415 288-4545 | reedk@lerachlaw.com |
| Bruce Ericson | Defendants | 415 983-1560 | bruce.ericson@pillsburylaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 04/20/06 Cindy Cohn
Attorney for Plaintiff

Dated: 04/20/06 Bruce A. Ericson
Attorney for Defendant

Rev 12.05

Dockets.Justia.com