Trone et al v. Peanut Corporation of America Doc. 69

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (*admitted pro hac vice*)
BRADFORD A. BERENSON (*admitted pro hac vice*)
DAVID L. LAWSON (*admitted pro hac vice*)
EDWARD R. McNICHOLAS (*admitted pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

AT&T CORP., AT&T INC. and DOES 1-20, inclusive,

Defendants.

No. C-06-0672-VRW

**RESPONSE OF DEFENDANT AT&T CORP. TO ORDER REGARDING RECUSAL (DKT. 59)**

Courtroom: 6, 17th Floor
Judge: Hon. Vaughn R. Walker


Dockets.Justia.com

On April 14, 2006, the Court issued an Order (Dkt. 59) regarding its review of this matter for possible recusal. In the Order, the Court invites the parties to submit briefs addressing the matters in the Order. Order at 6:1-6. Defendant **AT&T CORP.** ("AT&T") submits this response.

AT&T agrees with the Court's analysis and does not believe that Judge Walker's status as a former subscriber to telephone services offered by AT&T or its affiliates or predecessors constitutes a conflict of interest that would require recusal under 28 U.S.C. § 455 or any other applicable law.

Dated: April 21, 2006.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
BRIAN J. WONG
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
BRADFORD A. BERENSON
DAVID L. LAWSON
EDWARD R. McNICHOLAS
1501 K Street, N.W.
Washington, D.C. 20005

By /s/ Bruce A. Ericson
Bruce A. Ericson

Attorneys for Defendants
AT&T CORP. and AT&T INC.