PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
PATRICK S. THOMPSON #160804
JACOB R. SORENSEN #209134
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (pro hac vice application pending)
BRADFORD BERENSON (pro hac vice application pending)
EDWARD R. McNICHOLAS (pro hac vice application pending)
DAVID L. LAWSON (pro hac vice application pending)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711
Email: bberenson@sidley.com

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**PROOF OF SERVICE VIA U.S. MAIL**<br><br>**[Civ. L.R. 6-1(a)]**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

I, David A. Kramlick, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State of California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On April 21, 2006, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly NOTICE OF MANUAL FILING OF AT&T CORP'S REPLY MEMORANDUM IN SUPPORT OF FILING DOCUMENTS UNDER SEAL [DKT. 30-32] by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

| | |
|---|---|
| David W. Carpenter<br>Sidley Austin Brown & Wood LLP<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60600 | David W. Carpenter<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| David L. Lawson<br>Sidley Austin Brown & Wood<br>172 Eye Street, N.W.<br>Washington, DC 20006 | David L. Lawson<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of April, 2006, at San Francisco, California.

David A. Kramlick