Trone et al v. Peanut Corp   Doc

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (*pro hac vice*)
BRADFORD BERENSON (*pro hac vice*)
EDWARD R. McNICHOLAS (*pro hac vice*)
DAVID L. LAWSON (*pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711
Email: bberenson@sidley.com

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**STIPULATION RE: PARTICIPATION OF AMICI CURIAE IN CIVIL LOCAL RULE 79-5 PROCEEDINGS; AND [PROPOSED] ORDER**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |



Dock

## RECITALS

A. Would-be Amici Curiae ("Amici") have expressed an interest in filing amicus briefs on the issue of whether documents lodged with this Court pursuant to Civil Local Rule 79-5 should be filed under seal or not (the "Sealing Issue").

B. The parties do not object to the participation of qualified Amici in briefing on the Sealing Issue provided that (1) their participation is on the terms and conditions set forth in this stipulation and (2) such terms and conditions are acceptable to the Court.

## STIPULATION

Plaintiffs TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN (collectively, "Plaintiffs"), through their attorneys of record, and Defendant AT&T CORP. and specially appearing defendant AT&T INC. (collectively, "Defendants"), through their attorneys of record, hereby stipulate that they have no objection to the participation of qualified Amici in briefing on the Sealing Issue on the following terms:

1. Amici shall file and serve their briefs no later than Monday, April 24, 2006. Service by Amici of their briefs on the parties shall be made and completed the same day by e-service (via ECF), hand service, emailing of .pdfs or fax.

2. The parties will e-file and e-serve their responses (if any) to Amici supporting the other side by Friday, April 28.

3. This stipulation applies only to the Sealing Issue.

//

//

//

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 21, 2006, at San Francisco, California.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
BRIAN J. WONG
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
BRADFORD BERENSON
EDWARD R. McNICHOLAS
DAVID L. LAWSON
1501 K Street, N.W.
Washington, D.C. 20005

By /s/ Bruce A. Ericson
Bruce A. Ericson
Attorneys for Defendants
AT&T CORP. and AT&T INC.

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
CORYNNE MCSHERRY
JAMES S. TYRE
454 Shotwell Street
San Francisco, CA 94110

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT
100 Pine Street, Suite 2600
San Francisco, CA 94111

TRABER & VOORHEES
BERT VOORHEES
THERESA M. TRABER
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103

LAW OFFICES OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104

By ____/s/ Cindy Cohn_________________________
Cindy Cohn

Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to the above stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated: April __, 2006.

______________________________________
Hon. Vaughn R. Walker
United States Chief District Judge