PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

AT&T CORP., AT&T INC. and DOES 1-20, inclusive,

Defendants.

No. C-06-0672-VRW

**[PROPOSED] ORDER GRANTING DEFENDANT AT&T INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Courtroom: 6, 17th Floor
Judge: Hon. Vaughn R. Walker



Dockets.Justia.com

On April 28, 2006, defendant AT&T Inc. moved pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure to dismiss plaintiffs' Amended Complaint for Damages, Declaratory and Injunctive Relief (Dkt. 8) for lack of personal jurisdiction over AT&T Inc.

On June 8, 2006, the motion duly came on for hearing before the Court, the Hon. Vaughn R. Walker, United States District Chief Judge, presiding. Having considered AT&T Inc.'s motion, plaintiffs' opposition thereto, AT&T Inc.'s reply and the oral arguments presented by counsel for the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The motion is hereby GRANTED on the ground that the Court has neither general nor specific jurisdiction over AT&T Inc. because AT&T Inc. lacks the requisite contacts with the State of California.

2. Accordingly, the Amended Complaint for Damages, Declaratory and Injunctive Relief, filed by plaintiffs Tash Hepting, Gregory Hicks, Carolyn Jewel and Erik Knutzen on February 22, 2006 (Dkt. 8), is hereby DISMISSED with prejudice as to defendant AT&T Inc.

Dated:________________________

________________________________
Hon. Vaughn R. Walker
United States District Chief Judge