Trone et al v. Peanut Corporation of America Doc. 83

PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
Trial Attorney
andrew.tannenbaum@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
Phone: (202) 514-4782/(202) 514-4263
Fax: (202) 616-8460/(202) 616-8202

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TASH HEPTING, GREGORY HICKS CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

AT&T CORP., AT&T INC., and DOES 1-20, inclusive,

Defendants.

Case No. C-06-0672-VRW

**NOTICE OF APPEARANCE OF ANTHONY J. COPPOLINO ON BEHALF OF THE UNITED STATES OF AMERICA**

Hon. Vaughn R. Walker, Chief Judge



Dockets.Justia.com

Please enter the appearance of Anthony J. Coppolino as counsel for the United States. Please note the following contact information for Mr. Coppolino:


Address for U.S. Mail

Anthony J. Coppolino
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

Tel: (202) 514-4782
Fax: (202) 616-8460
E-Mail: tony.coppolino@usdoj.gov

Address for Overnight Mail and Hand Delivery

Anthony J. Coppolino
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6102
Washington, DC 20001


Dated: April 28, 2006

Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General

KEVIN V. RYAN
United States Attorney

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

ANDREW H. TANNENBAUM
Trial Attorney
andrew.tannenbaum@usdoj.gov

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF APPEARANCE** will be served by means of the Court's CM/ECF system, which will send notification of such filing to the following:

Electronic Frontier Foundation
Cindy Cohn
Lee Tien
Kurt Opsahl
Kevin S. Bankston
Corynne McSherry
James S. Tyre
545 Shotwell Street
San Francisco, CA 94110

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
Reed R. Kathrein
Jeff D. Friedman
Shana E. Scarlett
100 Pine Street, Suite 2600
San Francisco, CA 94111

Traber & Voorhees
Bert Voorhees
Theresa M. Traber
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103

Pillsbury Winthrop Shaw Pittman LLP
Bruce A. Ericson
David L. Anderson
Patrick S. Thompson
Jacob R. Sorensen
Brian J. Wong
50 Freemont Street
PO Box 7880
San Francisco, CA 94120-7880

Sidney Austin LLP
David W. Carpenter
Bradford Berenson
Edward R. McNicholas
David L. Lawson
1501 K Street, NW
Washington, DC 20005

*s/ Anthony J. Coppolino*