Trone et al v. Peanut Corporation of America Doc. 9

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF DEFENDANTS AT&T CORP. TO SPECIALLY SET THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>**[Civ. L.R. 7-11]**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |



Dockets.Justia.com

Defendants have administratively moved, pursuant to Civil Local Rule 7-11, for an order specially setting a hearing date for the Motion of Defendant AT&T Corp. to Dismiss Plaintiffs' Amended Complaint (the "AT&T Corp. Motion") and the Motion of Defendant AT&T Inc. to Dismiss Plaintiffs' Amended Complaint (the "AT&T Inc. Motion") (collectively, the "Motions to Dismiss").

The Court having considered defendants' motion and plaintiffs' opposition thereto, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Defendant AT&T Corp.'s motion is GRANTED.

2. Oral argument on the Motions to Dismiss is set for June __, 2006 at __ _.m.

3. The normal briefing schedule set forth in Civil L.R. 7-3(a) and 7-3(c) will apply to these motions.

Dated: May __, 2006.

________________________________________
Hon. Vaughn R. Walker
United States District Chief Judge