Trone et al v. Peanut Corporation of America Doc. 112

# Exhibit A

Dockets.Justia.com

MORRISON FOERSTER

425 Market Street
San Francisco
California 94105-2482

Telephone:415.268.7000
Facsimile:415.268.7522

www.mofo.com

Morrison & Foerster LLP

New York, San Francisco,
Los Angeles, Palo Alto,
San Diego, Washington, D.C.

Denver, Northern Virginia,
Orange County, Sacramento,
Walnut Creek, Century City

Tokyo, London, Beijing,
Shanghai, Hong Kong,
Singapore, Brussels

May 2, 2006

Writer's Direct Contact
415.268.7189
JBrosnahan@mofo.com

**By Telefacsimile and U.S. Mail**

David L. Anderson
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105

Cindy Cohn
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

Re: *Hepting v. AT&T Corp.*
U.S. District Court for the Northern District of California, Case No. C-06-0672

Dear Counsel:

I am writing on behalf of Mark Klein. Mr. Klein intends to file a brief as amicus curiae in the above-entitled action on May 3, 2006. Please advise me by 3:00 p.m. today whether you will stipulate, pursuant to Civil Local Rule 7-11, to the filing of Mr. Klein's amicus brief. Enclosed please find a proposed stipulation for your review.

Sincerely,

James J. Brosnahan

Enclosure