Trone et al v. Peanut Corporation of America Doc. 112 Att. 1

# Exhibit B

Dockets.Justia.com

316

RECEIVED
MAY 02 2006
SF FAX CENTER

Electronic Frontier Foundation

454 Shotwell Street
San Francisco, CA 94110
+1 415 436 9333 (tel)
+1 415 436 9993 (fax)

# FAX COVER SHEET

**DATE:** May 2, 2006

**TO:** James Brosnahan

**Fax Number:** (415) 268-7522

**FROM:** Cindy Cohn

**RE:** Hepting v. AT&T

**Pages sent:** 4 including cover page

RECEIVED
MAY 2 2005
JJB

**COMMENTS:**

NOTICE This fax is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure. If you are not the intended recipient or his or her agent, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and asked to please notify us immediately by telephone. Thank you.

PLEASE CALL (415)436-9333 x117 IF THERE IS A PROBLEM

JAMES J. BROSNAHAN (BAR NO. 34555)
TONY WEST (BAR NO. 164151)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
JBrosnahan@mofo.com

ISMAIL RAMSEY (BAR NO. 189820)
MILES EHRLICH (BAR NO. 237954)
RAMSEY & EHLRICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510.548.3600
Facsimile: 510.548.3601
miles@ramsey-ehrlich.com

Attorneys for MARK KLEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,,

Plaintiff,

v.

AT&T CORP., AT&T INC. and DOES 1-20, inclusive,

Defendant.

Case No. C-06-00672-VRW

**STIPULATION REGARGING PARTICIPATION OF MARK KLEIN AS AMICUS CURIAE**

Hearing Date: N/A
Time: N/A
Courtroom: 6 (17th floor)
Judge: Hon. Vaughn Walker

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, proposed amicus curiae Mark Klein has expressed an interest in filing an amicus brief in the above-entitled action; and

WHEREAS, the parties to this action do not object to Mr. Klein's participation as amicus curiae under the terms and conditions set forth in this stipulation.

NOW, THEREFORE, plaintiffs Tash Hepting, Gregory Hicks, Carolyn Jewel and Erik Knutzen (collectively, "Plaintiffs"), through their counsel of record, and defendant AT&T Corp. and specially appearing defendant AT&T Inc. (collectively, "AT&T"), through their counsel of record, hereby stipulate that they have no objection to the participation of Mark Klein as amicus curiae on the following terms:

1. Mr. Klein shall file and serve his amicus brief and supporting papers no later than Wednesday, May 3, 2006. Service shall be effected on the parties the same day via e-service (ECF), hand service, e-mail, or fax.

2. Pursuant to Civil Local Rule 7-11, the parties shall e-file and e-serve their responses, if any, to Mr. Klein's submission on or before Monday, May 8, 2006.

Dated: May _____, 2006

BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
BRIAN J. WONG
PILLSBURY WINTHROP SHAW PITTMAN LLP

By:______________________________
David L. Anderson

Attorneys for Defendants
AT&T CORP. and AT&T INC.

Dated: May 2, 2006

CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
CORYNNE McSHERRY
JAMES S. TYRE
ELECTRONIC FRONTIER FOUNDATION

By: [signature]
Cindy Cohn

Attorneys for Plaintiffs
TASH HEPTING, GREGORY HICKS,
CAROLYN JEWEL, AND ERIK KNUTZEN

I, Tony West, am the ECF User whose ID and password are being used to file this stipulation. In compliance with General Order 45, X.B., I hereby attest that the other signatories, counsel for Plaintiffs and Defendants, respectively, have concurred in this filing.

Dated: May ______, 2006

JAMES J. BROSNAHAN
TONY WEST
MORRISON & FOERSTER LLP

By: ____________________
Tony West

Attorneys for Amicus Curiae
MARK KLEIN