JAMES J. BROSNAHAN (BAR NO. 34555)
TONY WEST (BAR NO. 164151)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
JBrosnahan@mofo.com

ISMAIL RAMSEY (BAR NO. 189820)
MILES EHRLICH (BAR NO. 237954)
RAMSEY & EHLRICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510.548.3600
Facsimile: 510.548.3601
miles@ramsey-ehrlich.com

Attorneys for MARK KLEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendant. | Case No. C-06-00672-VRW<br><br>**[PROPOSED] ORDER GRANTING MARK KLEIN'S MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**<br><br>Hearing Date: N/A<br>Time: N/A<br>Courtroom: 6 (17th floor)<br>Judge: Hon. Vaughn Walker |



Dockets.Justia.com

Pursuant to Civil Local Rule 7-11, and good cause appearing, the Court hereby GRANTS Mark Klein's Motion for Leave to File Brief as Amicus Curiae.

IT IS SO ORDERED.

Dated: ________________

_____________________________________
The Honorable Vaughn R. Walker
Chief United States District Court Judge