PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
PATRICK S. THOMPSON #160804
JACOB R. SORENSEN #209134
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (pro hac vice application pending)
BRADFORD A. BERENSON (pro hac vice application pending)
DAVID L. LAWSON (pro hac vice application pending)
EDWARD R. McNICHOLAS (pro hac vice application pending)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**<br><br>Date: To be set by the Court<br>Time: To be set by the Court<br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |



Dockets.Justia.com

Docket No. C-06-0672 VRW

PROOF OF SERVICE BY HAND DELIVERY

I, Alberto Reyes, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Worldwide Network, Inc..

2. My business address is 520 Townsend Street, 1st Floor, San Francisco, CA 94103.

3. On May 5, 2006, I served a true copy of the attached document titled exactly:

- **DEFENDANT AT&T'S CORP.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RETURN OF CONFIDENTIAL DOCUMENTS [DKT. 41-44]**

by placing it in addressed sealed envelopes clearly labeled to identify the attorneys being served at the addresses shown below and delivering it to the attorneys, or to the office of the attorneys and leaving it with a receptionist or other person having charge thereof, or (if there was no such person at the office) by leaving it between 9 A.M. and 8:30 P.M. in a conspicuous place in the office. Such service was effected on the following attorneys:

Cindy A. Cohn, Esq.
Lee Tien, Esq.
Kurt Opsahl, Esq.
Kevin S. Bankston, Esq.
Corynne McSherry, Esq.
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

Richard R. Wiebe, Esq.
Law Office of Richard R. Wiebe
425 California Street
Suite 2025
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of May, 2006, at San Francisco, California.

Alberto Reyes

Docket No. C-06-0672 VRW

PROOF OF SERVICE BY HAND DELIVERY

I, Sebastian Ocejo, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Worldwide Network, Inc..

2. My business address is 520 Townsend Street, 1st Floor, San Francisco, CA 94103.

3. On May 8, 2006, I served a true copy of the attached document titled exactly

- **DEFENDANT AT&T'S CORP.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RETURN OF CONFIDENTIAL DOCUMENTS [DKT. 41-44]**

by placing it in an addressed sealed envelope clearly labeled to identify the attorney being served at the address shown below and delivering it to the attorney, or to the office of the attorney and leaving it with a receptionist or other person having charge thereof, or (if there was no such person at the office) by leaving it between 9 A.M. and 5 P.M. in a conspicuous place in the office. Such service was effected on the following attorneys:

Reed R. Kathrein, Esq.
Attorney at Law
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of May, 2006, at San Francisco, California.

Sebastian Ocejo

Docket No. C-06-0672 VRW

PROOF OF SERVICE BY MAIL

I, Winnifred J. Girard, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On May 8, 2006, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document titled exactly:

- **DEFENDANT AT&T'S CORP.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RETURN OF CONFIDENTIAL DOCUMENTS [DKT. 41-44]**

by placing it in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Theresa M. Traber, Esq.
Traber & Voorhees
128 North Fair Oaks Avenue
Suite 204
Pasadena, CA 91103-3650

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of May, 2006, at San Francisco, California.

Winnifred J. Girard