PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
Fax: (202) 616-8460/(202) 616-8202/(202) 318-2461

Attorneys for Intervenor Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS CAROLYN JEWEL, and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., AT&T INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 06-0672-VRW<br><br>[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY THE UNITED STATES OF AMERICA<br><br>Judge: The Hon. Vaughn R. Walker<br>Hearing Date:<br>Courtroom: 6, 17th Floor |



Dockets.Justia.com

The Court, having considered all arguments of the parties, hereby grants the Motion to Intervene by the United States, pursuant to Federal Rule of Civil Procedure 24(a). The United States is allowed to intervene in this matter as a defendant.

IT IS SO ORDERED.

Dated: ______________

_________________________________
Hon. Vaughn R. Walker
United States District Judge