Trone et al v. Peanut Corporation of America Doc. 123

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
Fax: (202) 616-8460/(202) 616-8202/(202) 318-2461

Attorneys for Intervenor Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS CAROLYN JEWEL, and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., AT&T INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 06-0672-VRW<br><br>DECLARATION OF ANTHONY J. COPPOLINO IN SUPPORT OF ADMINISTRATIVE MOTION BY THE UNITED STATES OF AMERICA TO SET HEARING DATE FOR THE UNITED STATES' MOTIONS<br><br>Judge: The Hon. Vaughn R. Walker<br>Courtroom: 6, 17th Floor |



Dockets.Justia.com

I, **ANTHONY J. COPPOLINO**, declare as follows:

1. I am the Special Litigation Counsel in the Federal Programs Branch, Civil Division, United States Department of Justice, and a member in good standing of the Bar of the District of Columbia. I represent the intervenor United States of America in this matter. I have personal knowledge of the facts stated in this Declaration. I make this Declaration in support of the Administrative Motion By The United States Of America To Set Hearing Date For The United States' Motions.

2. I contacted counsel for the parties to this action to ascertain their positions regarding the United States' request to set the hearing date on its Motion To Intervene and on its Motion To Dismiss Or, In The Alternative, For Summary Judgment, for June 21, 2006 – the present hearing date for the Plaintiffs' Motion or Preliminary Injunction. Counsel for Defendants stated that Defendants do not oppose this motion. Counsel for Plaintiffs stated that Plaintiffs reserve their position whether to oppose the United States' request until the scheduling conference set for May 17, 2006, though counsel for Plaintiffs stated that Plaintiffs will likely oppose this request.

3. Thus, the United States has made a good-faith effort to resolve this matter without intervention of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2006, at Washington, D.C.

*s/Anthony J. Coppolino*
ANTHONY J. COPPOLINO