PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
Fax: (202) 616-8460/(202) 616-8202/(202) 318-2461

Attorneys for Intervenor Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS CAROLYN JEWEL, and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., AT&T INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 06-0672-VRW<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION BY THE UNITED STATES OF AMERICA TO SET HEARING DATE FOR THE UNITED STATES' MOTIONS<br><br>[Civ. L.R. 7-11]<br><br>Judge: The Hon. Vaughn R. Walker<br>Courtroom: 6, 17th Floor |



Dockets.Justia.com

The United States has administratively moved, pursuant to Civil Local Rule 7-11, for an order setting the hearing date for the United States' Motion To Intervene and the United States' Motion To Dismiss Or, In The Alternative, For Summary Judgment, for June 21, 2006, the same hearing date as Plaintiffs' Motion for Preliminary Injunction.

The Court, having considered the United States' administrative motion and any opposition by Plaintiff thereto, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The United States' motion is hereby granted.
2. The hearing date for the United States' Motion To Intervene and the United States' Motion To Dismiss Or, In The Alternative, For Summary Judgment is set for June 21, 2006.

Dated: _____________

___________________________________
Hon. Vaughn R. Walker
United States District Judge