PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
Fax: (202) 616-8460/(202) 616-8202/(202) 318-2461

Attorneys for Intervenor Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS CAROLYN JEWEL, and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., AT&T INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 06-0672-VRW<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ENLARGEMENT OF PAGES BY THE UNITED STATES OF AMERICA<br><br>[Civ. L.R. 7-11]<br><br>Judge: The Hon. Vaughn R. Walker<br>Courtroom: 6, 17th Floor |



Dockets.Justia.com

The United States has administratively moved, pursuant to Civil Local Rule 7-11, for an order allowing (1) the Memorandum Of The United States In Support Of The Military And State Secrets Privilege And Motion To Dismiss Or, In The Alternative, For Summary, and (2) the Memorandum Of The United States In Support Of The Military And State Secrets Privilege And Motion To Dismiss Or, In The Alternative, For Summary Judgment, to exceed the 25 page limit.

The Court, having considered the United States' motion and there being no opposition by the parties thereto, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The United States' motion is hereby granted;
2. The Memorandum Of The United States In Support Of The Military And State Secrets Privilege And Motion To Dismiss Or, In The Alternative, For Summary Judgment may be 30 pages in length; and
3. The Memorandum Of The United States In Support Of The Military And State Secrets Privilege And Motion To Dismiss Or, In The Alternative, For Summary Judgment, lodged for the Court's *ex parte* and *in camera* consideration, may be filed in the length of that memorandum.

Dated: ______________

___________________________________
Hon. Vaughn R. Walker
United States District Judge