Trone et al v. Peanut Corporation of America Doc. 131

ELECTRONIC FRONTIER FOUNDATION
CINDY ANN COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993

TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
THERESA M. TRABER (116305)
tmt@tvlegal.com
128 North Fair Oaks Avenue
Suite 204
Pasadena, CA 91103
Tel: (626) 585-9611
Fax: (626) 577-7079

Attorneys for Plaintiffs
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL AND ERIK KNUTZEN, on Behalf on Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: C-06-0672-VRW<br><br>**NOTICE OF APPEARANCE OF HELLER EHRMAN LLP**<br><br>The Honorable Vaughn R. Walker, Chief Judge |



Dockets.Justia.com

PLEASE TAKE NOTICE that Heller Ehrman LLP hereby appears in this action as co-counsel for Plaintiffs Tash Hepting, Gregory Hicks, Carolyn Jewel and Erik Knutzen and for the Plaintiff Class. Please direct service on and communications with Heller Ehrman as follows:

HELLER EHRMAN LLP
ROBERT D. FRAM (126750)
Robert.Fram@hellerehrman.com
MICHAEL M. MARKMAN (191388)
Michael.Markman@hellerehrman.com
333 Bush Street
San Francisco, CA 94104
Tel: (415) 772-6000
Fax: (415) 772-6268

DATED: May 18, 2006

Respectfully submitted,
HELLER EHRMAN LLP

By s/Robert D. Fram
ROBERT D. FRAM
ATTORNEYS FOR PLAINTIFFS

Plaintiffs Tash Hepting, Gregory Hicks, Carolyn Jewel and Erik Knutzen and the Plaintiff Class, by and through their undersigned counsel, consent to this appearance.

DATED: May 18, 2006

Respectfully submitted,
ELECTRONIC FRONTIER FOUNDATION

By s/Cindy Ann Cohn

CINDY ANN COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993

TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
THERESA M. TRABER (116305)
tmt@tvlegal.com
128 North Fair Oaks Avenue
Suite 204
Pasadena, CA 91103
Tel: (626) 585-9611
Fax: (626) 577-7079

LAW OFFICE OF RICHARD R. WIEBE
RICHARD ROY WIEBE (121156)
wiebe@pacbell.net
425 California Street
San Francisco, CA 94104
Tel: (415) 433-3200
Fax: (415) 433-6382

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
REED R. KATHREIN (139304)
reedk@lerachlaw.com
ERIC A. ISAACSON (120584)
erici@lerachlaw.com
JEFF D. FRIEDMAN (173886)
jfriedman@lerachlaw.com
SHANA E. SCARLETT (217895)
shanas@lerachlaw.com
MARIA V. MORRIS (223903)
mariam@lerachlaw.com
100 Pine Street
Suite 2600
San Francisco, CA 94111
Tel: (415) 288-4545
Fax: (415) 288-4534

ATTORNEYS FOR PLAINTIFFS

Pursuant to General Order No. 45, section X.B, I attest that I have the concurrence of Cindy Ann Cohn in the filing of this Notice.

Executed this 18th day of May 2006 at San Francisco, California.

By s/Robert D. Fram
ROBERT D. FRAM