ELECTRONIC FRONTIER FOUNDATION
CINDY ANN COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993

TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
THERESA M. TRABER (116305)
tmt@tvlegal.com
128 North Fair Oaks Avenue
Suite 204
Pasadena, CA 91103
Tel: (626) 585-9611
Fax: (626) 577-7079

Attorneys for Plaintiffs
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL AND ERIK KNUTZEN, on Behalf on Themselves and All Others Similarly Situated,

Plaintiffs,

v.

AT&T CORP., AT&T INC. and DOES 1-20, inclusive,

Defendants.

Case No.: C-06-0672-VRW

**PROOF OF SERVICE OF NOTICE OF APPEARANCE OF HELLER EHRMAN LLP**

The Honorable Vaughn R. Walker, Chief Judge

Heller Ehrman LLP



Dockets.Justia.com

I, Michael Markman, declare I am employed with the law firm of Heller Ehrman LLP, whose address is 333 Bush Street, San Francisco, California, 94104. On May 18, 2006, I served Proof of Service of Notice of Appearance of Heller Ehrman LLP, and Notice of Electronic Filing by the method(s) indicated below:

☐ by placing true copies thereof in sealed envelope(s), for collection and **hand delivery** pursuant to the ordinary business practice of this office which is that correspondence for hand delivery via Spin Cycle express messenger service is collected and deposited with the messenger service representative on the same day in the ordinary course of business

☒ by placing true copies thereof in sealed envelope(s), addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for **mailing** is collected and deposited with the United States Postal Service on the same day in the ordinary course of business

☐ by placing true copies thereof in sealed envelope(s), addressed as shown, for collection and mailing via overnight mail pursuant to the ordinary business practice of this office which is that correspondence for mailing via **overnight mail** is collected and deposited with **FedEx** on the same day in the ordinary course of business.

☐ by placing the document(s) in electronic format (.pdf) and emailing to all parties.

David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood LLP
172 Eye Street, N.W.
Washington, D.C. 20006

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: May 18, 2006

s/Michael M. Markman
MICHAEL M. MARKMAN

Heller Ehrman LLP

Additional Counsel for Plaintiffs

LAW OFFICE OF RICHARD R. WIEBE
RICHARD ROY WIEBE (121156)
wiebe@pacbell.net
425 California Street
San Francisco, CA 94104
Tel: (415) 433-3200
Fax: (415) 433-6382

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
REED R. KATHREIN (139304)
reedk@lerachlaw.com
ERIC A. ISAACSON (120584)
erici@lerachlaw.com
JEFF D. FRIEDMAN (173886)
jfriedman@lerachlaw.com
SHANA E. SCARLETT (217895)
shanas@lerachlaw.com
MARIA V. MORRIS (223903)
mariam@lerachlaw.com
100 Pine Street
Suite 2600
San Francisco, CA 94111
Tel: (415) 288-4545
Fax: (415) 288-4534

HELLER EHRMAN LLP
ROBERT D. FRAM (126750)
Robert.Fram@hellerehrman.com
MICHAEL M. MARKMAN (191388)
Michael.Markman@hellerehrman.com
333 Bush Street
San Francisco, CA 94104
Tel: (415) 772-6000
Fax: (415) 772-6268