Karl Olson (SBN 104760)
Erica L. Craven (SBN 199918)
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

Attorneys for Intervenors *San Francisco Chronicle*, *Los Angeles Times*, Associated Press, *San Jose Mercury News*, Bloomberg News, and *USA Today*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.<br><br>Defendants. | CASE NO. CV-06-0672-VRW<br><br>**[PROPOSED] ORDER GRANTING MOTIONS FOR LEAVE TO INTERVENE AND UNSEAL RECORDS**<br><br>Date: June 23, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom 6, 17th Floor<br>[The Hon. Vaughn R. Walker]<br><br>**Complaint Filed:** January 31, 2006 |

On June 23, 2006, the Motions for Leave to Intervene and to Unseal Documents filed by media intervenors *San Francisco Chronicle*, *Los Angeles Times*, *San Jose Mercury News*, The Associated Press, Bloomberg News, and *USA Today* division of Gannett Satellite Information Network (hereafter collectively “media intervenors”) came on for hearing in this Court. All parties appeared by counsel and Karl Olson appeared for media intervenors.



Dockets.Justia.com

Having read and considered the moving papers, opposition and reply thereto, and having heard argument by counsel, the Court HEREBY ORDERS:

1. The media intervenors' Motion to Intervene for the purpose of vindicating the press and public's First Amendment and common law rights of access to information is GRANTED.

2. The media intervenors' Motion to Unseal any sealed documents in this case, including (1) Plaintiffs' Motion for Preliminary Injunction (including but not limited to the Memorandum of Points and Authorities and Klein and Marcus Declarations mentioned in Docket Nos. 30-32); (2) AT&T's Motion to Compel Return of Confidential Documents (including but not limited to the documents mentioned in Docket Nos. 41-42, 58, 63, 117); (3) AT&T's Memorandum in Support of Filing Documents Under Seal (including but not limited to the documents mentioned in Docket Nos. 51, 61-62, 71-72) is GRANTED.

3. The Court has undertaken or will undertake a careful review of any allegedly classified material submitted to it by the government to see whether compelling reasons support sealing of any such material and to ensure that, if any material is sealed, the sealing is narrowly tailored to make available the maximum amount of information to the public consistent with national security. Therefore, to the extent received by the Court for its consideration on the Government's Motion to Dismiss, all documents filed under seal in connection with that motion, including but not limited to documents mentioned in Docket Nos. 125, are unsealed, except as may be identified in a separate order.

IT IS SO ORDERED.

Dated:

______________________________________
The Honorable Vaughn R. Walker
Judge, United States District Court
Northern District of California

F:\Docs\1064-02\Pleadings\MotIntervene-PropOrder.wpd