Trone et al v. Peanut Corporation of America Doc. 13

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Timothy L. Alger (Bar No. 160303)
timalger@quinnemanuel.com
Leah J. Russin (Bar No. 225336)
leahrussin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Lycos, Inc. and Wired News

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIC KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., et al.,<br><br>Defendants. | CASE NO. CV-06-0672-VRW<br><br>[PROPOSED] ORDER GRANTING MOTION BY LYCOS, INC. AND WIRED NEWS FOR ORDERS (1) PERMITTING INTERVENTION, AND (2) UNSEALING DOCUMENTS<br><br>Complaint Filed: January 31, 2006 |



Dockets.Justia.com

On May 23, 2006, Lycos, Inc. and Wired News filed a motion for orders (1) permitting intervention, and (2) unsealing documents. Having read and considered the moving papers, opposition and reply thereto, and having heard argument by counsel, the Court HEREBY ORDERS:

1. Lycos, Inc. and Wired News' Motion to Intervene for the limited purpose of seeking the unsealing of certain documents is GRANTED.

2. Lycos, Inc. and Wired News' Motion of an Order removing the seal on the Declaration of Mark Klein and Exhibits A-C (Docket No. 31) and the Declaration of J. Scott Marcus (Docket No. 32) is GRANTED.

IT IS SO ORDERED.

DATED:

__________________________________
The Honorable Judge Vaughn R. Walker