PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice)*
DAVID L. LAWSON (admitted *pro hac vice)*
BRADFORD A. BERENSON (admitted *pro hac vice)*
EDWARD R. McNICHOLAS (admitted *pro hac vice)*
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

AT&T CORP., AT&T INC. and DOES 1-20, inclusive,

Defendants.

No. C-06-0672-VRW

**NOTICE OF MANUAL FILING OF REPLY MEMORANDUM OF DEFENDANT AT&T CORP. IN RESPONSE TO COURT'S MAY 17, 2006 MINUTE ORDER**



Dockets.Justia.com

Please take notice that the un-redacted version of the Reply Memorandum Of Defendant AT&T Corp. In Response To Court's May 17, 2006 Minute Order is being filed in paper form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, a hard copy of this filing will be served shortly.

This filing was not e-filed because it is being lodged with the Court pursuant to Civil L.R. 79-5.

Dated: May 24, 2006.

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
BRADFORD A. BERENSON
DAVID L. LAWSON
EDWARD R. McNICHOLAS
1501 K Street, N.W.
Washington, D.C. 20005

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
BRIAN J. WONG
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By /s/ Bruce A. Ericson
Bruce A. Ericson

Attorneys for Defendants
AT&T CORP. and AT&T INC.