QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Timothy L. Alger (Bar No. 160303)
timalger@quinnemanuel.com
Leah J. Russin (Bar No. 225336)
leahrussin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Lycos, Inc. and Wired News

FILED
JUN X 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIC KNUTZEN on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

AT&T CORP., et al.,

Defendants.

CASE NO. CV-06-0672-VRW

~~[PROPOSED]~~ ORDER GRANTING LYCOS, INC. AND WIRED NEWS' ADMINISTRATIVE MOTION FOR AN ORDER SHORTENING TIME FOR HEARING ON THEIR MOTION FOR ORDERS (1) PERMITTING INTERVENTION, AND (2) UNSEALING DOCUMENTS

Complaint Filed: January 31, 2006

Lycos, Inc. and Wired News have administratively moved, pursuant to Civil Local Rule 7-11, for an order shortening time for their Motion to Intervene and Unseal Documents, and seek the earliest hearing date convenient to the Court, but in any event no later than June 23, 2006, the next scheduled hearing date in this litigation.

The Court, having considered the administrative motion, and any opposition thereto, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Lycos, Inc. and Wired News' administrative motion is hereby GRANTED.

2. Hearing on the Motion by Lycos, Inc and Wired News to Intervene and Unseal Documents will be held on June 23, 2006, at 9:30AM

3. Any oppositions to the Motion to Intervene and Unseal Documents shall be filed on or before June ~~6~~ 12, 2006.

4. Any reply in support of the Motion to Intervene and Unseal Documents shall be filed on or before June 19, 2006.

DATED: 01 JUN 2006

The Honorable Judge Vaughn R. Walker