Search How do I find it?

Advertisement
Defend and protect your personal information with IDENTITY GUARD® Fraud Protection
6 months FREE for U.S. Veterans



# Documents on website purport to show AT&T role in Net spying

Posted 5/22/2006 8:15 PM ET

E-mail | Save | Print | Subscribe to stories like this RSS

**WIRED'S DOCUMENTS**

Complete file of AT&T documents

**Excerpt:** Installing "splitters" on wires

**Excerpt:** The "secret room"

**Excerpt:** Second method for re-routing data

**NSA SURVEILLANCE**

BellSouth demands retraction

Congressional panels briefed on NSA surveillance

**Video:** Verizon denies handing over records

Bush: Surveillance legal

**Reaction:** Phone company customers offer their take on assisting NSA

BellSouth denies giving information to NSA

More

SAN FRANCISCO (AP) — An online news outlet published papers Monday that it said document AT&T's alleged role in a government effort to spy on Internet traffic.

The internal company documents and other materials were assembled by Mark Klein, a former AT&T technician. Klein also gave internal AT&T documents earlier this year to privacy advocate Electronic Frontier Foundation, which sued the telecommunications giant challenging the Bush administration's secretive domestic surveillance program.

It wasn't clear whether the documents published Monday by *Wired News* were the same as those at the heart of the lawsuit against AT&T. *Wired News* acknowledged it could not be sure, because the federal judge presiding over the case has sealed the records.

But Wired News said the AT&T documents "appear to be excerpted from material that was later filed in the lawsuit under seal."

The papers are a blend of corporate blueprints and Klein's own interpretation of them. They seem to provide a detailed account of how AT&T used "splitters" to tap into gigantic fiber-optic lines that carry Internet traffic.

Klein writes that AT&T installed the splitters, which diverted light signals carrying data, into a "secret room" where the information could be analyzed.

Among the equipment Klein said was installed there was a Narus STA 6400. Narus manufactures data-mining devices that lets companies and other entities sift through the information in Internet traffic and identify nuggets of interest in e-mail, users' Web-surfing and even Internet phone calls.

AT&T has asked the Electronic Frontier Foundation to return the documents to the company.

Rela Mig www Sch www Wir exp
E-ma E-m Sig and E-m Sel Bre Ge
Feat Get Pho

"We believe the public's right to know the full facts in this case outweighs AT&T's claims to secrecy," *Wired News* said in a statement posted on its website accompanying the story.

*Copyright 2006 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

Posted 5/22/2006 8:15 PM ET

E-mail | Save | Print | Subscribe to stories like this RSS

Related Advertising Links

What's this?

**Migrate from UNIX to Windows and Intel**
Cost effective, scalable and reliable, Windows and Intel servers deliver.
**www.migrationforunix.com**

**Get MSN Messenger Here**
MSN® Messenger now includes free features like Video Conversations, PC-to-PC Calling, PC-to-Mobile Messaging, Emoticons, Sharing Folders, Shared Search, and more.
**www.messenger.msn.com**

**Schedule View**
Save your business time and money by using Schedule View appointment-making software. Increasing productivity is just a "view and click" away, so don't delay!
**www.scheduleview.com/**

Place your ad here

Advertisement




**Newspaper Home Delivery - Subscribe Today**

Home • News • Travel • Money • Sports • Life • Tech • Weather

**About USA TODAY.com:** Site Map | FAQ | Contact Us | Jobs with Us
Terms of Service | Privacy Policy/Your California Privacy Right | Media Kit | Press Room

**News Your Way:** Mobile News | Email News | Add USA TODAY.com RSS feeds

**Partners:** USA Weekend | Sports Weekly | Education | Space.com

Copyright 2006 USA TODAY, a division of Gannett Co. Inc.