# About EFF

From the Internet to the iPod, technologies are transforming our society and empowering us as speakers, citizens, creators, and consumers. When our freedoms in the networked world come under attack, the Electronic Frontier Foundation (EFF) is the first line of defense. EFF broke new ground when it was founded in 1990 — well before the Internet was on most people's radar — and continues to confront cutting-edge issues defending free speech, privacy, innovation, and consumer rights today. From the beginning, EFF has championed the public interest in every critical battle affecting digital rights.

Blending the expertise of lawyers, policy analysts, activists, and technologists, EFF achieves significant victories on behalf of consumers and the general public. EFF fights for freedom primarily in the courts, bringing and defending lawsuits even when that means taking on the US government or large corporations. By mobilizing more than 50,000 concerned citizens through our Action Center, EFF beats back bad legislation. In addition to advising policymakers, EFF educates the press and public. Sometimes just defending technologies isn't enough, so EFF also supports the development of freedom-enhancing inventions.

EFF is a donor-funded nonprofit and depends on your support to continue successfully defending your digital rights. Litigation is particularly expensive; because two-thirds of our budget comes from individual donors, every contribution is critical to helping EFF fight —and win—more cases.

**For information on donating to EFF, see**
http://www.eff.org/support/

**Learn about significant EFF court victories**
http://www.eff.org/legal/victories/

**Learn more about EFF's founding**
http://www.eff.org/about/history.php

**Learn more about current hot cases:**

» Sony BMG Litigation

# Contact and Staff Information

» Contact Us
» Board of Directors
» Staff List
» Advisory Board
» Volunteer, Intern, and Employment Opportunities
» How to Support the Electronic Frontier Foundation

Search eff.org
Enter search terms
Powered by Google
Search EFF

» About EFF's search

Contents
miniLinks
Awards
EFF Victories
EFF White Papers
EFFector

**Subscribe to EFFector!**
[our free email newsletter]

Email:

Zip / Postal Code
*(optional)*

Subscribe!

» EFFector Archive

Topics
Anonymity
Biometrics
Bloggers' Rights
Broadcast Flag
CALEA
CAPPS II
Censorship
Copyright Law
Digital Rights Management (DRM)
DMCA
Domain names
E-voting

» AT&T Class Action
» Cell Phone Tracking Cases
» Apple v. Does

**Learn more about EFF campaigns, projects, and issues:**

File Sharing
Bloggers' Rights
Intellectual Property
Tor

**Support EFF's efforts through our Action Center**:

http://action.eff.org

To stay up to date on EFF issues, subscribe to our EFFector newsletter, or check out our weblogs, Deep Links and miniLinks.

Fair Use
File-sharing
Filtering
FTAA
Intellectual Property
International
Internet governance
ISP legalities
Licensing/UCITA
Linking
Patents
Pending legislation
Privacy
Public records/FOIA
Reverse engineering
RFID
Spam
Surveillance
USA PATRIOT Act
Wireless
WIPO
EFF en Español
» Recursos e información de EFF en Español.

Home | About EFF | Cases | Press Room | DeepLinks | Action Center | Join EFF | Privacy Policy | EFF RSS Feeds