# Exhibit A

# AT&T DSL SERVICE SUMMARY



:: SERVICE AVAILABILITY

AT&T DSL Service is available at your address.

You are now in a secure area.

## REVIEW YOUR ORDER

Please review the information below. If everything is correct, please click Continue. If not, click Edit Your Order.

### ORDER SUMMARY

Plan: **Standard Plan**

Speed: **Up to 1.5Mbps download speed**

Monthly Fee: **$29.95**[1]

Installation: **$200 Professional Installation**

Installation Kit: **Free ($149 value)**[1]

Edit Your Order | Continue

### ADDITIONAL FEES

- **Service Activation and Shipping & Handling Fees** - A one-time fee of $39.99 will be charged for service activation, and a one-time fee of $19.99 will be charged for shipping and handling.

- **Cancellation Fee** - If you cancel AT&T DSL Service within the first 30 days of service, you will not be charged a Cancellation Fee. If you cancel AT&T DSL Service after the first 30 days and within the first 12 months of service, you will be charged a $200 Cancellation Fee. If you cancel AT&T DSL Service after 12 months of service, there is no Cancellation Fee. You must return your installation kit within 30 days of your cancellation.

- **"No Show" Fee** - You will be charged $200 if you miss your scheduled appointment for professional installation of AT&T DSL Service.

### EQUIPMENT

- Equipment to be supplied by AT&T DSL Service: AT&T DSL Service Installation Kit.
- Most computers today come equipped with a PC Network Interface Card (NIC). If your computer does not have a PC NIC, you will need to equip your computer with one before starting the DSL install process.

**NEED HELP WITH YOUR ORDER?**

We're available to assist you.
**Call 1-800-820-8900**
**Monday - Friday**
**7am-7pm**
**Central Time**

[1] This limited-time offer provides the first 12 months of AT&T DSL Service at $10 per month off the current rate of the AT&T DSL Service Standard Plan (currently $39.95 a month) and Preferred Plan (currently $49.95 a month) for new customers only. A $19.99 shipping and handling fee applies. Offer includes unlimited high-speed Internet access and 20 hours of dial-up access for away-from-home use and is available to residential AT&T Local Service customers only. Other charges and taxes may apply. Other terms and conditions may apply. Service is not available in all areas and continued availability is subject to AT&T's ability to reasonably obtain underlying facilities. Offer subject to change without notice.

© 2006 AT&T Knowledge Ventures. All rights reserved.



# CREATE YOUR ACCOUNT

1 2 3 CREATE ACCOUNT 4

**:: SERVICE AVAILABILITY**

**AT&T DSL Service is available at your address.**

You are now in a secure area.

## CREATE YOUR ACCOUNT

Are you an existing AT&T Worldnet® Service Member?

Yes No

Please enter your name and billing address **exactly** as they appear on your local telephone bill. Items with an asterisk (*) are required.

***First Name:**

**M.I.:**

***Last Name:**

***Address 1:** [redacted]

**Address 2:**

***City:** SAN FRANCISCO

***State:** CA

***ZIP Code:** 94117

**Phone Number:** [redacted]
(the line you will use for AT&T DSL Service)

***Contact Telephone Number:**

***Contact E-mail Address:**

Same as Billing Address

Please note we cannot ship to a P.O. Box. Items with an asterisk (*) are required.

***Address 1:**

**Address 2:**

***City:**

***State:**

***ZIP Code:**

Continue

**NEED HELP WITH YOUR ORDER?**

We're available to assist you.
**Call 1-800-820-8900**
**Monday - Friday**
**7am-7pm**
**Central Time**

© 2006 AT&T Knowledge Ventures. All rights reserved.

# PAYMENT AND REGISTRATION

4 PAYMENT AND REGISTRATION

**SERVICE AVAILABILITY**

AT&T DSL Service is available at your address.

You are now in a secure area.

## ERROR

**Sorry, there is a problem with your submission.**

- **No matching AT&T residential Long Distance or Local service Account could be found. Please refer to your AT&T residential phone bill and re-enter the information as it appears on your bill.**
  **At this time, we are unable to add AT&T DSL Service to your current AT&T Phone Bill. Please enter your credit card information below and your AT&T DSL Service monthly charges will be billed to your credit card.**

Please make sure that the information you enter below is exactly as it appears on your credit card statement. Your AT&T DSL Service charges will be billed to this credit card.

