# Exhibit A

**Establish New Phone Service**

1 Before you Begin
2 Service Address
3 Customer Information
- Billing Info
- AT&T Yahoo High Speed Internet
- Credit Info
4 Products & Services
5 Wrap Up

# Credit Information

- **According to the birthdate that you entered, you are under 18 years of age. If you are under 18, you will not be able to establish telephone service online.**

* Required fields

## Credit Information

More Info

To place an order online a credit check is required and we must ask for legal identification information, including either your driver's license number or your Social Security Number.

We respect your privacy and have taken steps to safeguard your personal data. This site uses 128-bit Secure Sockets Layer (SSL) technology to encrypt your information for transmission. For more information, see our Privacy and Security Policy.

If you do not have either a driver's license, a state-issued ID, or a Social Security Number, or prefer not to provide this information online, you will not be able to complete this order online and must contact our Customer Sales and Service Center to place your order.

Based on the results of your credit check, you may be required to pay a deposit in order to connect SBC service.

**Billing Name:** Daniel J O Brien

***Birth Date:** Month: [redacted] Day: [redacted] Year: 2008

**ID Type #:**

**State:** CA

**Social Security Number:** [redacted]

## Previous Billing Information

**Previous Telephone Number(1):** - -

**Previous Telephone Number(2):** - -

**Previous Street Number:**

**Previous Street Name:**

**Previous Box/Apt/Space:** #

**Previous City:**

**Previous State:**

**Previous Zip Code:**

## Employer Information

**Employer Name:** ELECTRONIC FRONTIER FOUNDATION

**Employer Phone:** 415 - 436 - 9333

## New Landlord Information (if renting)

**New Landlord Name:** [redacted]

**New Landlord Phone:** [redacted]

Previous Next

Cancel Order Pause Order

Privacy Policy

*Establish New Phone Service*

1 Before you Begin
2 Service Address
3 Customer Information
- Billing Info
- AT&T Yahoo! High Speed Internet
- Credit Info
4 Products & Services
- Number of Lines
- **Long Distance**
- Local Toll
- Products & Packages
- View Order
5 Wrap Up

# Select Long Distance Provider(s)

**Select Long Distance Service Provider(s)** More Info

You have many companies to choose from to provide your long distance service. If you like, you can choose from a list of available carriers below. Please indicate your preference for each line. We recommend SBC Long Distance for both your long distance and local toll service provider. If the long distance service provider you want is not listed, or you have questions regarding a long distance service provider, please cancel this order and contact us at 1-866-999-8161.

**Choose SBC Long Distance as your Long Distance provider and become eligible for valuable promotions.**



**Line 1:**

- **I would like SBC Long Distance as my long distance provider.**

  Exciting lower rates for all plans - see what SBC Long Distance has to offer

- **I would like the following long distance service provider:**

  SPRINT COMMUNICATIONS INC
  FONE AMERICA INC (COIN ONLY)
  COVISTA COMMUNICATIONS
  LCI INTERNATIONAL TELECOM CORP

  Additional Carrier Info

- **I prefer not to choose a long distance provider at this time.**

  If you do not select a Long Distance provider at this time you can still make long distance calls by dialing 10-10- and a provider's code or by using a prepaid calling card. If you choose a provider within six months from the completion of your order, there is no charge to add it. After six months, there will be a one-time charge that varies slightly by state but on average is $5.00 per line.

**Previous** **Next**

**Cancel Order** **Pause Order**

*Establish New Phone Service*

1 Before you Begin

2 Service Address

3 Customer Information
- Billing Info
- AT&T Yahoo! High Speed Internet
- Credit Info

4 Products & Services
- Number of Lines
- Long Distance
- **Local Toll**
- Products & Packages
- View Order

5 Wrap Up

# Select Local Toll Provider(s)

Local toll calls are calls made outside your immediate local calling area but still within your SBC Service Area (LATA). Calls outside your Service Area are considered long distance. For more information, click on the service area maps below.







