# Exhibit B

Return-Path: <wisl@momail.sbc.com>
X-Original-To: danny@localhost
Delivered-To: danny@localhost.eff.org
Received: from local host (tag.eff.org [127.0.0.1J)
by postfix.eff.org (Postfix) with ESMTP id DBEE74BEB13
for <danny@localhost>; Wed, 10 May 2006 14:14:11 -0700 (PDT)
X-Original-To: danny@eff.org
Delivered-To: danny@eff.org
Received: from falcon.eff.org [206.14.107.68J by localhost with IMAP (fetchmail-6.2.5)
for danny@localhost (single-drop); Wed, 10 May 2006 14:14:11 -0700 (PDT)
Received: from local host (localhost [127.0.0.1J)
by falcon.eff.org (Postfix) with ESMTP id EFEDA258E2D1
for <danny@eff.org>; Wed, 10 May 2006 13:56:26 -0700 (PDT)
Received: from falcon.eff.org ([127.0.0.1J)
by local host (falcon.eff.org [127.0.0.1J) (amavisd-new, port 10024)
with ESMTP id 37588-05 for <danny@eff.org>;
Wed, 10 May 2006 13:56:26 -0700 (PDT)
Received: from tlph033.enaf.dadc.sbc.com (sbcsmtp3.sbc.com [144.160.112.11J)
by falcon.eff.org (Postfix) with ESMTP id 62B42258E105
for <danny@eff.org>; Wed, 10 May 2006 13:56:26 -0700 (PDT)
Received: from enaf.dadc.sbc.com (localhost.localdomain [127.0.0.1J)
by tlph033.enaf.dadc.sbc.com (8.13.6/8.13.6) with ESMTP id k4AKuNwf028148 for <danny@eff.org>; Wed, 10 May 2006 15:56:23 -0500
Received: from tlph030.dadc.sbc.com (tlph030.dadc.sbc.com [155.179.74.190J)
by tlph033.enaf.dadc.sbc.com (8.13.6/8.13.6) with ESMTP id k4AKuJ07028103 for <danny@eff.org>; Wed, 10 May 2006 15:56:19 -0500
Received: from dadc.sbc.com (localhost.localdomain [127.0.0.1J)
by tlph030.dadc.sbc.com (8.13.6/8.13.6) with ESMTP id k4AKuJFJ031496
for <danny@eff.org>; Wed, 10 May 2006 15:56:19 -0500
Received: from tsibbs.sbc.com (tsibbs.sbc.com [155.179.105.200J)
by tlph030.dadc.sbc.com (8.13.6/8.13.6) with SMTP id k4AKuEvP031461
for <danny@eff.org>; Wed, 10 May 2006 15:56:14 -0500
Date: Wed, 10 May 2006 15:56:14 -0500
From: wisl@momail.sbc.com
Message-Id: <200605102056.k4AKuEvP031461@tlph030.dadc.sbc.com>
To: danny@eff.org
Subject: Order Confirmation from AT&T
X-Virus-Scanned: amavisd-new at eff.org
X-Spam-Checker-Version: SpamAssassin 3.0.4 (2005-06-05) on eff-danny.local X-Spam-Level:
X-Spam-Status: No, score=-0.4 required=5.0 tests=BAYES_05,NO_REAL_NAME
autolearn=no version=3.0.4
Content-Length: 242

Thank you for your order. **It** has been submitted and you have been logged out

You will receive a follow up email reviewing your order and confirming your installation date within the next three business days.

Thank you for choosing AT&T