# Exhibit C

Date: Wed, 10 May 2006 19:49:03 -0700 (PDT)
From: ATT_1WSC@att.com
To: danny@eff.org
Subject: Re: Your new telephone service request
X-Mailer: Genesys E-Mail 7.1.000.08

Dear Mr. O Brien

Thank you for your recent order with AT&T California. Please review your information below and save this page for your records.

A letter confirming the products and services you have ordered will be sent.

Your order number is: N33405600

Your new service will be installed at:
[redacted]
SAN FRANCISCO CA  94110-4060

The mailing name and address for this service is:
DANIEL J O BRIEN
[redacted]
SAN FRANCISCO CA  94110-4060

Your new telephone number is as follows:
Line 1: 415-[redacted]

Note: A telephone number is not guaranteed until it is installed and working  Please do not distribute or print a telephone number on any materials until that time.

Your service will be installed on 05/16/06

If you have further questions or any of the information above is incorrect, please reply to this email or call us at 1-800-310-2355 and reference the order number above.

If this response does not address your concern, please reply directly to this emai  To ensure a timely response, do not change the subject line of your reply.

Thank you for choosing the new AT&T - the culmination of AT&T's passion to invent and SBC's drive to deliver. We appreciate your business and continued loyalty. Check out the new AT&T at www.att.com.

For additional information, click on the links below, or cut and paste the links into your browser (see safety note below):

http://sbc.com/help - Find help for your local, long distance, Internet, wireless, and satellite products and services.
http://ask.sbc.com - Get answers to your questions about AT&T products and services.
http://sbc.com/up2speed - Enroll to receive regular AT&T email communications, special offers, and handy online tips.
http://sbc.com/eov - Review the AT&T products and services to which you've subscribed.

http://www.att.com/accountmanager - Review, modify, manage, and pay for your services online from a single, secure point of access.

Additionally, you may reach us by phone. Visit http://sbc.com/contactus for a list of customer service numbers.

Regards,

Miki
Your AT&T Customer Service Representative

NOTICE
Based on the information you provided, our understanding of your request, and currently available data, we have addressed your inquiry to the best of our ability. If we have not answered your question, reply directly to this email, and we will respond as quickly as possible during regular business hours. Please note that prices, terms, and conditions are subject to change, and in the event of a discrepancy, prices, terms and conditions in any applicable tariffs govern.

SAFETY TIP
The AT&T companies care about your Internet safety. Since even familiar links can be used to misdirect and defraud, consumers should be careful when clicking directly on hyperlinks. To be sure you're being directed appropriately, copy and paste the URL into your browser. Learn more about ensuring a safe Internet experience at http://sbc.com/safety.
(c) 2002-2005 SBC Knowledge Ventures, L.P. All rights reserved.