# Exhibit D

Date: Thu, 11 May 2006 07:01:45 -0500
From: orderconfirmation.ca.res.160246371@email02.sbc.com
To: DANNY@EFF.ORG
Subject: Confirmation of Your Order for SBC Products and Important Notice Concerning the Privacy of Your Customer Information

==================

SBC CALIFORNIA
ORDER CONFIRMATION
RESIDENTIAL

==================

MAY 11, 2006

DANIEL J O BRIEN
[redacted]
SAN FRANCISCO CA 94110-4060

THANK YOU FOR THE OPPORTUNITY TO HELP PLAN YOUR TELECOMMUNICATIONS SERVICE

THE ENCLOSED MATERIAL CONFIRMS:

- 0 THE SERVICES YOU RECENTLY ORDERED
- 0 THE ITEMIZED MONTHLY RATES FOR THOSE SERVICES
- 0 ANY SERVICE CONNECTION CHARGES
- 0 YOUR SERVICE ORDER NUMBER
- 0 IMPORTANT PRIVACY NOTICE: How to prevent your name and phone number from being revealed.

WE AT SBC CALIFORNIA CAN HELP IN MEETING YOUR FUTURE TELEPHONE SERVICE NEEDS WE LOOK FORWARD TO WORKING WITH YOU AGAIN. IF YOU HAVE QUESTIONS OR REQUIRE ADDITIONAL INFORMATION, PLEASE CALL 1-800-310-2355.

NEW INTERACTIVE PRODUCT TOURS ARE NOW AVAILABLE ONLINE AND WILL HELP YOU GET THE MOST FROM YOUR SBC SERVICES - sbc.com/tours

THANK YOU FOR BRINGING YOUR BUSINESS TO US.

SINCERELY,

SBC CALIFORNIA

FOR AN IMPORTANT MESSAGE ABOUT THE PRIVACY OF YOUR CUSTOMER INFORMATION VISIT: www.sbc.com/cpni_info

===============================

CONFIRMATION OF SERVICES ORDERED

Your Account Number 415 821-[redacted] 560
Your Service Order Number N33405600

## MONTHLY SERVICE RATES

| Activity | Telephone | Quantity | Description | Monthly |
|---|---|---|---|---|
| ADD | 415-[redacted] | 1 | Residence Flat Rate Service | 10.69 |
| Your Long Distance Carrier is: AT&T Long Distance | | | | |
| | | 1 | Your Listing Is Not Published | 0.28 |
| | | 1 | Identifier | 0.00 |
| Your Local Toll Carrier is: AT&T Long Distance | | | | |
| | | 1 | Number Portability Svc Charge | 0.00 |
| | | 1 | Federal Universal Service Fee | 0.47 |
| Charges Imposed by the Federal Communications Commission: | | | | |
| | | 1 | Federal Subscriber Line Charge | 4.38 |
| | | 1 | Federal Subscriber Line Charge | 0.00 |

## SERVICE CONNECTION CHARGES

| Telephone | Quantity | Description | Charge |
|---|---|---|---|
| 415-[redacted] | 1 | Residence Flat Rate Service | 33.01 |

INFORMATION ONLY.
THIS IS NOT A BILL.

For an important message about the privacy of your customer information visit: www.sbc.com/cpni_info

Customers have access to California 900 and 976 services. Blocking of 900/976 numbers is available. To remove the 900/976 block SBC California must be notified in writing and a one-time charge is applied.

SBC California appreciates your business. As a valued customer, you will receive a Customer Gift Credit for the Reward for Online that you have ordered. The one-time gift credit will appear within your next two monthly bills under the Promotions and Discounts section of your bill. Thank you for choosing SBC California.

## TROUBLE WITH YOUR INSIDE WIRING

"Inside Wire" is all the wire inside your home or business (and could also include wire that is outside on the building) which connects your telephone to the telephone box where our lines enter the building. You have several repair options: you may do the work yourself, you can hire someone to do it,

or hire us by calling 611

Information on Caller ID name and number blocking options

Unless you take action to block them, your name and phone number are being transmitted to people you call. This happens automatically on any call you make to persons or businesses who subscribe to Caller ID service. There are two ways you can prevent your name and number from being seen when you call. By law the choice is yours and both options are free.

Complete Blocking - (Maximum Privacy Protection) With this option we arrange to prevent your name and number from being sent to the person or business you are calling, on all calls. If you wish to transmit your name and number on selected calls, press *82 (1182 on rotary phones) before you dial the number.

Selective Blocking - (Minimum Privacy Protection) This option automatically allows your name and number to be sent to the person or business you''re calling. If you wish to block transmission of your name and number on selected calls, press *67 (1167 on rotary phones) before you dial the number

To order Complete Blocking or to obtain information on privacy issues associated with Caller ID service, including why you may or may not wish to have your name and number seen by the person or business you''re calling, please call 1-800-310-2355.

Remember - If you do not block them, your name and number will be displayed on calls you make if the person or business you''re calling has Caller ID service.

SPECIAL ADVANCE TOLL BILL

We want to take this opportunity to tell you something about the billing of your telephone account.

Usually, you will receive a bill once a month. However, on the rare occasions when a customer's toll calling is unusual, a special bill may be rendered. The purpose of this special billing is to be sure you are aware of the amount which is outstanding and to give you the opportunity to discuss arrangements for payment with us. Payment for special bills is due within seven days of the date it is sent to you.

As is customary in most businesses, the amount of toll credit extended is based upon the credit you have established. A special bill may be sent to you each time charges for toll calling exceed $100.00 in less than a full billing period.

This Special Advance Toll Bill is due immediately, and if payment or acceptable arrangements are not made within 7 days, your service will be disconnected.

AND JUST SO YOU KNOW

YOUR PHONE LINE HAS THREE CONVENIENT FEATURES BUILT-IN

Your phone line comes equipped with three convenient features for you to use when you need them: Call Return (*69), Repeat Dialing (*66) and Three-Way Calling. You will be charged $1.42 each time you use one of these features. If you find yourself using one or all of the features often, you may wish to pay a small monthly fee for unlimited use. If you don't use the features at all, there is no charge. If you want to block these features from your phone you may do so free of charge. Contact one of our service representatives for details at 1-800-310-2355.

Here's how they work:

- o Call Return automatically dials the last person who called you, even if you don t know who it was. Simply dial *69.
- o Repeat Dialing automatically redials a busy number every 45 seconds until the line is available (up to 30 minutes). Simply dial *66.
- o Three-Way Calling lets you talk to two other people at two different locations at the same time. To add someone to an existing call, click and release the receiver button. Listen for the interrupted dial tone and then dial the second number. When they pick up, press and release the receiver button again and you will all be connected. Be sure to hang up for 5 seconds between calls to avoid making an unwanted three-way call.

You can now check the status of your order by calling 1-800-310-2355 or visit http://sbc.com/.

Under certain field conditions not all services may be available in all areas.

* Rates do not include taxes or surcharges.
** SBC California cannot guarantee the advanced assignment nor the permanence of any telephone number.
*** Three-Way Calling is not available in some areas and on some calls. You may be charged regardless of whether the call is completed.

You confirm that the line associated with [redacted] is the primary line to your residence. You are aware that the Public Utilities Commission or SBC California may verify the accuracy of your statement.

SBC California will release non-published customer information to authorized public agencies in an emergency; other telephone companies who need the information to provide telephone service; and to other public agencies who first obtain judicial approval for its release.

You may contact us and find out whether your non-published information has been released to an agency for emergency reasons

Normally calls that you charge to your SBC Calling Card, third-number calls and collect calls are billed by us. However, some interstate service providers may want to bill you directly. We are required by the Federal Communications Commission to provide your bill name and address when the companies request it for their own billing purposes. If you don't want your bill name and address released, please call our business office. Unfortunately, this will result in your SBC Calling Card being canceled and third-number and collect calls being blocked.

In addition to the charges stated above, the below Surcharges and Other Fees will also appear on your monthly bill:

Digital Line Port Charge
Rate Surcharge
State Regulatory Fee

Remember, SBC California also offers UNIVERSAL LIFELINE TELEPHONE SERVICE for our low income customers. Lifeline service is basic residential telephone service for half the rate of regular residential service. To qualify for Lifeline Service you must meet the following rules:

1) Your household's total gross income is no more than:

| Number of People in Your Household | **Monthly Gross Income | *Annual Gross Income |
|---|---|---|
| 1 - 2 | $1,717 | $20,600 |
| 3 | $2,025 | $24,300 |
| 4 | $2,433 | $29,200 |
| Each additional Person | $ 408 | $ 4,900 |

*Adjusted annually for inflation

**Monthly amounts are included only as guidelines.
Actual income eligibility should be based on annual amounts.

2) The household in which you have Universal Lifeline Telephone Service is your primary residence.

3) You are not claimed as a dependent on another person's income tax return.

If you meet all the rules shown above, you qualify for Lifeline Service.

Contact your local business office to change your service to UNIVERSAL LIFELINE TELEPHONE SERVICE. Call 1-800-310-2355 toll free or your business office toll free number which can be found in your SBC SMART Yellow Page directory.

DISCLOSURE: PAYMENT ARRANGEMENTS OF YOUR TELEPHONE ACCOUNT MAY BE

DISCUSSED WITH A THIRD PARTY ONLY IF YOU (SUBSCRIBER) HAVE PREVIOUSLY PROVIDED WRITTEN AUTHORIZATION SIGNED EITHER BY YOURSELF OR YOUR ATTORNEY, OR BY VERIFICATION THAT THE THIRD PARTY HAS IN THEIR POSSESSION CONFIDENTIAL INFORMATION WHICH HAS BEEN PROVIDED BY THE SUBSCRIBER FOR THE PURPOSE OF CONTACTING SBC CALIFORNIA TO DISCUSS THE ACCOUNT.

========================

MORE FROM SBC CALIFORNIA

========================

Hot Deals - Check it out now for Limited Time Offers:
http://www.sbcinfo.com/hotdeals/

Go paperless and pay for your great new services online. View, pay and print your SBC services bill with AT&T eBill! Go to
http://www.sbc.com/econ/ca/res/ebill

CONTACT US

Contact information:
http://www.sbc.com/econ/ca/res/contact-us

ONLINE INFO

Home Page:
http://www.sbc.com/econ/ca/res/home

Products and Services:
http://www.sbc.com/econ/ca/res/products

User Guides:
http://www.sbc.com/econ/ca/res/user-guide

Please do not respond to this email. Contact information is provided for you above

SBC and other SBC product names are trademarks of SBC Knowledge Ventures, L.P. or its affiliates.

Copyright 2005 SBC Knowledge Ventures, L.P. All rights reserved