# Exhibit A

Lobbying Activity

# AT&T INC. AND ITS AFFILIATES,

## View:

- General Information
- Financial Activity/Filing History

## Legislative Session

- 2005 through 2006
- Historical

**As disclosed in quarterly reports filed with the Secretary of State, payments made by an organization to its own in-house lobbyists or to lobbying firms are reported here. Links to legislative bills or state agencies lobbied also are available.**

### 2005-2006 LEGISLATIVE SESSION

**LOBBYING PAYMENTS MADE**

| SESSION | QUARTER | GENERAL LOBBYING | P.U.C. LOBBYING |
|---|---|---|---|
| 2005-2006 | 5th | $722,305.32 | $25,093.38 |
| 2005-2006 | 4th | $1,612,184.98 | $0.00 |
| 2005-2006 | 3rd | $1,183,816.09 | $146,494.50 |
| 2005-2006 | 2nd | $647,261.55 | $0.00 |
| 2005-2006 | 1st | $475,389.29 | $0.00 |

**BILLS AND AGENCIES LOBBIED**

| SESSION | QUARTER | BILLS/AGENCIES LOBBIED (AS FILED) |
|---|---|---|
| 2005-2006 | 5th | Legislature - SB 140, SB202, SB440, SB850, SB951, SB1359, SB 1414, SB1651, SB1665, SB1666, SB1744, SB1788, SRJ24; AB326, AB1037, AB1388, AB1818, AB1891, AB1958, AB2519, AB2555, AB2838, AB2959, AB2984, AB2987, AB3073, Budget issues; Business, Transportation & Housing and State & Consumer Services Agencies - adoption of NEC Ch 8 Model Code; CPUC - R-05-04-005, R.00-02-004, A-05-02-027 |
| 2005-2006 | 4th | Legislature - Future legislation; CPUC - A-05-02-027 |
| 2005-2006 | 3rd | AB 80, 903, 1104, 1182, 1388, 1206, 1458,1547, 1735; SB 140, 775, 909 1002, 1068, Matters related to CPUC Budget; CPUC - R.05-04-005, A-05-02-027 |
| 2005-2006 | 2nd | AB 80, 344, 903, 1104, 1169, 1182, 1380, 1458, 1547, 1580, 1735; SB 140, 210, 552, 775, 909, 954, 1068, 1069; Senate Energy, Utilities and Communications Committee |

| | | |
|---|---|---|
| | | hearing on the Telecommunications mergers; CPUC - A-05-02-027. |
| 2005-2006 | 1st | AB 80, 903, 1082, 1380; SB 15, 67, 140, 580, 608, 850, 951, 1068; CPUC: R.95-04-043/I.95-04-044; R.01-09-001; A.05-02-027; R.03-08-018; FPPC: Proposed gift regulations, Proposed regulations 2 Cal. Code Regs. section 18465.1 and 18530.7. |

To Search For The Full Text Of Bills, Resolutions, And Constitutional Amendments Click Here.

**ELECTRONIC FILINGS**

**LOBBIST EMPLOYER OR LOBBYING COALITION REGISTRATION STATEMENT (F603)**

FILING PERIOD: 05/16/2006 - 05/16/2006 FILED ON: 5/17/2006 11:29:56 AM

FILING NUMBER: 1068618 AMENDMENT #6

**LOBBYING FIRM ACTIVITY AUTHORIZATION (F602)**

FILING PERIOD: 05/01/2006 - 05/01/2006 FILED ON: 5/9/2006 5:37:38 PM

FILING NUMBER: 1169726 ORIGINAL FILING

**REPORT OF LOBBYIST EMPLOYER AND REPORT OF LOBBYING COALITION (F635)**

FILING PERIOD: 01/01/2006 - 03/31/2006 FILED ON: 5/1/2006 5:31:58 PM

FILING NUMBER: 1168095 ORIGINAL FILING

**REPORT OF LOBBYIST EMPLOYER AND REPORT OF LOBBYING COALITION (F635)**

FILING PERIOD: 10/01/2005 - 12/31/2005 FILED ON: 1/31/2006 3:12:12 PM

FILING NUMBER: 1148644 ORIGINAL FILING

**REPORT OF LOBBYIST EMPLOYER AND REPORT OF LOBBYING COALITION (F635)**

FILING PERIOD: 07/01/2005 - 09/30/2005 FILED ON: 11/29/2005 9:59:02 AM

FILING NUMBER: 1133950 AMENDMENT #1

**REPORT OF LOBBYIST EMPLOYER AND REPORT OF LOBBYING COALITION (F635)**

FILING PERIOD: 04/01/2005 - 06/30/2005 FILED ON: 10/19/2005 11:54:54 AM

FILING NUMBER: 1119120 AMENDMENT #1

**REPORT OF LOBBYIST EMPLOYER AND REPORT OF LOBBYING COALITION (F635)**

FILING PERIOD: 01/01/2005 - 03/31/2005 FILED ON: 5/2/2005 1:54:36 PM

FILING NUMBER: 1105428 ORIGINAL FILING

**LOBBYING FIRM ACTIVITY AUTHORIZATION (F602)**

FILING PERIOD: 01/02/2005 - 01/02/2005 FILED ON: 1/4/2005 12:09:12 PM

FILING NUMBER: 1069754 ORIGINAL FILING

**LOBBYING FIRM ACTIVITY AUTHORIZATION (F602)**

FILING PERIOD: 12/30/2004 - 12/30/2004 FILED ON: 1/3/2005 3:51:37 PM

FILING NUMBER: 1069517 ORIGINAL FILING

**LOBBYING FIRM ACTIVITY AUTHORIZATION (F602)**

| | |
|---|---|
| FILING PERIOD: 12/23/2004 - 12/23/2004 | FILED ON: 12/23/2004 1:52:48 PM |
| FILING NUMBER: 1067781 | ORIGINAL FILING |