# Exhibit B

| Check the applicable box: | Legislative Session | 603 |
|---|---|---|
| ☒ **Lobbyist Employer Registration Statement**<br>☐ **Lobbying Coalition Registration Statement**<br>(Government Code Section 86105)<br>**Type or Print in ink** | 2005 2006<br>(Insert Years)<br>1/4 | For Official Use Only<br>AMENDMENT 006 |

NAME OF LOBBYIST EMPLOYER OR LOBBYING COALITION:

AT&T Inc. and its Affiliates

If this is an initial registration, enter the DATE QUALIFIED:

| BUSINESS ADDRESS: (Number and Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| | Sacramento | CA | 95814 |

TELEPHONE NUMBER:

FAX NUMBER: (Optional) 916-447-6680

MAILING ADDRESS: (If different than above)

E-MAIL: (Optional)

## I Lobbyists and Lobbying Firms Employed

* List the full name of each in-house lobbyist employed and each lobbying firm with which you contract.

**Please see attached pages**

## II List Below the State Agencies Whose Actions you Will Attempt to Influence

* Will you attempt to influence the State Legislature? ☒ Yes ☐ No

**Please see attached pages**

## III Description of Lobbying Interests

* For assistance, see the instructions on the back of this form or the "Information Manual on Lobbying Disclosure Provisions of the Political Reform Act." Legislation and agency regulations and decisions relating to telecommunications and related businesses.

## VERIFICATION

**I have used all reasonable diligence in preparing this Statement. I have reviewed this Statement and to the best of my knowledge the information contained herein is true and complete.**

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Executed On 05/15/2006 (DATE) By Joseph P Tocco (SIGNATURE OF RESPONSIBLE OFFICER)

Name of Responsible Officer Joseph P Tocco (TYPE OR PRINT) Title Registered In-House Counsel

**FPPC Form 603 (7/98)**
**For Technical Assistance: 916/322-5660**

**CAL2PDF Version3.8**

# Lobbyist Employer/Lobbying Coalition Registration Statement

603

SEE INSTRUCTIONS ON REVERSE **Type or Print in ink**

2/4

NAME OF LOBBYIST EMPLOYER OR LOBBYING COALITION:

AT&T Inc. and its Affiliates

## Nature and Interests of Filer

**Check one box only:**

- [ ] INDIVIDUAL (Complete only Parts A and E)
- [x] BUSINESS ENTITY (Complete only Parts B and E)
- [ ] INDUSTRY, TRADE OR PROFESSIONAL ASSN. (Complete only Parts C and E)
- [ ] OTHER (e.g., lobbying coalition) (Complete only Parts D and E)

## A. Individual

1. Name and address of employer (or principal place of business if self-employed):

2. Description of business activity in which you or your employer are engaged:

## B. Business Entity

Description of business activity in which engaged:

Telecommunications Industry

## C. Industry, Trade or Professional Association

1. Description of industry, trade or profession represented:

2. Specific description of any portion or faction of the industry, trade or profession which the association exclusively or primarily represents:

3. Number of members in association (check appropriate box)

- [ ] 50 OR LESS (provide names of all members on an attachment.)
- [ ] MORE THAN 50

## D. Other

1. Statement of nature and purposes:

2. Description of any trade, profession, or other group with a common economic interest which is principally represented or from which membership or financial support is principally derived:

## E. Industry Group Classification

Check one box which most accurately describes the industry group which you represent. See instructions on reverse.

- [ ] AGRICULTURE
- [ ] EDUCATION
- [ ] GOVERNMENT
- [ ] HEALTH
- [ ] LABOR UNIONS
- [ ] LEGAL
- [ ] PUBLIC EMPLOYEES
- [ ] POLITICAL ORGANIZATIONS
- [ ] UTILITIES
- [ ] OTHER: ____________ (Describe)

BUSINESS (Check one of the following sub-categories.)

- [ ] ENTERTAINMENT/RECREATION
- [ ] FINANCE/INSURANCE
- [ ] LODGING/RESTAURANTS
- [ ] MANUFACTURING/INDUSTRIAL
- [ ] MERCHANDISE/RETAIL
- [ ] OIL AND GAS
- [ ] PROFESSIONAL/TRADE
- [ ] REAL ESTATE
- [ ] TRANSPORTATION
- [x] OTHER Telecommu - nications (Describe)

# Lobbyist Employer/Lobbying Coalition Registration Statement

[redacted]



## I Lobbyists and Lobbying Firms Employed

* List the full name of each in-house lobbyist employed and each lobbying firm with which you contract.

Employee Lobbyist

Pete Hernandez

Lobbying Firm

KP ADVOCATES

Lobbying Firm

PLATINUM ADVISORS,LLC

Lobbying Firm

Pillsbury Winthrop Shaw Pittman LLP

Employee Lobbyist

Matt Moretti

Employee Lobbyist

William H. Devine

Lobbying Firm

READ & ASSOCIATES LLC,AARON

Lobbying Firm

GCG ROSE & KINDEL

Lobbying Firm

RGP and Associates

# Lobbyist Employer/Lobbying Coalition Registration Statement

[redacted]



## II List Below the State Agencies Whose Actions you Will Attempt to Influence

Governor's Office and all other Executive Branch agencies

Fair Political Practices Commission

California Public Utilities Commission

State Board of Equalization