# Exhibit B

| Check the applicable box: | Legislative Session | CALIFORNIA FORM 603 |
|---|---|---|
| ☒ **Lobbyist Employer Registration Statement**<br>☐ **Lobbying Coalition Registration Statement**<br>(Government Code Section 86105) | 2005 2006<br>(Insert Years) | For Official Use Only<br>AMENDMENT 006 |
| **Type or Print in ink** | 1/4 | |

NAME OF LOBBYIST EMPLOYER OR LOBBYING COALITION:

AT&T Inc. and its Affiliates

If this is an initial registration, enter the DATE QUALIFIED:

| BUSINESS ADDRESS: (Number and Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| | Sacramento | CA | 95814 |

TELEPHONE NUMBER:

FAX NUMBER: (Optional) 916-447-6680

MAILING ADDRESS: (If different than above)

E-MAIL: (Optional)

## I Lobbyists and Lobbying Firms Employed

* List the full name of each in-house lobbyist employed and each lobbying firm with which you contract.

**Please see attached pages**

## II List Below the State Agencies Whose Actions you Will Attempt to Influence

* Will you attempt to influence the State Legislature? ☒ Yes ☐ No

**Please see attached pages**

## III Description of Lobbying Interests

* For assistance, see the instructions on the back of this form or the "Information Manual on Lobbying Disclosure Provisions of the Political Reform Act." Legislation and agency regulations and decisions relating to telecommunications and related businesses.

## VERIFICATION

**I have used all reasonable diligence in preparing this Statement. I have reviewed this Statement and to the best of my knowledge the information contained herein is true and complete.**

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Executed On 05/15/2006 (DATE) By Joseph P Tocco (SIGNATURE OF RESPONSIBLE OFFICER)

Name of Responsible Officer Joseph P Tocco (TYPE OR PRINT) Title Registered In-House Counsel

# Lobbyist Employer/Lobbying Coalition Registration Statement

603

2/4

SEE INSTRUCTIONS ON REVERSE **Type or Print in ink**

NAME OF LOBBYIST EMPLOYER OR LOBBYING COALITION:

AT&T Inc. and its Affiliates

## Nature and Interests of Filer

**Check one box only:**

- [ ] INDIVIDUAL (Complete only Parts A and E)
- [x] BUSINESS ENTITY (Complete only Parts B and E)
- [ ] INDUSTRY, TRADE OR PROFESSIONAL ASSN. (Complete only Parts C and E)
- [ ] OTHER (e.g., lobbying coalition) (Complete only Parts D and E)

## A. Individual

1. Name and address of employer (or principal place of business if self-employed):

2. Description of business activity in which you or your employer are engaged:

## B. Business Entity

Description of business activity in which engaged:

Telecommunications Industry

## C. Industry, Trade or Professional Association

1. Description of industry, trade or profession represented:

2. Specific description of any portion or faction of the industry, trade or profession which the association exclusively or primarily represents:

3. Number of members in association (check appropriate box)

- [ ] 50 OR LESS (provide names of all members on an attachment.)
- [ ] MORE THAN 50

## D. Other

1. Statement of nature and purposes:

2. Description of any trade, profession, or other group with a common economic interest which is principally represented or from which membership or financial support is principally derived:

## E. Industry Group Classification

Check one box which most accurately describes the industry group which you represent. See instructions on reverse.

- [ ] AGRICULTURE
- [ ] EDUCATION
- [ ] GOVERNMENT
- [ ] HEALTH
- [ ] LABOR UNIONS
- [ ] LEGAL
- [ ] PUBLIC EMPLOYEES
- [ ] POLITICAL ORGANIZATIONS
- [ ] UTILITIES
- [ ] OTHER: ____________ (Describe)

BUSINESS (Check one of the following sub-categories.)

- [ ] ENTERTAINMENT/RECREATION
- [ ] FINANCE/INSURANCE
- [ ] LODGING/RESTAURANTS
- [ ] MANUFACTURING/INDUSTRIAL
- [ ] MERCHANDISE/RETAIL
- [ ] OIL AND GAS
- [ ] PROFESSIONAL/TRADE
- [ ] REAL ESTATE
- [ ] TRANSPORTATION
- [x] OTHER Telecommu - nications (Describe)

# Lobbyist Employer/Lobbying Coalition Registration Statement

[redacted]

3/4

## I Lobbyists and Lobbying Firms Employed

* List the full name of each in-house lobbyist employed and each lobbying firm with which you contract.

Employee Lobbyist

Pete Hernandez

Lobbying Firm

KP ADVOCATES

Lobbying Firm

PLATINUM ADVISORS,LLC

Lobbying Firm

Pillsbury Winthrop Shaw Pittman LLP

Employee Lobbyist

Matt Moretti

Employee Lobbyist

William H. Devine

Lobbying Firm

READ & ASSOCIATES LLC,AARON

Lobbying Firm

GCG ROSE & KINDEL

Lobbying Firm

RGP and Associates

## Lobbyist Employer/Lobbying Coalition Registration Statement

[redacted]



**II List Below the State Agencies Whose Actions you Will Attempt to Influence**

Governor's Office and all other Executive Branch agencies

Fair Political Practices Commission

California Public Utilities Commission

State Board of Equalization

# Exhibit C

# Lobbying Firm Activity Authorization
(Government Code Section 86104)

**Check one box, if applicable**

☒ **Lobbyist Employer**
**(Gov. Code Section 82039.5)**

☐ **Lobbying Coalition**
**(FPPC Regulation 18616.4)**

**Type or Print in ink**

| **Legislative Session** | [redacted] |
|---|---|
| 2005 2006 (Insert Years) | For Official Use Only |

NAME OF FILER:
AT&T INC. AND ITS AFFILIATES

EFFECTIVE DATE: 05/01/2006

TELEPHONE NUMBER:

BUSINESS ADDRESS: (Number and Street) (City) SACRAMENTO (State) CA (Zip Code) 95814

FAX NUMBER: (Optional)

MAILING ADDRESS: (If different than above.)

E-MAIL: (Optional)

**I hereby authorize** RGP and Associates (payments made through intermediary TRES ES INC)
**(Name of Lobbying Firm)**

Los Angeles CA 90041
**(Business Address)**

**to engage in the activities of a lobbying firm (as defined in California Government Code Section 82038.5 and 2 Cal. Code of Regs. Section 18238.5) on behalf of the above named employer.**

**If you are authorizing another lobbying firm to lobby on behalf of your firm's client(s), provide the name(s) of the client(s) below. (It is not necessary to complete the Nature and Interests section.)**

**Please see attached pages**

## VERIFICATION

**I have used all reasonable diligence in preparing this Statement. I have reviewed this Statement and to the best of my knowledge the information contained herein is true and complete.**

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Executed on 05/01/2006
DATE

By Joseph P. Tocco
SIGNATURE OF RESPONSIBLE OFFICER

Name of Responsible Officer Joseph P. Tocco
PRINT OR TYPE

Title Registered In-House Counsel

# Lobbying Firm
# Activity Authorization

[redacted]

SEE INSTRUCTIONS ON REVERSE **Type or Print in ink**

2/2

NAME OF FILER:

AT&T INC. AND ITS AFFILIATES

**Nature and Interests of Lobbyist Employer**

**Check one box only:**

☐ INDIVIDUAL (Complete only Parts A and E)

☒ BUSINESS ENTITY (Complete only Parts B and E)

☐ INDUSTRY, TRADE OR PROFESSIONAL ASSN. (Complete only Parts C and E)

☐ OTHER (e.g., lobbying coalition) (Complete only Parts D and E)

## A. Individual

1. Name and address of employer (or principal place of business if self-employed):

2. Description of business activity in which you or your employer are engaged:

## B. Business Entity

Description of business activity in which engaged:

Telecommunications Industry

## C. Industry, Trade or Professional Association

1. Description of industry, trade, or profession represented:

2. Specific description of any portion or faction of the industry, trade, or profession which the association exclusively or primarily represents:

3. Number of members in association (check appropriate box)

☐ 50 OR LESS (provide names of all members on an attachment.)

☐ MORE THAN 50

## D. Other

1. Statement of nature and purposes:

2. Description of any trade, profession, or other group with a common economic interest which is principally represented or from which membership or financial support is principally derived:

## E. Industry Group Classification

Check one box which most accurately describes the industry group which you represent. See instructions on reverse.

☐ AGRICULTURE

☐ EDUCATION

☐ GOVERNMENT

☐ HEALTH

☐ LABOR UNIONS

☐ LEGAL

☐ PUBLIC EMPLOYEES

☐ POLITICAL ORGANIZATIONS

☒ UTILITIES

☐ OTHER:__________________ (Describe in detail)

BUSINESS (Check one of the following sub-categories.)

☐ ENTERTAINMENT/RECREATION

☐ FINANCE/INSURANCE

☐ LODGING/RESTAURANTS

☐ MANUFACTURING/INDUSTRIAL

☐ MERCHANDISE/RETAIL

☐ OIL AND GAS

☐ PROFESSIONAL/TRADE

☐ REAL ESTATE

☐ TRANSPORTATION

☐ OTHER: ______________ (Specific Description)