# Exhibit B

Check the applicable box:

☒ **Lobbyist Employer Registration Statement**

☐ **Lobbying Coalition Registration Statement**
(Government Code Section 86105)

**Type or Print in ink**

| **Legislative Session** | CALIFORNIA FORM 603 |
|---|---|
| 2005 2006<br>(Insert Years) | For Official Use Only<br>AMENDMENT 006 |
| 1/4 | |

NAME OF LOBBYIST EMPLOYER OR LOBBYING COALITION:

AT&T Inc. and its Affiliates

If this is an initial registration, enter the DATE QUALIFIED:

| BUSINESS ADDRESS: (Number and Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| | Sacramento | CA | 95814 |

TELEPHONE NUMBER:

FAX NUMBER: (Optional) 916-447-6680

MAILING ADDRESS: (If different than above)

E-MAIL: (Optional)

## I Lobbyists and Lobbying Firms Employed

* List the full name of each in-house lobbyist employed and each lobbying firm with which you contract.

**Please see attached pages**

## II List Below the State Agencies Whose Actions you Will Attempt to Influence

* Will you attempt to influence the State Legislature? ☒ Yes ☐ No

**Please see attached pages**

## III Description of Lobbying Interests

* For assistance, see the instructions on the back of this form or the "Information Manual on Lobbying Disclosure Provisions of the Political Reform Act." Legislation and agency regulations and decisions relating to telecommunications and related businesses.

## VERIFICATION

**I have used all reasonable diligence in preparing this Statement. I have reviewed this Statement and to the best of my knowledge the information contained herein is true and complete.**

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Executed On 05/15/2006
DATE

By Joseph P Tocco
SIGNATURE OF RESPONSIBLE OFFICER

Name of Responsible Officer Joseph P Tocco
TYPE OR PRINT

Title Registered In-House Counsel

**FPPC Form 603 (7/98)**
**For Technical Assistance: 916/322-5660**

# Lobbyist Employer/Lobbying Coalition Registration Statement

603

2/4

SEE INSTRUCTIONS ON REVERSE **Type or Print in ink**

NAME OF LOBBYIST EMPLOYER OR LOBBYING COALITION:

AT&T Inc. and its Affiliates

## Nature and Interests of Filer

**Check one box only:**

- [ ] INDIVIDUAL (Complete only Parts A and E)
- [x] BUSINESS ENTITY (Complete only Parts B and E)
- [ ] INDUSTRY, TRADE OR PROFESSIONAL ASSN. (Complete only Parts C and E)
- [ ] OTHER (e.g., lobbying coalition) (Complete only Parts D and E)

## A. Individual

1. Name and address of employer (or principal place of business if self-employed):

2. Description of business activity in which you or your employer are engaged:

## B. Business Entity

Description of business activity in which engaged:

Telecommunications Industry

## C. Industry, Trade or Professional Association

1. Description of industry, trade or profession represented:

2. Specific description of any portion or faction of the industry, trade or profession which the association exclusively or primarily represents:

3. Number of members in association (check appropriate box)

- [ ] 50 OR LESS (provide names of all members on an attachment.)
- [ ] MORE THAN 50

## D. Other

1. Statement of nature and purposes:

2. Description of any trade, profession, or other group with a common economic interest which is principally represented or from which membership or financial support is principally derived:

## E. Industry Group Classification

Check one box which most accurately describes the industry group which you represent. See instructions on reverse.

- [ ] AGRICULTURE
- [ ] EDUCATION
- [ ] GOVERNMENT
- [ ] HEALTH
- [ ] LABOR UNIONS
- [ ] LEGAL
- [ ] PUBLIC EMPLOYEES
- [ ] POLITICAL ORGANIZATIONS
- [ ] UTILITIES
- [ ] OTHER: ____________ (Describe)

BUSINESS (Check one of the following sub-categories.)

- [ ] ENTERTAINMENT/RECREATION
- [ ] FINANCE/INSURANCE
- [ ] LODGING/RESTAURANTS
- [ ] MANUFACTURING/INDUSTRIAL
- [ ] MERCHANDISE/RETAIL
- [ ] OIL AND GAS
- [ ] PROFESSIONAL/TRADE
- [ ] REAL ESTATE
- [ ] TRANSPORTATION
- [x] OTHER Telecommu - nications (Describe)

# Lobbyist Employer/Lobbying Coalition Registration Statement

[redacted]



## I Lobbyists and Lobbying Firms Employed

* List the full name of each in-house lobbyist employed and each lobbying firm with which you contract.

Employee Lobbyist

Pete Hernandez

Lobbying Firm

KP ADVOCATES

Lobbying Firm

PLATINUM ADVISORS,LLC

Lobbying Firm

Pillsbury Winthrop Shaw Pittman LLP

Employee Lobbyist

Matt Moretti

Employee Lobbyist

William H. Devine

Lobbying Firm

READ & ASSOCIATES LLC,AARON

Lobbying Firm

GCG ROSE & KINDEL

Lobbying Firm

RGP and Associates

# Lobbyist Employer/Lobbying Coalition Registration Statement

[redacted]



## II List Below the State Agencies Whose Actions you Will Attempt to Influence

Governor's Office and all other Executive Branch agencies

Fair Political Practices Commission

California Public Utilities Commission

State Board of Equalization

# Exhibit C

# Lobbying Firm Activity Authorization

(Government Code Section 86104)

**Check one box, if applicable**

☒ **Lobbyist Employer**
**(Gov. Code Section 82039.5)**

☐ **Lobbying Coalition**
**(FPPC Regulation 18616.4)**

**Type or Print in ink**

**Legislative Session**

2005 2006
(Insert Years)

[redacted]

For Official Use Only

NAME OF FILER:
AT&T INC. AND ITS AFFILIATES

EFFECTIVE DATE:
05/01/2006

TELEPHONE NUMBER:

BUSINESS ADDRESS: (Number and Street) (City) (State) (Zip Code)
SACRAMENTO CA 95814

FAX NUMBER: (Optional)

MAILING ADDRESS: (If different than above.)

E-MAIL: (Optional)

**I hereby authorize** RGP and Associates (payments made through intermediary TRES ES INC)
**(Name of Lobbying Firm)**

Los Angeles CA 90041
**(Business Address)**

**to engage in the activities of a lobbying firm (as defined in California Government Code Section 82038.5 and 2 Cal. Code of Regs. Section 18238.5) on behalf of the above named employer.**

**If you are authorizing another lobbying firm to lobby on behalf of your firm's client(s), provide the name(s) of the client(s) below. (It is not necessary to complete the Nature and Interests section.)**

**Please see attached pages**

## VERIFICATION

**I have used all reasonable diligence in preparing this Statement. I have reviewed this Statement and to the best of my knowledge the information contained herein is true and complete.**

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Executed on 05/01/2006
DATE

By Joseph P. Tocco
SIGNATURE OF RESPONSIBLE OFFICER

Name of Responsible Officer Joseph P. Tocco
PRINT OR TYPE

Title Registered In-House Counsel

# Lobbying Firm
# Activity Authorization

[redacted]

2/2

SEE INSTRUCTIONS ON REVERSE **Type or Print in ink**

NAME OF FILER:

AT&T INC. AND ITS AFFILIATES

**Nature and Interests of Lobbyist Employer**

**Check one box only:**

- [ ] INDIVIDUAL (Complete only Parts A and E)
- [X] BUSINESS ENTITY (Complete only Parts B and E)
- [ ] INDUSTRY, TRADE OR PROFESSIONAL ASSN. (Complete only Parts C and E)
- [ ] OTHER (e.g., lobbying coalition) (Complete only Parts D and E)

## A. Individual

1. Name and address of employer (or principal place of business if self-employed):

2. Description of business activity in which you or your employer are engaged:

## B. Business Entity

Description of business activity in which engaged:

Telecommunications Industry

## C. Industry, Trade or Professional Association

1. Description of industry, trade, or profession represented:

2. Specific description of any portion or faction of the industry, trade, or profession which the association exclusively or primarily represents:

3. Number of members in association (check appropriate box)

- [ ] 50 OR LESS (provide names of all members on an attachment.)
- [ ] MORE THAN 50

## D. Other

1. Statement of nature and purposes:

2. Description of any trade, profession, or other group with a common economic interest which is principally represented or from which membership or financial support is principally derived:

## E. Industry Group Classification

Check one box which most accurately describes the industry group which you represent. See instructions on reverse.

- [ ] AGRICULTURE
- [ ] EDUCATION
- [ ] GOVERNMENT
- [ ] HEALTH
- [ ] LABOR UNIONS
- [ ] LEGAL
- [ ] PUBLIC EMPLOYEES
- [ ] POLITICAL ORGANIZATIONS
- [X] UTILITIES
- [ ] OTHER:__________________ (Describe in detail)

BUSINESS (Check one of the following sub-categories.)

- [ ] ENTERTAINMENT/RECREATION
- [ ] FINANCE/INSURANCE
- [ ] LODGING/RESTAURANTS
- [ ] MANUFACTURING/INDUSTRIAL
- [ ] MERCHANDISE/RETAIL
- [ ] OIL AND GAS
- [ ] PROFESSIONAL/TRADE
- [ ] REAL ESTATE
- [ ] TRANSPORTATION
- [ ] OTHER: ______________ (Specific Description)

# Exhibit D

# [X] REPORT OF LOBBYIST EMPLOYER

(Government Code Section 86116)

**or**

# [ ] REPORT OF LOBBYING COALITION

(2 Cal. Code of Regs. Section 18616.4)

**FORM 635**
**1993**

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

**REPORT COVERS PERIOD FROM** 01/01/2006 **THROUGH** 03/31/2006

**CUMULATIVE PERIOD BEGINNING** 01/01/2005

**FOR OFFICIAL USE ONLY**

**A**

**B**

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

NAME OF FILER:

AT&T Inc. and its Affiliates

| BUSINESS ADDRESS: (Number and Street) | (City) | (State) | (Zip Code) | TELEPHONE NUMBER: |
|---|---|---|---|---|
| | Sacramento | CA | 95814 | |

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

Legislature - SB 140,SB202,SB440,SB850,SB951,SB1359,SB 1414,SB1651,SB1665,SB1666,SB1744,SB1788,SRJ24; AB326,AB1037 - ,AB1388,AB1818,AB1891,AB1958,AB2519,AB2555,AB2838,AB2959,AB2984,AB2987,AB3073,Budget issues; Business,Transportation & Housing and State & Consumer Services Agencies - adoption of NEC Ch 8 Model Code; CPUC - R-05-04-005,R.00-02-004,A-05-02- - 027

[ ] If more space is needed, check box and attach continuation sheets.

## SUMMARY OF PAYMENTS THIS PERIOD

| | | |
|---|---|---|
| A. | Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) | $ 158174.44 |
| B. | Total Payments to Lobbying Firms (Part III, Section B, Column 4) | $ 286484.36 |
| C. | Total Activity Expenses (Part III, Section C) | $ 34087.30 |
| D. | Total Other Payments to Influence (Part III, Section D) | $ 243559.22 |
| | GRAND TOTAL (A + B + C + D above) | $ 722305.32 |
| E. | Total Payments in Connection with PUC Activities (Part III, Section E) | $ 25093.38 |

F. Campaign Contributions: [X] Part IV completed and attached [ ] No campaign contributions made this period

## VERIFICATION

**I have used all reasonable diligence in preparing this Report. I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.**
**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

| Executed on (Date) | At (City and State) | By (Signature of Employer or Responsible Officer) |
|---|---|---|
| 05/01/2006 | Sacramento,CA | Joseph P. Tocco |

| Name of Employer or Responsible Officer (Type or Print) | Title |
|---|---|
| Joseph P. Tocco | Registered In-House Counsel |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT** (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
| Employee<br>Matt Moretti<br>Executive Representative | Employee<br>Peter Hernandez<br>Executive Representative |
| Employee<br>Stephanie S. Tyler-Jackson<br>Executive Representative | Employee<br>William H. Devine<br>Executive Representative |
| | |
| | |
| | |

☐ If more space is needed, check box and attach continuation sheets.

**PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES**

| **A. PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS** (See instructions on reverse. Also enter the Amount This Period (Column 1) on Line A of the Summary of Payments section on page 1.) | (1) Amount This Period | (2) Cumulative Total To Date |
|---|---|---|
| | $ 158174.44 | $ 509730.92 |

**B. PAYMENTS TO LOBBYING FIRMS** (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP<br>San Francisco CA 94105 | 130389.42 | 1072.19 | 0.00 | 131461.61 | 2507187.92 |
| SLOAT HIGGINS AND ASSOCIATES<br>SACRAMENTO CA 95814 | 17000.00 | 0.00 | 0.00 | 17000.00 | 249614.72 |
| KP ADVOCATES<br>SACRAMENTO CA 95814 | 45000.00 | 22.75 | 0.00 | 45022.75 | 405840.79 |
| PLATINUM ADVISORS,LLC<br>SACRAMENTO CA 95814 | 38000.00 | 0.00 | 0.00 | 38000.00 | 182529.40 |
| GCG Rose & Kindel<br>Sacramento CA 95814 | 15000.00 | 0.00 | 0.00 | 15000.00 | 15000.00 |

☒ If more space is needed, check box and attach continuation sheets

**TOTAL THIS PERIOD** (Column 4)
Also enter the total of Column 4 on Line B of the Summary of Payments section on page 1. $ 286484.36

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 01/10/2006 | The Park<br>Sacramento CA 95814 | Assembly Member Cindy Mo - ntanez<br>Assembly Member,District 39 | $ 10.00 | Refreshments | $ 41.00 |
| 01/10/2006 | The Park<br>Sacramento CA 95814 | Assembly Member Nicole Pa - rra<br>Assembly Member,District 30 | 10.00 | Refreshments | 0.00 |
| 01/11/2006 | South Bay Fish and Grill Restaurant<br>Chula Vista CA 91910 | Christine Rodriguez Moore<br>Deputy District Director,Sen. Ducheny | 11.82 | Lunch | 37.09 |
| 01/14/2006 | Arco Arena<br>Sacramento CA 95834 | Randy Chinn<br>Chief Counsel,Senator Escut - ia | 83.84 | Ticket to Harlem Globetrotters and parking pass | 1476.80 |
| 01/14/2006 | Arco Arena<br>Sacramento CA 95834 | Christopher Chinn<br>Son of Randy Chinn | 73.84 | Ticket to Harlem Globetrotters | 0.00 |

☒ If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1. $ 34087.30

**D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION**

☐ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.) $ 0.00
2. OTHER PAYMENTS $ 243559.22

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1. $ 243559.22

**E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION** Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.) $ 25093.38

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE** (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of state candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A. If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which Has Filed A Campaign Disclosure Statement: AT&T California Employee PAC (1/1/06 - 3/17/06)

Identification Number if Recipient Committee: 981470

B. Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|---|---|---|---|
| 03/28/2006 | Kehoe for State Senate 2008 (in-kind) | 1275140 | $ 2180.54 |
| 03/21/2006 | Friends of Richard Alarcon (in-kind - $524.13 to be reimbursed) | 1250551 | $ 2134.13 Reference No: 3066 |
| 03/23/2006 | Friends of Monica Garcia (by AT&T Calif. Employee PAC) | 1281853 | $ 500.00 |
| 03/29/2006 | Poochigian for Attorney General (by AT&T Calif. Employee PAC) | 1265332 | $ 1000.00 |
| 03/29/2006 | McClintock for Lt. Governor (by AT&T Calif. Employee PAC) | 1268948 | $ 1500.00 |
| 03/29/2006 | Friends of Joe Dunn (by AT&T Calif. Employee PAC) | 1279896 | $ 1000.00 |
| 03/29/2006 | Taxpayers for Haynes (by AT&T Calif. Employee PAC) | 1275448 | $ 1000.00 |
| 03/29/2006 | Shirley Horton for Assembly 2006 (by AT&T Calif. Employee PAC) | 1273236 | $ 1500.00 |
| 03/29/2006 | Mary Salas for State Assembly (by AT&T Calif. Employee PAC) | 1277234 | $ 1000.00 |
| 03/29/2006 | Lori Saldana for State Assembly 2006 (by AT&T Calif. Employee - PAC) | 1276365 | $ 1000.00 |

☒ If more space is needed, check box and attach continuation sheets.

**NOTE: Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.**

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES**

**B. PAYMENTS TO LOBBYING FIRMS** (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| READ & ASSOCIATES,AARON<br>SACRAMENTO CA 95814 | 40000.00 | 0.00 | 0.00 | 40000.00 | 130000.00 |
| **TOTAL THIS PERIOD** (Column 4)<br>Also enter the total of Column 4 on Line B of the Summary of Payments section on page 1. | | | | $ 286484.36 | |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 01/14/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Colin Savage<br>Son of Dan Savage,Chief of - Staff Senator Escutia | $ 73.84 | Ticket to Harlem Globetrotters | $ 0.00 |
| 01/14/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Dan Savage<br>Chief of Staff,Senator Cedillo | $ 83.84 | Ticket to Harlem Globetrotters and parking pass | $ 0.00 |
| 01/14/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Sean Savage<br>Son of Dan Savage,Chief of - Staff Senator Escutia | $ 73.84 | Ticket to Harlem Globetrotters | $ 0.00 |
| 01/14/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Susan Savage<br>Spouse of Dan Savage,Chief of Staff Senator Escutia | $ 73.84 | Ticket to Harlem Globetrotters | $ 0.00 |
| 01/14/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Randy Chinn<br>Chief Counsel,Senator Escut - ia | $ 4.97 | Refreshments | $ 16.54 |
| 01/14/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Christopher Chinn<br>Son of Randy Chinn,Chief C - ounsel Senator Escutia | $ 11.57 | Refreshments | $ 0.00 |
| 01/15/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Yolanda Sandoval<br>Chief of Staff,Senator Murray | $ 165.00 | Ticket to Kings g - ame | $ 660.00 |
| 01/15/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Yolanda Sandoval<br>Chief of Staff,Senator Murray | $ 11.32 | Refreshments | $ 42.13 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 01/17/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jessica Billingsley<br>Communications Assistant,S - enate Republican Policy and Fiscal Office | $ 108.60 | Ticket to Kings g - ame,parking pass and refreshments | $ 1972.00 |
| 01/17/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Crystal Chase<br>Policy Consultant,Senate Re - publican Policy and Fiscal Off - ice | $ 98.60 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 01/17/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Greg Maw<br>Policy Consultant,Senate Re - publican Policy and Fiscal Off - ice | $ 98.60 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 01/17/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Steve McCarthy<br>Policy Consultant,Senate Re - publican Policy and Fiscal Off - ice | $ 98.60 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 01/17/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Stepheny Milo<br>Executive Secretary,Assemb - ly Republican Policy and Fis - cal Office | $ 108.60 | Ticket to Kings g - ame,refreshments and parking pass | $ 0.00 |
| 01/17/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Cory Salzillo<br>Policy Consultant,Senate Re - publican Policy and Fiscal Off - ice | $ 108.60 | Ticket to Kings g - ame,refreshments and parking pass | $ 0.00 |
| 01/17/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Therese Tran<br>Policy Consultant,Senate Re - publican Policy and Fiscal Off - ice | $ 98.60 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 01/17/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jared Yoshiki<br>Senior Consultant,Senate R - epublican Policy and Fiscal O - ffice | $ 108.60 | Ticket to Kings g - ame,refreshments and parking pass | $ 0.00 |
| | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | | | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 01/21/2006 | Santa Rosa Chamber of Commerce<br>Santa Rosa CA 95404<br>Reference No: | Noreen Evans<br>Assembly Member,District 7 | $ 32.00 | Santa Rosa Cha - mber of Commer - ce Annual Dinner | $ 800.00 |
| 01/21/2006 | Santa Rosa Chamber of Commerce<br>Santa Rosa CA 95404<br>Reference No: | Amber Hamann<br>District Director,Assemlyme - mber Evans | $ 32.00 | Santa Rosa Cha - mber of Commer - ce Annual Dinner | $ 0.00 |
| 01/21/2006 | Santa Rosa Chamber of Commerce<br>Santa Rosa CA 95404<br>Reference No: | Jazmin Rodriguez<br>Assembly Fellow,Office of A - sm. Evans | $ 32.00 | Santa Rosa Cha - mber of Commer - ce Annual Dinner | $ 0.00 |
| 01/21/2006 | Santa Rosa Chamber of Commerce<br>Santa Rosa CA 95404<br>Reference No: | Maddy Hirshfield<br>District Director,Asm. Patty - Berg | $ 32.00 | Santa Rosa Cha - mber of Commer - ce Annual Dinner | $ 0.00 |
| 01/22/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Larry Broussard<br>Chief of Staff,Asm Horton | $ 83.84 | Ticket to Sacram - ento Bull Riders - Open and parking pass. | $ 369.20 |
| 01/27/2006 | Modesto Chamber of Commerce<br>Modesto CA 95353<br>Reference No: | Jeff Denham<br>Senator,District 12 | $ 21.83 | Annual Dinner,M - odesto Chamber of Commerce | $ 750.00 |
| 01/27/2006 | Modesto Chamber of Commerce<br>Modesto CA 95353<br>Reference No: | Sonia Denham<br>Spouse of Senator Denham | $ 36.80 | Annual Dinner,M - odesto Chamber of Commerce | $ 0.00 |
| 01/27/2006 | Modesto Chamber of Commerce<br>Modesto CA 95353<br>Reference No: | Jason Bryant<br>Administrative Aide,Secretary of State | $ 36.80 | Annual Dinner,M - odesto Chamber of Commerce | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 01/27/2006 | Modesto Chamber of Commerce<br>Modesto CA 95353<br>Reference No: | Greg Aghazarian<br>Assembly Member,District 26 | $ 36.80 | Annual Dinner,M - odesto Chamber of Commerce | $ 0.00 |
| 01/27/2006 | Modesto Chamber of Commerce<br>Modesto CA 95353<br>Reference No: | Esther Aghazarian<br>Spouse of Assembly Member Aghazarian | $ 36.80 | Annual Dinner,M - odesto Chamber of Commerce | $ 0.00 |
| 01/27/2006 | Granite Bay Golf Club<br>Granite Bay CA 95746<br>Reference No: | John Doherty<br>Chief of Staff,Asm Torrico | $ 92.70 | Golf and refresh - ments | $ 288.79 |
| 01/28/2006 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Stephanie Galindo<br>Appointment Secretary,Sena - tor Escutia | $ 75.00 | Ticket to Clippers game and refres - hments | $ 322.54 |
| 01/27/2006 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Ralph Galindo<br>Spouse of Stephanie Galindo | $ 70.00 | Ticket to Clippers game and refres - hments | $ 0.00 |
| 01/30/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Gareth Elliot<br>Deputy Dir. of Communicatio - ns,Senator Perata | $ 104.40 | Ticket to Coldplay Concert,parking - pass and refres - hments | $ 1888.00 |
| 01/30/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Rose Elliott<br>Spouse of Gareth Elliott | $ 94.40 | Ticket to Coldplay concert and refr - eshments | $ 0.00 |
| 01/30/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Caroline Silveira<br>Leg. Dir.,Senator Denham | $ 94.40 | Ticket to Coldplay concert and refr - eshments | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/02/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Lindsay Doll<br>Scheduler,Senator Hollingsw - orth | $ 94.40 | Ticket to George Strait concert and refreshments | $ 1888.00 |
| 02/02/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jennifer Franklin<br>Leg. Dir.,Asm. Bogh | $ 104.40 | Ticket to George Strait concert,pak - ring pass and ref - reshments | $ 0.00 |
| 02/07/2006 | Ciao Brasserie<br>Huntington Beach CA 92647<br>Reference No: | Bob Biddle<br>Chief of Staff,Asm. Harmon | $ 20.00 | Lunch | $ 60.00 |
| 02/07/2006 | Ciao Brasserie<br>Huntington Beach CA 92647<br>Reference No: | Rosemary Ramsey<br>District Director,Asm. Harmon | $ 20.00 | Lunch | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Kevin Basset<br>Chief of Staff,Senator Cox | $ 109.02 | Ticket to Kings g - ame,refreshments and parking pass. | $ 1980.40 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Susan Basset<br>Spouse of Kevin Basset | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Peter DeMarco<br>Communications Dir,Senator Cox | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jeff Hale<br>Leg. Dir.,Asm. Nakanishi | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Kristin Kolpitcke<br>Chief of Staff,Asm. Todd Spit - zer | $ 109.02 | Ticket to Kings g - ame,parking pass and refreshments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Don Levin<br>Principal Consultant,Assemb - ly Republican Caucus | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Kyle Packham<br>Leg Aide,Asm. Sharon Runn - er | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Mark Reeder<br>Legislative Director,Senator - Battin | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Malaki Seku-Amen<br>Capitol Director,Asm. Haynes | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Julie Soderlund<br>Press Secretary,Governor's - Office | $ 109.02 | Ticket to Kings g - ame,parking pass and refreshments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Erick Soderlund<br>Spouse of Julie Soderlund | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Anthony Tannehill<br>Leg. Director,Asm. Ray Hay - nes | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1. $

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Wade Teasdale<br>Chief of Staff,Senator Morrow | $ 109.02 | Ticket to Kings g - ame,parking pass and refreshments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Cyndi Teasdale<br>Spouse of Wade Teasdale | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jennifer Vitala<br>Capitol Director,Asm. Audra - Strickland | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Tyler Wade<br>Leg. Director,Asm. Wyland | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Dane Wadle<br>Leg. Director,Asm Bob Huff | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Doug Yonkam<br>Leg. Director,Senator Cox | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 02/07/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Adam Gray<br>Leg Asst,Asm. Horton | $ 175.00 | Ticket to Kings g - ame and parking pass | $ 660.00 |
| 02/11/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Elaine Sandoval<br>Office Assistant,Senator Esc - utia | $ 83.84 | Ticket to Valenti - nes Super Love - Jam concert and parking pass | $ 369.20 |
| | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | | | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/11/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | John Sandoval<br>Spouse of Elaine Sandoval | $ 73.84 | Ticket to Valenti - nes Super Love - Jam Conert | $ 0.00 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Tiffany Johnson<br>Secretary to Asm. Frommer | $ 83.84 | Ticket to Disney - on Ice and parki - ng pass. | $ 1476.80 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Devon Johnson<br>Son of Tiffany Johnson,Secre - tary to Asm. Frommer | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jordan Johnson<br>Son of Tiffany Johnson,Secre - tary to Asm. Frommer | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Joshua Johnson<br>Son of Tiffany Johnson,Secre - tary to Asm. Frommer | $ 73.84 | Ticket to Disney - on Ice | $ |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Willie Johnson<br>Spouse of Tiffany Johnson,S - ecretary to Asm. Frommer | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Awet Kidane<br>Leg. Asst,Asm. Ridley-Thom - as | $ 83.84 | Ticket to Disney - on Ice and parki - ng pass | $ 0.00 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Christian Kidane<br>Son of Awet Kidane,Leg. Ass - t. Asm. Ridley-Thomas | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Kim Kidane<br>Spouse of Awet Kidane,Leg. Asst. Asm. Ridley-Thomas | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Luis Patino<br>Communications Dir,Senator Alarcon | $ 83.84 | Ticket to Disney - on Ice and parki - ng pass | $ 0.00 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Christpher Patino<br>Son of Luis Patino,Communi - cations Dir,Sen. Alarcon | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Luis Patino III<br>Son of Luis Patino,Communi - cations Dir,Sen. Alarcon | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Sandra Patino<br>Spouse of Luis Patino,Com - munications Dir,Sen. Alarcon | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Adriana Ruelas<br>Chief of Staff,Asm. Coto | $ 83.84 | Ticket to Disney - on Ice and parki - ng pass | $ 0.00 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Alicia Ruelas<br>Daughter of Adriana Ruelas, - Chief of Staff,Asm. Coto | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | George Avila<br>Spouse of Adriana Ruelas,Ch - ief of Staff,Asm. Coto | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/18/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Marco Ruelas<br>Son of Adriana Ruelas,Chief of Staff,Asm. Coto | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/19/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jennifer Magdaleno<br>Executive Secretary,Asm. Be - rmudez | $ 83.84 | Ticket to Disney - on Ice and parki - ng pass | $ 1476.80 |
| 02/19/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Andrew Magdaleno<br>Son of Jennifer Magdaleno,E - xec. Secretary Asm. Bermud - ez | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/19/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Celeste Magdaleno<br>Daughter of Jennifer Magdal - eno,Exec. Secretary Asm. Be - rmudez | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/19/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Daryl Magdaleno<br>Son of Jennifer Magdaleno,E - xec. Secretary Asm. Bermud - ez | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/19/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Frederica McGee<br>Consultant to Asm. Nunez | $ 83.84 | Ticket to Disney - on Ice and parki - ng pass | $ 0.00 |
| 02/19/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Taylor McGee<br>Daughter of Frederica McGe - e,Consultant to Asm. Nunez | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/19/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Adriana Sanchez<br>Principal Consultant,Asm. Co - to | $ 83.84 | Ticket to Disney - on Ice and parki - ng pass | $ 0.00 |
| | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | | | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Elizabeth Delgado<br>Scheduler,Asm. Hector De La Torre | $ 83.84 | Ticket to Disney - on Ice and parki - ng pass | $ 1476.80 |
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jesse Delgado<br>Son of Elizabeth Delgado,Sc - heduler to Asm. De La Torre | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Tracy Holt<br>Scheduler,Asm. Ruskin | $ 83.84 | Ticket to Disney - on Ice and parki - ng pass | $ 0.00 |
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Angelica Holt<br>Daughter of Tracy Holt,Sche - duler,Asm Ruskin | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jhannique Holt<br>Daughter of Tracy Holt,Sche - duler,Asm Ruskin | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Tanisha Holt<br>Daughter of Tracy Holt,Sche - duler,Asm Ruskin | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Sue Parker<br>Minute Clerk,Chief Clerk's Off - ice | $ 83.84 | Ticket to Disney - on Ice and parki - ng pass | $ 0.00 |
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Craig Parker<br>Spouse of Sue Parker,Chief - Clerk's Office | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Natalie Parker<br>Daughter of Sue Parker,Chief Clerk's Office | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Victoria Parker<br>Daughter of Sue Parker,Chief Clerk's Office | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Heather Wright<br>Scheduler,Asm. Torrico | $ 83.84 | Ticket to Disney - on Ice and parki - ng pass | $ 0.00 |
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Brannen Wright<br>Son of Heather Wright,Sche - duler,Asm. Torrico | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/20/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Julian Wright<br>Son of Heather Wright | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 02/24/2006 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Martha Escutia<br>Senator,District 30 | $ 70.99 | Ticket to Lakers - game and refres - hments | $ 1238.79 |
| 02/24/2006 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Leo Briones<br>Spouse of Senator Escutia | $ 70.99 | Ticket to Lakers - game and refres - hments | $ 0.00 |
| 02/24/2006 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Andres Briones<br>Son of Senator Escutia | $ 77.99 | Ticket to Lakers - game and refres - hments | $ 0.00 |
| | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | | | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/24/2006 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Diego Briones<br>Son of Senator Escutia | $ 77.99 | Ticket to Lakers - game and refres - hments | $ 0.00 |
| 02/27/2006 | The Broiler<br>Sacramento CA 95814<br>Reference No: | Richard Alarcon<br>Senator,District 20 | $ 16.81 | Lunch | $ 85.21 |
| 02/27/2006 | The Broiler<br>Sacramento CA 95814<br>Reference No: | Nicholas Hardeman<br>Consultant Senate Labor C - ommittee | $ 14.68 | Lunch | $ 0.00 |
| 02/28/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Richard Woonacott<br>Deputy Chief of Staff,Asm. C - ohn | $ 73.84 | Ticket to korn co - nert | $ 369.20 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Juan Arambula<br>Assemblyman,District 31 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 9360.54 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Carol Baker<br>Principal Asst.,Asm. Nunez | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Karen Bass<br>Assembly Member,District 47 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Patty Berg<br>Assembly Member,District 01 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Rudy Bermudez<br>Assembly Member,District 56 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Ron Calderon<br>Assemblyman,District 58 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Joseph Canciamilla<br>Assemblyman,District 11 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Wilma Chan<br>Assembly Member,District 16 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Ed Chavez<br>Assembly Member,District 57 | $ 49.00 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Judy Chu<br>Assembly Member,District 49 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Parrish Collins<br>Senior Asst,Asm. Nunez | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Craig Cornett<br>Chief Consultant,Asm. Nunez | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Joe Coto<br>Assembly Member,District 23 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Hector De La Torre<br>Assembly Member,District 50 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Mervyn Dymally<br>Assembly Member,District 52 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Dan Eaton<br>Chief of Staff,Asm. Nunez | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Noreen Evans<br>Assembly Member,District 07 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Loni Hancock<br>Assembly Member,District 14 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Vincent Harris<br>Chief of Staff,Asm. Ridley-T - homas | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Art Holt<br>Legislative Asst,Soeakers Off - ice Member Services | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Dave Jones<br>Assembly Member,District 09 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Betty Karnette<br>Assembly Member,District 54 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Paul Koretz<br>Assembly Member,District 42 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | John Laird<br>Assembly Member,District 27 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Lloyd Levine<br>Assembly Member,District 40 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Sally Lieber<br>Assembly Member,District 22 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Geoff Long<br>Chief Consultant,Asm. Judy - Chu | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Lourdes Machado<br>Senior Asst.,Asm. Ridley-Th - omas | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/28/2006 | Monterey Bay Aquarium<br><br>Monterey CA 93940<br>Reference No: | Barbara Matthews<br><br>Assembly Member,District 17 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br><br>Monterey CA 93940<br>Reference No: | Steve Maviglio<br><br>Chief Consultant,Asm. Nunez | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br><br>Monterey CA 93940<br>Reference No: | Luanne Morikawa<br><br>Principal Asst,Asm. Ridley-T - homas | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br><br>Monterey CA 93940<br>Reference No: | Gene Mullin<br><br>Assembly Member,District 19 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br><br>Monterey CA 93940<br>Reference No: | Pedro Nava<br><br>Assembly Member,District 35 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br><br>Monterey CA 93940<br>Reference No: | Fabian Nunez<br><br>Assembly Member,District 46 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br><br>Monterey CA 93940<br>Reference No: | Jenny Oropreza<br><br>Assembly Member,District 55 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br><br>Monterey CA 93940<br>Reference No: | Nicole Parra<br><br>Assembly Member,District 30 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Fran Pavley<br>Assembly Member,District 41 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Mark Ridley-Thomas<br>Assembly Member,District 48 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Ira Ruskin<br>Assembly Member,District 21 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Lori Saldana<br>Assembly Member,District 76 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Simon Salinas<br>Assembly Member,District 28 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Bobbie Sardo<br>Executive Secretary,Asm. Ri - dley-Thomas | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Rick Simpson<br>Chief Consultant,Asm. Nunez | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Arnie Sowell<br>Chief Consultant,Asm. Nunez | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Russell Stiger<br>Senior Consultant,Speakers Office Member Services | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Alberto Torrico<br>Assembly Member,District 20 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Tom Umberg<br>Assembly Member,District 69 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Cindy Wan<br>Field Rep,Asm. Ridley-Thom - as | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Jeff Weigt<br>Leg. Asst.,Speakers Office - Member Services | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Lois Wolk<br>Assembly Member,District 08 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Chris Woods<br>Chief Consultant,Asm. Laird | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| 02/28/2006 | Monterey Bay Aquarium<br>Monterey CA 93940<br>Reference No: | Leland Yee<br>Assembly Member,District 12 | $ 126.49 | Assembly Democ - ratic Retreat Rec - eption and Dinner | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 03/14/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Martha Escutia<br>Senator,District 30 | $ 119.30 | Ticket to Kings g - ame,refreshments and parking pass. | $ 2186.00 |
| 03/14/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | David Kersten<br>Leg. Consultant,Senator Esc - utia | $ 109.30 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 03/14/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | David Miller<br>Press Secretary,Senator Soto | $ 109.30 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 03/14/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Kevin Murray<br>Senator,District 26 | $ 119.30 | Ticket to Kings g - ame,refreshments and parking pass. | $ 0.00 |
| 03/14/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Robert Perez<br>Leg. Aide,Senator Escutia | $ 109.30 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 03/14/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Nell Soto<br>Senator,District 32 | $ 119.30 | Ticket to Kings g - ame,refreshments and parking pass. | $ 0.00 |
| 03/18/2006 | Petco Park Suites<br>San Diego CA 92101<br>Reference No: | Alejandra Sotelo-Solis<br>District Director,Asm. Saldana | $ 84.67 | Ticket to World B - aseball Classic | $ 1693.56 |
| 03/18/2006 | Petco Park Suites<br>San Diego CA 92101<br>Reference No: | Arturo Solis<br>Spouse of Alejandra Sotelo- - Solis | $ 84.67 | World Baseball C - lassic ticket | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 03/20/2006 | Spataro<br>Sacramento CA 95816<br>Reference No: | Greg Aghazarian<br>Assembly Member,District 26 | $ 20.00 | Lunch | $ 120.00 |
| 03/24/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Arwen Chenery<br>Leg. Dir.,Senator Jack Scott | $ 83.84 | Ticket to Black E - yed Peas Concert and parking pass. | $ 369.20 |
| 03/24/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Ethan Jones<br>Principal Consultant,Assemb - ly Elections & Reapportionm - ent Cmte | $ 73.84 | Ticket to Black E - yed Peas Concert | $ 0.00 |
| 03/24/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Arnie Sowell<br>Political Director,Asm. Nunez | $ 83.84 | Ticket to Black E - yed Peas Concert and parking pass | $ 0.00 |
| 03/24/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Joseph Fox-Sowell<br>Son of Arnie Sowell | $ 73.84 | Ticket to Black E - yed Peas Concert | $ 0.00 |
| 03/24/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Sophia Fox-Sowell<br>Daughter of Arnie Sowell | $ 73.84 | Ticket to Black E - yed Peas Concert | $ 0.00 |
| 03/28/2006 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Dave Cogdill<br>Assembly Member,District 25 | $ 33.28 | Dinner at Kings - game | $ 133.15 |
| 01/25/2006 | Ambrosia Fine Food<br>Sacramento CA 95815<br>Reference No: | Mervyn Dymally<br>Assembly Member,District 52 | $ 39.00 | Breakfast and lu - nch,Legislative B - lack Caucus Fou - ndation | $ 479.56 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 01/01/2006 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 01/25/2006 | Ambrosia Fine Food<br>Sacramento CA 95815<br>Reference No: | Fabian Wesson<br>Office Staff,Asm. Dymally | $ 39.00 | Breakfast and lu - nch,Legislative B - lack Caucus Fou - ndation | $ 0.00 |
| 01/25/2006 | Ambrosia Fine Food<br>Sacramento CA 95815<br>Reference No: | Alana trout<br>Leg. Aide,Asm. Dymally | $ 39.00 | Breakfast and lu - nch,Legislative B - lack Caucus Fou - ndation | $ 0.00 |
| 01/25/2006 | Ambrosia Fine Food<br>Sacramento CA 95815<br>Reference No: | Christina Orr<br>Leg. Aide,Asm. Dymally | $ 39.00 | Breakfast and lu - nch,Legislative B - lack Caucus Fou - ndation | $ 0.00 |
| 01/25/2006 | Ambrosia Fine Food<br>Sacramento CA 95815<br>Reference No: | Dr. Kenneth Orduna<br>Chief of Staff,Asm. Dymally | $ 39.00 | Breakfast and lu - nch,Legislative B - lack Caucus Fou - ndation | $ 0.00 |
| 01/25/2006 | Ambrosia Fine Food<br>Sacramento CA 95815<br>Reference No: | Tim Cromartie<br>Consultant to Senator Kevin Murray | $ 39.00 | Breakfast and lu - nch,Legislative B - lack Caucus Fou - ndation | $ 0.00 |
| 01/25/2006 | Ambrosia Fine Food<br>Sacramento CA 95815<br>Reference No: | Warren Quann<br>Staff Director,Asm. Dymally | $ 39.00 | Breakfast and lu - nch,Legislative B - lack Caucus Fou - ndation | $ 0.00 |

| | |
|---|---|
| TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ 34087.30 |

PERIOD COVERED: 01/01/2006 - 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE** (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of state candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

B. Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|---|---|---|---|
| 03/29/2006 | Pedro Nava 2006 (by AT&T Calif. Employee PAC) | 1272474 | $ 1000.00 |
| 03/29/2006 | Rick Keene for Assembly (by AT&T Calif. Employee PAC) | 1272446 | $ 1000.00 |
| 03/29/2006 | Dr. Laura Canciamilla for Assembly (by AT&T Calif. Employee P - AC) | 1278071 | $ 1000.00 |
| 03/29/2006 | Friends of Sally Zuniga Flowers (by AT&T Calif. Employee PAC) | 1278891 | $ 1000.00 |
| 03/29/2006 | Parra for Assembly 2006(by AT&T Calif. Employee PAC) | 1272655 | $ 1000.00 |
| 03/29/2006 | Plescia for Assembly '06 (by AT&T Calif. Employee PAC) | 1272598 | $ 1000.00 |
| 03/29/2006 | Mary Hayashi,Democrat for Assembly (by AT&T Calif. Employee - PAC) | 1266729 | $ 1000.00 |
| 03/29/2006 | Jim Beall for Assembly 2006 (by AT&T Calif. Employee PAC) | 1266388 | $ 1000.00 |
| 03/29/2006 | Maze for Assembly (by AT&T Calif. Employee PAC) | 1273106 | $ 1500.00 |
| 03/29/2006 | Friends of Bonnie Garcia (by AT&T Calif. Employee PAC) | 1272722 | $ 1000.00 |
| 03/29/2006 | Jim Silva for Assembly 2006 (by AT&T Calif. Employee PAC) | 1269291 | $ 1000.00 |
| 03/29/2006 | Mike Duvall for Assembly 2006 (by AT&T Calif. Employee PAC) | 1278187 | $ 1000.00 |
| 03/29/2006 | Sharon Runner for Assemvly 2006 (by AT&T Calif. Employee PAC) | 1272114 | $ 1000.00 |
| 03/30/2006 | Friends of Joe Canciamilla (by AT&T Calif. Employee PAC) | 1271921 | $ 1000.00 |

PERIOD COVERED: 01/01/2006 - 03/31/2006

NAME OF FILER: AT&T Inc. and its Affiliates

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE** (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of state candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

B. Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|---|---|---|---|
| 03/30/2006 | Bob Dutton for State Senate 2006 (by AT&T Calif. Employee PAC) | 1272833 | $ 1250.00 |
| 03/30/2006 | Taxpayers for Dave Cox - Senate 2006 (by AT&T Calif. Employee PAC) | 1272611 | $ 1000.00 |
| 03/30/2006 | Tom Harman for Senate (by AT&T Calif. Employee PAC) | 1277569 | $ 1500.00 |
| 03/30/2006 | George Runner for Senate 2006 (by AT&T Calif. Employee PAC) | 1272115 | $ 1000.00 |
| 03/30/2006 | Jenny Oropeza for Senate (by AT&T Calif. Employee PAC) | 1261395 | $ 1000.00 |
| 03/30/2006 | Leland Yee for State Senate (by AT&T Calif. Employee PAC) | 1268049 | $ 1000.00 |
| 03/30/2006 | Gloria Negrete McLeod Senate 2006 (by AT&T Calif. Employee P - AC) | 1251001 | $ 1000.00 |
| 03/30/2006 | Roy Ashburn for Senate Committee (by AT&T Calif. Employee P - AC) | 1252371 | $ 1250.00 |
| 03/30/2006 | Mark Wyland for Senate (by AT&T Calif. Employee PAC) | 1253967 | $ 1250.00 |
| 03/30/2006 | Friends of Pat Wiggins (by AT&T Calif. Employee PAC) | 1251345 | $ 1000.00 |
| 03/30/2006 | Hollingsworth for Senate 2006 (by AT&T Calif. Employee PAC) | 1251235 | $ 200.00 |

# TEXT ANNOTATION

## PAGE 4

**Schedule** F635P4B **Reference No:** 3066

(in-kind)

## PAGE 5

**Schedule** F635P3B **Reference No:** 3058

Payments rec'd for services rendered in prior periods.

## PAGE 0

**Schedule** F635P4B **Reference No:** 3065

(in-kind)