# Exhibit E

# [X] REPORT OF LOBBYIST EMPLOYER

(Government Code Section 86116)

**or**

# [ ] REPORT OF LOBBYING COALITION

(2 Cal. Code of Regs. Section 18616.4)

**FORM 635**
**1993**

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

**REPORT COVERS PERIOD FROM** 10/01/2005 **THROUGH** 12/31/2005

**CUMULATIVE PERIOD BEGINNING** 01/01/2005

**FOR OFFICIAL USE ONLY**

A

B

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

NAME OF FILER:

Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

| BUSINESS ADDRESS: (Number and Street) | (City) | (State) | (Zip Code) | TELEPHONE NUMBER: |
|---|---|---|---|---|
| | Sacramento | CA | 95814 | |

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

Legislature - Future legislation; CPUC - A-05-02-027

[X] If more space is needed, check box and attach continuation sheets.

## SUMMARY OF PAYMENTS THIS PERIOD

| | | |
|---|---|---|
| A. Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) | $ | 91541.59 |
| B. Total Payments to Lobbying Firms (Part III, Section B, Column 4) | $ | 1417450.93 |
| C. Total Activity Expenses (Part III, Section C) | $ | 36466.89 |
| D. Total Other Payments to Influence (Part III, Section D) | $ | 66725.57 |
| GRAND TOTAL (A + B + C + D above) | $ | 1612184.98 |
| E. Total Payments in Connection with PUC Activities (Part III, Section E) | $ | 0.00 |

F. Campaign Contributions: [X] Part IV completed and attached [ ] No campaign contributions made this period

## VERIFICATION

**I have used all reasonable diligence in preparing this Report. I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.**
**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

| Executed on (Date) | At (City and State) | By (Signature of Employer or Responsible Officer) |
|---|---|---|
| 01/31/2005 | Sacramento,CA | Joseph P. Tocco |

| Name of Employer or Responsible Officer (Type or Print) | Title |
|---|---|
| Joseph P. Tocco | Registered In-House Counsel |

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

**PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT** (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
| Employee<br>Matt Moretti<br>Executive Representative | Employee<br>Peter Hernandez<br>Executive Representative |
| Employee<br>Stephanie S. Tyler-Jackson<br>Executive Representative | |
| | |
| | |
| | |

☐ If more space is needed, check box and attach continuation sheets.

**PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES**

| **A. PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS**<br>(See instructions on reverse. Also enter the Amount This Period (Column 1) on Line A of the Summary of Payments section on page 1.) | (1) Amount This Period | (2) Cumulative Total To Date |
|---|---|---|
| | $ 91541.59 | $ 351556.48 |

**B. PAYMENTS TO LOBBYING FIRMS** (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP<br>San Francisco CA 94105 | 1199718.36 | 66218.92 | 0.00 | 1265937.28 | 2375726.31 |
| SLOAT HIGGINS JENSEN AND ASSOCIATES<br>SACRAMENTO CA 95814 | 68000.00 | 0.00 | 0.00 | 68000.00 | 232614.72 |
| KP ADVOCATES<br>SACRAMENTO CA 95814 | 45000.00 | 13.65 | 0.00 | 45013.65 | 180055.12 |
| PLATINUM ADVISORS,LLC<br>SACRAMENTO CA 95814 | 36000.00 | 2500.00 | 0.00 | 38500.00 | 146529.40 |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets

**TOTAL THIS PERIOD** (Column 4)
Also enter the total of Column 4 on Line B of the Summary of Payments section on page 1. $ 1417450.93

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 10/01/2005 | San Diego Padres<br>San Diego CA 92101 | Tyree Dillingham<br>Governor's Office,Field Rep. | $ 33.77 | Ticket to Padres - game and refres - hments | $ 675.33 |
| 10/01/2005 | San Diego Padres<br>San Diego CA 92101 | Rob Stutzman<br>Chief of Staff,Communicatio - ns,Governor's Office | 33.77 | Ticket to Padres - game and refres - hments | 0.00 |
| 10/01/2005 | San Diego Padres<br>San Diego CA 92101 | John Decker<br>Deputy Chief of Staff,Comm - unications,Governor's Office | 33.77 | Ticket to Padres - game and refres - hments | 0.00 |
| 10/01/2005 | San Diego Padres<br>San Diego CA 92101 | Darell Ng<br>Assistant Press Secretary,G - overnor's Office | 33.77 | Ticket to Padres - game and refres - hments | 0.00 |
| 10/09/2005 | Arco Arena<br>Sacramento CA 95834 | Sean Adams<br>Legislative Aide,Senator Bob Margett | 73.84 | Ticket to the 'Sys - tem of a Down' C - oncert | 1476.80 |

☒ If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1. $ 36466.89

**D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION**

☐ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.) $ 0.00
2. OTHER PAYMENTS $ 66725.57

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1. $ 66725.57

**E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION** Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.) $ 0.00

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE** (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of state candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A. If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which Has Filed A Campaign Disclosure Statement:

Identification Number if Recipient Committee: 981470

Pacific Telesis Group and subsidiaries; AT&T California Employee PAC

B. Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

☐ If more space is needed, check box and attach continuation sheets.

**NOTE: Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.**

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 10/09/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Shant Apekian<br>Leg. Asst,Senator Jeff Denh - am | $ 83.84 | Ticket to the 'Sys - tem of a Down' C - oncert and parki - ng pass | $ 0.00 |
| 10/09/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Carolyn Ginno<br>Leg. Director,Asm. Bill Emme - rson | $ 73.84 | Ticket to the 'Sys - tem of a Down' C - oncert | $ 0.00 |
| 10/09/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Edgar Zazueta<br>Leg Aide,Senator Denise Mo - reno Ducheny | $ 73.84 | Ticket to the 'Sys - tem of a Down' C - oncert | $ 0.00 |
| 10/15/2005 | Esmeralda Resort and Spa<br>Indian Wells CA 92210<br>Reference No: | Greg Aghazarian<br>Assemblymember,District 26 | $ 9.20 | Refreshments at GOP conference | $ 82.15 |
| 10/17/2005 | Campagnia Restaurant<br>Fresno CA 93720<br>Reference No: | Julie Griffiths<br>District Director,Asm. Michael Villines | $ 34.06 | Luncheon | $ 476.77 |
| 11/07/2005 | Campagnia Restaurant<br>Fresno CA 93720<br>Reference No: | Joan Conway<br>District Director,Asm. Juan A - rambula | $ 36.69 | Luncheon | $ 440.29 |
| 10/19/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Cynthia Bryant<br>Chief Deputy Leg. Secretary Governor's Office | $ 147.68 | 2 Tickets to Eagl - es Concert | $ 1476.80 |
| 10/19/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Moiran Toppe<br>Deputy Leg. Secretary,Gove - rnor's Office | $ 147.68 | 2 Tickets to Eagl - es Concert | $ 0.00 |
| | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | | | $ |

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 10/19/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Cynthia Bryant<br>Chief Deputy Leg. Secretary - ,Governor's Office | $ 44.69 | Refreshments at Eagles Concert | $ 223.45 |
| 10/19/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Moira Toppe<br>Deputy Leg. Secretary,Gove - rnor's Office | $ 44.69 | Refreshments at Eagles Concert | $ 0.00 |
| 10/19/2005 | Mallard's<br>Stockton CA 95219<br>Reference No: | Kevin Stone<br>Senior Field Rep,Senator De - nham | $ 21.64 | Luncheon | $ 327.16 |
| 10/20/2005 | Jump Start Cafe<br>Sacramento CA 95814<br>Reference No: | Marco Firebaugh<br>Senate Candidate,District 30 | $ 3.23 | Refreshment | $ 5.01 |
| 10/23/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Dean Grafilo<br>Leg Asst,Asm Albert Torrico | $ 73.84 | Ticket to Gwen S - tefani Concert | $ 1476.80 |
| 10/23/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Debra Gravert<br>Chief of Staff,Asm Fran Pavl - ey | $ 83.84 | Ticket to Gwen S - tefani Concert and parking pass | $ 0.00 |
| 10/23/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jordan Gravert<br>Daughter of Debra Gravert | $ 73.84 | Ticket to Gwen S - tefani Concert | $ 0.00 |
| 10/23/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Heather Wright<br>Scheduler,Asm. Albert Torrico | $ 83.84 | Ticket to Gwen S - tefani Concert and parking pass | $ 0.00 |
| | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | | | $ |

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 10/30/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Elaine Sandoval<br>Assistant to Senator Martha - Escutia | $ 83.84 | Ticket to Disney - on Ice and parki - ng pass | $ 1476.80 |
| 10/30/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Ysenia Sandoval<br>Daughter of Elaine Sandoval | $ 73.84 | Ticket to Disney - on Ice | $ 0.00 |
| 11/01/2005 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Ed Chavez<br>Assemblyman,District 57 | $ 111.75 | Ticket to US con - cert and refresh - ments | $ 1546.77 |
| 11/01/2005 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Renee Chavez<br>Spouse of Assemblymember Chavez | $ 111.75 | Ticket to U2 con - cert and refresh - ments | $ 0.00 |
| 11/01/2005 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Allen Soloman<br>District Director,Asm Chavez | $ 119.62 | Ticket to U2 con - cert and refresh - ments | $ 0.00 |
| 11/02/2005 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Janelle Beland<br>Leg. Director,Assemblymem - ber Jerome Horton | $ 43.49 | Refreshments at U2 concert | $ 154.83 |
| 11/02/2005 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Cindy Montanez<br>Assembly Member,District 39 | $ 101.09 | 1 ticket to U2 co - ncert and refres - hments | $ 255.80 |
| 11/11/2005 | Granite Bay Golf Club<br>Granite Bay CA<br>Reference No: | Danny Eaton<br>COS,Speaker of Asm,Fabian Nunez | $ 82.80 | Round of Golf and refreshments | $ 331.18 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 11/14/2005 | Chops<br>Sacramento CA 95814<br>Reference No: | Michael Mendez<br>Senior Consultant,Asm Mont - anez | $ 44.77 | Refreshments | $ 134.30 |
| 11/15/2005 | SBC Park<br>San Francisco CA 94107<br>Reference No: | Mark Leno<br>Assembly Member,District 13 | $ 360.00 | Ticket to Rolling - Stones Concert - and refreshments | $ 9500.00 |
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Ama Acquah<br>Assembly Fellow,Asm. Shar - on Runner | $ 97.29 | Ticket to Kings g - ame and refresh - ments | $ 1945.80 |
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Rebekah Anderson<br>Senate Fellow,Senator Geor - ge Runner | $ 97.29 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jeff Caligiuri<br>Assembly Fellow,Assembly - member Runner | $ 97.29 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Julius Chen<br>Senate Fellow,Senator Geor - ge Runner | $ 97.29 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | David Cox<br>Assembly Fellow,Asm Sharon Runner | $ 97.29 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Mike Fitts<br>Leg Asst,Senator George Ru - nner | $ 97.29 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jetta Keeney<br>Senate Fellow,Senator Geor - ge Runner | $ 97.29 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | David Lynch<br>Leg. Aide,Asm Sharon Runn - er | $ 107.29 | Ticket to Kings g - ame,refreshments and parking pass | $ 0.00 |
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Joseph Patterson<br>Assembly Fellow,Asm Sharon Runner | $ 97.29 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Laura Power<br>Leg. Asst.,Asm Sharon Run - ner | $ 97.29 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Sheila Sadovnik<br>Assembly Fellow,Asm. Shar - on Runner | $ 97.29 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Becky Warren<br>Leg Director,Senator George Runner | $ 97.29 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | David Wolfe<br>Assembly Fellow,Asm. Shar - on Runner | $ 97.29 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/17/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Robert Baird<br>Leg. Aide,Asm. Rudy Bermu - dez | $ 83.84 | Ticket to Feather Falls Casino Night and parking pass | $ 1476.80 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 11/17/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Yanet Luna<br>Leg. Aide,Asm Rudy Bermu - dez | $ 73.84 | Ticket to Feather Falls Casino Night | $ 0.00 |
| 11/17/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jennifer Magdaleno<br>Exec. Secretary,Asm. Rudy - Bermudez | $ 83.84 | Ticket to Feather Falls Casino Night and parking pass | $ 0.00 |
| 11/17/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Asael Sala<br>Leg. Aide,Asm Rudy Bermu - dez | $ 73.84 | Ticket to Feather Falls Casino Night | $ 0.00 |
| 11/19/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Katherine McLane<br>Deputy Press Secretary,Gov - ernor's Office | $ 73.84 | Ticket to Eagles - Concert | $ 369.20 |
| 11/19/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jimmy Orr<br>Deputy Communications Dir - ector,Governor's Office | $ 73.84 | Ticket to Eagles - Concert | $ 0.00 |
| 11/19/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Dan Savage<br>Chief of Staff,Senator Gil Ced - illo | $ 83.84 | Ticket to Eagles - Concert and park - ing pass | $ 0.00 |
| 11/19/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Susan Savage<br>Spouse of Dan Savage | $ 73.84 | Ticket to Eagles - Concert | $ 0.00 |
| 11/19/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Rob Stutzman<br>Deputy Chief of Staff,Govern - or's Office | $ 73.84 | Ticket to Eagles - Concert | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

## C. ACTIVITY EXPENSES (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 11/25/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Robert Perez<br>Leg. Asst.,Senator Escutia | $ 73.84 | Ticket to Kings g - ame | $ 1476.80 |
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Emily Currin<br>Leg. Aide,Asm. Roger Niello | $ 98.02 | Ticket to Kings g - ame and refresh - ments | $ 1960.40 |
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Debra Falk<br>Receptionist,Senator Dave - Cox | $ 98.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Ania Garbien<br>Assistant,Senate Health Co - mmittee | $ 98.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Nick Harderman<br>Consultant,Labor Committee | $ 98.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Stephanie Hineline<br>Scheduler,Senator Ortiz | $ 108.02 | Ticket to Kings g - ame,refreshments and parking pass | $ 0.00 |
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Athena Hineline<br>Daughter of Stephanie Hineli - ne | $ 98.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Martin Hineline<br>Spouse of Stephanie Hineline | $ 98.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

## C. ACTIVITY EXPENSES (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Peter De Marco<br>Communications Director,Se - nator Dave Cox | $ 108.02 | Ticket to Kings g - ame,refreshments and parking pass | $ 0.00 |
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Vanessa McCarthy - Olmste - ad<br>District Rep,Senator Dave C - ox | $ 98.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Rob Olmstead<br>District Rep,Senator Dave C - ox | $ 98.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Kelly Patterson<br>District Rep,Senator Ortiz | $ 98.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Kelly Radloff<br>Office Assistant,Asm. Roger Niello | $ 108.02 | Ticket to Kings g - ame,refreshments and parking pass | $ 0.00 |
| 11/29/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Doug Yonkam<br>Leg. Director,Senator Dave - Cox | $ 98.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 12/02/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Shaundra Chaudry<br>Office Assistant to Senator D - on Perata | $ 109.02 | Ticket to Kings g - ame,refreshments and parking pass. | $ 1980.40 |
| 12/02/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Jennifer DeLao<br>Leg. Aide,Senator Don Perata | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| | | | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 12/02/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Alicia Dlugosh<br>Press Secretary,Senator Don Perata | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 12/02/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Erric Garris<br>Leg. Aide,Senator Don Perata | $ 109.02 | Ticket to Kings g - ame,refreshments and parking pass | $ 0.00 |
| 12/02/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Martha Gutierrez<br>Office Asst,Senator Don Pera - ta | $ 109.02 | Ticket to Kings g - ame,refreshments and parking pass | $ 0.00 |
| 12/02/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Adam Keigwin<br>Press Secretary,Asm. Leland Yee | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 12/02/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Tom Martinez<br>Deputy Dir of Comm,Senator Don Perata | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 12/02/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Michael Miller<br>Consultant,Senator Don Pera - ta | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 12/02/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Che Salinas<br>Leg. Aide,Senator Don Perata | $ 99.02 | Ticket to Kings g - ame and refresh - ments | $ 0.00 |
| 12/04/2005 | Monster Park<br>San Francisco CA 94124<br>Reference No: | Cesar Anda<br>Leg. Asst,Speaker Office of - Members Services,Fabian N - unez's Office | $ 89.00 | Ticket to 49ers g - ame and parking pass | $ 1300.00 |
| | | TOTAL SECTION C (Activity Expenses)<br>Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | | | $ |

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

## C. ACTIVITY EXPENSES (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 12/04/2005 | Monster Park<br>San Francisco CA 94124<br>Reference No: | Eric Guerra<br>Leg Aide,Asm Gil Cedillo | $ 64.00 | Ticket to 49ers g - ame | $ 0.00 |
| 12/06/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Matt Riley<br>Dir. of Speaker's Office of M - ember's Services,California S - tate Assembly | $ 114.17 | Ticket to Kings g - ame. | $ 660.00 |
| 12/06/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | George Wiley<br>Policy Consultant,Asm. Fabi - an Nunez | $ 165.00 | Ticket to Kings g - ame | $ 0.00 |
| 12/08/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Nathalie Etheridge<br>Leg. Aide,Asm. Bonnie Garcia | $ 165.00 | Ticket to Kings g - ame. | $ 660.00 |
| 12/08/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Mark Reeder<br>Leg. Director,Senator Jim Bat - tin | $ 175.00 | Ticket to Kings g - ame and parking pass | $ 0.00 |
| 12/09/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Brian O'Neel<br>Capitol Director,Asm. Chuck DeVore | $ 83.84 | Ticket to Steven - Curtis Chapman Concert and park - ing pass | $ 1476.80 |
| 12/09/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Karyn O'Neel<br>Spouse of Brian O'Neel | $ 73.84 | Ticket to Steven - Curtis Chapman | $ 0.00 |
| 12/09/2005 | Hennessey's Tavern<br>Carlsbad CA 92008<br>Reference No: | Bill Morrow<br>Senator,District 38 | $ 13.23 | Lunch | $ 27.65 |
| | | | | TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1. | $ |

PERIOD COVERED: 10/01/2005 12/31/2005

NAME OF FILER: Pacific Telesis Group and its Subsidiaries,Affiliates of AT&T,Inc.*

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| 12/11/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Mercedes Flores<br>Chief of Staff,Asm. Juan Ar - ambula | $ 165.00 | Ticket to Kings g - ame | $ 660.00 |
| 12/11/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Myda Castillo Garcia<br>Daughter of Mercedes Flores | $ 165.00 | Ticket to Kings g - ame | $ 0.00 |
| 12/15/2005 | Arco Arena<br>Sacramento CA 95834<br>Reference No: | Karen Pank<br>Deputy Leg. Asst,Governor's Office | $ 83.84 | Ticket to Keith U - rban Concert and parking pass | $ 1476.80 |
| 12/16/2005 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Eric Boyd<br>District Dir,Asm Mark Ridley- - Thomas | $ 210.00 | Ticket to Lakers - game | $ 840.00 |
| 12/16/2005 | STAPLES CENTER<br>LOS ANGELES CA 90015<br>Reference No: | Mark Ridley-Thomas<br>Assembly Member,District 48 | $ 210.00 | Ticket to Lakers - game | $ 0.00 |
| 12/28/2005 | Pacific Life Holiday Bowl<br>San Diego CA 92106<br>Reference No: | Christine Moore<br>Deputy District Dir.,Senator - Denise Ducheny | $ 48.00 | Ticket to Holiday Bowl | $ 96.00 |
| 12/28/2005 | Pacific Life Holiday Bowl<br>San Diego CA 92106<br>Reference No: | Celine Moore<br>Daughter of Christine Moore | $ 48.00 | Ticket to Holiday Bowl | $ 0.00 |

TOTAL SECTION C (Activity Expenses)
Also enter the total of Section C on Line C of the Summary of Payments section on page 1.

$ 36466.89

# TEXT ANNOTATION

## PAGE 1

**Schedule** F635 **Reference No:** Name of Filer

Effective November 18,2005,SBC Communications,Inc. acquired AT&T Corporation. The surviving corporation,SBC Communications,Inc., - has since changed its name to AT&T Inc. This report discloses lobbying activities of Pacific Telesis Group and its subsidiaries,affiliates of - AT&T Inc.,including the former SBC Communications,Inc. Lobbying activities of AT&T Corporation are separately disclosed on reports filed by that entity.