# Exhibit F

FORTUNE WORLD'S MOST ADMIRED COMPANIES 2006 Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

**Ken Mcneely Appointed President- External Affairs for AT&T California**

**San Francisco, California, January 5, 2006**

AT&T Inc. (NYSE: T) today announced the appointment of Kenneth McNeely as president, external affairs for AT&T's operations in California, effective immediately.

McNeely will be responsible for all legislative, regulatory, governmental and external affairs activities in California, a role similar to his previous position at AT&T Communications, California. He will be located in San Francisco and will lead a team of AT&T professionals throughout the state.

"Ken's expertise in working with public officials and external constituencies combined with his knowledge of communications and entertainment policy make him the perfect choice to lead our efforts in California," said Bob Ferguson, president-State Legislative and Regulatory Affairs for AT&T.

McNeely has served in a variety of capacities with the former AT&T. Since November of 2000, he has held the position of President, AT&T Communications of California. He joined AT&T in 1991, serving as a corporate attorney in Atlanta, and subsequently represented the company as Vice President-Law & Government Affairs in Florida. McNeely came to San Francisco in February 2000 as Vice President-Law & Government Affairs.

McNeely is a native of Charlotte, North Carolina and a graduate of the University of North Carolina in Chapel Hill. He graduated *summa cum laude* from the Howard University School of Law in 1987. After serving as a law clerk for the North Carolina State Supreme Court, he entered private practice in Charlotte in 1989.

McNeely is on the board of the California Chamber of Commerce and the California Business Roundtable.

"I'm looking forward to working with elected officials, policy makers and key constituencies throughout the state on issues of importance to all Californians," said McNeely. "The new AT&T is ready to deliver a new era of communications and entertainment that will bring the benefits of state-of-the-art IP-based technology to California customers."

The appointment follows SBC Communications' acquisition of AT&T Corp. and the launch of the new AT&T— the largest telecommunications company in the United States. McNeely succeeds Lora Watts who has accepted a new position at AT&T headquarters in San Antonio.

***About the New AT&T***
*AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high-speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with more than 52 million wireless customers. Additional information about AT&T Inc. and AT&T products and services is available at www.TheNewATT.com .*

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy