Exhibit G

**Angels Fans: What's Your Excuse? AT&T Opening Day Off Program Provides Fans with a Chance to Win Game Tickets and Prizes**

***Fans Can Register at att.angelsbaseball.com Through March 30 for Chance to Attend Opening-Night Game at Angel Stadium of Anaheim***

**Anaheim, California, March 6, 2006**



Some people may call in sick; others may say that the dog ate their keys, but whatever the excuse, AT&T is challenging Los Angeles Angels of Anaheim fans to come up with their best excuse for attending opening-day activities at Angel Stadium of Anaheim. AT&T Inc. (NYSE:T) today announced a four-week Opening Day Off program, which enables fans to register online for tickets to the Angels home-opener against the New York Yankees.

Beginning today, fans can register at www.att.angelsbaseball.com to enter the Opening Day Off sweepstakes. The site includes tools to help participants craft "out of the office" excuses for the April 7 opener. The most creative excuses will be posted for others to see. Sweepstakes registrations will be accepted through March 30, and the winners will be selected through a random drawing.

One grand prize winner will receive 16 VIP tickets to the Angels home-opener along with $50 vouchers per person for food and beverages at Angel Stadium of Anaheim. Prior to the game, the grand prize winner and 15 guests can watch action from around the league at the ESPN Zone and receive complimentary transportation to the Angels-Yankees game.

Twenty secondary prize winners will each receive two tickets to an upcoming regular season home game along with AT&T/Angels co-branded merchandise.

"As a proud partner of the Los Angeles Angels of Anaheim, AT&T is excited to offer Angels fans a chance at a memorable experience at the beautiful Angel Stadium of Anaheim," said Debbie Barba, AT&T vice president and general manager, Orange and Riverside. "The AT&T Opening Day Off sweepstakes is a way for both AT&T and the Angels to continue to send special thanks to the fans for supporting their two hometown teams — AT&T and the Angels!"

FORTUNE 2006 WORLD'S MOST ADMIRED COMPANIES Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

**About the New AT&T**
*AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high-speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with more than 54 million wireless customers. Additional information about AT&T Inc. and AT&T products and services is available at www.TheNewATT.com.*

© 2006 AT&T Knowledge Ventures. All rights reserved. Subsidiaries and affiliates of AT&T Inc. provide products and services under the AT&T brand.

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy