# Exhibit H

En Español | Asian Languages | Contact Us

Home > News Room

Residential
Small Business
Enterprise Solutions
Customer Support
Corporate Information

Search

Refine Search

FORTUNE 2006 WORLD'S MOST ADMIRED COMPANIES Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

**AT&T Announces New Data Services Contract with the City of Folsom**

***Services Will Provide IP Networking Solution to Folsom, Calif.***

**Folsom, California, March 9, 2006**

AT&T Inc. (NYSE: T) announced today a new optical and data-networking services contract with the city of Folsom, Calif.

Under the terms of the five-year contract, AT&T companies will implement an Optical Ethernet Metropolitan Area Network (Opt-E-MAN®) to support Folsom's internal applications at multiple offices and facilities throughout the community. The city will upgrade its network from a T1 service to 10 Mbps of Ethernet service for increased bandwidth and faster data transactions. These services align with AT&T's convergence strategy, which will support numerous internal applications and provide faster Internet connections for the city's employees.

"Our outdated T1 service could no longer accommodate our growing demand for high speed connections," said Efrem Richardson, Folsom's information systems manager. "We turned to AT&T to upgrade our services and provide our employees with a reliable, secure network that could support our bandwidth-intensive applications."

Folsom, 20 miles east of Sacramento, has experienced steady growth over recent years as the result of increased job opportunities, new residential neighborhoods and proximity to a wide array of outdoor recreational activities.

"Folsom has taken a big step toward transforming its communications infrastructure to keep up with its dramatic population surge," said Robin MacGillivray, president-Business Communications Services, AT&T West. "In doing so, the city of Folsom joins a growing list of forward-thinking government departments and agencies that are replacing a patchwork of legacy networks with next-generation integrated optical systems to enable faster access to critical information while reducing complexity and costs. Folsom has made a sound investment in its future."

**About the City of Folsom**
The city of Folsom is dedicated to assisting Folsom's business managers and citizens in conducting their business in the most effective manner possible by providing information technology consulting and support that includes strategic planning, business process evaluation, and the installation and maintenance of computer systems, networks, application software, telephones, and related equipment. Folsom has experienced a steady population growth, largely due to excellent job opportunities, outstanding residential neighborhoods and diverse recreational amenities. Currently, Folsom has 57,233 residents (63,800 including prison inmates) and is expected to reach a build-out population of a little more than 69,333 residents about 2009. Folsom is conveniently located 20 miles east of California's state capitol in Sacramento and about halfway between San Francisco and Lake Tahoe.

**About the New AT&T**
AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with more than 54 million wireless customers. Additional information about AT&T Inc. and AT&T products and services is available at www.TheNewATT.com.

© 2006 AT&T Knowledge Ventures. All rights reserved. Subsidiaries and affiliates of AT&T Inc. provide products and services under the AT&T brand.

*For more information and detailed disclaimer information, please review this announcement in the AT&T newsroom at www.sbc.com/newsroom.*

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy