# Exhibit I

FORTUNE WORLD'S MOST ADMIRED COMPANIES 2006 Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

**AT&T Announces New Contract with the Daugthers of Charity Health System**

***Optical and VPN Services Support Advanced Applications to Help California-Based Health System Improve Patient Care***

**Los Altos Hills, California, March 15, 2006**

AT&T Inc. (NYSE: T) today announced a new contract with the Daughters of Charity Health System (DCHS), a regional health care system of six hospitals and medical centers located in Northern and Southern California.

Under the terms of the three-year contract, AT&T will provide Opt-E-MAN®, a public switched Ethernet solution that will connect DCHS' five primary hospital and data center locations by linking each site's local area network (LAN). In addition, DCHS will adopt AT&T's Virtual Private Network solution (VPN) for centralized network management and monitoring and AT&T Frame Relay services for increased bandwidth to accommodate new applications, such as a Physician Portal and a Picture Archival Communication System (PACS) for improved patient care throughout the system.

The Physician Portal will allow DCHS physicians to access secure databases for medical images, test results and medical history, increasing the efficiency of the health system and increasing patient safety, as critical medical information is available at any time where it is needed.

AT&T will also deploy a backup wide area network (WAN) providing a disaster-recovery model, which includes fully redundant data circuits to each primary site. Combined, these services provide a comprehensive solution, which aligns with AT&T's convergence strategy and enables DCHS to deliver greater levels of business efficiency.

"We needed to expand our bandwidth to support applications that are critical to the well-being of our patients," said Richard Hutsell, CIO of the Daughters of Charity Health System. "We trust AT&T to equip us with a solution that will help DCHS operate at optimum levels of efficiency for improved patient care in each of our facilities."

**About the Daughters of Charity Health System**
The Daughters of Charity Health System (DCHS) is a regional healthcare system of six hospitals spanning the California coast from the Bay Area to Los Angeles. Their sponsors are the Daughters of Charity of St Vincent de Paul who, for more than 370 years, have been serving the sick and the poor through healing ministries around the world.

**About the New AT&T**
AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high-speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with more than 54 million wireless customers. Additional information about AT&T Inc. and AT&T products and services is available at www.TheNewATT.com.

© 2006 AT&T Knowledge Ventures. All rights reserved. Subsidiaries and affiliates of AT&T Inc. provide products and services under the AT&T brand.

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy