# Exhibit J

En Español | Asian Languages | Contact Us

Home > News Room

**AT&T Secures New Seven-Year Contract with Irvine Unified School District**

***California School District Expands Capabilities, Improves Learning***

**Irvine, California, April 3, 2006**

AT&T Inc. (NYSE: T) today announced a new optical networking contract with Irvine Unified School District (USD), a public school district consisting of 22 elementary schools, five middle schools and five high schools serving Irvine, Calif.

Under the terms of the seven-year contract, AT&T companies will implement an Optical Ethernet Metropolitan Area Network (OPT-E-MAN®) to support bandwidth intensive applications, such as videostreaming and distance learning, at all 32 locations throughout the district. These advanced applications will help improve the learning environment for Irvine USD students and will better equip faculty and staff with the tools and technology they need to in order to provide a first-class education. The OPT-E-MAN service will provide the schools with a single, reliable network, as well as a converged solution for streamlined communications districtwide.

This solution will allow Irvine USD to manage the network from a central location at the district office in Irvine, Calif. The students will be able to use the technology as a communications and information tool that supports problem-solving and academic achievement, easing their transition to college and their careers. These improvements align with the district's goal of being an innovative user of technology and will provide substantial cost-savings to the district by reducing the need for network support.

"We're committed to creating a dynamic and scalable network that will allow us to deliver a first-class education," said Mark E. Reider, director of Information Systems for Irvine Unified School District. "By using the innovative technologies provided by AT&T, we're certain that this solution will meet our requirements and that it will improve the overall educational experience of our students. In addition, our financial savings will be significantly realized through reduced support costs as well as the greatly increased bandwidth at no extra expense over current costs.

***About Irvine USD***
*The Irvine Unified School District educates a diverse student population numbering over 24,000 (K-12), in 22 elementary schools, 5 middle schools, 4 comprehensive high schools, and 1 continuation high school. The district's strategic plan is driven by our mission of enabling all students to become contributing members of society, empowered with the skills, knowledge, and values necessary to meet the challenges of a changing world.*

***About the New AT&T***
*AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high-speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with more than 54 million wireless customers. Additional information about AT&T Inc. and AT&T products and services is available at* www.TheNewATT.com.

*© 2006 AT&T Knowledge Ventures. All rights reserved. Subsidiaries and affiliates of AT&T Inc. provide products and services under the AT&T brand.*

**Residential**
**Small Business**
**Enterprise Solutions**
**Customer Support**
**Corporate Information**

Search

Refine Search

FORTUNE 2006 WORLD'S MOST ADMIRED COMPANIES Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy