# Exhibit K

FORTUNE 2006 WORLD'S MOST ADMIRED COMPANIES Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

**AT&T Introduces In-Home Tech Support to Help Consumers with Virtually All Home PC and Networking Needs**

***AT&T Links Customers to Top Retailers for Help in Creating Home Networks at Little to No Cost Initiative Builds on AT&T Service Strategy to Help Deliver the Digital Lifestyle***

**San Antonio, Texas, April 10, 2006**

Imagine buying high speed Internet service and home networking equipment that includes a visit by a technology expert who comes to your house, sets up your services, and charges you little to nothing.

It's not a broadband pipe dream. AT&T Inc. (NYSE: T) today announced that very offer to help customers enjoy today's digital lifestyle.

Beginning today, new customers who order AT&T Yahoo!® High Speed Internet Express or Pro services with an AT&T Wireless Gateway through an AT&T call center are eligible to receive home networking setup services from a CompUSA® Techknowledgist℠ or from other participating retailers' technical support crews. Customers who order AT&T Yahoo! High Speed Internet Pro will receive a $99 mail-in rebate to cover home network setup fees; Express customers will receive a $50 mail-in rebate to use toward the $99 setup fees (taxes and other charges may apply.)

"This is an unbelievable deal," said Scott Helbing, chief marketing officer-AT&T Consumer. "We're giving our customers some of the best values in the market for high speed Internet services and home networking gateways, and now we're offering to setup those services for little or no charge. Our customers lead busy lives, and we're making it easy and inexpensive for them to enjoy the digital lifestyle."

The new in-home offer builds on the AT&T Support+ program, a 24-hour phone service available to residential and small-business customers that offers a one-stop shop for technical support beyond Internet services to digital devices such as PDAs, digital cameras, TIVO®, scanners and CD/DVD writers, as well as various software applications, operating services and networking care. Support+ is available for a per-incident fee or by subscription and supplements technical support already available at no charge for AT&T Yahoo! High Speed Internet customers experiencing high speed DSL-related issues.

Home network setup, as provided by a CompUSA Techknowledgist or other participating retailers, includes the networking of two computers, with file-sharing enabled between each; the networking of one peripheral device, such as a printer, scanner or fax; and, upon request from the customer, the activation of AT&T Yahoo! Online Protection.

"The number of devices and services in the home continues to proliferate, making technology adoption and usage an increasingly complex experience for most consumers," said Amy Harris Lind, program manager of Consumer Broadband Markets for industry analyst firm IDC. "Thus, it makes sense for service providers who already have ongoing relationships with millions of consumers to offer managed home services with the goal of promoting increased satisfaction for customers and generating additional revenue from a new service model."

With Support+, AT&T residential and small-business customers receive one-on-one technical assistance by phone, seven days a week, to help them with problems related to their computer or home network for a one-time fee per incident starting at $59.99. Prepaid memberships are also available at $125.00 for six months of unlimited service—allowing the customer to call as many times as needed for assistance with new or existing problems related to their computer or home network, or with devices supported through the Support+ program. Qualified Support+ technicians can assist customers with questions related to installations, configurations, upgrades and general troubleshooting needs.

Devices supported through the Support+ program include desktop and laptop PCs, printers, PDAs, digital cameras, TIVO, scanners, CD/DVD writers, video/sound cards, USB devices, modems, DVD drives, Zip/Jazz drives, hubs, routers (Linksys, DLink, NetGear, Netopia), MP3 players and monitors. Assistance also extends to file- and print-sharing between such devices. Customers can directly access the Support+ call center at 1-866-294-3464.

**About the New AT&T**
*AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high-speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with more than 54 million wireless customers. Additional information about AT&T Inc. and AT&T products and services is available at www.TheNewATT.com.*

**About CompUSA**
CompUSA, Inc., a Dallas-based company, is one of the nation's leading retailers and resellers of technology products and services. CompUSA currently operates more than 240 locations in more than 90 major metropolitan markets across the United States and Puerto Rico. In addition, CompUSA's Web site offers an assortment of more than 170,000 items. Visit them at www.compusa.com.

AT&T Support+: Available for existing AT&T Yahoo! Internet Service customers only. Customer must agree to terms of service and fees read to them at time service is ordered. Fee based support is for issues outside of and not directly related to AT&T Yahoo! Internet Service products. Support+ technicians can only offer assistance for the issues found at www.sbc.com/supportplus. It is the customer's responsibility to back up any important data that is stored on the computer disk or drive prior to support. Support+ technicians will make reasonable efforts to troubleshoot the customer's issue or problem. Customers have 5 calendar days to call back for support at no additional charge if same issue arises. AT&T Internet Service's total liability is no greater than the fee paid for use of the service. Pro rated amounts will be issued for any remaining months of support for subscribers to a prepaid multi-month agreement.

Wireless Home Network setup offer applies only to residential customers who purchase new AT&T Yahoo! High Speed Internet and an AT&T Wireless Gateway between 4/1/06 and 6/30/06. Customer is required to pay $99 for wireless network setup plus any applicable taxes. Customer will submit setup invoice/appointment confirmation and rebate form to receive rebate check. Amount of rebate check dependent on the speed of high-speed Internet service purchased. Express customers will receive a $50 rebate check. Pro and Elite customers will receive a $99 rebate check. Customer responsible for total charges in excess of the rebate check amount including taxes and/or additional services performed. AT&T is not liable for any claims, losses or damages associated with installation of promotional services provided by the technical service provider. This offer is non-transferable and available to qualifying AT&T Yahoo! High Speed Internet customers only. Promotional setup services not available in some areas. Setup must be completed by 7/31/06. AT&T reserves the right to cancel this promotion at anytime.

AT&T products and services are provided in specific geographic areas by subsidiaries and affiliates of AT&T Inc. AT&T Yahoo! High Speed Internet is provided by AT&T Internet Services with customized content, services, and applications from Yahoo! Inc. Yahoo!, the Yahoo! logos and other product and service names are the trademarks and/or registered trademarks of Yahoo! Inc. SBC, the SBC logo and other product names are trademarks of AT&T Knowledge Ventures and/or its affiliates. All other brand names may be trademarks or registered trademarks of their respective owners.

© 2006 AT&T Knowledge Ventures. All rights reserved.

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy