# Exhibit L

FORTUNE 2006 WORLD'S MOST ADMIRED COMPANIES Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

## AT&T Announces New Contract with Pajaro Valley Unified School District

***California School District Improves Security, Increases Capabilities***

**Watsonville, California, April 12, 2006**

AT&T Inc. (NYSE: T) today announced a new optical services contract with Pajaro Valley Unified School District (USD), a California school district with 30 schools throughout Pajaro Valley.

Under the terms of the five-year contract, AT&T will supply a Customized Switched Metro Ethernet (CSME) solution to 29 schools in the Pajaro Valley school district. The service will be used to deliver access to interactive and innovative teaching and learning applications across the Pajaro Valley USD network. The district will also enjoy faster Internet connection speeds with increased security and reliability through the converged network infrastructure.

The new service will increase the district's bandwidth by supplying fiber links to the school sites for system image updates and remote administration for greater efficiency among faculty and staff. The service will further enable server and application consolidation, allowing quick transfer of voice and video data over a converged wide area network (WAN). As a result, the Pajaro Valley USD expects a richer educational experience for its students. AT&T is the district's primary service provider of core telecommunications services.

"We needed a provider capable of delivering services to enable the transfer of innovative, interactive teaching and learning applications throughout the district," said Tim Landeck, director of technology for the Pajaro Valley Unified School District. "We are confident that the solution provided by AT&T will meet our technical and curricular needs."

**About Pajaro Valley Unified School District**
Pajaro Valley USD includes 30 schools throughout the Pajaro Valley in California. Additionally, the district features adult education, migrant education, extended learning, special education, and alternative education programs, as well as charter schools. For more information, visit www.pvusd.net.

**About the New AT&T**
AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high-speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with more than 54 million wireless customers. Additional information about AT&T Inc. and AT&T products and services is available at www.TheNewATT.com.

© 2006 AT&T Knowledge Ventures. All rights reserved. Subsidiaries and affiliates of AT&T Inc. provide products and services under the AT&T brand.

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy