# Exhibit M

at&t



**AT&T Announces Addition of Optical Networking Services to Los Angeles County**

***AT&T Will Deliver Multiservice Optical Network Ring***

**Los Angeles, California, April 21, 2006**

AT&T Inc. (NYSE: T) today announced that it will be providing optical network services to Los Angeles County, one of the largest and most populous counties in the nation.

AT&T will deliver a Multi-Service Optical Network Ring (MON Ring) to Los Angeles County. The addition will include multiple Gigabit Ethernet and Fibre Channel circuits.

These services are expected to help the county's business-continuity plan by delivering a highly scalable metropolitan network solution that will provide Los Angeles County with increased network reliability and flexibility. The MON Ring will ensure network survivability by connecting the county's primary and secondary data centers to a single converged network. Additionally, the solution will be fully managed by AT&T.

This solution also aligns with AT&T's customer-focused convergence strategy, enabling Los Angeles County to seamlessly integrate future applications and communications services.

"We wanted a reliable multiprotocol solution to support our critical applications and improve our disaster recovery." said Richard Sanchez, general manager of Information Technology Service for the County of Los Angeles. "We're confident that we can rely on this solution to accommodate our growing needs."

***About Los Angeles County***
*Los Angeles County remains one of the nation's largest counties with 4,084 square miles and has the largest population (10,226,506 as of January 2005) of any county in the nation. The current budget is $19.88 billion and 95,000 employees. Los Angeles County includes the offshore islands of San Clemente and Santa Catalina. There are 88 cities within the County, each with its own city government. All of the cities, in varying degrees, contract with the County and thirty-seven contract for nearly all of their municipal services. More than 65 percent of the County's area is unincorporated, with a population of more than 1 million. For more information on Los Angeles County, please visit http://lacounty.info/.*

***About the New AT&T***
*AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high-speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with more than 54 million wireless customers. Additional information about AT&T Inc. and AT&T products and services is available at www.att.com.*

© 2006 AT&T Knowledge Ventures. All rights reserved. Subsidiaries and affiliates of AT&T Inc. provide products and services under the AT&T brand.



FORTUNE WORLD'S MOST ADMIRED COMPANIES 2006 Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy