Exhibit N

at&t

Home > News Room

**AT&T Introduces Faster-Speed Tier for Consumers at Market-Leading Price**

***Elite Service Delivers Downstream Speeds of Up to 6.0 Megabits Per Second for Less Than $28 a Month When Ordered Online***

**San Antonio, Texas, April 26, 2006**

AT&T Inc. (NYSE:T) today announced a new, higher-speed tier for its AT&T Yahoo!® High Speed Internet service that meets consumers' growing demand for greater bandwidth, while delivering a market-leading price.

Beginning Monday, May 1, new residential customers who order AT&T Yahoo! High Speed Internet service online through www.att.com can purchase the Elite service — offering downstream speeds between 3.0 Mpbs and 6.0 Mbps and upstream speeds of 384 Kbps up to 768 Kbps — for only $27.99 a month (other monthly charges and a 12-month term commitment apply). Effective today, the new Elite service is available for $29.99 through AT&T sales channels, when it is ordered with a qualifying service bundle. Existing AT&T Yahoo! High Speed Internet customers can upgrade to the Elite service through the company's Web site and take advantage of the current pricing promotion beginning Monday.

"Consumers are craving greater bandwidth, and now with the AT&T Elite service, they no longer have to choose between a blazing-fast speed and a great price; they can get both," said Scott Helbing, chief marketing officer-AT&T Consumer. "Consumers will be hard-pressed to find this speed at a better price, for a full 12 months, from one of our leading competitors."

The new Elite-speed tier is ideal for Internet applications growing in popularity, including downloading movies, playing interactive online games and sending large files such as photos and video clips.

AT&T Yahoo! High Speed Internet customers can enjoy their broadband experience to-go with AT&T Wi-Fi service. For an additional $1.99 a month, customers can enjoy a consistent broadband experience at nearly 11,000 locations nationwide, including hotels, airports, convention centers, coffee shops, restaurants and business centers.

The offer for the Elite service also includes a $49.99 mail-in rebate, which can be applied toward a $79.99 AT&T Wireless Gateway. When customers order both the Elite service and the wireless gateway through an AT&T call center, they are eligible to have the home network set up in their home, at no charge and after the mail-in rebate, by a CompUSA® Techknowledgist℠ or by a support crew from other participating retailers. The in-home service provides personal assistance for customers interested in creating a home network; most customers easily self-install their AT&T Yahoo! High Speed Internet service or receive assistance from AT&T technicians. The in-home setup offer includes the networking of two computers, with file-sharing enabled between each; the networking of one peripheral device, such as a printer, scanner or fax; and upon request from the customer, the activation of AT&T Yahoo! Online Protection.

"We're offering the tools and services that help our customers enjoy the digital lifestyle," said Helbing.

The Elite service is available in the company's traditional incumbent local exchange area, in those areas where high speed Internet service is available. States included are Arkansas, Kansas, Missouri, Oklahoma, Texas, Illinois, Indiana, Michigan, Wisconsin, Ohio, California, Nevada and Connecticut.

With more than 7.4 million high speed DSL Internet lines in service, AT&T is the nation's largest high speed DSL Internet provider, adding more than 1.8 million high speed DSL Internet lines over the last four quarters. For more information, visit www.att.com.

***About the New AT&T***
*AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high-speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with 55.8 million wireless customers. Additional information about AT&T Inc. and AT&T products and services is available at www.att.com.*

**You will also be charged a monthly FUSF (Federal Universal Service Fund) cost recovery fee to help cover charges from our data transport supplier pursuant to state and federal telecom regulations. This fee is not a tax or government required charge.**

New residential customers only. $27.99/mo is an online only, 12-month promotional rate for AT&T Yahoo! High Speed Internet Elite with an ongoing rate of $39.99/mo after the promotional term upon the successful completion of an online order by eligible customers. $29.99/mo is a 12-month promotional rate, available through any AT&T sales channel as part of a qualifying bundle of AT&T services or at select retailers, for AT&T Yahoo! High Speed Internet Elite with an ongoing rate of $39.99/mo after the promotional term. We do not guarantee that online orders can be successfully processed for every requesting customer. Static IP products not included. This is a limited time offer and is only available for AT&T Yahoo! High Speed Internet. Offer not valid with any other AT&T Yahoo! High Speed Internet promotion. Purchase of local service from the applicable AT&T incumbent local exchange carrier and promotional term required. $99 early termination fee. If you drop a required component of the qualifying bundle, you will revert to the applicable non-promotional rate for high-speed Internet. $150-$200 additional charge will apply if technician install is required or desired. Equipment charges may be included and will appear on the first bill. Equipment rebate postcard, with rebate terms and conditions, will be included with equipment if self-installed or by mail, if technician installs. Rebate must be postmarked within 90 days of AT&T Yahoo! High Speed Internet service activation. Mail-in equipment rebate offer is valid in the following states: AR,CA,CT,IL,IN,KS,MI,MO,NV,OH,OK,TX,WI. Rebate void where prohibited, taxed or restricted by law. Rebate may not be assigned, transferred or sold. AT&T Yahoo! High Speed Internet packages with month to month terms are not eligible for an equipment rebate. One equipment rebate allowed per high-speed Internet line. High-speed Internet account must be in service for a minimum of 60 days to be eligible for

**Residential**

**Small Business**

**Enterprise Solutions**

**Customer Support**

**Corporate Information**

Search

Refine Search

FORTUNE 2006 WORLD'S MOST ADMIRED COMPANIES Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

rebate. Customers are not eligible to receive a rebate that would exceed total purchase price of equipment and account must not be in delinquent status. Rebate check will be mailed to the customer's billing address within 10-12 weeks of receipt of the rebate postcard. We are not responsible for late, lost, misdirected, or postage due mail or mail damaged by the U.S. Post Office. Rebate is offered by AT&T Internet Services and cannot be applied to your AT&T local exchange carrier bill. Some customers may need to purchase additional equipment (i.e. Ethernet card and/or cables). Billing begins on date service is activated by AT&T. Service not available in all areas. Subject to change without notice. Maximum speed achieved depends on customer location. Acceptance of Terms of Service required. Taxes and additional fees & surcharges extra. Other restrictions, including credit restrictions and qualification, apply.

AT&T Wi-Fi Day Pass - Requires registered AT&T Yahoo! High Speed Internet membership. Basic subscription is $1.99 monthly. Roaming locations not included, except participating McDonald's® locations. Acceptance of AT&T Wi-Fi Terms and Conditions is required. If your High Speed Internet membership is canceled, your AT&T WI-Fi subscription will also be canceled. Charges will appear on the AT&T Internet Services portion of your telephone bill. Taxes, additional fees and surcharges extra.

Wireless Home Network setup offer applies only to residential customers who purchase new AT&T Yahoo! High Speed Internet and an AT&T Wireless Gateway between 4/1/06 and 6/30/06. Customer is required to pay $99 for wireless network setup plus any applicable taxes. Customer will submit setup invoice/appointment confirmation and rebate form to receive rebate check. Amount of rebate check dependent on the speed of high-speed Internet service purchased. Express customers will receive a $50 rebate check. Pro and Elite customers will receive a $99 rebate check. Customer responsible for total charges in excess of the rebate check amount including taxes and/or additional services performed. AT&T is not liable for any claims, losses or damages associated with installation of promotional services provided by the technical service provider. This offer is non-transferable and available to qualifying AT&T Yahoo! High Speed Internet customers only. Promotional setup services not available in some areas. Setup must be completed by 7/31/06. AT&T reserves the right to cancel this promotion at anytime.

AT&T products and services are provided in specific geographic areas by subsidiaries and affiliates of AT&T Inc. AT&T Yahoo! High Speed Internet is provided by AT&T Internet Services with customized content, services, and applications from Yahoo! Inc. Yahoo!, the Yahoo! logos and other product and service names are the trademarks and/or registered trademarks of Yahoo! Inc. SBC, the SBC logo and other product names are trademarks of AT&T Knowledge Ventures and/or its affiliates. All other brand names may be trademarks or registered trademarks of their respective owners. © 2006 AT&T Knowledge Ventures. All rights reserved.

© 2006 AT&T Knowledge Ventures. All rights reserved. Subsidiaries and affiliates of AT&T Inc. provide products and services under the AT&T brand.

For more information and detailed disclaimer information, please review this announcement in the AT&T newsroom at www.sbc.com/news_room.

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy