# Exhibit O

En Español | Asian Languages | Contact Us

Home > News Room

Residential
Small Business
Enterprise Solutions
Customer Support
Corporate Information

Search

Refine Search

FORTUNE 2006 WORLD'S MOST ADMIRED COMPANIES Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

**AT&T Secures Deal with East West Bank**

***California Bank Taps AT&T to Expand Communications Network and Accommodate Rapid Growth***

**Los Angeles, California, April 28, 2006**

AT&T Inc. (NYSE: T) today announced a new voice and data services contract with East West Bank, the second-largest Los Angeles-based independent commercial bank. East West Bank provides retail and commercial banking services to individuals and businesses in California and Texas.

Under the terms of the three-year contract, AT&T will deploy a diverse Synchronous Optical Network (SONET) solution and AT&T's Multiprotocol Label Switching (MPLS) technology to connect more than 70 East West Bank locations throughout California and Texas to two core data centers supported by the AT&T network backbone. AT&T's MPLS network includes more than 1,500 nodes with service availability in more than 127 countries.

The company recently relocated its office headquarters and required an expanded data center to provide new treasury management products and services to its customers. East West Bank's recent growth demanded an increase in bandwidth and network support to ensure that the data center could support the new products and services.

With the deployment of the SONET-dedicated ring technology, a redundant optical fiber network backbone, East West Bank can ensure business continuity and provide the maximum network uptime for its users and customers to access financial information.

"Over the last few years, we have experienced tremendous growth and were in need of a stable provider that could deploy the bandwidth, network reliability, and speed we require in delivering expanded services to our domestic and foreign customers," said Bob Dingle, CIO of East West Bank. "We're confident that the solution provided by AT&T will meet our networking needs and will help us continue to grow our business into new markets."

**About East West Bank**
East West Bank is a full-service commercial bank serving consumers and businesses throughout California and Texas. For businesses, we offer a complete line of products and services, in addition to an experienced staff that is committed to helping their customers' enterprises succeed. At East West Bank, we build bridges. We provide the important financial link that can turn opportunities into growth and prosperity. www.eastwestbank.com.

**About the New AT&T**
AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with 55.8 million wireless customers. Additional information about AT&T Inc. and AT&T products and services is available at www.att.com.

© 2006 AT&T Knowledge Ventures. All rights reserved. Subsidiaries and affiliates of AT&T Inc. provide products and services under the AT&T brand.

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy