# Exhibit P

En Español | Asian Languages | Contact Us

Home > News Room

Residential
Small Business
Enterprise Solutions
Customer Support
Corporate Information

Search

Refine Search

FORTUNE 2006 WORLD'S MOST ADMIRED COMPANIES Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

**AT&T Foundation Awards $5,000 to Casa of El Dorado for Technology Projects**

***Casa Will Enhance Technology Resources for Staff and the Youth They Serve***

**Placerville, California, January 26, 2006**

The AT&T Foundation — the philanthropic arm of AT&T Inc.— today announced that it awarded a $5,000 AT&T Excelerator technology grant to Court Appointed Special Advocates (CASA) of El Dorado County.

AT&T Excelerator is a major philanthropic initiative that connects the nation's neediest residents to important community resources. The program empowers nonprofits to use technology to expand the reach of services and heighten the impact those services have on people in the community.

CASA is an organization that advocates for the best interests of abused and neglected children in El Dorado County through the recruitment, screening and training of volunteers to serve as mentors for abused, neglected and displaced children. The funding will allow CASA to purchase computer equipment and upgrade donor-tracking software and assist staff with report preparation.

"The AT&T Excelerator funding will help us use technology to purchase computer equipment to help meet the needs of the children we serve," said Kristi Wyles, executive director for CASA of El Dorado. "By providing one-on-one training, we hope to help our youth with homework assignments, research projects and ultimately with independent living skills training for successful transition from foster care to independence."

AT&T Excelerator provides funding to national and local nonprofit organizations for projects that use technology to build stronger communities. In 2005, $6 million in competitive technology-related grants was awarded, enabling nonprofit organizations nationwide to integrate technology into their ongoing operations and community outreach. An additional $1 million was awarded in invitational grants to support exceptional national organizations and programs.

"AT&T Excelerator was founded on the idea that technology access and resources can improve lives," said, Adam Grzybicki external affairs manager for AT&T. "Programs like AT&T Excelerator fund technology resources and training that work to eliminate the digital divide and improve nonprofits' ability to meet their missions and increase organizational effectiveness."

To qualify for an AT&T Excelerator grant, an organization's major focus and project must emphasize education, community development, health and human services, or arts and culture. Grant funds may be used for data communications services, hardware, software, technology training, personnel, and application development. Grants will range from $2,500 to $25,000 and are one year in length. Collaborations by two or more organizations will be considered for grants up to $50,000 for one year.

***About Court Appointed Special Advocates***
*Since 1992, CASA of El Dorado has become one of the area's premier non-profit organizations advocating for children below the age of 18, who have been abused, neglected and displaced. The organization recruits, screens, and trains volunteers who are appointed by a judge to advocate, on a one-to-one basis, for a child who has been removed from home. The volunteers get to know each child and then relay the children's perspectives and needs to the courts and others in the system.*

***About the AT&T Foundation***
*The new AT&T Foundation, the philanthropic arm of AT&T Inc., supports programs that build communities and improve access to information technologies, technology training and professional skills development. The new AT&T Foundation will provide more than $60 million in 2006 in charitable contributions, thereby placing it among the top five largest corporate foundations in the country. The new AT&T Foundation combines over forty years and $1.7 billion of philanthropic commitment to communities across the country.*

***About the New AT&T***
*AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high-speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with more than 52 million wireless customers. Additional information about AT&T Inc. and AT&T products and services is available at www.TheNewATT.com.*

*© 2006 AT&T Knowledge Ventures. All rights reserved. Subsidiaries and affiliates of AT&T Inc. provide products and services under the AT&T brand.*

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy