# Exhibit Q

En Español | Asian Languages | Contact Us

Home > News Room

**Statement of AT&T Indiana Regarding HB 1279 Being Signed into Law**

***Indiana Governor Mitch Daniels Today Signed House Bill 1279 into Law. the Following Statement Can be Attributed to AT&T Indiana President George S. Fleetwood:***

**Indianapolis, Indiana, March 14, 2006**

As Governor Daniels said in his recent State of the State address, "perhaps the single most important step government can take for our economic future is to ensure the best possible infrastructure, the strongest possible framework, to support the business of tomorrow."

Through passage of HB 1279, he and Indiana legislators have set the right environment for new competitive choices, new investments in advanced broadband services and new benefits for consumers across our great state. Through their visionary efforts Hoosiers will reap the rewards of a truly competitive marketplace, and soon they will benefit from expanded broadband deployment and new video alternatives to cable.

We applaud the commitment of Governor Daniels and state legislative leaders in passing and signing this pro-consumer legislation.

***About the New AT&T***
*AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high-speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with more than 54 million wireless customers. Additional information about AT&T Inc. and AT&T products and services is available at www.TheNewATT.com.*

©2006 AT&T Knowledge Ventures. All rights reserved. Subsidiaries and affiliates of AT&T Inc. provide products and services under the AT&T brand.

**Residential**
**Small Business**
**Enterprise Solutions**
**Customer Support**
**Corporate Information**

Search
Refine Search

FORTUNE
2006 WORLD'S MOST ADMIRED COMPANIES
Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy