# Exhibit T

En Español | Asian Languages | Contact Us

Home > News Room

**AT&T Government Solutions Wins $4.8 Million Contract for LAN Upgrade for Army and Air Force Exchange Services**

**Vienna, Virginia, April 18, 2006**

AT&T Government Solutions has been awarded a contract valued at $4.8 million over three years to conduct a LAN upgrade for the Army and Air Force Exchange Services (AAFES), a multi-billion dollar joint-service military organization serving both the Army and Air Force.

The contract was awarded by AAFES. AT&T Corp. will provide LAN upgrades to address AAFES requirements for headquarters, disaster recovery and call center operations.

"Disaster recovery is a critical need of all government agencies," said Don Herring, president of AT&T Government Solutions. "This contract is an opportunity for AT&T to apply our network-enabled solutions capabilities and expertise in disaster recovery to the AAFES LAN upgrade."

AAFES, which is headquartered in Dallas, Texas, has a two-fold mission: to provide quality merchandise and services at competitive prices and to generate earnings to augment military morale, welfare and recreation programs. For nearly 111 years, AAFES has served alongside Soldiers, Sailors, Airmen, and Marines, wherever they go, to provide necessary goods and services and a sense of home to active duty, National Guard, reserve members, military retirees and their family members.

*AT&T Government Solutions, headquartered in Vienna, Va., is a long-standing, trusted source of information technology solutions for the federal government, integrating unmatched network resources and professional services expertise with innovative technologies from AT&T Labs and industry-leading partners. Best known for network leadership in voice, data, video and managed services, AT&T Government Solutions is a proven solutions integrator, with professional services expertise in areas such as business transformation, knowledge management, training, program management, systems engineering and security.*

*AT&T Inc. is one of the world's largest telecommunications holding companies and is the largest in the United States. Operating globally under the AT&T brand, AT&T companies are recognized as the leading worldwide providers of IP-based communications services to business and as leading U.S. providers of high-speed DSL Internet, local and long distance voice, and directory publishing and advertising services. AT&T Inc. holds a 60 percent ownership interest in Cingular Wireless, which is the No. 1 U.S. wireless services provider with more than 54 million wireless customers.*
© 2006 AT&T Knowledge Ventures. All rights reserved. Subsidiaries and affiliates of AT&T Inc. provide products and services under the AT&T brand.

**Residential**
**Small Business**
**Enterprise Solutions**
**Customer Support**
**Corporate Information**

Search

Refine Search

FORTUNE 2006 WORLD'S MOST ADMIRED COMPANIES Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy