Exhibit U

FORTUNE WORLD'S MOST ADMIRED COMPANIES 2006 Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

AT&T Fact Sheet



## Company Overview

### Profile

AT&T is the largest telecommunications company in the United States and one of the largest in the world.

It is the global company that will set the industry standard for a new era of integrated communications and entertainment services. Today, AT&T has IP-based (Internet Protocol) network capabilities, assets, and resources that are widely regarded as unsurpassed in the marketplace, enabling the company to lead the industry in using the language of the Internet to deliver innovative services that integrate voice, data and video. The combined IP assets of AT&T will enable innovations that neither the pre-merger SBC nor pre-merger AT&T could have accomplished on its own.

AT&T serves millions of customers around the globe, including global, national, mid-size, regional and government customers. It delivers an unsurpassed portfolio of traditional and IP-based voice, broadband Internet, data transport, wireless and video services. It also offers online and print directory publishing and advertising.

### Key Facts on AT&T Companies

**AT&T has one of the world's most advanced and powerful global backbone networks**, carrying 5.4 petabytes of traffic on an average business day to nearly every continent and country, with up to 99.999% availability.

**One of the world's largest providers of IP-based communications services for businesses**, with an extensive portfolio of Virtual Private Network (VPN), Voice over IP (VoIP) and other offerings, all backed by innovative security and support capabilities.

> AT&T VoIP service portfolio is one of the most extensive in the market today, enabling enterprises to migrate seamlessly between VoIP and TDM services.
>
> AT&T is the only provider to deliver interoperability with the world's five leading IP PBX vendors.

**No. 1 U.S. provider of broadband DSL** — 7.4 million lines in service — and a **major Wi-Fi provider**, making it a leader in delivering IP-based services to residential and small-business customers.

Holds a 60 percent ownership of Cingular Wireless, which has 55.8 million customers and is the **No. 1 U.S. wireless provider.**

**No. 1 U.S. provider of local voice services.**

**No. 1 U.S. provider of long distance voice services.**

**World's largest directory publisher**, delivering 110 million directories a year and publishing more than 700 different directories in 13 states, as well as online.

**World leader in transport and termination of wholesale traffic** and recognized by numerous industry experts for its industry-leading wholesale services portfolio.

**U.S. Presence**

Through its affiliates and subsidiaries, AT&T is the largest U.S. provider of broadband DSL and long distance and local voice services. The company serves millions of customers, with concentration in Arkansas, California, Connecticut, Illinois, Indiana, Kansas, Michigan, Missouri, Nevada, Ohio, Oklahoma, Texas and Wisconsin. These 13 states cover about one-third of the U.S. population.

Via its Cingular relationship, AT&T is able to deliver a range of wireless voice and data services to customers across the United States and globally. Cingular is the nation's largest U.S. wireless carrier, with 55.8 million subscribers and spectrum in 49 states. Further, the Cingular relationship expands AT&T's ability to provide a range of innovative and flexible solutions that integrate wireless and wireline communications.

**Global Reach**

AT&T provides international voice services to virtually every country and territory in the world. Remote access solutions are provided from more than 39,000 points of presence in 149 countries.

Cingular delivers the widest international coverage of any U.S.-based wireless carrier, giving customers the ability to make calls using an internationally enabled phone on six continents and 170 countries, with wireless data roaming in 70 countries for laptops, hand-held devices and other data services.

**Mass Market: Consumer and Small-Business Portfolio**

AT&T companies provide an unsurpassed array of voice, wireless, entertainment, and IP/data communications products and services for consumers and small businesses. AT&T companies will expand the reach of comprehensive, innovative service bundles provided by the SBC companies, enabling millions of new consumers and businesses to take advantage of discounted pricing and a single bill for wireline and wireless voice and data, broadband Internet and messaging services. AT&T portfolio of services is perhaps the most robust in today's market, featuring choice, value and convenience across a range of service options that includes:

- Broadband DSL.
- Wi-Fi connectivity at more than 28,000 hot spots in the United States and the world, offering broadband service for on-the-go customers in a total of 58 countries globally (including company-owned and roaming locations)
- Home and small-business networking.
- Wireless services.
- Satellite television and, beginning with limited rollouts in late 2005 and 2006, IPTV entertainment services.
- Local and long distance voice services.
- Messaging services and call management features.
- IP and Layer 2 data transport services.
- Directory services, listings and advertising.

In addition, AT&T will focus on quickly adapting communications innovations that start in the enterprise to bring the same benefits to small-business and residential customers.

**Global, National, Mid-Size, Regional and Government Portfolio**

Business customers benefit from access to a single source for comprehensive local, national, global and wireless services. AT&T provides an industry-leading portfolio of advanced IP and traditional networking solutions for both voice and data. All services are matched with an array of consulting and management services, providing businesses with professional support options for every element of network planning, design, deployment and ongoing management. Enterprise customers also benefit from the industry's most powerful online service portal, which enables a range of automated sales and service functions.

The world's leading CIOs are increasingly recognizing AT&T as their global IT or information technology strategic partner and networking integrator of choice — thanks to the company's relentless focus on delivering the industry's most

reliable service, most globally consistent portfolio, and the most advanced network management and security tools. AT&T leadership in IP services is evident in the customers it serves:

- Virtually all of the Fortune 1000 companies.
- All of the Standard & Poor's (S&P) 500 companies

Services include:

- Access and local services
- Contact management services
- Data/managed data services
- Hosting
- Integrated offers
- IP and IP-VPN services
- Long distance voice
- Network integration and consulting
- Security and business continuity
- Voice and data CPE
- Voice over IP
- Enterprise mobility

**Wholesale Offerings**

AT&T wholesale organization is a global leader in transport and termination of wholesale traffic. AT&T wholesale organization benefits carriers, wireless providers, systems integrators, cable operators and Internet service providers (ISPs) who require complete, end-to-end solutions on a global, regional and local basis. AT&T wholesale group can help businesses grow by extending their footprint, strengthening their network infrastructure, making their internal business operations more efficient and complementing their existing offers with new value-added application services.

AT&T wholesale organization offers a robust portfolio that recognizes the unique needs of wholesale customers such as the following:

- **Wireless Operators.** AT&T wholesale organization provides wireless operators with a full portfolio of reliable and secure network services. From supporting traditional voice applications to delivering data applications over a secure MPLS network, AT&T wholesale team implements tailored plans for the unique requirements of wireless operators.
- **Cable Operators.** AT&T wholesale group enables cable operators to deliver voice, data and video over a reliable, secure state-of-the-art network. The portfolio of solutions offered provides cable operators with the flexibility to scale and deliver quality applications and as a result, enables them to create a positive customer experience and reduce churn.
- **Wireline Carriers.** AT&T network enables carriers to provide their end-user customers with one of the market's largest portfolios of traditional and advanced voice, video and data services. Carriers can take advantage of AT&T scalable network infrastructure to seamlessly expand their networks.
- **Systems Integrators.** AT&T wholesale organization enables systems integrators (SIs) to deliver advanced networking solutions that complement their existing offer portfolios and help transform their customer's business. The portfolio of solutions offered by AT&T wholesale organization provides SIs with the flexibility to successfully deliver new converged voice, data, and video applications over a reliable, secure, state-of-the-art network.
- **ISPs.** AT&T wholesale organization enables ISPs to deliver voice, data and video over a reliable, secure, state-of-the-art network. The portfolio of solutions offered by AT&T provides ISPs with the flexibility to scale and successfully deliver new and exciting offers to their customers in a dynamic marketplace.

**Networks**

AT&T owns and operates world-class local, national and global wireline, wireless and IP/data networks, including one of the world's most advanced and powerful IP backbone networks, which uses multiprotocol label switching (MPLS) technology to enable seamless integration of multiple networking technologies. This reliable, high-performance infrastructure enables businesses to evolve toward IP and support diverse applications while still taking advantage of their existing network infrastructure.

The company's U.S. networks include:

- 48.8 million access lines.
- 7.4 million DSL lines.
- Access to more than 28,000 Wi-Fi hot spots in 58 countries.

Cingular's industry-leading wireless network includes:

- Superior spectrum availability in the nation's top 100 markets.
- A fully digital, GSM/GPRS infrastructure across its footprint.
- EDGE wireless broadband across its footprint.
- UMTS broadband, which is currently being deployed to deliver higher-speed broadband services in metro markets.

AT&T global backbone network includes:

- More than 1,500 managed MPLS nodes providing services in 127 countries
- AT&T companies manage more than 100,000 MPLS ports for customers.
- AT&T network includes 30 data centers across the globe.
- AT&T global network includes 442,000 worldwide route miles

**Headquarters**

San Antonio, Texas

**Employees Worldwide**

186,560- as of 3/31/06

**Industry Ranking**

If ranked at merger close among the 2005 Fortune 500, the combined company would place 12th on the full U.S. list and 24th on the full global list.

**Meaningful Innovation**

AT&T inherits a rich tradition of meaningful innovation from its predecessor companies, which combined have more than 6,000 patents and seven Nobel Prizes. Researchers and engineers at AT&T Laboratories, founded in 1925, have developed some of the world's major technological inventions, including the transistor, the solar cell and the communications satellite. These groundbreaking technologies have enabled today's computers and electronic devices, wireless phones and VoIP. SBC Labs, established in 1988, has been an industry leader in the development of DSL and other broadband Internet transport and delivery systems, wireless data networks, and new technologies and applications for networking and enterprise business needs. AT&T's predecessor companies pioneered new technologies and developed promising new products and services in a wide range of areas, including IP network management and VoIP.

The creation of AT&T Laboratories continues this commitment to developing and delivering meaningful innovation across market segments, from residential to small business to enterprise.

**Community Support**

AT&T also inherits a proud heritage of corporate citizenship that will continue to be an integral part of the company's future. AT&T and its employees are committed to enriching and strengthening the communities they serve through

financial support and volunteerism.

Since 1984, SBC Communications Inc. and the SBC Foundation have contributed more than $1 billion to nonprofit organizations around the country. Likewise, the AT&T Foundation has been a significant supporter of education, civic causes, the arts and culture. With the creation of AT&T, the predecessor foundations will be combined and are expected to invest more than $60 million in philanthropic giving.

AT&T is proud to be a company sponsor of the Pioneers, the world's largest industry-sponsored community volunteer organization. Approximately 197,000 employees and retirees of the former SBC Communications Inc. and former AT&T Corp. serve their communities through the Pioneers. In 2004, Pioneers from both former companies donated 8.5 million hours to community outreach activities — more than $140 million worth of time.

**Recognition**

AT&T is the recipient of numerous industry and national awards and recognition. Honors include:

- World's Most Admired Telecommunications Company (*Fortune* magazine, 2006)
- America's Most Admired Telecommunications Company (*Fortune* magazine, 1996 - 1998, 2000 - 2004, 2006)
- Named as a leader in Gartner's Magic Quadrants for U.S. Network Providers, Global Network Service Providers and Asia/Pacific Network Service Providers (Gartner Inc., 2004)
- Best Customer Portal in the Industry; chosen for "highest overall level of product integration, provisioning, tools and feature support" (Yankee Group, 2005)
- CIO Enterprise Value Award in High Tech, telecom and utilities category (*CIO* magazine, 2005)
- America's 50 Best Companies for Minorities (*Fortune* magazine, 2004)
- Top Corporations for Corporate Citizenship (*Forbes* magazine, 2004)
- America's Top Corporations for Women's Business Enterprises, Women's Business Enterprise National Council (1999 - 2005)
- National Patriot Award, Association for Service Disabled Veterans (2005)

**Corporate History**

The birth of AT&T is, in large measure, the culmination of the evolution of telecommunications in the United States. AT&T's roots stretch back to 1876, with Alexander Graham Bell's invention of the telephone and the founding of the company that became AT&T. As the parent company of the Bell System, AT&T provided what was by all accounts the best telephone service in the world.

The Bell System was divested in 1984 by an agreement between the former AT&T and the U.S. Department of Justice, in which AT&T agreed to divest itself of its local telephone operations but retain its long distance, R&D and manufacturing arms. Out of the divestiture was born SBC Communications Inc. (formerly known as Southwestern Bell Corp.).

In the face of dramatic changes to the competitive landscape triggered by the Telecommunications Act of 1996, SBC Communications Inc. embarked upon a series of acquisitions to establish itself as a global communications provider: Pacific Telesis Group (1997), Southern New England Telecommunications (1998) and Ameritech Corporation (1999).

With the merger of AT&T Corp. and SBC Communications Inc., AT&T is now one of the largest global telecommunications and networking companies.

**Investor Information**

**Ticker Symbol**

NYSE: T

A Fortune 500 company, AT&T is one of the 30 stocks that make up the Dow Jones Industrial Average.

**Traded**

AT&T Inc. common stock is listed on the New York Stock Exchange.

**Leadership**

Edward E. Whitacre Jr., chairman and chief executive officer

**2005 Pro Forma Revenue**

AT&T Inc. **$66.02 billion**

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy