# Exhibit V

En Español | Asian Languages | Contact Us

Home > Corporate Information > Corporate Social Responsibility

## Diversity and Inclusion




At AT&T diversity and inclusion are essential to the company's culture and business success.

In fostering diversity and inclusion, AT&T has created a better business environment, one that makes the company an employer of choice, a preferred business partner and an important contributor to the community.

### Commitment to our Employees

AT&T realizes that diverse, talented and dedicated people are key to a company's success. The company's philosophy is to provide employees with continued opportunities to grow and develop their careers. Management is charged with successful implementation of various diversity initiatives as part of this philosophy. AT&T leaders are expected to understand the importance of cultural competency.

To support this principle, AT&T provides Career Development initiatives. more

### Our Strong Workforce

In the rapidly evolving telecommunications industry, AT&T's commitment to diversity and inclusion remains strong and a top priority for the company. AT&T's diverse workforce is an asset to the company and a result of its commitment to recruit and hire the very best talent.

Today, AT&T's 50-state workforce is 45 percent female and 35 percent people of color.

### Workforce Highlights

- Women make up 44 percent of AT&T's managers. This statistic is above the average of most Fortune 500 companies.
- *DiversityInc* named AT&T to six of its Top 10 specialty lists, the highest number of honors received by any U.S. company. These honors include recognition for the company's diverse African-American, Latino and GLBT workforce; its impressive number of executive women; supplier diversity; and recruitment and retention.
- In 2005, AT&T's tuition program assisted more than 3,500 candidates, 58 percent of whom were women and 37 percent were people of color.
- Since 1988, hundreds of recently hired college graduates have successfully completed AT&T's Leadership Development Program — 45 percent of these employees are women; 48 percent are people of color.

**Residential**
**Small Business**
**Enterprise Solutions**
**Customer Support**
**Corporate Information**

Search
Refine Search

FORTUNE 2006 WORLD'S MOST ADMIRED COMPANIES Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

User ID
Password
Remember User ID
Forgot User ID
Secure Login Page

Our Site is Changing.
Learn more ›

**Corporate Social Responsibility**

- Corporate Giving
  - AT&T Foundation
  - AT&T Pioneers
- Diversity & Inclusion
  - Workforce Inclusion
  - Supplier Diversity
  - Community Impact
  - Multicultural Outreach

**Our Commitment**

The communities we serve comprise people from all walks of life. We strive to mirror that diversity through an inclusive employee body and a diverse base of suppliers. That's fundamental to our success. It has been, and will continue to be, a critical business priority.

*– Karen Jennings, Senior Executive Vice President of Human Resources and Communications*

**Top Recognitions**

"Most Honors Diversity" DiversityInc TOP 10

Awards

**AT&T Careers**

To learn more about exciting careers at AT&T visit www.att.jobs

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy