Exhibit W

at&t



# Careers






**Residential**
**Small Business**
**Enterprise Solutions**
**Customer Support**
**Corporate Information**

Search

Refine Search

## Exciting Positions. Energized Environment.
## Making Innovative Ideas Reality.

We're the new AT&T, one of the largest telecommunications companies in the world. We offer communications products and services ranging from high-speed DSL Internet access, wireless, advanced data and networking solutions, home entertainment and local and long distance service. The new AT&T research and development teams bring the newest technologies to our customers every day.

In coming weeks, we'll be updating this site to reflect job openings and application procedures across the new AT&T.

FORTUNE WORLD'S MOST ADMIRED COMPANIES 2006
Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

## Quick Links

- Find a Management Position
- Find an Occupational Position
- Benefits
- Locations
- Attend a Recruiting Event
- How to Apply

## College Recruiting

- General Internship Program
- Summer Management Program
- Leadership Development Program
- Financial Leadership Program
- Sales Apprentice Program
- Direct Management Hire
- Careers in Your Major

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy