# Exhibit X

En Español | Asian Languages | Contact Us

Home > Careers > Locations

User ID

Password

Remember User ID
Forgot User ID
Secure Login Page

# Careers

**Locations**

Wherever you look for leadership in the world of telecommunications, you will find AT&T Inc. The new AT&T provides services to virtually every country and territory in the world. International voice solutions are delivered to 240 countries, linking 400 carriers around the globe. Remote access solutions are provided from more than 39,000 points of presence in 149 countries. In addition, our international presence reaches a number of countries outside the U.S. with investments in North America, South America, Europe, Africa, Asia, Australia and the Middle East.

**Residential**
**Small Business**
**Enterprise Solutions**
**Customer Support**
**Corporate Information**

Our Site is Changing.
Learn more »

Our presence can be found in the following countries:

Search

Refine Search



FORTUNE WORLD'S MOST ADMIRED COMPANIES 2006 Industry Champion – Ranked #1

**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

To zoom in on the map, right click the mouse.

© 2003-2006 AT&T Knowledge Ventures. All rights reserved. Privacy Policy