# Exhibit Y

at&t

Home > 2nd level

# Careers

**Submit Your Resume**

> Build your Profile
> Paste your Resume

**Manage Your Profile**

**Login:**

**Password:**

> Forgot Password?

**Management Opportunities**

Welcome to AT&T's e-Recruiting System for Management Opportunities.

**Residential**
**Small Business**
**Enterprise Solutions**
**Customer Support**
**Corporate Information**

Search

Refine Search

Learn more about the SBC and AT&T merger.



**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

**Job Search**

**Location:**
CA-Monterey
CA-Oakland
CA-Sacramento
CA-San Diego
CA-San Francisco

**Title:** - None -

**Department:** - None -

**Keywords:**

**Search**

**Hot Jobs**

**APPLICATION SALES EXECUTIVE**
Advertising
CA-San Francisco

**TECHNICAL SPECIALIST--AVAYA VOICE/CALL CENTER**
Sales
AL-Huntsville
MA-Boston
NJ-Morristown
NJ-Mt. Laurel
NY-New York
PA-Wayne

**SPACE INTEGRATION ANALYST**
Government
CO-Colorado Springs

**CONTROLLER**
Government
VA-Herndon

**INFORMATION ASSURANCE MANAGER**
Government
CA-San Diego

© 2003 - 2005 SBC Knowledge Ventures, L.P. All rights reserved. Privacy Policy