# Exhibit Z

En Español | Asian Languages | Contact Us

at&t

Home > 2nd level

# Careers

**Management Opportunities**

Search Again    Your search returned **5** results

**Residential**
**Small Business**
**Enterprise Solutions**
**Customer Support**
**Corporate Information**

Search

Refine Search




**Sign-up and Save!**
Exclusive offers and helpful tips from our monthly up2speed email newsletter.
Register | Update Profile

| Date | Job Title | Location |
|---|---|---|
| May 19 | Account Executive-San Jose, SF, Oakland, San Ramon<br>*As a Tradtional Account Executive, you will be responsible for selling voice and data products and services within a geographic region. Previous commisioned sales experience of 12 months a must. Requires ability to work in a fast paced, highly competitive and multiple priority sales opportunity market environment. This position requires meeting stated sales targets. Excellent oral and written presentation skill are also required. Prior telecommunication experience is desired but not required. * | CA-Oakland<br>CA-San Francisco<br>CA-San Jose<br>CA-San Ramon |
| May 19 | Application Sales Executive<br>Sell assigned products, solutions, and services to customers in assigned module | CA-San Francisco |
| May 2 | Account Manager - SF, San Jose, Monterey<br>Account Manager selling computer, telecommunications or networking services | CA-San Francisco<br>CA-San Jose<br>CA-San Ramon |
| May 2 | Technical Sales Executive - SF, San Jose, Monterey<br>Sales Skills: Working with Customers, Customer Presentations, Problem Identification, Problem Solving, and Customer Orientation. Solid understanding of Frame Relay, ATM, DSL, GigaBit and Ethernet technologies. The Technical Sales Consultant product focus will support EON - Switched Ethernet, MOB - Optical, VOIP, SONET, OC - Metro Area Transport, Frame, ATM, and DWDM. | CA-Monterey<br>CA-San Francisco<br>CA-San Jose |
| Apr 18 | Sales Solution Consultant - SF, San Ramon, San Jos | CA-San Francisco<br>CA-San Jose<br>CA-San Ramon |

© 2003 - 2005 SBC Knowledge Ventures, L.P. All rights reserved. Privacy Policy