Trone et al v. Peanut Corporation of America Doc. 196 Att. 10

# EXHIBIT J

Dockets.Justia.com

# Why We Published the AT&T Docs

By Evan Hansen | Also by this reporter
02:00 AM May, 22, 2006

A file detailing aspects of AT&T's alleged participation in the National Security Agency's warrantless domestic wiretap operation is sitting in a San Francisco courthouse. But the public cannot see it because, at AT&T's insistence, it remains under seal in court records.

The judge in the case has so far denied requests from the Electronic Frontier Foundation, or EFF, and several news organizations to unseal the documents and make them public.

AT&T claims information in the file is proprietary and that it would suffer severe harm if it were released.

Based on what we've seen, Wired News disagrees. In addition, we believe the public's right to know the full facts in this case outweighs AT&T's claims to secrecy.

As a result, we are publishing the complete text of a set of documents from the EFF's primary witness in the case, former AT&T employee and whistle-blower Mark Klein -- information obtained by investigative reporter Ryan Singel through an anonymous source close to the litigation. The documents, available on Wired News as of Monday, consist of 30 pages, with an affidavit attributed to Klein, eight pages of

**Inside the Secret Room**

**Courtroom Clash!**
A federal judge refuses to give AT&T back its internal documents, but orders the EFF not to give them out.



**Whistle-Blower's Precognition**
Years before the NSA's warrantless surveillance program made national headlines, then-AT&T technician Mark Klein suspected his company was colluding with the government to spy on Americans.

**The Ultimate Net Monitoring Tool**
A little-known company called Narus makes the packet-inspection technology said to be the basis of the NSA's internet surveillance. Here's how it works.

**Plus:**
Daily updates from 27B




AT&T documents marked "proprietary," and several pages of news clippings and other public information related to government-surveillance issues.

The AT&T documents appear to be excerpted from material that was later filed in the lawsuit under seal. But we can't be entirely sure, because the protective order prevents us from comparing the two sets of documents.

This week, we are joining in efforts to bring this evidence to light in its entirety.

We are filing a motion to intervene in the case in order to request that the court unseal the evidence, joining other news and civil rights organizations that have already done so, including the EFF, the *San Francisco Chronicle*, the *Los Angeles Times*, the *San Jose Mercury News*, the Associated Press and Bloomberg.

Before publishing these documents we showed them to independent security experts, who agreed they pose no significant danger to AT&T. For example, they do not reveal information that hackers might use to easily attack the company's systems.

The court's gag order is very specific in barring only the EFF, its representatives and its technical experts from discussing and disseminating this information. The court explicitly rejected AT&T's motion to include Klein in the gag order and declined AT&T's request to force the EFF to return the documents.

Ads by Google

Calif. Court Reporters
Statewide court reporting services
incl. conference room scheduling!
www.depobook.com

Public Records
Get current public records on
anyone instantly! Search for free.
www.usa-people-search.com

Public Records
Over 2 billion public records, find
anyone instantly! Search free.
www.peoplefinders.com

Sacramento Court Reporter
Located in Sacramento! Conf. Rms.
Established Firm. 888-600-6227
www.norcalreporters.com

We are translated daily into Korean and Japanese

© Copyright 2006, Lycos, Inc. Lycos is a registered trademark of Lycos, Inc. All Rights Reserved.
Your use of this website constitutes acceptance of the Lycos **Privacy Policy** and Terms & Conditions