# EXHIBIT B

WIRED NEWS

Top | Technology | Culture | Politics | News Wires | Blogs | Columns | Wired Mag




# Mark Klein's Evidence: "Study Group 3, LGX/Splitter Wiring, San Franc

Former AT&T technician Mark Klein is the key witness in the Electronic Frontier Foundation's class-action lawsuit that alleges the telecommunications company cooperated in an illegal National Security Agency domestic surveillance program.

These four pages, excerpted by Klein from a 60-page document, allegedly describe AT&T's efforts to install splitters on internet fiber-optic cables at the company's San Francisco switching center. Page 2 describes the splitter and lists the equipment at the receiving end of the purportedly tapped lines. Page 3 is a diagram depicting the alleged tap, and Page 4 details connections between the splitter cabinet and what Klein calls a "secret room" housing the equipment.

"Since the San Francisco 'secret room' is numbered 3, the implication is that there are at least several more in other cities (Seattle, San Jose, Los Angeles and San Diego are some of the rumored locations), which likely are spread across the U.S.," Klein wrote.



Page 1



Page 2



Page 4

« previous | next »




**Page 3** Print Photos | View Full-Size Image

**Comments** (5) | Add a Comment

Do you think that they hire Americans to spy on us? No Way!!! A waste of money and time

for the few NSA agents who would be available. All the questionable information is out-sourced to England or Germany or some other foreign country where people could be hired who can understand the various different languages in question... both lingual and computerese. I don't think that they have to submit to as stringent a security clearence as here. Its an act of treason if you ask me.

**Ken Nordstrand** | May 23, 2006

They are quite readable if you follow the instructions.

**Paul Dorman** | May 22, 2006

They are quite readable if you follow the instructions.

**Paul Dorman** | May 22, 2006

Lol. Try clicking on "View Full-Size Image"

**Anonymous** | May 22, 2006

How about making these images a little bigger, so they're readable?

**sean** | May 22, 2006

**Study Group 3 LGX/Splitter Wiring, San Francisco**
**Issue 1, 12/10/02**

Mathew F. Casamassima, (732) 420-2033, mcasamassima@att.com

# Splitter to SG3 LGX Connectivity

