# EXHIBIT C

WIRED NEWS

Top | Technology | Culture | Politics | News Wires | Blogs | Columns | Wired Mag




# Mark Klein's Evidence: "Cut-In and Test Procedure"

Former AT&T technician Mark Klein is the key witness in the Electronic Frontier Foundation's class-action lawsuit that alleges the telecommunications company cooperated in an illegal National Security Agency domestic surveillance program.

These two pages, excerpted by Klein from another "Cut-In and Test Procedure" document, further illustrate AT&T's re-rerouting of its high-speed data circuits for surveillance, according to Klein.

Page 1 diagrams the new connection through the splitter cabinet, and Page 2 shows the company phasing in fiber-optic splitters on high-speed links connecting AT&T's WorldNet to other ISPs, "including ConXion, Verio, XO, Genuity, Qwest, PAIX, Allegiance, Abovenet, Global Crossing, C&W, UUNET, Level 3, Sprint, Telia, PSINet, and Mae West," Klein wrote. "It's not just WorldNet customers who are being spied on."



Page 1



Pag

« previous | next »



**Page 1** Print Photos | View Full-Size Image

**Comments** (2) | Add a Comment

Hi! http://www.ringtones-dir.com/get/ ringtones site free. Best free samsung ringtones, Cingular ringtones and more, Ringtones for free. From website .

ringtones free | June 10, 2006

Thanks!!! http://www.ringtones-dir.com/get/ ringtones site free. [URL=http://www.ringtones-dir.com]ringtones download[/URL]: Best free samsung ringtones, Cingular ringtones and more, Ringtones for free. Also [url=http://www.ringtones-dir.com]samsung ringtones[/url] From website .

ringtones free | June 10, 2006