PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
BRIAN J. WONG #226940
DANIEL J. RICHERT #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

AT&T CORP., AT&T INC. and DOES 1-20, inclusive,

Defendants.

No. C-06-0672-VRW

**RESPONSE OF AT&T CORP. TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DKTS. 183-85]**

Courtroom: 6, 17th Floor
Judge: Hon. Vaughn R. Walker
Hearing: June 23, 2006
Time: 9:30 a.m.



Dockets.Justia.com

On June 8, 2006, plaintiffs filed under seal Plaintiffs' Opposition to Motion to Dismiss Or, in the Alternative, for Summary Judgment by the United States of America Based on the State Secrets Privilege (*see* Dkt. 181, the "Opposition") and the Declaration of Michael M. Markman Pursuant to Fed. R. Civ. P. 56(f) in Opposition to Motion to Dismiss or, in the Alternative, For Summary Judgment by the United States Based on State Secrets Privilege (*see* Dkt. 182, the "Markman Declaration"). Plaintiffs also filed an administrative motion and supporting documents (Dkts. 183-185) that address sealing. Defendant **AT&T CORP.** ("AT&T") hereby responds to plaintiffs' administrative motion.[1]

AT&T is not opposed to unsealing most of the Opposition and the Markman Declaration. However, certain information in these documents is confidential and proprietary and it needs to be protected. AT&T has engaged in a meet and confer process with plaintiffs' counsel and the parties have come to agreement on versions of the Klein declaration (Dkt. 147) and plaintiffs' preliminary injunction motion (Dkt. 149) that have been publicly filed. The parties are currently engaging in the same process with regard to the Marcus declaration (*see* Dkt. 32). Plaintiffs propose that the parties attempt to reach agreement and create redacted versions of the Opposition and Markman Declaration that can be publicly filed. Dkt. 183, 2:23-25. AT&T agrees and is optimistic that the parties will reach agreement, as they have on the other documents. The parties need time to complete this process. AT&T suggests that the parties be given until Monday, June 19 to reach agreement and file redacted versions, or else file short papers (not to exceed five pages per side) indicating why they cannot agree.

//

//

//

---

[1] As stated in AT&T's June 10 filing (Dkt. 190), AT&T takes no position on the part of the administrative motion regarding the length of Plaintiffs' 59-page brief. That is the government's fight.

Dated: June 13, 2006.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
BRIAN J. WONG
DANIEL J. RICHERT
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
DAVID L. LAWSON
BRADFORD A. BERENSON
EDWARD R. McNICHOLAS
1501 K Street, N.W.
Washington, D.C. 20005

By /s/ Bruce A. Ericson
Bruce A. Ericson

Attorneys for Defendants
AT&T CORP. and AT&T INC.