PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
DANIEL J. RICHERT #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., et al.,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**PROOF OF SERVICE VIA U.S. MAIL** |
| TOM CAMPBELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T COMMUNICATIONS OF CALIFORNIA, et al,<br><br>Defendants. | No. C-06-3596-VRW |



Dockets.Justia.com

I, PHYLLIS J. FISHER, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State of California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. On June 14, 2006, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached documents titled exactly:

- **Administrative Motion of Defendant AT&T Corp. to Consider Whether Cases Should be Related**
- **Proposed Order Deeming Cases Related**

by placing them in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following:

David W. Carpenter
David L. Lawson
Bradford Berenson
Edward R. McNicholas
Sidley Austin, LLP
1501 K Street, N.W.
Washington, D.C. 20005

David Blair-Loy
American Civil Liberties Union Foundation
of San Diego/Imperial Counties
P.O. Box 87131
San Diego, CA 92138

Peter Eliasberg
Clare Pastore
American Civil Liberties Union Foundation
of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026

Nicole A. Ozer
Mark Schlosberg
American Civil Liberties Union Foundation
of Northern California
39 Drumm Street
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of June 2006, at San Francisco, California.

/s/ Phyllis J. Fisher
Phyllis J. Fisher