ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., et al.<br><br>Defendants. | No. C-06-00672-VRW<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] CASE MANAGEMENT ORDER NUMBER 1 |

Dockets.Justia.com

WHEREAS, the related actions *Hepting, et al. v. AT&T Corp., et al.,* Case No. C-06-00672-VRW (filed January 31, 2006) and *Roe, et al. v. AT&T Corp., et al*., Case No. C-06-03467-VRW (filed May 30, 2006) (collectively, "Actions") are pending before this Court;

WHEREAS, it is anticipated that additional related actions may be transferred to, removed to, or filed in this Court; and

WHEREAS, the existence of common questions of law and fact in the Actions now pending before this Court, the interests of fair and efficient administration of the Actions, and the avoidance of unnecessary duplicative efforts warrants the coordination of the Actions, the appointment of interim class counsel, and good cause appearing therefor;

IT IS HEREBY ORDERED AS FOLLOWS:

**I. COORDINATION AND TREATMENT OF SUBSEQUENT ACTIONS**

1. The Court finds that *Hepting, et al. v. AT&T Corp., et al.*, Case No. C-06-00672-VRW and *Roe, et al. v. AT&T Corp., et al*., Case No. C-06-03467-VRW (referred to herein as the "Coordinated Action") are related actions and such cases are hereby coordinated for pretrial purposes to prevent duplication and conflicts.

2. The terms of this Order shall apply to actions later instituted in, removed to, or transferred to this Court that involve the same or substantially similar issues of law and fact, subject to the following procedures:

(a) When such a case is filed in, removed to, or transferred to this Court, the Clerk of the Court shall:

(i) place a copy of this Order in the separate file for such action;

(ii) provide a copy of this Order by mail or electronically pursuant to the local rules to counsel for plaintiff(s) in the newly filed or transferred action and to any defendant(s) in the newly filed or transferred action; and

(iii) make an appropriate entry on the docket for the Coordinated Action.

(b) Each new case that arises out of the subject matter of the Coordinated Action which is filed in this Court or transferred to this Court, shall be coordinated with the Coordinated Action and this Order shall apply thereto, unless a party in such newly-filed or transferred action

objects to coordination, as provided for herein, or to any provision of this Order, within ten days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application.

3. Counsel shall call to the attention of the Court and the Clerk the filing or transfer of any case which might properly be coordinated with the Coordinated Action. Mailing or other delivery of a copy of this Order by defendants' counsel or plaintiffs' Interim Class Counsel (*see* II., below), as appropriate, to the counsel in any newly filed or transferred actions shall constitute valid notice thereof for purposes of establishing its applicability to such action in accordance herewith.

## II. RESPONSIBILITIES OF PLAINTIFFS' INTERIM CLASS COUNSEL

1. Under Federal Rule of Civil Procedure 23(g)(2), Interim Class Counsel, shall be the Electronic Frontier Foundation. Interim Class Counsel, acting on behalf of plaintiffs, shall have the following duties:

(a) To coordinate all proceedings, including preparing, structuring, and presenting pretrial and other management-related orders;

(b) To encourage full cooperation and efficiency among all counsel;

(c) To create any necessary committees, appoint committee chairs, and otherwise delegate responsibilities for specific tasks in a manner to assure that pretrial and trial preparation is conducted effectively, efficiently, and economically;

(d) To delegate work responsibilities and monitor the activities of counsel to assure that schedules are met and unnecessary expenditures of time and expense are avoided;

(e) To act as or designate spokespersons at all court conferences;

(f) To call meetings of themselves and/or other counsel as appropriate or necessary from time to time;

(g) To initiate and conduct settlement negotiations with counsel for the defendant(s);

(h) To determine plaintiffs' position on all matters arising during this litigation (after such consultation with other counsel as they deem appropriate) and present such position orally and/or in writing to the Court and opposing parties;

(i) To consult with and employ experts, as necessary;

(j) To initiate, coordinate, and conduct discovery;

(k) To represent plaintiffs at trial and on any appeal of this matter;

(l) To negotiate and execute agreements with local counsel or other cooperating attorneys;

(m) To enter into stipulations with opposing counsel as necessary for the conduct of the litigation; and

(n) To perform such other duties as are necessary in connection with the prosecution of this litigation.

2. Interim Class Counsel shall be the contact between plaintiffs' counsel and defendants' counsel as well as the spokespersons for plaintiffs' counsel, unless otherwise agreed to between the parties. All agreements reached with the Interim Class Counsel shall be binding on all other plaintiffs' counsel in the Coordinated Action.

3. No motion or request for discovery shall be served or filed by plaintiffs, or other pretrial proceedings initiated by plaintiffs, except by or with the authorization of Interim Class Counsel.

4. The responsibilities set forth in this section applies to all plaintiffs' counsel in the Coordinated Action, including any action subsequently governed by this Order.

5. No communications among plaintiffs' counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be entitled.

## III. MODIFICATION OF THIS ORDER

This Order may be modified, supplemented, or superseded by order of the Court upon motion of any party for good cause shown.

* * *

**O R D E R**

IT IS SO ORDERED.

DATED: ______________________

______________________________
THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

DATED: June 14, 2006

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
CORYNNE MCSHERRY
JAMES S. TYRE

/s/
CINDY COHN

454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

TRABER & VOORHEES
BERT VOORHEES
THERESA M. TRABER
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/577-7079 (fax)

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT
MARIA V. MORRIS
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200
415/433-6382 (fax)

HELLER EHRMAN LLP
ROBERT D. FRAM
MICHAEL M. MARKMAN
333 Bush Street, Suite 3100
San Francisco, CA 94104-2878
Telephone: 415/772-6000
415/772-6268 (fax)

Attorneys for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
SHANA E. SCARLETT

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shanas@lerachlaw.com

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this [PROPOSED] CASE MANAGEMENT ORDER NUMBER 1. In compliance with General Order 45, X.B., I hereby attest that Cindy A. Cohn has concurred in this filing.

W:\AT&T Privacy\ord00031839.doc