Trone et al v. Peanut Corporation of America Doc. 232

Lauren Gelman, State Bar No. 228734
Jennifer Stisa Granick, State Bar No. 168423
STANFORD LAW SCHOOL
CYBERLAW CLINIC
CENTER FOR INTERNET & SOCIETY
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-3358
Facsimile: (650) 723-4426
E-mail: gelman@stanford.edu

*Attorneys for Amicus Curiae Law Professors*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL, and ERIC KNUTZEN On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORPORATION, AT&T INCORPORATED, and DOES 1-2, Inclusive,<br><br>Defendants. | Case No.: C 06-0672-VRW<br><br>**[PROPOSED] ORDER RE: PARTICIPATION OF AMICUS CURIAE LAW PROFESSORS REGARDING MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT BY THE INTERVENOR UNITED STATES OF AMERICA**<br><br>Hearing Date: June 21, 2006<br>Judge: The Hon. Vaughn R. Walker<br>Courtroom: 6, 17th Floor |



Dockets.Justia.com

Pursuant to the Application Re: Participation of Amici Curiae Law Professors regarding Motion to Dismiss, or in the Alternative for Summary Judgment by the Intervenor United States of America, and Good Cause appearing,

IT IS HEREBY ORDERED that Amici Curiae Law Professors may file a brief to be lodged on June 16, 2006 regarding whether this Court should dismiss the above-captioned case on states secrets grounds asserted by the Intervenor United States in its Motion to Dismiss, or in the Alternative for Summary Judgment.

Dated: June _____, 2006

______________________________________
Hon. Vaughn R. Walker
United States Chief District Judge