TERRY GROSS (103878)
ADAM BELSKY (147800)
MONIQUE ALONSO (127078)
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94111
Telephone: (415) 544-0200
Facsimile: (415) 544-0201
terry@grossbelsky.com

Micha Star Liberty (215687)
LIBERTY LAW OFFICE
78 First Street
San Francisco, CA 94105-2523
Telephone: 415-896-1000
Facsimile: 415-896-2249

THE CENTER FOR NATIONAL SECURITY STUDIES
Kate A. Martin
1120 19th Street, NW, 8th Floor
Washington, D.C. 20036

Attorneys for Proposed Amicus Curiae
THE CENTER FOR NATIONAL SECURITY STUDIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendant. | Case No. C-06-00672-VRW<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE CENTER FOR NATIONAL SECURITY STUDIES FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE** |



Dockets.Justia.com

Pursuant to Civil Local Rule 7-11, and good cause appearing, the Court hereby GRANTS The Center for National Security Studies's Motion for Leave to File Brief as Amicus Curiae.

IT IS SO ORDERED.

Dated: ____________________

____________________________________
The Honorable Vaughn R. Walker
Chief United States District Court Judge