Trone et al v. Peanut Corporation of America Doc. 237

ANN BRICK (State Bar No. 65296)
MARK SCHLOSBERG (State Bar No. 209144)
NICOLE A. OZER (State Bar No. 228643)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: 415/621-2493
Facsimile: 415/255-8437
abrick@aclunc.org
mschlosberg@aclunc.org
nozer@aclunc.org

Attorneys for Plaintiffs
(additional counsel listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.,<br><br>Defendants. | Case No. C-06-0672 VRW<br><br>**PROOF OF SERVICE** |
| TOM CAMPBELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T COMMUNICATIONS OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. C-06-3596 VRW |



Dockets.Justia.com

PETER ELIASBERG (State Bar No. 189110)
CLARE PASTORE (State Bar No. 135933)
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, CA 90026
Telephone: 213/977-9500
Facsimile: 213/250-3919
peliasberg@aclu-sc.org
cpastore@aclu-sc.org

DAVID BLAIR-LOY (State Bar No. 229235)
ACLU FOUNDATION OF SAN DIEGO/IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138
Telephone: 619/232-2121
Facsimile: 619/232-0036
dblairloy@aclusandiego.org

LAURENCE F. PULGRAM (State Bar No. 115163)
JENNIFER L. KELLY (State Bar No. 193416)
SAINA SHAMILOV (State Bar No. 215636)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: 415/875-2300
Facsimile: 415/281-1350
lpulgram@fenwick.com
jkelly@fenwick.com
sshamilov@fenwick.com

## PROOF OF SERVICE

I, Marsha Keeney-Burt, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Embarcadero Center West, 275 Battery Street, Suite 1500, San Francisco, California 94111. On June 16, 2006, I served the within documents as noted below:

**1. OPPOSITION OF PLAINTIFFS TOM CAMPBELL, ET AL., AND DENNIS P. RIORDAN, ET AL. TO AT&T CORP.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**2. [PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by causing to be transmitted via e-mail courtesy copies of the document(s) listed above to person(s) set forth below

**Riordan et al. v. Verizon Communications, Inc.**
**USDC ND California No. C-06-3574-JSW**

| | |
|---|---|
| Mark D. Flanagan<br>Elizabeth I. Rogers<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>Tel: 650/858-6000<br>Fax: 650/858-6100<br>mark.flanagan@wilmerhale.com<br>elizabeth.rogers@wilmerhale.com<br>(By Facsimile and U.S. Mail) | Attorneys for Defendant Verizon Communications Inc., a corporation |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

John A. Rogovin
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-3642
Telephone: 202/663-6000
Facsimile: 202/663-6363
john.rogovin@wilmerhale.com
(By U.S. Mail)

Attorneys for Defendant Verizon Communications Inc., a corporation

**Roe et al. v. AT&T Corp. et al.**
**USDC ND California No. C-06-3467-VRW**

Barry R. Himmelstein
Eric B. Fastiff
James M. Finberg
Michael W. Sobol
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street
30th Floor
San Francisco, CA 94111-3339
Telephone: 415/956-1000
Facsimile: 415/956-1008
bhimmelstein@lchb.com
efastiff@lchb.com
jfinberg@lchb.com
msobol@lchb.com
(By Hand Delivery)

Attorneys for Plaintiffs Benson B. Roe, individually and on behalf of all others similarly situated, Paul Goltz, individually and on behalf of all others similarly situated

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 16, 2006, at San Francisco, California.

s/Marsha Keeney-Burt
Marsha Keeney-Burt

H9000/01545/SF/5171959.1