PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**PROOF OF SERVICE VIA U.S. MAIL**<br><br>[Fed. R. Civ. P. 12(b)(2), 12(b)(6)]<br><br>Date: June 23, 2006<br>Time: 9:30 a.m.<br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br><br>Filed concurrently:<br>1. Reply Decl. of Starlene Meyerkord<br>2. Reply Decl. of Joseph Tocco<br>3. Request for Judicial Notice |



Dockets.Justia.com

Docket No. 06-0672 - VRW

PROOF OF SERVICE BY MAIL

I, Winnifred J. Girard, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On June 16, 2006, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached documents titled exactly:

- **REPLY IN SUPPORT OF MOTION OF DEFENDANT AT&T INC. TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**
- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANT AT&T INC. TO DISMISS**
- **REPLY DECLARATION OF STARLENE MEYERKORD IN SUPPORT OF MOTION OF DEFENDANT AT&T INC. TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**
- **DECLARATION OF JOSEPH P. TOCCO IN SUPPORT OF MOTION OF DEFENDANT AT&T INC. TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

by placing them in addressed, sealed envelopes clearly labeled to identify the persons being served at the addresses shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

David W. Carpenter
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Susan Freiwald
University of San Francisco School of Law
2130 Fulton Street
San Francisco, CA 94117

David L. Lawson
Sidley Austin LLP
172 Eye Street, N.W.
Washington, D.C. 20006

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of June, 2006, at San Francisco, California.

Winnifred J. Girard