# EXHIBIT A

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUN 14 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY [signature] DEPUTY CLERK

| | | |
|---|---|---|
| REV. WILLIE H. ELLIS, | § | |
| PLaintiff, | § | |
| VS. | § | A-05-CA-682 LY |
| US CHAPTERS OF SCOTTISH RITE FREEMASONRY BROTHERHOOD, ET AL., | § | ORIGINAL |
| Defendants. | § | |

PLAINTIFF'S RESPONSE TO COURT'S ORDER REGARDING SERVICE AND SUMMONS OF COMPLAINT

NOW COMES REV. WILLIE H. ELLIS pursuant to the Court's Order dated May 26, 2006. Whereas the Court has notified the Plaintiff by it's Order that the docket of this case is showing that there is no return of service that the Summonses were properly served upon the defendants. If service of the summons and complaint is not made upon a defendant within 120 days of the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice or direct that service be effected within a specified time..."FED.R. CIV. P. 4(m). More than 120 days has passed since the filing of this complaint in this action.

The Plaintiff is aware that the defendants have been served certified copies of the Complaint by Certified Mail, and the Plaintiff was not aware that the defendants were not properly served pursuant to the Federal Rules of Civil Procedure. Whereas the Plaintiff Petitions the Court for a specified time to effect service, while showing the Court that such an error occurred by confusion by the District Clerk's staff, and not on the part of this Plaintiff. Here is how the error occurred by the Clerk's staff.

I.

Plaintiff Filed A Criminal Complaint Rather Than A Civil Complaint

On August 29, 2005, this Plaintiff prepared and submitted to the United States Magistrate a Criminal Complaint Pursuant to Rule 3 U.S.C. Title 18. For some reason which is not yet clear to this Plaintiff, the Clerk's staff after consultation with others, instructed this Plaintiff that his complaint could be received as a Civil Complaint, but not as a Criminal Complaint. These Criminal Complaints according to the staff, are traditionally brought by the U.S. Attorney's or F.B I.: The complaint was nevertheless received by the Clerk because of it's **Terroristic nature.**

This Plaintiff's Complaint was not dressed in a format for a Civil Process because it was intended as a Criminal Complaint when filed. The Clerk either with or without the permission of the Court, assigned my Criminal Complaint a Civil docket number. Thus the confusion surrounding proper Service of Summons. Nevertheless, this Plaintiff does not object to the Clerk and/or Court having done same, but however, it would be Judicially unfair to dismiss a Meritorious Complaint for such a minor, and easily correctable Procedural flaw. Therefore this Plaintiff Petitions the Court to allow him a specified time to effect Service on Defendants. The attached photocopies duplicated below, confirms that the Defendants did receive Service by Certified Mail, although it may fall short technically of proper service.

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Walter E. Webber, 33°
Supreme Council 33°
Ancient Accepted Scottish Rite
P.O. Box 519
Lexington, Massachusetts
02420-0519

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery 1-12-06
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

[redacted] 4 8401 1001

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Walter E. Webber, 33°
Supreme Council 33°
Ancient Accepted Scottish Rite
P.O. Box 519
Lexington, Massachusetts
02420-0519

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) MORRIS B. Date of Delivery 12-01-2005
C. Signature X ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 1820 0004 8401 0981

PS Form 3811, March 2001 Domestic Return Receipt 102595-01-M-1424

III.

WHY COMPLAINT SHOULD NOT BE DISMISSED

This Plaintiff has included in his complaint three blueprints of the 9/11 attacks and the anthrax murders that followed immediately afterwards. These were crafted by the Defendants years before the attacks occurred in order to spark a worldwide Revolution using fear from manufactured Terror. This Plaintiff was tracking, studying, and documenting the printing methods of the Defendants as part of the obligations of his ministry. Plaintiff's unique and Divine gift to effectively read and decipher Masonic Codes and Special writings, has revealed that the Al Qaeda Terror Network is a secret arm of Freemasonry. The defendants were able to disguise their crafts under veils (vales) of Patriotism, Charity, Heraldry, ancient languages and alphabets, and simple but clever Geometry.

IV.

DEFENDANTS STRATEGY FOR IMPEACHING PLAINTIFF"S ALLEGATION OF FACTS

Defendants have moved with the speed of lightning repeatedly to create National, or world News events,that would effectively impeach my statements before the Court that Al Qaeda is a secret Terror arm of Masonry. Such a statement would appear to be preposterous without the Defendants own internal documents which highlights how the Freemasonry Network works. It is laid in a Masonic document called the **"Testimony Of Brainard"**. Brainard was a Mason noted for his oratory skills. His most famous oration which is taught in Masonic Halls today, describes the way in which Masonry is distributed throughout the civilized world. It involves one of the most sophisticated Networks in the world for learning and dissemination of information.

That Testimony of Brainard which according to the certified Masonic document on the following page labeled **EXHIBIT "B"**, was given the year before the Morgan murder. William Morgan was killed by Masons in 1824 when he tried unsuccessfully to expose Masonry. His murder is taught in Masonic Halls to warn other Master Masons what happens to those who seek to reveal Masonic secrets. This attachment must be read with understanding. In order to show this Network which I have described is still viable and active, I will therefore illustrate current examples how the Network learn everything in season. Meaning that it is learned while it is happening, and therefore a response is implemented to **counteract, DEFEAT, AND PUNISH!** These are the exact words found in the document on my next page 4, and it supports the actual examples that is found on the following pages. Read carefully.

EXHIBIT "B"

EVIDENCE OF OFFICIAL MASONIC CORRUPTION ILLUSTRATED WITH THE CERTIFIED MASONIC DOCUMENT BELOW FROM DIME BOX LODGE #89 IN DIME BOX TEXAS.

This document is excerpted from a book used in training. It is called the TESTIMONY OF BRAINARD in the year before the Morgan murder (1825) it states as follows:

"WHAT IS MASONRY NOW? IT IS POWERFUL. IT COMPRISES MEN OF ALL RANKS, WEALTH, OFFICE AND TALENT, IN POWER AND OUT OF POWER, AND THAT IN ALMOST EVERY PLACE WHERE POWER IS OF ANY IMPORTANCE: AND IT COMPOSES AMONG OTHER CLASSES OF THE COMMUNITY, TO THE LOWEST IN LARGE NUMBERS, ACTIVE MEN, UNITED TOGETHER, AND CAPABLE OF BEING DIRECTED BY THE EFFORTS OF OTHERS, SO AS TO HAVE THE FORCE OF CEMENT THROUGH THE CIVILIZED WORLD. THEY ARE DISTRIBUTED, TOO, WITH THE MEANS OF KNOWING EACH OTHER, AND THE MEANS OF KEEPING SECRET AND THE MEANS OF CO-OPERATING, IN THE DESK, IN THE LEGISLATIVE HALL, ON THE BENCH, IN EVERY GATHERING OF BUSINESS, IN EVERY PARTY OF PLEASURE, IN EVERY ENTERPRISE OF GOVERNMENT, IN EVERY DOMESTIC CIRCLE, IN PEACE AND IN WAR, AMONG ENEMIES AND FRIENDS, IN ONE PLACE AS WELL AS IN ANOTHER! (This is one of hundreds of corroborative illustrations presented and collected by the Plaintiff over 12 years)




TESTIMONY OF BRAINARD. 47

name to "Knights of the Golden Circle," attempted the overthrow of popular government and the establishment of an empire; and they hatched and inaugurated our war with slavery, which cost a million of lives and a billion of taxes.

Let us now look directly at Freemasonry in the gross.

In the year before the Morgan murder (1825) a Masonic orator, Brainard, gave, at New London, in Connecticut, a description of the order, at once so succinct, accurate and startling, that his name and speech afterward became familiar to the American people. He said:—

"What is Masonry now? IT IS POWERFUL. It comprises men of all ranks, wealth, office and talent, in power and out of power, and that in almost every place where power is of any importance; and it composes among other classes of the community, to the lowest in large numbers, active men, united together, and capable of being directed by the efforts of others, so as to have the force of cement through the civilized world. They are distributed, too, with the means of knowing each other, and the means of keeping secret and the means of co-operating, in the Desk, in the Legislative Hall, on the Bench, in every gathering of business, in every party of pleasure, in every enterprise of government, in every domestic circle, in peace and in war, among enemies and friends, in one place as well as in another! So powerful indeed is it at this time, that it fears nothing from violence, either public or private; for it has every means to learn it in season, to counteract, DEFEAT and PUNISH!"

At the time this speech was made, there were somewhere about two thousand lodges in the whole country, and some fifty or sixty thousand Freemasons. Robert

## V.

## ILLUSTRATING MASONIC INFLUENCE IN LOCAL AND NATIONAL MEDIA

As illustrated from the previous page from the **"Testimony Of Brainard"**, Masonry has infiltrated every office where power is important which includes the **"City Desk"** for local and National News. Below I am showing from a **June 6, 2006** excerpt from the San Francisco Chronicle how **"Freemasonry 9/11 Red, Yellow, and Blue Bar Code"** is encrypted into the paper. **Red, Yellow, and Blue** are the heraldry and Scientific codes for 9/11. It represents three Masonic deities who are symbolized by the three Red, yellow, and blue tau (X) crosses which corresponds to **R, V, and X** in the International Alphabet Flag Code. These then are represented by the **Triple**


▶ Obituaries B4 ▶ Editorial B6 ▶ Opinion B7

San Francisco Chronicle

BAY AREA

AND CALIFORNIA

SECTION B

Tuesday, June 6, 2006

Year 142 · Volume 141
© 2006 San Francisco Chronicle

**Triangles** which are **red, yellow, and blue** corresponding to the letter **"Z"** in this code system. Black is always rejected since these triangles represents deities. Masons are builders. These triangles represents sacred cornerstones among other things. "Jesus, in a reference to himself and the black stone said this is the stone which the **Builders (Masons) rejected which has now become the head of the corner, (Mark 12: 1-12).** The International Alphabet Flag Code is the **Ensign (END SIGN)** for the nations which Isaiah prophesied that the LORD would set up for the nations, **(Isaiah 11: 12).** This stone is called among other things the **"Stone of Destiny"** and the **"Stone of Scone"** Scotland from whence came the Scottish Rite Freemasons. This stone today is called the "Great Seal Of The United States". Biblically they are referred to as the **"Seven Seals".** It is indeed the beginning of Judgment which started on September 11, 2001. It was a date hidden and sealed by the GOD of Glory.

The three red, yellow, and blue circles above from the San Francisco Chronicle, are encrypted into many other papers using squares and other emblems. These circles above representing Masonic deities are used in another International Business shown as **"Exhibit B"** on my next page 6. Many News Organizations now use this 9/11 Code.

**NOTE: LOCATE THE RED, YELLOW, AND BLUE 9/11 CIRCLES BELOW IN THE HP PRODUCT LABEL AND COMPARE THEM TO THE S.F. CHRONICLE CODE:**

**NEW HOPE BAPTIST CHURCH**
**SUNDAY 11/27/05**
**SERMON: REV. BILL ELLIS**

**SUBJECT: WHERE ARE THE WISE MEN TODAY?**

**SCRIPTURE: Matthew 2: 1-2**

**(1) NOW WHEN JESUS WAS BORN IN BETHLEHEM OF JUDAE IN THE DAYS OF HEROD THE KING, BEHOLD, THERE CAME WISE MEN FROM THE EAST TO JERUSALEM, (2) SAYING, WHERE IS HE THAT IS BORN KING OF THE JEWS? FOR WE HAVE SEEN HIS STAR IN THE EAST, AND ARE COME TO WORSHIP HIM.**

---

**ISAIAH 11: 12**

**"AND HE SHALL SET UP AN ENSIGN (END-SIGN) FOR THE NATIONS, AND SHALL ASSEMBLE THE OUTCASTS OF ISRAEL, AND GATHER TOGETHER THE DISPERSED OF JUDAH FROM THE FOUR CORNERS OF THE EARTH.**







HP= HELL OR PARADISE
(SEE INTERNATIONAL ALPHABET CODE FOR HP)

**WISDOM 1: 1-9**

(1) Love Justice, you who judge the earth; think of the Lord in goodness, and seek him in integrity of heart; Because he is found by those who test him not, and he manifests himself to those who do not disbelieve him. (For perverse counsels seperate a man from God, and His power, put to the proof, rebukes the foolhardy; (4) Because into a soul that plots evil wisdom enters not, nor dwells she in a body under debt of sin. (5) For the Holy Spirit of discipline flees deceit and witdraws from senseless counsels; and when injustice occurs it is rebuked.

(6) For wisdom is a kindly spirit, yet she acquits not the blsspheмer of his guilty lips: Because God is the witness of his inmost self, and the sure observer of his heart and the listener to his tongue. (7) For the spirit of the Lord fills the world, is all-embracing, and knows what man says, (8) Therefore no one who utters wicked things can go unnoticed, nor will chastising condemnation pass him by. (9) For the devices of the wicked man shall be scrutinized, and the sound of his words shall reach the Lord, for the chastisement of his transgressions:

**SPECIAL EXHIBIT "B"**

**THE PURPOSE OF THIS EXHIBIT IS TO ILLUSTRATE HOW MASS MEDIA HAS BEEN INFILTRATED BY MASONRY AS SPOKEN IN THE TESTIMONY OF BRAINARD. THE RED, YELLOW, BLUE, AND BLACK BARS IN THE S.F. CHRONICLE REPRESENTS THE LETTER "Z" ABOVE FOR "ZAYIN" MEANING WEAPON. IT REPRESENTS AL QAEDA IN THE 2ND 9/11 BLUE PRINT. IT IS THE SAME "Z" USED IN DEFENDANT VERIZON'S LOGO WITH IT'S CHECK MARK OVER "V".**

# THE FIRST OF THREE 9/11 BLUEPRINTS USING RED, YELLOW & BLUE

## AN AT & T 1994 BROCHURE IN RED, YELLOW, & BLUE SQUARES

## NOTE: AT & T GAVE US THE 911 NATIONAL EMERGENCY CODE

# In Baghdad, a big thanks

statesman.com Austin American-Statesman Friday, November 28, 2003



Pablo Martinez Monsivais photos ASSOCIATED PRESS

President Bush sneaked away from his Crawford ranch Wednesday and took a secrecy-shrouded trip to Baghdad. At the makeshift military base set up Thursday at Baghdad International Airport, he offered words of encouragement and a Thanksgiving dinner to U.S. soldiers.




6




NOTE: RED, YELLOW, AND BLUE ARE THE U.S. COLOR CODES FOR 911 USING THE U.S. NAVY'S NUMERAL FLAGS AT LEFT

9 + 2 = 11
8 + 3 = 11
7 + 4 = 11
6 + 5 = 11

9 x 2 = 18 (1 + 8 = 9)
9 x 3 = 27 (2 + 7 = 9)
9 x 4 = 36 (3 + 6 = 9)
9 x 5 = 45 (4 + 5 = 9)
9 x 6 = 54 (5 + 4 = 9)
9 x 7 = 63 (6 + 3 = 9)
9 x 8 = 72 (7 + 2 = 9)
9 x 9 = 81 (8 + 1 = 9)




33rd Degree Mason

33°divided by 3=11
3 times 3 = 9
9 x 11 = 99 or
nine elevens.

7



# VI.

## SADDAM HUSSEIN AND AL-ZARQAWI CAPTURED AFTER THE MYTIC TIE REVEALED

The graphics below were provided to WORLD BOOK ENCYCLOPEDIAS by the Supreme Council 33° Library in Washington D.C.: The purpose of them is to show a diabolical connection between the Freemasons and Al Qaeda Islamic Terrorists. In addition, by using my illustrations on the previous pages concerning Masonry's influence on the media, I can then show the Court what lead to the capture of Saddam Hussein, and Abu Musab Al-Zarqawi. Read carefully, for it is indeed a spiritual mystery.

First locate below the Masonic Emblem for the Mythic Shrine which is a **Crescent and Star.** There is a horn from a beast that is placed atop to deliver a subtle symbolic message from **Revelation 13: 11**, saying, **"And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon".**






**shrine** (shrīn), *n., v.,* shrined, shrin|ing. —*n.* 1 a casket or box holding a holy object; reliquary. 2a the tomb of a saint. b a place where sacred relics are kept. 3 an altar, small chapel, or other object or place of worship: *A very old priest in charge of the shrine tottered out to have a chat with the traveller* (London Times). SYN: temple. 4 *Figurative.* any place or object sacred because of its history; something sacred because of memories connected with it: *Shakespeare's birthplace is visited as a shrine. America is sometimes called freedom's shrine. Shrines are now built for national heroes as they once were for saints* (Ogburn and Nimkoff).
—*v.t.* to enclose in a shrine or something like a shrine; enshrine.
[Old English *scrīn* < Latin *scrīnium* case or box for keeping papers. Compare etym. under screen.]
**Shrin|er** (shrī′nər), *n.* a member of a fraternal organization of high-ranking Masons, founded in 1872. [< Ancient Arabic Order of Nobles of the Mystic *Shrine,* the organization's full name + -er[1]]

Supreme Council 33° Library, Washington, D.C.

**George Washington,** wearing his regalia as a member of the Masons, laid the cornerstone of the United States Capitol in Washington, D.C., in 1793. The historic ceremony was under the auspices of the Grand Lodge of Maryland.

Look closely at the emblem! The emblem is designed so that the man figure inside possess two horns like a beast. Now read the definitions which I have also taken from World Book Dictionary which defines the shrine and the Shriners which are high ranking Masons. The actual name is the Ancient Arabic Order of Nobles of the Mystic Shrine. In these graphics the antichrist is depicted in Masonic symbolism as coming out of Masonry. Islam is an anti-christian organization. The anti-christ comes out of **Babylon** today's Iraq. This was the promise that GOD made to **Neb-u-CHAD-Nezzar** whom the Masons called by the code name **"CHAD"** during the 2000 Election crisis. The Hanging Garden which Nebuchadnezzar built for one of his wives was used to described the stubborn ballots which would hang by design when punched by voters. It was called a **"HANGING CHAD".** The beautiful Monarch Butterfly is embroidered on the George Washington Masonic Apron which is already among the evidence in this case. The Monarch Butterfly represents the reigning tribe of Judah in the Earth. Because there was a Jew on the 2000 Ballot it was therefore called a **"Butterfly Ballot".** The anti-christ is determined to stop the reign of Jesus Christ.

Just before President George W. Bush was to be sworn in on the George Washington Historic Masonic Bible which is shown on my next page, I sent the Justice Department evidence of Masonic fraud in the Election. My next two pages shows what happened thereafter. This illustration shows the power of Masonic influenced Media.

Austin American-Statesma
E4 Thursday, January 18, 2001

# Hands off this book! It's got bodyguards

By Sharon Jayson
American-Statesman Staff

Like President-elect George W. Bush, the Bible he will use to take the oath of office travels with an entourage.

A trio from a Masonic Lodge in New York City will accompany the King James Version to Washington' for Saturday's ceremony — a trip made several times so presidents from George Washington to George Bush and soon George W. Bush could place their hands on this 1767 edition and pledge to uphold and defend the Constitution of this country.

"It must be accompanied by an escort committee of no fewer than three members of the lodge," said Jules Garfunkel, chairman of the Bible committee of St. John's Lodge No. 1, A.Y.M. "We don't necessarily have to carry it around, but we never let it out of sight without being assured of its security."

How did this particular Bible — printed in London and owned by the fraternal organization since 1770 — became linked to presidential inaugurations?

"There are two stories," said John Mountain, who along with Garfunkel and another lodge leader will tend to the Bible this weekend.

Some say inaugural planners scrambled when they realized they'd forgotten the Scriptures for Washington's inauguration. St. John's Lodge No. 1, founded in 1757 as New York state's first Masonic lodge, met just down the road, so they borrowed the 3.5-inch-thick volume for the April 30, 1789, swearing-in at Federal Hall in New York.

Today Federal Hall is a tourist attraction on Wall Street in Manhattan, and that's where the Bible can be found most days, unless it's been temporarily removed for an inauguration, a special ceremony or an exhibit.

Others say that more than likely, the Masons' Good Book was selected as a nonreligious compromise when religious sects of the day weren't getting along and the new nation's leaders didn't want to prefer one religion over another.

Though Masons call their lodges "temples" and use rituals in their practices, the fraternity is not a religion. George Washington and many signers of the Declaration of Independence were members.

These days, the Bible's once-red leather binding with gold lettering is brown with age. It travels in a custom-made leather case measured at 11 7/8" by 9 3/8". The lodge offers its Bible for inaugurations of U.S. presidents and governors of New York, without regard for party politics.

Besides Washington and the elder Bush, Presidents Warren G. Harding, Dwight D. Eisenhower and Jimmy Carter placed their hands on the Bible opened to their chosen verse.

Although the president-elect's verse selection won't be identified until the ceremony, references to the Bible regularly laced Bush's stump speech, suggesting that he might take the oath more seriously than the current officeholder.

"So when I put my hand on the Bible, I will swear to not only uphold the laws of our land, I will swear to uphold the honor and dignity of the office to which I have been elected, so help me God," was his standard line.

The King James Version is a standard Bible of Bush's faith, both as an Episcopalian in his youth and now as a United Methodist.

Because Garfunkel says this Bible is "invaluable," they keep a close watch, even when in the best of hands.

"We will be very close to it," he said.

You may contact Sharon Jayson at sjayson@statesman.com or 445-3620.

**Inaugural fact**

Not all presidents swore an oath on the Bible. George Washington did use a Bible in his ceremony, then kissed it afterward. John Quincy Adams and Theodore Roosevelt did not use a Bible. William Howard Taft used a book of laws.

## THE INAUGURAL BIBLE



George Washington used this 1767 King James Bible for his inauguration. George W. Bush will take the oath of office on the same Bible, which was also used by his father.

**SPECIAL COMMENT**

As illustrated by the January 18, 2001 article herewith, this 1767 George Washington Masonic Bible, was slated to be used for George W. Bush's inaugural oath. Even until the last hours or minutes. My notice was mailed to the U.S. Attorney General on Saturday , January 13, 2001. Because of the Martin Luther King holiday on MOnday January 15, the complaint was not received by the Attorney General's office and some 47 other recipients, until the 16th through the 18th. The notice was also sent to powerful Republican leaders in both the House and Senate.

Note: The following page confirms that the Reporter writing this article was unaware that this George Washington Masonic Bible was not used by George W. Bush until I notified her otherwise. It was the best kept secret of the inauguration. Even the Anchors of major News Networks were asked by the Bush camp to hold their comments regarding the inaugural bible.

In preparation for the coming of God's Two Witnesses, who shall reveal the antichrist and announce the "Coming of Jesus", The Scottish Rite who is aligned with over 100 more organizations, have developed a policy of silence. This policy is stamped on all official Masonic documents and medals. It is called "Audi-Vici-Tace." It is a Latin phrase meaning "Hear, See, and Be Silent." I was aware of this policy, and therefore entiled my investigative report "Audi-Vici-Tace".

After learning of my complaint to the Department of Justice, a quick and last minute decision was made by President Bush to distance himself from the Scottish Rite Masons. Instead of using the George Washington Masonic Bible used by his father and the first U.S. President, he chose instead a small King James Bible without the contents of their Masonic doctrine.

**Note:** When I asked the Reporter for the Austin Statesman why didn't Bush use the Masonic Bible, she replied they informed her it was because of the rain. The weather was cold and there was also some small amounts of rain. But not on the President and those taking part in the actual ceremonies. As this picture is confirming, the inauguration platform was sheltered from rain, and the bible and participants are dry. The rain excuse was ill-conceived without much forethought.

orn in as 43rd president, Bush issues call to nation for 'civility, courage, compassic




Ralph Barrera/

ge Walker Bush, do solemnly swear...' With this oath given by Chief Justice William Rehnquist, the 43rd president took office, witnessed by wife Laura and daughters Jenna and Barb

**The purpose of these illustrations is to continue to show that the Testimony of Brainard is more true today then at the time of his historic oration. This is necessary as I gradually progress to show the Court what lead to the capture of Saddam Hussein, and a few days ago the capture of Abu Musad Al-Zarqawi. Iraq's Flag has three bars and three stars represents the triple tau for the three deities of Masonry. They are called the Beast, the false prophet, and Satan.**

**This is the first example where the Masons sought to impeach my statements by showing very poorly that the President had no connections to Masonry and the 2000 Election fraud in Florida.**

## VII.
## WHAT LEAD TO THE CAPTURE OF SADDAM HUSSEIN IS ALSO A MYSTERY

The term **"Mythic"** as used by Masonry to describe the Ancient Arabic Order of Nobles means "Mystery". The rise up of Nebuchadnezzar and the Babylonian Empire under veils of Masonry cannot be circumvented by man. If so, then man would be capable of defeating GOD the creator. This mystery Babylon is found in Revelation 15: 5 which says, **"And upon her forehead was a name written, MYSTERY, BABYLON THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH".**

On December 4, 2003, I filed a brief in U.S. District Court for the Southern District of Texas Houston Division. The brief was in Civil Action No. H-03-3006. So that my Testimony and prophesies may be certified in advance of the coming events, the LORD has provided many channels that this may be accomplished. This included allowing the beast to put my son and others in prisons so that it would give cause and an avenue that I may speak to the heads of government. I too was placed in Prison by the devil after my work in Russia was completed. By so doing, it fulfilled that which the LORD had spoken in **Revelation 2: 10, saying, "Fear none of those things which thou shalt suffer: behold, the devil shall cast some of you into prison, that you may be tried; and ye shall suffer tribulation ten days: be thou faithful unto death, and I will give thee a crown of life."** (unquote)

On page 16 of my brief filed on December 4, 2004, I presented evidence to the Court that Saddam Hussein was the Masonic Brother of George W. Bush by means of the Mystic Tie. As such, I informed the Court, "he is obliged to allow him to go free". Using the Masonic Network which Brainard said covers also the Bench (Court), the President was notified immediately, and efforts were made to impeach my statements. Saddam Hussein was captured and arrested in Tikrit just 10 days after my brief was filed.

The next page exhibit bares the Courts certification of file date and number, and a Newspaper exhibit from the Houston Chronicle dated December 15, 2003, shows the date which Saddam Hussein was captured. It was Masonry's counteraction.

On June 6, 2006, I submitted similar information concerning the Al Qaeda Network and Islam as being a secret arm of Freemasonry. This information was filed in the U.S. District Court for the Northern District of California at San Francisco. In an effort to impeach my statements the so-called Abu Musab Al Zarqawi was arrested within 48 hours of my filing said notice. Their actions fulfills the Testimony of Brainard saying Masonry have ways of learning it in season, so that they may **Counteract, DEFEAT, AND PUNISH.** These exhibits follows as illustrations.

## VIII.
## THE MYSTIC TIE REVEALED-SADDAM HUSSIEN CAPTURED IMMEDIATELY AFTERWARDS

As evidenced by the duplications below, on December 4, 2003, I filed a Civil Action in THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS AT HOUSTON. On page 16 of that document which I have duplicated on my opposite page 19, I informed the Court of the MYSTIC TIE between President Bush, Saddam Hussein, and Osama Bin Laden. The Masons quickly notified the President, and the President moved to impeach my statements with the capture of Saddam less than two weeks later. By my actions I forced the President to lend credible support to my statements to the Court.

Without the sacrifice of my only beloved son, none of this work could have been possible. Just as the LORD positioned Joseph in Egypt via an adverse act for a great work, so has he done with my son whose name appears on the Petition below. The LORD will deliver him and thousands of others, when he stretch forth His hand the second time to recover the remnant of His people that were left.

Houston Chronicle
Section B ★★
Monday, Dec. 15, 2003

SADDAM: The Captu

# 'Mother of all mug shots'




CNN

Saturday was a day of reckoning for Saddam Hussein.

By MIKE McDANIEL
Houston Chronicle

You had to be the most dogged of media hounds, surfing the TV, radio or Internet in the wee hours of Sunday morning, to be among the first to learn that Saddam Hussein had been captured.

First reports began to appear within 10 minutes after Reuters issued this bulletin at 3:56 a.m. Houston time: "SADDAM HUSSEIN ARRESTED IN TIKRIT — IRNA NEWS AGENCY, QUOTING KURDISH LEADER."

**VOLUME 44**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AR United States Courts Southern District of Texas FILED DEC 0 4 2003 Michael N. Milby, Clerk

| | | |
|---|---|---|
| REVEREND WILLIE H. ELLIS as Next Friend of ARISTOTLE DeGUALLE ELLIS | § | CIVIL ACTION NO. H-03-3006 |
| | § | EWING WERLEIN (Judge) |
| VS | § | FRANCES STACY (Magistrate) |
| DOUG DRETKE, Respondent TDCJ-INSTITIONAL DIVISION | § | |
| | § | |
| | § | |

MOTION FOR CERTIFICATE OF PROBABLE CAUSE FOR APPEAL

**IX.**

**THE MYSTIC TIE REVEALED--ABU MUSAD AL-ZARQAWI KILLED**

I know of no other Newspaper that is influenced by Masonry more than the Houston Chronicle who published a Warrant for my death in March 2004. In its coded printing method below, the paper writes **"Al-Zarqawi had become an almost mythic"**. It is an apparent reference to my revealing Al-Qaeda as being the **"Mythic Shrine"** of Masonry. You may see these comments below where I have placed the red arrow.

In the Chronicle's November 25 2002 article which is shown on my next page 14, the Chronicle published a Mason dressed as George W. Bush with a costume of Saddam Hussein joined to him symbolizing the Mythic tie. Like the San Francisco Chronicle, the Houston Chronicle uses the Freemasonry 9/11 Red, Yellow, and Blue codes in it daily paper. Thus a continuous flow of positive illustrations showing evidence of the Testimony of Brainard being prevalent wherever power is important.



FRIDAY, JUNE 9, 2006 ★★ VOL. 105 • NO. 239 • 50 CENTS

THE DEATH OF AL-ZARQAWI

**U.S. GETS IRAQ'S MOST WANTED**

**THE MANHUNT:** Military trailed his 'spiritual adviser' to safe house

**HOPES RAISED:** Confidence about war gets a boost amid warnings of violence

By JOHN F. BURNS
NEW YORK TIMES

BAGHDAD, IRAQ — With a pair of 500-pound bombs, U.S. forces killed Abu Musab al-Zarqawi, the most wanted insurgent in Iraq, boosting the flagging confidence of U.S. officials and the new Iraqi government as they moved into the fourth year of warfare.

The killing of al-Zarqawi, the leader of al-Qaida in Iraq, and five others gathered with him in an isolated safe house, took place north of Baghdad on Wednesday night but was announced Thursday morning, ending a long hunt for the 39-year-old terrorist leader.

Al-Zarqawi had become an almost mythic, if widely hated, figure among U.S. troops — and still more so among Iraqi Shiites, who were his main victims. The Jordanian-born militant carried a $25 million U.S. bounty for his role in directing many of the conflict's most brutal attacks, including scores of suicide bombings, kidnappings and beheadings.

Still, most Iraqis and U.S. officials appeared too chastened by the war's relentless shocks to hail his killing as a decisive turning point.

"Zarqawi is dead," President Bush said, "but the difficult and

FACE OF DEATH: A U.S. soldier takes down a photo of Abu Musab al-Zarqawi, leaving behind an image