Trone et al v. Peanut Corporation of America Doc. 250 Att. 1

# EXHIBIT B

Dockets.Justia.com

RECEIVED
AUG 2 9 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2005 AUG 29 PM 2:58
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____

| | | |
|---|---|---|
| Rev. Willie H. Ellis<br>COMPLAINANT<br><br>VS<br><br>U.S. CHAPTERS OF SCOTTISH RITE FREEMASONRY BROTHERHOOD, ET AL | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL COMPLAINT PURSUANT TO RULE 3 U.S.C.<br><br>UNITED STATES MAGISTRATE<br><br>A05CA682 LY |

CRIMINAL COMPLAINT PURSUANT TO RULE 3 U.S.C.

Upon my Oath, I, Rev. Willie H. Ellis, of 1136 PR 8037, Lincoln, Lee County, Texas, is providing herewith essential facts of Terrorism committed by hidden cells of the AL QAEDA TERROR NETWORK. These facts have been carefully drawn and articulated. These being for the benefit of the U.S. Magistrate to make an evaluation of probable Cause.

STATEMENT OF ESSENTIAL FACTS

By originating, creating, and using a special code breaking "KEY", Complainant has broken a Communication Code that is currently being used by Members of the AL QAEDA TERROR NETWORK. This color coded Alphabet and Numerical Code system, was used prior too, during, and after the 9/11attacks on America.

After breaking said code, which is sufficiently analyzed in the attached document, Complainant thus discovered, and has now professionally corroborated evidence of many hidden cells. These now identifiable cells are covertly operating in the voiceless, and dark world of the International Brotherhood of Freemasonry. By using a sophisticated color, alphabet, Geometrical, and Numerical Code System, this Network is able to send voiceless communications to incite, inspire, and commit acts of Domestic and Foreign Terror against World citizens.

After 12 years of studying their printing methods, Complainant has developed and created a Key that can identify these cells. The method is Scientific. It is tantamont to finding the Freemason's DNA, and/or finger prints on the 9/11 Terror and unsolved Anthrax murders. This code system has permitted the Terrorists to send coded messages via Mass Media and other public mediums, without their methods being compromised until now.

On or about August 12, 2005, this complainant observed the H-E-B-Grocery chains using this Code System of the Terror Network, and complained to its management by the enclosed document. Complainant also notified the management of other businesses who are using this code.

MURDER A INTIMIDATION TACTICS BEII USED

The Network's Leaders are most aware that I have broken the Code by which they rely for Communication. Thus, they are using murder, and threats of murder, to keep Network members silent. In Latin they call it AUDI-VICI-TACE, meaning ,"HEAR, SEE, AND BE SILENT". As evidence of Murder and intimidations with blanket Freemason immunity, Complainant

The Dallas Morning News Wednesday, March 10, 2004 Page 11A

# Mason initiation results in killing

## Man says he was to fire blanks in ceremony but pulled wrong gun

Associated Press

PATCHOGUE, N.Y. — A man was shot in the face and killed during a Masonic initiation ceremony by a fellow member who mistakenly pulled out a real pistol instead of a blank gun, police said Tuesday.

The 76-year-old man who fired the shot was charged with manslaughter.

William James, 47, was killed Monday night at the Southside Masonic Lodge.

"We believe it was completely accidental," said Suffolk County Detective Lt. Jack Fitzpatrick. The man under arrest, Albert Eid, was "stunned and distraught" at Mr. James' death, he said.

The initiation rite was aimed at scaring the new member.

Albert Eid

According to Lt. Fitzgerald, the Masons sat Mr. James in a chair and placed cans on a platform around his head. Mr. Eid, standing about 20 feet away, was supposed to fire a blank gun, and a man holding a stick was supposed to knock the cans over to make Mr. James think they had been hit by bullets.

Mr. Eid had two guns — a .22-caliber pistol loaded with blanks and a .38-caliber with real bullets — and apparently pulled the wrong one out of his pocket, the lieutenant said.

He said the weapons were about the same size.

Mr. Eid has a permit for the gun. Police said it was not clear why he took it to the ceremony. He pleaded not guilty [illegible] at $2,500.

25A

[illegible]icide attacker[illegible]



Turkey

provides Your Magistrate the two simultaneous killings above. In the article on the right, two suicide attackers stormed a Masonic Lodge in Instanbul, Turkey, killing one and wounding five others.Simultaneously, a Mason was said too have been shot with the wrong gun during an initiation accented with Terror. All Master Mason makes a blood covenant which is called the "OBLIGATION". It imposes the death penalty for revealing Master Mason secrets. The Lodges are off limits to law enforcement and public scrutiny. This makes them the cesspool that breeds parasites of Terror and Corruption into a Democracy.

MURDER AND INTIMIDATION TACTICS BEING USED

The fear of Death from their Oath called the "OBLIGATION" has many law Enforcement and Jurists bound in a form of imprisonment. It interferes with the Judicial and other law enforcement business when a Master Mason serving the public takes conflicting Oaths. In one he promises to uphold, defend, and protect the laws and Constitution, and the other he promise to undermine the same to shield his brother from his crimes. It is contrary to the expected behavior and functions of a Civilized government and society.

Unless this Court exercise its immediate Judicial and lawful authority, the American people are faced with grave and unchecked danger from Terrorists who operates with State immunity as MASTER MASONS.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 27th day of August, 2005.

Rev. Willie H. Ellis [signature]

Rev. Willie H. Ellis
1136 PR 8037
Lincoln, Texas 78948
(979) 773-2908

STATE OF TEXAS §
§
§
LEE COUNTY §

Before me, the undersigned authority, on this day personally appeared Rev. Willie H. Ellis, known to me to be a credible person, and whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes, and in the capacity therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS THE 27th DAY OF AUGUST 2005.

Effie B. Thompson-Levi [signature]

EFFIE B THOMPSON LEVI
NOTARY PUBLIC
State of Texas
Comm. Exp. 11-19-2005

NOtary Public, State of Texas
Commisssion Expires: 11-19-2005

REV. WILLIE H. ELLIS
CANDLESTICK MINISTRIES
P.O. BOX 402
GIDDINGS, TEXAS 78942
(979) 773-2908

August 24, 2005

Dear Gentlemen:

The war on Terror presents Americans perhaps the greatest challenge in our history. I have confronted that challenge by breaking a key code used by the AL QAEDA TERROR NETWORK to inspire and direct Terror.

The enclosed document is a decoded and Scientific analysis of the color and Alphabet Code used by the Network and its Members. When this Code was broken, your Organization, and/or Business was found to have used this Communication Code either knowingly, or unknowingly. You may discover that part by carefully reading this technical document.

This document is being sent to you as a courtesy in the belief that, you, and/or some of your management are unaware of these serious matters. This document is the property of the Church and my ministry. It is being distributed to the Public and proper law enforcement, for both awareness and security.

You are encouraged to promptly notify proper management, and any other person(s) at your firm who are entitled to this information.

Sincerely,

Rev. W.H. Ellis

REV. WILLIE H. ELLIS
CANDLESTICK MINISTRIES
P.O. BOX 402
GIDDINGS, TEXAS 78942
PHONE : 979-773-2908

August 17, 2005

H-E-B GROCERIES
Mr. Mark Schiender
2508 South Day Street
Brenham, Texas 77833

U.S. CERTIFIED MAIL #
7002 3150 0000 9628 4164

Dear Mr. Schiender:

On Friday, AUgust 12, 2005, I visited H-E-B's Brenham store which is under your management. If you recall, I complained and illustrated to you the repulsive and terroristic message that is encrypted in a sophisticated heraldry code on your "H-E-B- 100th Anniversary Bear". You responded by saying that you would pass this message on to H-E-B's higher management.

This letter is being sent to follow up on the response from H-E-B's management, and to also provide a technical and analytical illustration of the coded massage hidden thereon. This is the same heraldry that was distributed covertly by the AL QAEDA TERROR NETWORK prior to the 9/11 attacks. Because the distribution of these coded messages are being used to covertly inspire terror, I am therefore advising H-E-B- that I intend to pass this information on to the appropriate law enforcement unit(s).

I must emphasize that this notice is in no way directed to you personally. It is only being sent to you in your managerial position for H-E-B. Nevertheless, if you fail to use due diligence in making sure that this information is provided immediately to H-E-B's management and security, you could be held accountible.

I am an expert in reading and breaking codes involving Religious and Freemasonry symbolism. Red, Yellow, and Blue as used by H-E-B-




and some other conspirators with prior knowledge of the 9/11 attacks, are the numeral colors for 9/11 from the U.S. NAVY NUMERAL FLAGS. These are illustrated above. An actual illustration follows on the next several pages. These involve actual blueprints of the 9/11 attacks which all uses a special Red, Yellow, and Blue Code.

ILLUSTRATING THE 1ST OF 2 BLUEPRINTS OF THE 9/11 COLOR CODE

The graphics below and those on my next page 3 are actual blue-prints used covertly prior to the 9/11 attacks. There are four on my next page 3 that are numbered 4 thru 7. Graphic #5 is a 1994 AT & T brochure which used 3 squares colored red, yellow, and Blue to encrypt the 33° emblem of the FREEMASONS on the 9/11 terror brochure. AT & T gave AMERICA THE 911 NATIONAL EMERGENCY CODE. Here are the Scientific instructions for reading the message. This was made possible only after I broke the 9/11 code hidden on the 33° Emblem of FREEMASONRY. This code is broken and analyzed in Figure #7 at the bottom of page #3.









1. BREAKING THE FREEMASONRY 33° 9/11 CODE: First observe the smallest 33° emblem at the bottom of page 3 without the red numbers. The larger red-numbered emblem is an enhanced copy of the smaller emblem. There are no known 33° emblem anywhere on Earth that has each of the points of the 9-pointed star numbered. I broke their code when I numbered each point 1 thru 9. This numbering allows the identification of each of the 3 Delta triangles which are interlaced to form the 9-pointed star which makes up the Freemasonry 9/11 33° emblem.

2. INTERNATIONAL HERALDRY RULES FOR CONVERTING THE 3 DELTA TRIANGLES INTO RED, YELLOW, AND BLUE 9/11 SQUARES AS SEEN ON THE BROCHURE: The Delta triangle is the Greek alphabet which corresponds to our English "D". This "D" or triangle becomes a yellow and blue square in the INTERNATIONAL ALPHABET FLAG CODE SYSTEM. Thus the graphics of #5 are equal to those in #7. Both 5 & 7 are equal to the new head ornament and shield worn above by U.S. Service men. They are Red, yellow, and Blue hidden under a shield. BLACK IS REJECTED.

3. A TECHNICAL ILLUSTRATION SHOWING HOW THE MILITARY HEAD ORNAMENT SHIELDS THE 33° EMBLEM OF MASONRY AND THE 9/11 ATTACKS. First we must locate and identify each of the 3 triangles in Fig.#7 by number They are 1-4-7, 2-5-8, and 3-6-9. Locate these and line them up with each of the squares above under Terms Of Heraldry. #1 should be in the same position as on the Red, Yellow, and Blue Triangle worn by our Freemason President in Figure #4. The Blue shield worn by the military hides a BLUE CROSS. Thus A Blue Cross and shield.

THE FIRST OF THR... 9/11 BLUEPRINTS USING REL... YELLOW & BLUE

AN AT & T 1994 BROCHURE IN RED, YELLOW, & BLUE SQUARES

NOTE: AT & T GAVE US THE 911 NATIONAL EMERGENCY CODE

# In Baghdad, a big thanks




Pablo Martinez Monsivais photos

statesman.com ... Austin American-Statesman




6







7

33rd Degree Maso...

3



"THE 2ND BLUEPRINT FOR THE 9/11 TERROR ATTACKS ILLUSTRATED"

Remember that Red, Yellow, and Blue are Divine Keys which allowed me to break the 9/11 Freemasonry Terror Code. This Divine Key is the focus of the symbolism of the Red, Yellow, and Blue Key shown on the VATICAN CITY FLAG. (See lower right). The origin of the Vatican's flag comes from the emblem corresponding to the alphabet "K" (for key) in the INTERNATIONAL ALPHABET FLAG CODE on the lower left this page. On page 5 is illustrated the actual blueprint from WINGDING'S SYMBOLIC FONT.









Vatican City

HOW TO DECODE THE FREEMASONRY SYMBOLISM ON PAGE 5

1. The 9/11 Freemasonry symbolism on page 5 can not be read until it is decoded. Inorder to decode it you need several highly technical keys. When the tail # Q 33 N Y for one of the aircrafts is keyed into Wingding's symbolic font computer program, the 9/11 Blueprint at the top of page 5 will appear. It is important that this blueprint match the 1994 AT & T blueprint. That mean that we must find frist the yellow square containg the aircraft in both blueprints. YELLOW IS HOMELAND SECURITY HIGH TERROR ALERT SYMBOL. Figuratively,Yellow means a coward. One who is afraid or frighten by terror. Thus YELLOW.

2. HOW TO FIND THE YELLOW SQUARE IN THE 2ND BLUEPRINT: Locate alphabet "Q" on page 5 which symbolizes the airplane. Now locate "Q" in the Alphabet Code above in the solid yellow square which matches the plane and Yellow Square on the AT & T 1994 Consumer Brochure.

3. HOW TO FIND THE FREEMASONRY RED, YELLOW, AND BLUE TRIANGLES IN THE 2ND BLUEPRINT. First locate the 9-pointed star which symbolizes the Masons 33°. This star is next to the airplane and corresponds to "R". Next find "Z" which is the symbol for Islam on page 5. Now find "Z" in the Code above which matches with it's Red, Yellow, and Blue. Now look at the illustration above which shows the equal-like sign which is the Semites ancient way (=) for making a "Z". It is the letter "ZAYIN", THEIR WORD FOR WEAPON. This ancient "Z" appears in the boxes which symbolizes the TRADE TOWERS at the top of page 5. There are 9 sets of 11's or weapons circled in red on page 5.

**"THE 2ND BLUEPRINT FOR THE 9/11 TERROR ATTACKS ILLUSTRATED"**

**THIS BLUEPRINT WAS HIDDEN IN WINGDING COMPUTER PROGRAM**

The illustrations below are first shown in Times New Roman (standard word processing font) and then followed by Wingdings (symbolic font).

Q 3 3 N Y



NOTE: All of these symbols are Masonic sophisticated emblems. Only a Mason could have assembled them.

( The above may have been the tail # of one of the crafts used in the 9/11 attacks)

A B C D E F G H I J K L
M N O P Q R S T U V X Y
Z





33°
OR 9 elevens



Z

**Z=ISLAM WHICH IS RED, YELLOW, & BLUE IN THE INTERNATIONAL ALPHABET FLAG CODE. BLACK IS ALWAYS REJECTED.**

1 2 3 4 5 6 7 8 9 0
! @ # $ % ^ & * () _ +



3 sets of horizontal 11s, or Zayin (= weapons) in each 9/11 target.






The Bible is the number 7 for Ezekiel 7:11 where the apocalyptic violence began. It ends in Ezekiel 9/11. "Violence is risen up into a rod of wickedness: none of them shall remain, nor of their multitude, nor of any of theirs: neither shall there be wailing for them.

The Greek alphabet Delta comes from the Hebrew word Daleth meaning door. Daleth is the fourth alphabet in Hebrew and it is found only in the 119 Psalms which is the bible code for 9/11. With the RED, YELLOW, and BLUE KEY, we are able to open many doors that were shut, and we are able to shut many doors that were open. This Key of bright colors now opens the door to the 3rd 9/11 terror Blueprint illustrated by my graphics on page 7.

The SONIC BURGER Chain employs a RED, YELLOW, AND BLUE AIRPLANE as it's Corporate Ensign. The black background symbolizes darkness. Its that color which is rejected from the alphabet "Z" in the INTERNATIONAL ALPHABET FLAG CODE. An illustration is shown below.






Z




**Romania's Flag,** *left,* has stripes of blue, yellow, and red, the national colors. The coat of arms, *right,* appears in the center of the flag. The red star on the coat of arms symbolizes Communism.

RED, YELLOW, AND BLUE SYMBOLIZES THE COMING OF A TERRIBLE TYRANT.

READING INSTRUCTIONS

1. CONNECTING THE THIRD 9/11 BLUEPRINT TO THE PREVIOUS ONES BY USING SCIENTIFIC EVIDENCE: First we must use our RED,YELLOW, AND BLUE KEY which represents the alphabet "Z" in the INTERNATIONAL FLAG CODE. These colors decorates the airplane whose cockpit is broken off from flying into the symbolic two towers which are located on each end of SONIC parking lots.

2. THE SYMBOLISM OF THE NAME SONIC FOR A HAMBURGER CHAIN FASHIONED IN THE FORM OF THE WORLD TRADE TOWERS: A hamburger is a flat ground beef cake that is fried, grilled or broiled. The name HAMBURGR come from the name HAMBURG, a major city in West Germany which sent many thousands of JEWS to Death ovens during WORLD WAR II. The 9/11 and Anthrax attacks on NEW YORK, and the Symbolism used by H-E-B-Grocery on it's 100th Annivery Bear, brings to light the Anti-Jew, and Anti-Christian aims of Freemasonry. No further explanation is warranted in this section 2.

3. ADDITIONAL EVIDENCE CONNECTING MASONRY TO 9/11 BLUEPRINT #3: The word "Sonic" and the RED, YELLOW, AND BLUE Costumes of the SONIC HEROES in the NINTENDO games are all the work of Freemaons. Sonic deals only with sound and airplanes. Freemasonry is said to be a voiceless world . The speed which sound travels per second and per hour, all bare rates and numbers relative to Masonry AND 9/11

Ninetendo Sonic gamecude has no business connection to Sonic Hamburgers. They both use the red, blue, and yellow 9/11 Freemasonry color and bar code.







MASONIC =SONIC
A War game for World dominion

☆sonic (son′ik), *adj.* 1 of, having to do with, or using sound waves: *sonic impact.* 2 having to do with the rate at which sound travels in air. Sonic speed in air at sea level is about 1,100 feet per second (335 meters). [< Latin *sonus* sound + English *-ic;* perhaps patterned on *phonic*]

☆**sonic**
definition 2

**sonic: 740 mph (1,190 kph) speed of sound**

hypersonic:
5 or more times 740 mph (1,190 kph)

supersonic:
more than 740 mph (1,190 kph)

subsonic:
less than 740 mph (1,190 kph)

speeds at sea level




**33rd Degree Mason**

This page provides the Commission graphics for the two twin towers which sit in the parking lots of all Sonic drive in's. The word sonic is used to veil the date 9/11 and the secret work of Masonic brotherhood in terror. The nine-pointed star of Masonry encodes 9/11 by interlacing three "Delta" equilateral triangles to make their 33° emblem. Since 3 triangles equals a 33° emblem, one triangle would therefore be an eleven. When the three are interlaced however, nine additional triangles are created on the peripherals of the emblem which then make 9 elevens as shown above. Masonry call it a magic triangle because when you add all corresponding numbers you also get 11. (Example) 9+2 =11, 8+3=11, 7+4=11, 6+5=11. The tau (X) cross on the emblem is the Roman numeral for ten (10). These 9 triangles and this tau (X) cross is the origin for the word "NINTENDO". It is a war game started from 9/11 where the players fight for world dominion which is the aim of freemasonry.

The words "Ordo AB CHAO" on the Freemasonry 33° emblem above is Latin for ORDER OUT OF CHAOS 9/11. Here it is the aim of Freemasons to create a new world order out of terror and fear brought on by the 9/11 and anthrax murders.

The above is the third 9/11 blueprint which agrees technically with the two which I have previously illustrated. Moreover, each agrees scientifically and technically with the other and the secret doctrine and documents of Freemasonry when carefully studied. These have been attested under oath and filed in Federal Court records.







33rd Degree Mason






AMERICAN SOLDIERS ISSUED NEW 9/11 HEAD ORNAMENTS: WHY?

READING INSTRUCTIONS FOR PAGES 8 & 9

1. THE HEAD ORNAMENT AND THE TIME (X) SIGN ILLUSTRATED: The TIME (X) placed on the cover of TIME MAGAZINE is the MARK of the MASONS shown above on the 33° emblem. Here it is placed cleverly on the forehead of Saddam Hussien, and hidden on the forehead of the Soldier under a blue shield. This "X" also represents the number 10 in heraldry and Roman numerals. It can also be an 11 as shown above and on the next page where the two horizontal lines are broken. The 9 horns which make up the 9-pointed star are called 10 horns when the TIME (X) or Roman Numeral for 10 is placed behind them. The 10 horns is a Biblical Apocalyptical Babylonian (Iraqi) Beast described in Revelation 17: 1-18. He is not Saddam Hussien as the real enemy would have you to believe. This beast is not one that you can restrain with handcuffs and jail bars.

2. MATCHING SCIENTIFICALLY THE 9 HORNS ON THE 9 POINTED STAR WITH THE 9 MARKS OF CADENCY SHOWN AT THE BOTTOM OF PAGE 9: This illustration is intended to show that AL QAEDA TERROR NETWORK and Islam is one of the secret arms of Freemasonry. Each of the 9 horns above corresponds to the 9 marks of Cadency shown on page 9. Among these marks are the symbols for AL QAEDA and Islam. This is the CRESCENT AND MULLET (STAR) which are the Mark of the second and third son. The 10th Mark is called the "Saltire" which is shown at the bottom of page 9. These are the Marks of the RED, YELLOW, AND BLUE Dragon called cryptically POKEMON, which means the man who poked or pierced Jesus. You may see the POKEMON cap I have illustrated on page 9 in the lower right hand corner. The dragon is positioned in the shape of a six (6) on the forehead.

FREEMASONRY'S 9/11 EMBLEM HIDDEN ON U.S. SOLDIER'S NEW HEAD GEAR

SOURCE OF :APHICS: WORLDBOOK ENCYCL EDIA

JOHN 19: 23-24

# TERMS OF HERALDRY




8 Base point
9 Sinister canton of base
10 Honour point
11 Nombril point
A-B Upper margin
C-D Lower margin
A-C Dexter margin
B-D Sinister margin
1-2-3 Chief
4-5-6 Fesse
7-8-9 Base
1-4-7 Dexter tierce
2-5-8 Pale
3-6-9 Sinister tierce

1 Dexter chief canton
2 Chief point
3 Sinister chief canton
4 Dexter flank
5 Center point
6 Sinister flank
7 Dexter canton of base

## ...AS THEY ARE USED IN DESCRIBING COATS OF ARMS



**SUPPORTERS** These may be mythological figures of men, beasts, fishes, or birds, usually appearing in pairs, one on each side of shield and resting on motto scroll. They are not essential, but give an artistic finish to the coat of arms.



**THE MANTLING,** is the ornamental accessories about helmet and top of shield.




POINTS OF THE FIELD — OR (gold)



ARGENT (silver) — AZURE (blue)



GULES (red) — SABLE (black)

**WREATH OR BANDEAU**



It is composed of six twists, either curved or straight, and has the same tinctures as shield and charges, the metal in all cases being the first twist on the dexter side.

**FURS**



ERMINE — VAIR — VERT (green) — PURPURE (purple)

## MARKS OF CADENCY



THE FILE or LABEL
Mark of eldest son

THE CRESCENT
Mark of second son

THE MULLET
Mark of third son

THE MARTLET
Mark of fourth son

THE ANNULET
Mark of fifth son

THE FLEUR-DE-LIS
Mark of sixth son

THE ROSE
Mark of seventh son

THE CROSS MOLINE
Mark of eighth son

THE OCTOFOIL
Mark of ninth son



PALE — BEND



FESSE — BAR



CHEVRON — CROSS



SALTIRE — PALY — BENDLET — PARTY PER PALE

**The Small Letter m** appeared during the A.D. 300's as a rounded letter. By about 1500, it had developed its present shape.



A.D. 300 — 1500 — Today

**Special Ways of Expressing the Letter M**



IO I THE YELLO STAR OF FREEMA IRY?

On my opposite page 11 is a page from a Freemasonry Bible published in 1971 by the JOHN A. HERTEL CO. for Freemasonry. There is a YELLOW star before the altar which is cleverly decorated with black and white Orthodox christian crosses . The Yellow Star represent a diety of fear, and terror. The Bible is cleverly turned to the 133 Psalms which is




called " A SONG OF DEGREES". Degrees is a biblical reference to Masonry who built the Temple of GOD. (1st Chronicles 22: 1-2). Masons were once called Night Templers because they stood in the house of God at night as they still do, (Psalm 134: 1-3).

I have studied the clever printing methods of the HOUSTON CHRONICLE, H-E-B- GROCERIES, and AT & T Telephone Company whose emblems are shown above. They all use RED, YELLOW, AND BLUE to send sophisticated signs about their work of evil against the Church and Isreal via terror. The HOUSTON CHRONICLE has engaged in "YELLOW JOURNALISM" which is exaggerated reporting. Here the Yellow Star appeared after the 9/11 attacks and the anthrax murders. On the left hand side of the Chronicle' NEWS print is a RED "M" . This M is another way from the INTERNATIONAL ALPHABET FLAG CODE for expressing the "X" which is a Tau cross. This "M" is followed by a YELLOW "Y" and or a YELLOW square, which are followed by a cross and blue "C". You may see reproduced copies on the left hereof.

The seven Stars and the Crescent in the upper left hand corner of page 11, represents the "SEVEN ANGELS OF THE APOCALYPSE AND ISLAM, (Revelation 1:20). "The mystery of the seven stars which thou sawest in my right hand, and the seven golden candlestick. The seven stars are the seven angels of the seven churches: and the seven candlesticks which thou sawest are the seven churches."


G
PSALM CXXXIII
TEMPERANCE
FORTITUDE
PRUDENCE
JUSTICE
This is to certify that
our worthy Brother
entered Apprentice ________ passed to Fellowcraft ________
raised to the sublime degree of Master Mason
and is a member of ________________ No. ________
at ________________________ and we recommend
to all Brothers and Fellows wherever dispersed

PART II

Evidence of the sophisticated intimidation tactics used by Freemasons to silence witnesses with knowledge of their complicity in 9/11 and the anthrax murders, surfaced

The Dallas Morning News Wednesday, March 10, 2004 Page 11A

# Mason initiation results in killing

## Man says he was to fire blanks in ceremony but pulled wrong gun

Associated Press

PATCHOGUE, N.Y. — A man was shot in the face and killed during a Masonic initiation ceremony by a fellow member who mistakenly pulled out a real pistol instead of a blank gun, police said Tuesday.

The 76-year-old man who fired the shot was charged with manslaughter.

William James, 47, was killed Monday night at the Southside Masonic Lodge.

"We believe it was completely accidental," said Suffolk County Detective Lt. Jack Fitzpatrick. The man under arrest, Albert Eid, was "stunned and distraught" at Mr. James' death, he said.

The initiation rite was aimed at scaring the new member.



Albert Eid

According to Lt. Fitzgerald, the Masons sat Mr. James in a chair and placed cans on a platform around his head. Mr. Eid, standing about 20 feet away, was supposed to fire a blank gun, and a man holding a stick was supposed to knock the cans over to make Mr. James think they had been hit by bullets.

Mr. Eid had two guns — a .22-caliber pistol loaded with blanks and a .38-caliber with real bullets — and apparently pulled the wrong one out of his pocket, the lieutenant said.

He said the weapons are about the same size.

Mr. Eid had a permit for the gun. Police said it was not clear why he took it to the ceremony. He pleaded not guilty. Bail was set at $2,500.

Wednesday, March 10, 2004

Chronicle

25A

## Suicide attackers kill 1, wound 5

ISTANBUL, Turkey — Two suicide attackers stormed a Masonic lodge Tuesday, opening fire with automatic weapons and setting off explosions that killed one person and wounded five. One of the attackers also died and one was injured in the assault. There was no immediate claim of responsibility.



Turkey

with several killings in Masonic Lodges on March 9, 2004. This was only four days after the Court was warned in the Habeas Corpus Application that the Freemasons were using these kind of tactics. One killing occured in the same state where the 9/11 attacks occurred which destroyed the World Trade Towers. Only a Freemason would know that the killing of William James on March 8, 2004 in a Masonic Lodge,was meant to send a message to other Master Masons who are comtemplating revealing 9/11 and the anthrax murders secrets. Likewise, the suicide attackers who attacked a Masonic Lodge the following day on March 9, 2004, was also orchastrated to send a warning to Master Masons worldwide. This attack occurred in Istanbul, Turkey as evidenced by the two articles photocopied above.

POSTAL SERV E USES ARMSTRONG AS ITS YE OW STAR

(AN ACTUAL ILLUSTRATION OF CHRONICLE'S YELLOW JOURNALISM )

Below Lance Armstrong shows off the symbolic mark of the beast




in right hand. The Freemason's "X" or tau cross can also be illustrated as a check mark. The ancient Egyptians called this symbol a check mark. It is taken from Revelation 13: 12 which says, "And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right hand, or in their foreheads. The Crhonicle uses the Yellow star right above its sinister heading "UNLEASHING YOUR SPEED DEMONS". The captioned beside the "RACE FLAG" which conceals black and white Orthodox Christian Crosses , symbolizes the Religious and Race War now being fought.

The Postal Service Seal is RED, AND BLUE. It uses Tour de France bicycle star Lance Armstrong" as its Yellow Star. The Postal Servie has a 9-11 Zip Code system which corresponds to the number of it's Board of Gorvenors. The Postal has an eleven Member Board. Nine are appointed by the President, and the Postmaster and Deputy Poster Master must be appoved by the U.S. Senate. The BLUEPRINT FOR THE ANTHRAX MURDERS is also hidden in WINGDING with the 2nd BLUEPRINT of the 9/11 Attacks.

HOW TO READ THE SYMBOLISM BEHIND H-E-B PLACING OF THE HEBREW AND CHURCH SEAL BENEATH THE FEET OF THE BEAR

In heraldry the CARTOUCHE symbolizes the Hebrew people and the Church. H-E-B is the abbreviation for Hebrew. The black and white Solomon's Seal is another "KEY" which allows us to understand the symbolism behind the Cartouche worn by the late Pope on page 13. The inverted black triangle representing the black church and a black Diety is placed on the bottom. The white triangle representing the Aryan Church and white diety is placed on the top. The Worldbook article at the top of page 13 tell us about the Egyptian origin of the Cartouche. The black and white checkerboard squares on my previous page in the Masonic Temple, is what is called a "Race Flag" at auto Race Tracks.




Solomon's seal 1










Read Worldbook's article on page 13 which explains the heraldry of the Cartouche. The chickens inside of the cartouche is what inspired the name CHURCHS CHICKEN. Notice that CHURCHS logo is decorated with Red, Yellow, and Blue which are KEYS that opens the door to death and Hell. No other man on Earth has these Keys. They were given to me by Jesus to speak as his witness in the earth, (Revelation 1: 18). "I am he that liveth, and was dead; and, behold, I am alive for everemore, Amen; and have the keys of hell and of death.

The black and white triangles of Solomon's Seal is the key which allows entry into the INTERNATIONAL ALPHABET CODE. Heres how. The RED, and BLUE emblems above corresponding to A and B comes from the Geometry of Solomon Seal where every black and white point intersects forming a "K" like figure called a "Chevron". See angles 2 & 3, and 6 & 5 on the left above. The blue emblem for A represents the Aryan race and the upright triangle. And the red emblem corresponding to "B" represent the black race and the black inverted triangle. These two Delta triangles for the English alphabet "D", represents the two "D's" in "DAVID". This key is also called the "KEY OF DAVID". The four triangles shown for the alphabet "Z", are symbolic of the four triangles for Solomon Seal & Star of David. The RED, YELLOW, AND BLUE MARLBORO emblem with the Cartouche, are the same emblems for A and B in the Alphabet Flag Code. The YELLOW STAR AND TYRANT who is coming is called the "MARLBORO MAN". He's the Bear seeking to crush Israel and the Church with his Bear feet. This is the message that is being sent by H-E-B's RED, YELLOW, AND BLUE BEAR.

ILLUSTRAT. ; THE CARTOUCHE AS THE SEA OF GOD
" A SYMBOL OF CHRIST, ISRAEL, AND THE CHURCH"

**CARTOUCHE**

**CARTOUCHE,** *car TOOSH,* in architecture, is an ornament shaped like a scroll with rolled-up ends. Architects also use the term for an inscribed tablet shaped like a partly-unrolled scroll.

In Egyptian archaeology, a cartouche is an oval frame with the name or symbol of a ruler on it. In heraldry, the term refers to an oval shield used by popes and churchmen of noble descent to display their coats of arms (see HERALDRY). The word also means a map title, drawn in the form of a scroll.

The word *cartouche* comes from the Italian word *cartoccio* (roll of paper). It first referred to the wadded roll of parchment or paper containing the explosive charge of a firearm. The word *cartridge* originally came from this Italian term.



**The Cartouche of Khufu (Cheops), King of Egypt, was used as a name plate on a monument.**

ARTHUR E. DUBOIS




**• cartouche**
definitions 1a, 1b



ornament



seal






DELTA AIRLINE CALL RED, YELLOW, AND BLUE
"THE NEW SUPER POWER (1994)

(SEE READING INSTRUCTIONS BELOW FOR PAGES 14 & 15)







Figure 32. Present guidon.




I collected Delta Boarding Pass envelop above in 1994 as I began to study the RED, YELLOW, AND BLUE symbolism. Notice above that Delta uses a Citgo's Red and Blue emblem with it's Yellow Delta triangle to complete the color code. The eagle represents GOD whom MARK 10: 18 says is the only one that is good. Here the captioned below the eagle implies that Good is not Good enough. It then ask the World to fly with the NEW SUPER POWER, the Yellow Star.

On page 15 I have the "PHILADELPHIA TRUMPET" magazine cover page for July 2004. The Yellow Star is the WORLD'S NEXT SUPERPOWER. It is important to remember that "YELLOW" is the symbol of Terror with a capital "T". Terror is defined by Worldbook as being a political process designed to bring political change through public fear. This fear will be used as a mean of sacrificing our democratic laws in exchange for the promise of security. In the end the people will have neither. They'll have instead a man of Iron who will hate peace.

I have put a copy of my Delta Frequent Flyer pass at the top left. The purpose is to illustrate the chevron emblem for Delta which corresponds to the letters "A" & "B" in the INTERNATIONAL ALPHABET FLAG CODE. I have also duplicated a USA Soldier with a Delta Flag from a 1954 field training manual. This symbol which is seen on most food and commercial products and labels, is taken to mean nothing.

"THE YELLOW STAR OF TERROR, THE NEXT WORLD SUPER POWER"



REVIEW. ; THE BLUEPRINT FOR THE 2N 9/11 ATTACK
IN EXPLAING THE MEANING OF VERIZON'S RED "Z"

Q 3 3 N Y











A B C D E F G H I J K L
M N O P Q R S T U V X Y
Z





33d
OR 9 elevens






NOTE: THE A & M ROTC ON PAGE 17 with their weapons, are perhaps UNWITTINGLY SYMBOLIZING THE MEANIG OF THE HORIZONTAL EQUAL-LIKE BARS MEANING WEAPONS.

First locate on our opposite page 17 the RED, YELLOW, BLUE, AND BLACK horizontal bars on the right hand side of the page. These are the colors for the letter "Z" in the INTERNATIONAL ALPHABET CODE. Now remember that "Z" is the symbol for Islam in the 2nd 9/11 Blueprint which is illustrated above. The equal signs which corresponds to the number 3 3 (=) are the Semites ancient way of expressing the letter "Z" which is called "Zayin", meaning weapon. Thus VERIZON'S RED "Z" is a symbol for the weapon of AL QAEDA TERROR NETWORK. It is one of the secret arms of Freemasonry. Like AT & T, VERIZON is one of the many companies providing our nation and the World with 9/11 Emergency telephone service.

Also found on page 17 is the RED, YELLOW, AND BLUE ensign for HOMELAND SECURITY. It has three small red stars above the yellow eagles for Freemasonry. I have illustrated the Red Crescent for Islam on the top right. It has two horns. This is the second Beast mentioned in Revelation 13: 11. "And I beheld another Beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon." The lamb is a biblical symbol for our humble LORD. The dragon is the antichrist who comes in our LORD's name.

The bible refers to Islam and their Red Crescent as the Moon that turns to blood when the KEY OF DAVID opens the sixth Seal. (Rev. 6:12) And I beheld when he had opened the sixth seal, and, lo, there was a great earthquake; and the sun became as sackcloth of hair and the moon became as blood. This is a reference to Terror.

veri on




# SUPERPAGES™

**DECEMBER 2003**

"Z" MEANS WEAPON.
GET IT NOW! (See Below)

**ORDER ANY DIRECTORY ANYTIME 1-800-888-8448**

**COMMUNITY MAGAZINE**

*Featuring local attractions, sports venues, and theater & stadium seating charts.*

*Now with even more goods, services and information to help you get things done.*

**DINING YOUR WAY!®**

*Your guide to local area restaurants by cuisine Featuring menus, hours, maps, and delivery & take-out information.*

NEW INSIDE!

HOMELAND SECURITY GUIDE

verizonwireless

get it NOW SUPERPAGES GOES WIRELESS

# BRYAN · COLLEGE STATION

learne · Kurten · Navasota · Snook · Texas A&M University · Tunis

**SUPERPAGES.COM℠**

Visit America's #1 online yellow pages to find people and businesses locally and nationwide.

**AREA CODES 936/979**





PERSONAL INJURY
BOARD CERTIFIED
DAVIS & DAVIS
ATTORNEYS AT LAW
Board Certified by the Texas Board of Legal Specialization.
979-776-9551
www.davisdavislaw.com • 2900 Trophy Drive


rizon Southwest Inc. The White and Yellow Pages are printed on paper containing up to 40% post-consumer recycled fiber. ©2003 Verizon Directories Corp. KEEP ME UNTIL YOUR NEW BOOK ARRIVES IN 2004.

HP'S TRI-COLOR (RED-YELLOW-BLUE) AND T CROSS
A CORROBORATIVE TECHNICAL ILLUSTRATION




READING INSTRUCTIONS

1. THE ORIGIN OF HEWLETT PACKARD'S TRI-COLORS RED-YELLOW- AND BLUE: NOtice the Development of the letter "T" above from WORLDBOOK. The first illustration is the ex (X) shaped "T" which is used by the Freemasons on their 33° emblem. Next locate the 3rd method for making a "T" as used by the Phoenicians around 1000 B.C: This 3rd ancient method is the method chosen by HP to veil the Mason's tau (X) in their Corporate ensign shown on the far left above.

2. EXPLAINING THE TRI-COLORS USING THE INTERNATIONAL ALPHABET FLAG CODE: Remember, RED-YELLOW-AND BLUE are only color veils for hiding Masonry's 9/11 33° emblem. Now find the red "X" emblem which corresponds to the letter "V". Note it is interchangeable with the Yellow and Blue crosses that corresponds to the letters "R" and "X". Now go back to the brown box and read Worldbook's captioned illustrating how the ancient Egyptians called this X" a "Check Mark". This is why VERIZON places their check mark over the letter "V" in VERIZON. "That is,"V" is a veil for the Red "X" used on the 9/11 33° emblem of Freemasonry. Therefore the check mark must also be red. Study this critical point again if necessary.

3. HP'S TRI-COLORS JOINED TOGETHER AS THE THREE DELTA TRIANGLES TO CREATE SYMBOLICALLY THE 9/11 33° FREEMASONRY EMBLEM. The The three circular tri-colors of HP's ensign, carry the same 9/11 Freemasonry massage as the red, yellow, and blue triangles. The triangle illustrate above is the same triangle worn by the President on page 3 in the first 9/11 blueprint illustration.

"GM SUBSTITUTES ≡ (EQUALS) FOR "E" IN REVOLUTION"

IT'S "Z" FOR ZAYIN, THE AL QAEDA WEAPON"




The above illustration is a GENERAL MOTORS brochure taunting an AMERICAN REVOLUTION via the terror of THE AL QAEDA TERROR NETWORK. Here GM uses fast artwork when it dropped the "E" in Revolution and replaced it with "Zayin" (=), the ancient Egyptian word for weapon.

Although there are three bars instead of two, however the rules for encrypting permits adding one or taking away one. Here one is added to complete the three lines used for making the English "E".

Also shown is the red, yellow, and Gold cars which gold is a substitute for yellow under the rules of heraldry. You may see pages 2 and 9 for an illustration from "Terms of Heraldry".

It has taken me more than twelve years of continuous studying of the printing methods of the Terrorists in order to read their codes. It is a code impossible for man to break. A wise man would know that those things revealed herein could only have come from the GOD of GLORY. If you are a law enforcement employee and/or an Official, and would like to use your office to conceal those things you've read and learned herein, please beware of the lawful and Spiritual consequences.

Because of the many FREEMASONS who are working in key positions in governments and law enforcement, I am therefore circulating this document to many units. I plead for each recipient to do the just and honorable thing upon their receipt of this document.

Copyright 2005
By: Rev. Willie H. Ellis