**Credit Card:** VISA

**Credit Number:**

**Expiration Date:** Month / Year

**Name on card:**

**Account Information:**

**First:** [redacted] **M.I.:**

**Last:** [redacted]

**Address Line 1:** [redacted]

**Address Line 2:**

**City:** SAN FRANCISCO

**State:** California

**Zip:** 94117

**Area Code + Phone Number:** [redacted]

Please review your payment information carefully before clicking the Continue button. Processing may take a few seconds.

Continue

By providing this information, you agree that (i) you are more than 18 years old, (ii) you are authorized to use this credit card, and (iii) you will pay all charges applied by AT&T for your use of AT&T DSL Service to the credit card above in accordance with the card issuer agreement.

**NEED HELP WITH YOUR ORDER?**

We're available to assist you.

**Call 1-800-820-8900**



© 2004 AT&T. All rights reserved.

AT&T



# PAYMENT AND REGISTRATION

1 2 3 4 PAYMENT AND REGISTRATION

:: SERVICE AVAILABILITY

AT&T DSL Service is available at your address.

You are now in a secure area.

## YOUR PAYMENT CHOICE

Choose your payment method:

- **MY AT&T BILL**
  If you currently have Residential AT&T Local and/or Long Distance service, then you can add your AT&T DSL Service charges to your monthly phone bill.

- **MY CREDIT CARD**
  If you are not an AT&T customer, then you must pay by credit card. (Visa, MasterCard, American Express, or Discover ® Network.)

Continue

**NEED HELP WITH YOUR ORDER?**

We're available to assist you.
**Call 1-800-820-8900**


© 2004 AT&T. All rights reserved.

Asian Languages | En Español

## Manage Your Account

Enjoy secure and convenient access to your account whenever you want.

**Residential customers ▸**

**Business customers ▸**

at&t

Your world. Delivered



### Residential

Local and long distance, Internet, wireless phone and satellite TV—all for your home

Learn more ▸

### Small Business

Voice, Internet and data services for businesses and home offices

Learn more ▸

### Enterprise

Networking and communications for:
- **Business**
- **Government**
- **Wholesale**

**Learn more ▸**

[illegible] ▸

## Support You Can Count On

AT&T online tools help get you answers when you need them. Whether you have a billing question, need a phone line fixed, or want to move a service [illegible] AT&T [illegible] ▸

Corporate Information | Customer Support | Contact Us

SBC AT&T

USA Proud Sponsor of the U.S. Olympic Team

YELLOWPAGES.COM

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy
[illegible]

# PAYMENT AND REGISTRATION

1 2 3 **4** PAYMENT AND REGISTRATION

**SERVICE AVAILABILITY**

AT&T DSL Service is available at your address.

You are now in a secure area.

## YOUR PAYMENT CHOICE

Choose your payment method:

- **MY AT&T BILL**
  If you currently have Residential AT&T Local and/or Long Distance service, then you can add your AT&T DSL Service charges to your monthly phone bill.

- **MY CREDIT CARD**
  If you are not an AT&T customer, then you must pay by credit card. (Visa, MasterCard, American Express, or Discover ® Network.)

Continue

**NEED HELP WITH YOUR ORDER?**

We're available to assist you.
**Call 1-800-820-8900**


© 2004 AT&T. All rights reserved.

# PAYMENT AND REGISTRATION

4 PAYMENT AND REGISTRATION

:: SERVICE AVAILABILITY

AT&T DSL Service is available at your address.

You are now in a secure area.

## ENTER YOUR BILLING INFORMATION

Please enter the following information EXACTLY as it appears on your AT&T bill:

**First:** [redacted] **M.I.:**

**Last:** [redacted]

**Address Line 1:** [redacted]

**Address Line 2:**

**City:** SAN FRANCISCO

**State:** California

**Zip:** 94117

**Area Code + Phone Number:** [redacted]

Please provide the last four digits of the Social Security Number of the person named above. (This information is used only to confirm identity in your dealings with AT&T.)

**Last Four Digits of SSN:**

Processing may take a few seconds.

Continue

NEED HELP WITH YOUR ORDER?

We're available to assist you.

**Call 1-800-820-8900**



© 2004 AT&T. All rights reserved

# PAYMENT AND REGISTRATION



**:: SERVICE AVAILABILITY**

AT&T DSL Service is available at your address.

You are now in a secure area.

## E-MAIL ID AND PASSWORD SET-UP

### CREATE YOUR E-MAIL ID

Please create an e-mail ID for your AT&T DSL Service. Use the suggested e-mail ID below, or create your own. Your e-mail ID will also be part of your home page URL when you sign up for an AT&T DSL Service Personal Web Page.

**Your e-mail ID needs to:**

- Start with a letter (A-Z)
- Contain either letters, numbers (0-9), dashes, or periods
- Be no more than 29 characters
- Be unique; your ID will be rejected if the same name is already in use

**E-mail ID:** [redacted] @worldnet.att.net

### CHOOSE A PASSWORD

Please create your e-mail password below. Passwords are case sensitive. Your password is private information that allows access to your account. If you can't easily remember it, please write it down and keep it in a secure location.

**To ensure your security, your password must be:**

- 8-16 letters or numbers with no spaces
- Not easy to guess

**Your password may not be:**

- Your first or last name
- Your e-mail address
- The word "password"
- A single repeated character (unless you combine cases, as in AAAAaaaaa)

**E-mail Password:**

Processing may take a few seconds.

Continue

**NEED HELP WITH YOUR ORDER?**

We're available to assist you.

**Call 1-800-820-8900**



© 2004 AT&T. All rights reserved.

AT&T

att.com At Home & On the Go Small & Medium Business Enterprise Business

AT HOME & ON THE GO | SEARCH

# PAYMENT AND REGISTRATION

4 PAYMENT AND REGISTRATION

:: SERVICE AVAILABILITY

AT&T DSL Service is available at your address.

You are now in a secure area.

## ORDER INFORMATION

Your E-Mail Address is: [redacted]
Your E-Mail Password is [redacted]
Your Personal Home Page will be : [redacted]

WOULD YOU LIKE YOUR E-MAIL ID LISTED ON AnyWho?

AnyWho is an AT&T directory that lists phone numbers, addresses, maps, and directions for businesses and people in the U.S. and can be accessed at www.anywho.com.

List Me Don't List Me

SUBSCRIBER AGREEMENT

AT&T DSL SERVICE SUBSCRIBER AGREEMENT

Effective Date - May 2005

AT&T DSL Service Notice

Effective May 2005, AT&T DSL Service has updated the Subscriber
Agreement to reflect changes to the Service. Please see Sections (2.c),
(6.e), and (17) of this Agreement for such changes.

Please click here to print the AT&T DSL Service Subscriber Agreement from your browser.

Please read this information carefully. Before continuing with the Registration process, you must indicate your Agreement or Disagreement with the Subscriber Agreement. Click the Check Box stating you have read the Subscriber Agreement after you have done so.

I have read the Subscriber Agreement

**Yes, I agree, Register Now** **I Do Not Agree**

Processing may take a few seconds.

Continue

**NEED HELP WITH YOUR ORDER?**

We're available to assist you.

**Call 1-800-820-8900**


© 2004 AT&T. All rights reserved

AT&T



# PAYMENT AND REGISTRATION

4 PAYMENT AND REGISTRATION

:: SERVICE AVAILABILITY

AT&T DSL Service is available at your address.

You are now in a secure area.

## THANK YOU FOR YOUR ORDER

Congratulations! You have successfully completed your order for AT&T DSL Service.

**Important!** Your order number is: **9904411** . With just a few more steps, you'll be on your way to high-speed Internet access.

HERE'S WHAT YOU NEED TO DO

1. **PRINT THIS PAGE NOW.** It includes important information such as your order number, e-mail ID, and all the information you will need to log onto your new AT&T DSL Service account.

2. Check your e-mail for messages from us regarding the status of your order.

3. Look for your Installation Kit in the mail. When you receive it, follow the instructions for self or professional installation.

- **Self-installation:** As soon as you receive your kit, follow the easy, three-step process to install AT&T DSL Service on your computer. If you need installation support, call 1 866 596-8455 and select option 2.
- **Professional installation:** AT&T DSL Service has teamed up with Covad to provide your AT&T DSL Service. If you requested professional installation, we will set up an appointment for a Covad technician to come set up your AT&T DSL Service, make sure it is running properly, and answer all of your questions. Please have your Installation Kit available because the technician will need this to complete your installation.

CONFIGURING YOUR COMPUTER

- **Option 1:** Included in your Installation Kit will be everything you need to configure your computer. After you print this page, you can close this window.
- **Option 2:** If you prefer to do it now, you can prepare your computer for AT&T DSL Service. See instructions below.

AT&T DSL SERVICE ACCOUNT SETTINGS

The following settings must be entered into your Internet programs in order to use the Service. If you use Microsoft Internet Explorer and Outlook Express, the DSL Settings Configuration Software will enter them automatically. If you use another browser, e-mail program, or Netnews reader, you must enter them yourself.

**Note:** Entering these settings yourself is time consuming and error-prone. We strongly suggest that you use the DSL Settings Configuration Program, which will enter the settings for you.

**TO SET UP AT&T DSL SERVICE ACCESS:**

Login ID / Authentication User Name: [redacted]

[redacted]

Key / Secret:

**NEED HELP WITH YOUR ORDER?**

We're available to assist you.
**Call 1-866-596-8455**

| | |
|---|---|
| Domain Name: | **worldnet.att.net** |
| **EITHER use this...** | |
| Domain Name Server: | **Use "Server Assigned Name-Server Addresses"** or a similar feature. (Preferred) |
| **OR use these...** if your network software cannot retrieve Domain Name Server settings automatically, use the following values: | |
| Primary Domain Name Server: | **204.127.129.4** |
| Secondary Domain Name Server: | **12.102.244.4** |

**TO CONFIGURE MAIL SERVICE:**

| | |
|---|---|
| E-mail / Reply-To Address: | [redacted] |
| Incoming (POP3) Mail Server: | **ipostoffice.worldnet.att.net** |
| POP3 Server Port: | **995** (With secure SSL connections enabled) |
| POP3 User Name: | [redacted] |
| POP3 Password: | [redacted] |
| Outgoing (SMTP) Mail Server: | **imailhost.worldnet.att.net** |
| SMTP Server port: | **465** (With secure SSL connections enabled) |
| SMTP User Name: | [redacted] |
| SMTP Password: | [redacted] |

**TO CONFIGURE INTERNET BROWSER:**

| | |
|---|---|
| Default Home Page: | **http://www.att.net** |

**TO CONFIGURE INTERNET NEWSGROUPS:**

| | |
|---|---|
| Netnews / NNTP / Discussion Server: | **inetnews.worldnet.att.net** |
| Netnews Server port: | **563** (With secure SSL connections enabled) |
| Netnews Access Name: | [redacted] |
| Netnews Access Password: | [redacted] |

**DOWNLOAD YOUR CONFIGURATION INFORMATION**

The configuration software you are about to download will save information on your computer and configure Microsoft Internet Explorer and Microsoft Outlook Express. It will do the following:

- **Prepare your computer for AT&T DSL Service.** Note: You will only be able to access AT&T DSL Service AFTER you receive the Installation Kit in the mail containing the CD for installing AT&T DSL Service. Order and shipment status will be sent to your AT&T DSL e-mail ID.
- **Set up your computer to allow you to access your AT&T DSL e-mail ID using any Internet connection prior to final installation of AT&T DSL Service.** To access this e-mail ID, you can use Microsoft Outlook Express once you have downloaded and installed the configuration software.

**Two options will be presented when you click the DOWNLOAD NOW button. Choose the one that suits your needs:**

1. Open the file from the Web. The program will configure the computer

you are using right now.

2. Save the file to your computer, and then run it. You can also copy the file to any other computer you would like to configure for AT&T DSL Service.

**Download Now**

Terms & Conditions | AT&T U.S. Service Subscriber Agreement | Privacy Policy | Contact Us
© 2004 AT&T. All rights reserved.

at&t

SEARCH



Learn more about the SBC and AT&T merger.

RESIDENTIAL: PRODUCTS & SERVICES | CUSTOMER CENTER | ASSISTANCE 415/570-xxxx | Change Your Location

# RESIDENTIAL SERVICES

- FEATURED PRODUCTS
- CALLING PLANS
- VOICE OVER IP
- WIRELESS
- INTERNET SERVICES
- DIGITAL SATELLITE TV
- BUNDLED SERVICES
- PHONES & ACCESSORIES

## ·› INTERNET SERVICES



- DSL SERVICE
- DIAL-UP INTERNET
- VOICE OVER IP
- SEE ALL OF OUR INTERNET SERVICES

### REGISTER YOUR ONLINE ACCOUNT

Setting up an Online Account is free, easy and fast. Learn More.

- **Tour the Customer Center**
- **Sign Up for Online Billing**

### ACCOUNT ACCESS

**Former SBC customers:** Log in at AT&T Account Manager.

**User ID** (Phone No.)

**Password**

Forgot your password?

LOG IN

Remember my User ID

### GET ASSISTANCE

- **Go to Customer Center**
- **Contact Us**
- **Information & Answers**
- **Moving?**
- **Rates, Terms & Conditions**
- **Directory Assistance**

### PRODUCTS & SERVICES

- **Compare Our Products & Services**


© 2006 AT&T Knowledge Ventures. All rights reserved.

at&t

SEARCH



Learn more about the SBC and AT&T merger.

RESIDENTIAL: PRODUCTS & SERVICES | CUSTOMER CENTER | ASSISTANCE




:: AT&T DSL Service Home
- Check Availability
- DSL Plans and Pricing
- All About DSL
- FAQs
- Order Status

10 REASONS WHY PEOPLE SWITCH TO AT&T DSL SERVICE

## GO HIGH-SPEED WITH AT&T DSL SERVICE

AT&T DSL Service is always ready when you are. It lets you spend less time online, but get more done. Be online and on the phone at the same time. And much more!

### STANDARD PLAN



- $29.95 per month for one full year[1]
- Up to 1.5Mbps download speed
- Up to 50x faster than dial-up[2]
- FREE Modem and Installation Kit ($149 value)

**$29.95/MO.** FOR ONE FULL YEAR

Learn More

### PREFERRED PLAN

- $39.95 per month for one full year[1]
- Up to 3.0Mbps download speed
- Up to 100x faster than dial-up[2]
- FREE Modem and Installation Kit ($149 value)

**$39.95/MO.** FOR ONE FULL YEAR

Learn More

Compare Plans

READY? SET? DSL.

ORDER ONLINE NOW

CHECK AVAILABILITY

SUBMIT

1 This limited-time offer provides the first 12 months of AT&T DSL Service at $10 per month off the current rate of the AT&T DSL Service Standard Plan (currently $39.95 a month) and Preferred Plan (currently $49.95 a month) for new customers only. A $19.99 shipping and handling fee applies. Offer includes unlimited high-speed Internet access and 20 hours of dial-up access for away-from-home use and is available to residential AT&T Local Service customers only. Other charges and taxes may apply. Other terms and conditions may apply. Service is not available in all areas and continued availability is subject to AT&T's ability to reasonably obtain underlying facilities. Offer subject to change without notice.

2 Actual speeds may vary. Speeds may vary based on phone line conditioning, inside wiring on premises, Internet or network congestion, and the speed of Web sites you connect to on the Internet, among others.

Terms & Conditions | AT&T DSL Service Subscriber Agreement | Privacy Policy | Contact Us

© 2006 AT&T Knowledge Ventures. All rights reserved.



Learn more about the SBC and AT&T merger.





# AT&T DSL SERVICE

## AVAILABLE AT YOUR LOCATION

2 PLACE YOUR DSL ORDER

**SERVICE AVAILABILITY**

AT&T DSL Service is available at your address.

You are now in a secure area.

## SERVICE AVAILABLE

Good news! The following AT&T DSL Service Plan(s) are available at your address. Please choose the plan and type of installation that meet your needs.

**STEP 1: CHOOSE ONE OF OUR GREAT DSL PLANS**

**STANDARD PLAN**

**Special Offer!**

- $29.95 a month for one full year and only $39.95 after that[1]
- Up to 1.5Mbps downstream/128Kbps upstream[2]

up to **50x faster** than dial-up[2]

**PREFERRED PLAN**

**Special Offer!**

- $39.95 a month for one full year and only $49.95 after that[1]
- Up to 3.0Mbps downstream/384Kbps upstream[2]

up to **100x faster** than dial-up[2]

**STEP 2: CHOOSE THE INSTALLATION YOU NEED**

**SELF-INSTALLATION** — **FREE**

We'll send you our Installation Kit, which includes everything you need to self-install AT&T DSL Service on your computer: software, the DSL modem, and instructions. The Installation Kit is FREE (a $149 value)[1]. Once the kit arrives, just follow the simple, three-step process to install AT&T DSL Service on your computer.

**PROFESSIONAL INSTALLATION** — **$200**

If you have a burglar alarm or more than 5 devices (telephones, fax machines, etc.) connected to the telephone line you will use for your DSL connection, or if you prefer not to install the DSL service yourself, you will need to schedule a time for professional installation.

Continue

**NEED HELP WITH YOUR ORDER?**

We're available to assist you.
**Call 1-800-820-8900**
**Monday - Friday**
**7am-7pm**
**Central Time**

[1] This limited-time offer provides the first 12 months of AT&T DSL Service at $10 per month off the current rate of the AT&T DSL Service Standard Plan (currently $39.95 a month) and Preferred Plan (currently $49.95 a month) for new customers only. A $19.99 shipping and handling fee applies. Offer includes unlimited high-speed Internet access and 20 hours of dial-up access for away-from-home use and is available to

residential AT&T Local Service customers only. Other charges and taxes may apply. Other terms and conditions may apply. Service is not available in all areas and continued availability is subject to AT&T's ability to reasonably obtain underlying facilities. Offer subject to change without notice.

[2] Based on performance with a 28Kbps modem. Actual speed may vary based on phone line conditioning, inside wiring on premises, Internet or network congestion, and the speed of Web sites you connect to on the Internet, among other conditions.


© 2006 AT&T Knowledge Ventures. All rights reserved.

# AT&T DSL SERVICE SUMMARY

2 PLACE YOUR DSL ORDER

**:: SERVICE AVAILABILITY**

AT&T DSL Service is available at your address.

You are now in a secure area.

## REVIEW YOUR ORDER

Please review the information below. If everything is correct, please click Continue. If not, click Edit Your Order.

**ORDER SUMMARY**

Plan: **Standard Plan**

Speed: **Up to 1.5Mbps download speed**

Monthly Fee: **$29.95**[1]

Installation: **Free Self-Installation**

Installation Kit: **Free ($149 value)**[1]

Edit Your Order | Continue

**ADDITIONAL FEES**

- **Service Activation and Shipping & Handling Fees** - A one-time fee of $39.99 will be charged for service activation, and a one-time fee of $19.99 will be charged for shipping and handling.

- **Cancellation Fee** - If you cancel AT&T DSL Service within the first 30 days of service, you will not be charged a Cancellation Fee. If you cancel AT&T DSL Service after the first 30 days and within the first 12 months of service, you will be charged a $200 Cancellation Fee. If you cancel AT&T DSL Service after 12 months of service, there is no Cancellation Fee. You must return your installation kit within 30 days of your cancellation.

- **"No Show" Fee** - You will be charged $200 if you miss your scheduled appointment for professional installation of AT&T DSL Service.

**EQUIPMENT**

- Equipment to be supplied by AT&T DSL Service: AT&T DSL Service Installation Kit.
- Most computers today come equipped with a PC Network Interface Card (NIC). If your computer does not have a PC NIC, you will need to equip your computer with one before starting the DSL install process.

**NEED HELP WITH YOUR ORDER?**

We're available to assist you.
**Call 1-800-820-8900**
**Monday - Friday**
**7am-7pm**
**Central Time**

[1] This limited-time offer provides the first 12 months of AT&T DSL Service at $10 per month off the current rate of the AT&T DSL Service Standard Plan (currently $39.95 a month) and Preferred Plan (currently $49.95 a month) for new customers only. A $19.99 shipping and handling fee applies. Offer includes unlimited high-speed Internet access and 20 hours of dial-up access for away-from-home use and is available to residential AT&T Local Service customers only. Other charges and taxes may apply. Other terms and conditions may apply. Service is not available in all areas and continued availability is subject to AT&T's ability to reasonably obtain underlying facilities. Offer subject to change without notice.

© 2006 AT&T Knowledge Ventures. All rights reserved.