## Select Local Toll Service Providers

More Info

You have many companies to choose from to provide your local toll service. A list of the local toll providers available at this address is provided below. Please indicate your preference for each line. If the local toll service provider you want is not listed, or you have questions regarding a local toll service provider, please cancel this order and contact us at 1-866-999-8161.

**Line 1:**

- **I would like SBC Long Distance to provide my local toll service.**
- **I would like the following local toll service provider:**

  CALL SAVERS OF FRESNO
  AMERITEL
  I-LINK COMMUNICATIONS
  HOME OWNERS LONG DISTANCE INC

  Additional Carrier Info

- **I prefer not to choose a local toll provider at this time.**

  If you do not select a local toll provider at this time you can still make local toll calls by dialing 10-10- and a provider's code or by using a prepaid calling card. If you choose a provider within six months from the completion of your order, there is no charge to add it. After six months, there will be a one-time charge that varies slightly by state but on average is $5.00 per line.

**Previous** **Next**

**Cancel Order** **Pause Order**

*Establish New Phone Service*
1 Before you Begin
2 Service Address
3 Customer Information
- Billing Info
- AT&T Yahoo! High Speed Internet
- Credit Info
4 Products & Services
- Number of Lines
- Long Distance
- Local Toll
- **Products & Packages**
- View Order
5 Wrap Up

View Order | View Entire Catalog

# Flexible Package Options

**Order All Distance® Select**
and get Unlimited Nationwide
calling and start saving today!

All items are optional. To order any of the products listed below, select the checkbox. To remove a product from a line, select the checkbox again. For a complete description of each product, including any restrictions or additional charges which may apply, select its underlined name. Prices are quoted per month, per line.

## Solutions Options

Solutions can only be added to Line 1.

| | | Add to: Line1 |
|---|---|---|
| **ALL DISTANCE® SELECT** | $ 39.94/month | ☐ |

Great news. Now it's even more economical to stay connected. With ALL DISTANCE® SELECT services, you get all the nationwide direct dialed long distance you want at a lower price. You'll also receive Personal Choice℠, a bundle that includes your residence Flat Rate Service with unlimited local calling, Caller ID, your choice of two selectable features and WirePro℠. All for just $39.94 a month, when purchased online.

| | | |
|---|---|---|
| **Personal Choice℠** | $ 21.95/month | ☐ |

Designed for privacy and control along with the convenience and flexibility you need in today's active households. It includes unlimited local calling, Caller ID and your choice of two custom calling features.

| | | |
|---|---|---|
| **Personal Choice℠ Plus** | $ 28.95/month | ☐ |

Designed for privacy and control along with the convenience and flexibility you need in today's active households. It includes unlimited local calling, Caller ID and your choice of two custom calling features, plus The Message Center.

| | | |
|---|---|---|
| **Enhanced Choice℠** | $ 29.95/month | ☐ |

Designed for privacy and control along with the convenience and flexibility you need in today's active households. It includes unlimited local calling, Caller ID and your choice of five custom calling features.

| | | |
|---|---|---|
| **Enhanced Choice℠ Plus** | $ 36.95/month | ☐ |

Designed for privacy and control along with the convenience and flexibility you need in today's active households. It includes unlimited local calling, Caller ID and your choice of five custom calling features, plus The Message Center.

**Previous** **Next**

**Cancel Order** **Pause Order**

View Order | View Entire Catalog

# Privacy Options

All items are optional. To order any of the products listed below, click on the checkbox. To remove a product from a line, click the checkbox again. For a complete description of each product, including any restrictions or additional charges which may apply, click on its underlined name. Prices are quoted per month, per line.

Selective Call Blocking is included with your service. Selective Call Blocking allows you to determine which calls you want to block from being displayed in the Caller ID equipment of the person you're calling. Simply dial *67 (1167 from a rotary phone) to block your calls.

**Privacy Options**

| | Price | Add to: Line1 |
|---|---|---|
| **Privacy Manager®**<br>Call screening service that works with Caller ID to identify incoming calls that have no telephone number. Stops telemarketers and other unidentified callers. Must have Caller ID. | $ 6.50/month | ☐ |
| **Caller ID**<br>See the name/number of the caller before you answer. | $ 6.17/month | ☐ |
| **Call Waiting ID**<br>See the name/number of the caller while you're on the phone. Must have Call Waiting and Caller ID. | $ 3.23/month | ☐ |
| **Call Screen**<br>Prevents calls from up to ten phone numbers. | $ 3.23/month | ☐ |
| **Anonymous Call Rejection**<br>Works with Caller ID to automatically stop incoming callers who have blocked their numbers. | $ 1.90/month | ☐ |
| **Caller ID Blocking**<br>Blocks Caller ID on all your outgoing calls. By choosing this option, you would have to unbock each call every time you encounter a service that does not accept blocked or private calls by dialing *82 (1182 from rotary phones). There is no monthly service charge associated with either of these services. | No Charge | ☐ |
| **900/976 Call Blocking**<br>Blocks calls from your phone to numbers that begin with the prefix 900 or 976. | No Charge | ☐ |

**Previous** **Next**

**Cancel Order** **Pause Order**

Establish New Phone Service
1 Before you Begin
2 Service Address
3 Customer Information
- Billing Info
- AT&T Yahoo! High Speed Internet
- Credit Info
4 Products & Services
- Number of Lines
- Long Distance
- Local Toll
- Products & Packages
- View Order
5 Wrap Up

View Order | View Entire Catalog

# Voice Mail & Maintenance Options

All items are optional. To order any of the products listed below, click on the checkbox. To remove a product from a line, click the checkbox again. For a complete description of each product, including any restrictions or additional charges which may apply, click on its underlined name. Prices are quoted per month, per line.

## Voicemail Options

Voice mail is a service that lets you receive messages without an answering machine when you're away from home, on the phone, or online. The Message Center even takes messages for you when your power goes out.

| | | Add to: Line1 |
|---|---|---|
| **The Message Center** | $ 8.95/month | ☐ |

Answers your calls and records messages.[1]

[1] When you call The Message Center from outside your local calling area to pick up your messages, you will incur toll or long distance charges for the call. If you have Measured Rate Service, you will incur usage charges for every call The Message Center takes, as well as usage charges for every call you make from home to pick up your messages. The Message Center is offered pursuant to tariff and provided by SBC Messaging Services.

## Maintenance Plan Options

Normally, we are responsible for repairs to SBC telephone service problems up to the point of entry into your residence, and you are responsible for repairs to the wiring and to the telephones inside your residence.* However, if you would prefer not to have to worry about paying for repairs, we have two optional maintenance plans available.

| | | Add to: Line1 |
|---|---|---|
| **PHONE-PROTECT℠** | $ 4.99/month | ☐ |
| **WirePro℠** | $ 2.99/month | ☐ |

PHONE-PROTECT℠: Covers problems with registered telephone units and protects you against costly phone-set repairs and replacement.[2,3]

WirePro℠: Covers repairs to jacks and standard phone wiring inside your home.

[2] Can only be added to Line 1 because product covers problems with all eligible and registered telephone units in your home.

[3] Phone-Protect coverage is subject to written terms and conditions; limitations of coverage apply.

**Previous** **Next**

**Cancel Order** **Pause Order**

* Under state law, landlords, and not tenants, are responsible for repair to and maintenance of inside telephone wire. This law only applies to one working jack. If you are renting, your landlord is required to provide you with one working jack in your home. When repairing your standard inside wire you have options. You can repair it yourself, hire an SBC technician to repair it on a per visit basis, or hire someone else to repair it. With WirePro℠, we will repair your industry standard wire at no additional cost to you, provided that it is currently in working condition.

View Order | View Entire Catalog

*Establish New Phone Service*
1 Before you Begin
2 Service Address
3 Customer Information
- Billing Info
- AT&T Yahoo! High Speed Internet
- Credit Info
4 Products & Services
- Number of Lines
- Long Distance
- Local Toll
- **Products & Packages**
- View Order
5 Wrap Up

View Order | View Entire Catalog

# Additional Options

All items are optional. To order any of the products listed below, select the checkbox. To remove a product from a line, select checkbox again. For a complete description of each product, including any restrictions or additional charges which may apply, select its underlined name. Prices are quoted per month, per line.

| Additional Options | | Add to: Line1 |
|---|---|---|
| **Call Waiting**<br>Alerts you to another call while on the phone. | $ 3.23/month | ☐ |
| **Call Forwarding**<br>Forwards calls to another number. | $ 3.23/month | ☐ |
| **Select Call Forwarding**<br>Transfer selected calls to another number. | $ 3.23/month | ☐ |
| **Busy Call Forwarding**<br>Forwards calls when your line is busy. | $ 2.75/month | ☐ |
| **Delayed Call Forwarding**<br>Forwards calls after a designated number of rings. | $ 2.75/month | ☐ |
| **Three-Way Calling**<br>Connects you to two other numbers at the same time. | $ 3.23/month | ☐ |
| **Call Return**<br>Calls back the last incoming number that called. | $ 3.23/month | ☐ |
| **Repeat Dialing**<br>Rechecks a busy number for availability. | $ 3.23/month | ☐ |
| **Priority Ringing**<br>Distinct ring for calls from numbers you specify. | $ 3.23/month | ☐ |
| **Speed Calling 8**<br>Shortcut for eight frequently dialed numbers. | $ 3.23/month | ☐ |
| **Metro Plan℠**<br>Provides unlimited ZUM 3 calling in seven metropolitan areas. | $ 3.00/month | ☐ |

**Previous** **Next**

**Cancel Order** **Pause Order**

View Order | View Entire Catalog

Establish New Phone Service

1 Before you Begin
2 Service Address
3 Customer Information
- Billing Info
- AT&T Yahoo! High Speed Internet
- Credit Info
4 Products & Services
- Number of Lines
- Long Distance
- Local Toll
- **Products & Packages**
- View Order
5 Wrap Up

# Select Long Distance and Local Toll Plans

### SBC Residential Long Distance Calling Plans

| Select | Calling Plan | Minutes Included | Additional Minute Rate | Monthly Charge |
|---|---|---|---|---|
| ◯ | **JustCall℠ Plus 300** | 300 | $ 0.09 | $ 16.00 |
| ◯ | **JustCall℠ Plus 100** | 100 | $ 0.09 | $ 8.00 |
| ◯ | **JustCall℠ Plus** | None | $ 0.10 | $ 2.00 |

**Would you like to choose an International Option?**

### SBC International Plans

| Select | Calling Plan | Minutes Included | Additional Minute Rate | Monthly Charge |
|---|---|---|---|---|
| ◯ | **International Saver℠II** | None | One flat rate per Country | $2.95 |
| ◯ | **JustCall℠ Worldwide II** | | | $3.99 |
| ◯ | **None** | | | |

***Would you like to receive an SBC long distance calling card? There is no extra charge to receive a card.**

More Info

◯ Yes, please add at no additional charge*
◯ Not at this time

*There is no additional cost for ordering the card.

**Previous** **Next**

**Cancel Order** **Pause Order**

# View Your Order So Far...

You will receive the credit for the Installation charge of $40 per line within two bill cycles.

## View Order

More Info

Here's what you have ordered so far. Use the links in the **Actions** column below to add or remove items, change product options, and add or remove lines from your order.

Please review the products you have ordered. When you are finished, select the 'Next' button at the bottom of the page to begin wrapping up.

| Items | Quantity | Monthly Price | One Time Charge | Actions |
|---|---|---|---|---|
| **Line 1** | | | | Add another line Add items |
| Flat Rate Service | 1 | 10.69 | 33.01 | |
| Gift Credit | 1 | | -40.00 | |
| JustCall℠ Plus | 1 | 2.00 | | Remove Item |
| International Saver℠ II | 1 | 2.95 | | Remove Item |
| **Total* for Line 1** | | **$ 15.64** | **$ -6.99** | |
| **Total:*** | | **$ 15.64** | **$ -6.99** | |

**Notes**
* Monthly Price is for direct-dialed domestic calling and excludes per-minute usage charges, block-of-time overage charges, surcharges, taxes, fees, and universal service charges. Discounts may apply.

**The next page will take a long time to load. Please do not click the 'next' button more than once, and please do not click the 'stop' button on your browser.**

**$40 Gift:** Gift availability expires 10/31/06. New or existing customers will be given a $40 gift per line established through AT&T.COM up to 3 lines. Only one gift per customer for the life of the offer. Gift is applied as a bill credit within two bill rounds of service establishment. This gift can be given with any offer the customer may qualify for. AT&T and the AT&T logo are trademarks and/or services of AT&T Knowledge Ventures .All rights reserved. Further details are provided during enrollment and registration.

**Previous** **Next**

**Cancel Order** **Pause Order**

*Establish New Phone Service*
1 Before you Begin
2 Service Address
3 Customer Information
- Billing Info
- AT&T Yahoo! High Speed Internet
- Credit Info
4 Products & Services
- Number of Lines
- Long Distance
- Local Toll
- Products & Packages
- View Order
5 Wrap Up
- **Listing**
- Jacks & Wiring
- Contact Information
- Assign Lines
- Installation Date
- Review Order

# Directory Listing

Each new phone number is entitled to a complimentary directory listing. Please select the type of directory listing you would like for your main line. You also have the option of not listing your street address.

## Type of Listing: Main Line

Please select one: **Main Line**

**Listed in Directory** **No charge**

Name, address, and phone number listed in the White Pages and with Directory Assistance. (calls to 411) Do not list address

**Dual Name Listing in Directory** **No charge**

Two people sharing the same last name at the same residence may be listed together. Do not list address

Second listing name (please enter first name only) :

**Directory Assistance Listing Only** **$ .14 per month**

Name, address, and phone number are not listed in the directory but are available from Directory Assistance.

Do not list address

**Non-Published** (See limitations) **$.28 per month**

Name, address, and phone number not listed in the directory and not available from Directory Assistance.

Note: If you elect to have your main line be Non-Published, all other lines on the account will be non-published as well, and (get it free). By submitting your order on these pages, you give consent for SBC to send your phone number, whether listed, non-listed or unpublished, to the email address you provide. If you do not want an email confirmation containing your new number and prefer to receive confirmation of your order in the US mail, please call an SBC service representative direct at 1-800-955-4296 to place your order for new service.

## Directories

A complimentary copy of the local directory (White Pages and Yellow Pages) will automatically be delivered to the new service address within 7 to 10 business days of service activation.

If you would like to order additional copies of the directory, or copies of a different directory, please call our Directory Delivery hotline at 1-800-848-8000 once your new service is established.

I would prefer not to receive a directory.

**Previous** **Next**

**Cancel Order** **Pause Order**

*Establish New Phone Service*

1 Before you Begin

2 Service Address

3 Customer Information
- Billing Info
- AT&T Yahoo! High Speed Internet
- Credit Info

4 Products & Services
- Number of Lines
- Long Distance
- Local Toll
- Products & Packages
- View Order

5 Wrap Up
- **Listing**
- Jacks & Wiring
- Contact Information
- Assign Lines
- Installation Date
- Review Order

Wrap-Up: Directory Listing

We value you as a customer and want to respect your privacy. When we see products and services we know you can benefit from, we would like to call you and let you know. You have requested your line(s) be non-published. May we have permission to contact you in the future on the line(s) you have requested to be non-published?

( ) Yes ( ) No

**Previous** **Next**

**Cancel Order** **Pause Order**

Establish New Phone Service
1 Before you Begin
2 Service Address
3 Customer Information
- Billing Info
- AT&T Yahoo! High Speed Internet
- Credit Info
4 Products & Services
- Number of Lines
- Long Distance
- Local Toll
- Products & Packages
- View Order
5 Wrap Up
- Listing
- **Jacks & Wiring**
- Contact Information
- Assign Lines
- Installation Date
- Review Order

# Jacks and Wiring

## Jacks and Wiring

More Info

We are only responsible for providing SBC dial tone up to the point of entry into your residence, and you[1] are responsible for the wiring, jacks, and telephones inside the home. That could mean that one or more jacks might not work as you expect. If you are renting, your landlord is required to provide you with one working jack in your home.

You have the option of doing inside wiring yourself[1], hiring someone to do it, or having an SBC technician do it. The charge to activate a non-working jack or install a new jack is $125 for the first wire run, and $50 for each additional wire run or new jack, plus $6 for each jack plate. Costs are per visit, per billed telephone number, per premise. Additional charges for inside wire, jacks, or other materials may apply. Your installer will give you an estimate before beginning the work.

***Would you like an SBC technician to install or rewire any jacks?**

- No
- Yes

If yes, about how many jacks would you like installed or rewired?

**Previous** **Next**

**Cancel Order** **Pause Order**

[1] Under state law, landlords, and not tenants, are responsible for repair to and maintenance of inside telephone wire. This law only applies to one working jack. If you are renting, your landlord is required to provide you with one working jack in your home. When repairing your standard inside wire you have options. You can repair it yourself, hire an SBC technician to repair it on a per visit basis, or hire someone else to repair it. With WirePro[SM], we will repair your industry standard wire at no additional cost to you, provided that it is currently in working condition.

*Establish New Phone Service*
1 Before you Begin
2 Service Address
3 Customer Information
- Billing Info
- AT&T Yahoo! High Speed Internet
- Credit Info
4 Products & Services
- Number of Lines
- Long Distance
- Local Toll
- Products & Packages
- View Order
5 Wrap Up
- Listing
- Jacks & Wiring
- **Contact Information**
- Assign Lines
- Installation Date
- Review Order

# Contact Information

## Contact Information

More Info

As part of the processing of your order we will be contacting you to confirm your installation date and new phone number(s). We will also contact you if there are any questions about your order.

**Please review the information below for accuracy and enter or correct as necessary.**

**Title:** Mr. Mrs. Ms. Dr.

***First name:** Daniel

***Last name:** O Brien

***Daytime phone #:** [redacted] - [redacted] - [redacted] Ext: (No pager numbers, please)
Home Work (●) Wireless Other

**Alternate daytime #:** 415 - 436 - 933 Ext: [redacted] (No pager numbers, please)
Home (●) Work Wireless Other

***Email address:**

**Alternate email:**

**Since you have provided SBC Companies your e-mail address:**

***May we have your permission to send all of your SBC order confirmations, including important customer information disclosures and other required information, by email?** Yes No

***May we have your permission to keep you up to date about the newest products and promotions from the SBC family of companies via email?** Yes No

**Contact instructions:**

**Previous** **Next**

**Cancel Order** **Pause Order**

at&t

residential

>>Home>>Residential>>CA | Products and Services

Your world. Delivered.

*Establish New Phone Service*

1 Before you Begin

2 Service Address

3 Customer Information
- Billing Info
- AT&T Yahoo! High Speed Internet
- Credit Info

4 Products & Services
- Number of Lines
- Long Distance
- Local Toll
- Products & Packages
- View Order

5 Wrap Up
- Listing
- Jacks & Wiring
- **Contact Information**
- Assign Lines
- Installation Date
- Review Order

# Contact Information

- **Please enter a valid alternate phone number**

**Contact Information** — More Info

As part of the processing of your order we will be contacting you to confirm your installation date and new phone number(s). We will also contact you if there are any questions about your order.

**Please review the information below for accuracy and enter or correct as necessary.**

**Title:** (•) Mr. ( ) Mrs. ( ) Ms. ( ) Dr.

***First name:** Daniel

***Last name:** O Brien

***Daytime phone #:** [redacted] - [redacted] - [redacted] Ext: (No pager numbers, please)
( ) Home ( ) Work (•) Wireless ( ) Other

**Alternate daytime #:** 415 - 436 - 933 Ext: [redacted] (No pager numbers, please)
( ) Home (•) Work ( ) Wireless ( ) Other

***Email address:** danny@eff.org

**Alternate email:** danny@spesh.com

**Since you have provided SBC Companies your e-mail address:**

***May we have your permission to send all of your SBC order confirmations, including important customer information disclosures and other required information, by email?** (•) Yes ( ) No

***May we have your permission to keep you up to date about the newest products and promotions from the SBC family of companies via email?** ( ) Yes (•) No

**Contact instructions:**

---

**Previous** **Next**

**Cancel Order** **Pause Order**

Privacy Policy

Establish New Phone Service

1 Before you Begin

2 Service Address

3 Customer Information
- Billing Info
- AT&T Yahoo! High Speed Internet
- Credit Info

4 Products & Services
- Number of Lines
- Long Distance
- Local Toll
- Products & Packages
- View Order

5 Wrap Up
- Listing
- Jacks & Wiring
- Contact Information
- Assign Lines
- **Installation Date**
- Review Order

# Installation Date

## Installation Date

More Info

The installation date is the day your new phone service is installed and activated.

Your service is currently scheduled to be installed on **05/16/2006**.

**Is this date acceptable?**

- (•) Yes, I'd like my service installed on the date listed above.
- ( ) No, I prefer that my service be installed on the following date:

(Must be a weekday between 05/16/2006 and 07/17/2006 and not a holiday)

Preferred date: Month: Day: Year: 200

**Please note: Installation dates are not guaranteed.** If for some reason the date cannot be met, we will contact you within three business days to reschedule your date of installation.

**What time of day would you like your service installed?**

- (•) Anytime is fine (8am - 8pm)
- ( ) Morning (8am - 12pm)
- ( ) Afternoon (1pm - 5pm)
- ( ) Evening (4pm - 8pm)

Not all installations require a home visit. In case a technician will need to visit your property, please provide a telephone number where you can be reached on the day of installation and any other instructions below.

## Access Instructions

More Info

On the day of installation, please be sure that dogs and other animals are securely confined and that gates are unlocked so that the technician may have full access to your property, otherwise your service activation could be delayed.

In addition, if you are requesting jack work, the technician will need access to your home and you or another adult 18 or older must be present.

**If there is anything the technician will need to know to gain access to your property, please provide instructions below.**

**Access Instructions:** (optional)

Example: "See manager for key."

**Previous** **Next**

**Cancel Order**

at&t shopping cart

Order Confirmation

Thank you for your order. It has been submitted and you have been logged out.

Within 24 hours, you will receive an email acknowledgment of your order. Within three business days, you will receive a second email confirming your installation date, installation address, telephone number, and an order number. To change or cancel your order call 1-800-310-2355 and have the order number available.

Are you moving soon? Visit the SBC Move Center for all your needs..

Thank you for choosing SBC

Return to the SBC home page

You will receive the credit for the Installation charge of $40.00 per line within two bill cycles.

Asian Languages | En Español

## Manage Your Account

Enjoy secure and convenient access to your account whenever you want.

Residential customers ▸

Business customers ▸

at&t
Your world. Delivered.



### Residential

Local and long distance, Internet, wireless phone and satellite TV—all for your home

Learn more ▸

### Small Business

Voice, Internet and data services for businesses and home offices

Learn more ▸

### Enterprise

Networking and communications for:
- Business
- Government
- Wholesale

Learn more ▸

# Welcome to the new AT&T

SBC and AT&T have come together online so that you can continue to manage your accounts and learn about products and services that matter most in your world.

Corporate Information | Customer Support | Contact Us

USA Proud Sponsor of the U.S. Olympic Team

YELLOWPAGES.COM

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy