Trone et al v. Peanut Corporation of America
Doc. 250 Att. 2

# EXHIBIT C

Dockets.Justia.com

CAUSE NO. A05CA682

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2005 NOV 28 AM 11:45
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

| | | |
|---|---|---|
| REV. WILLIE H. ELLIS | § | CRIMINAL COMPLAINT PURSUANT |
| COMPLAINANT | § | TO RULE 3 U.S.C. TITLE 18 |
| | § | UNITED STATES MAGISTRATE |
| VS | § | |
| | § | |
| U.S. CHAPTERS OF SCOTTISH RITE | § | |
| FREEMASONRY BROTHERHOOD, ET AL | § | |
| | § | |

AMENDMENT OF COMPLAINANT'S ORIGINAL 9/11 AND ANTHRAX MURDERS COMPLAINT

On August 29, 2005, this Complainant filed a Criminal Complaint which embodied the voiceless Communication Code developed by the AL QAEDA TERROR NETWORK. This color coded Geometrical, Alphabet, and Numerical Code system, was used prior too, during, and after the 9/11 attacks and anthrax murders. After the Clerk of the Court reviewed my complaint, the Clerk recommended that same should be brought before the U.S. Attorney's office located at 816 Congress Suite 1000 in Austin, Texas. Following the advice of the Clerk's office, Complainant met with an Assistant U.S. Attorney during that same hour at said address. The Assistant U.S. Attorney reviewed said complaint, requested and received a certified copy of same, and referred Complainant to the Austin Division for the FEDERAL BUREAU OF INVESTIGATION.

This Complainant carried his complaint to the office of the F.B.I. located on Research Blvd. in Austin, Texas, and met with Special Agent Hernandez. The Special Agent carefully reviewed the complaint and it's corroborated facts, and after having done so, determined that it was credible enough to be sent up the Food Chain of the Bureau.

After having broken the Communication Code of the Network, Complainant discovered that there are hidden Terror Cells operating under the dark veils, and from the windowless Lodges, of the INTERNATIONAL BROTHERHOOD OF FREEMASONRY. The Complainant also discovered that there are in place a set of National and International unwritten laws, that shields the BROTHERHOOD from crimes against Humanity. This blanket immunity is the origin of the phrase, "HE GOT OFF SCOTT FREE". SCOTT is a reference to the SCOTTISH RITE FREEMASONRY BROTHERHOOD. To enforce obedience, silence, and allegiance to the Order, the BROTHERHOOD unfairly, and illegally employs a variety of intimidating tactics. These tactics includes murder; which is illustrated in my original Petition, and the threat of murder. Such being a part of the Oath taken by each Master Mason. Master Masons are never made aware of the binding death Oath until it is being administered.

The purpose of this information is to provide the Court New Information that was not a part of the original Petition. And that if such new information is acted upon promptly, it can lead to some major arrests in both the 9/11 attacks, and the unsolved anthrax murders of October 2001.

THE SCIENTIFIC ORIGIN OF THE FREEMASONRY RED, YELLOW, AND BLUE TRIPLE TAU (X- + - T) ILLUSTRATED

The first new information for amending this complaint is encrypted on the Abrams tank on my following page. Written on the tank is the "APOCALYPSE OF MASONRY 911. It is written in Red, Yellow, and Blue without putting the colors on the tank. When this message is deciphered-and it will be in this document, it then delivers a voiceless message about WMD, NUCLEAR WAR, and much more. All of these are simply referred to as the Apocalypse of Masonry which only a Master Mason can define. Here is how to decipher and read this Terroristic message using the INTERNATIONAL ALPHABET FLAG CODE, and a FREE-MASONRY training document called "A THOUSAND POINTS OF LIGHTS". A Thousand Points of Light--A 1927 Masonic Questions and Answers Book written by Charles H. Merz, A.M. M.D. 32°. It has 1001 Questions and Answers for Masons pursuing their Master Mason Degree.




Tau=Triangle (Triple Tau= 3 Triangles) 3 Triangles= 33° Masonic Emblem.




33rd Degree Mason



Texas

First locate the Special way of expressing the letter "T" using the International Morse Code shown on my next page 3. Notice it is identical to the 3 BARS inside the chevron on the Abrams M-1A1 Tank. These 3 BARS for the 33° emblem of Freemasonry is also shown above from the cover of ALBER G. MACKEY's book titled "JURUSPRUDENCE OF FREEMASONRY". The 33 points forming a half circle represents the 33° with the triple Tau (X) and tri-angle. The two emblems above and that on the Abrams Tank carry the same message. The Masons use three secret ancient forms to write their "TAU" (X) which is shown in the brown box on page 3 using an illustration from WORLDBOOK. Locate these ancient letters now corresponding to the Egyptians, Semites, and the Phoenicians. These corresponds to the emblems for "R", "V", and "X" in the INTERNATIONAL FLAG ALPHABET CODE on page 3. There colors are red, yellow, and blue. The three red, yellow, and blue triangles that corresponds to "Z", are interlaced to form the 33° emblem above on the right. The 3 BARS on the Texas Flag above is also the Masonic triple Tau. (See page 3 special ways for T). When these BARS appear on any flag it represents the 33° degree emblem of Masonry.

READING THE WMD SIGN ON THE TANK BELOW

The encryption on the tank below uses geomentry and the Morse Code for the letter "T" to write about WMD and Nuclear War. Below is called the "Apocalypse of Masonry" which is defined with the excerpted Masonic document on the right. Use the explanation and analytical page which I have attached explaining the coded Masonic writings.

www.houstonchronicle.com TUESDAY, MARCH 25, 2003 Vol. 102 No 163 50 Cents

Q. Apocalypse of Masonry: What is it?

A. The close connection of the imagery of the Apocalypse to the machinery of the Mysteries, and the Intimate connection between their system and that of Freemasonry induced our ancient brethren to claim the patronage of an apostle so eminently mystical as St. John in his writings, and whose crowning work bore so much of the appearance of a ritual of initiation.




David Leeson / Dallas Morning News

An M-1A1 Abrams tank attached to the 3rd Infantry Division halts menacingly in front of an Iraqi man whose vehicle was stopped by U.S. soldiers on Monday.

**Development of the letter T**

X — **The ancient Egyptians** used this check mark about 3000 B.C.

\+ — **The Semites,** about 1500 B.C., used a cross-shaped letter that they called *taw,* their word for *mark.*

\+ — **The Phoenicians** had a cross-shaped letter in their alphabet about 1000 B.C.

T — **The Greeks,** about 600 B.C., put the crossbar at the top of the vertical stroke. They called the letter *tau.*

T — **The Romans** gave the letter T its capital form about A.D. 114.

**Special ways of expressing the letter T**




INTERNATIONAL ALPHABET FLAGS




TERMS OF HERALDRY




8 Base point
9 Sinister canton of base
10 Honour point
11 Nombril point
A-B Upper margin
C-D Lower margin
A-C Dexter margin
B-D Sinister margin
1-2-3 Chief
4-5-6 Fesse
7-8-9 Base
1-4-7 Dexter tierce
2-5-8 Pale
3-6-9 Sinister tierce

1 Dexter chief canton
2 Chief point
3 Sinister chief canton
4 Dexter flank
5 Center point
6 Sinister flank
7 Dexter canton of base

II.
## DECIPHERING A BRILLANT MASONIC PRINTING METHOD

The printing method of the AL QAEDA TERROR NETWORK is called brillant by the Masons. It allows messages to be printed in Mass Media without any possible chance of it being compromised by a non-mason. It is a Devine printing method being used by a diabolical and secret society. I have illustrated below additional commercial illustrations for the TRI-COLOR triple tau. On the opposite page I have illustrated the triple tau used by the Catholic Church just one month after the 9/11 attacks. The triple tau is placed next to an article which the Church spoke on 9/11 and it's effect on Church attendance.








Vatican City

In the Hewlett Packard graphic above, red, yellow, and blue cords attaches to the tau cross. This cross is the symbol for the Orthodox Christians and is still used by the Catholic Church also. Remember that each cross represents a deity of evil.

The three circles of red, yellow, and blue are laced together to create the 33° emblem of Freemasonry. These follow very specific International rules for Freemasonry heraldry. We will use Masonic documents from the THOUSANDS POINTS OF LIGHT to illustrate how the circles, squares, and triangles are interchangeable in both heraldry and Masonry.

The VATICAN's flag as shown above is a red, yellow, and blue Key in triangular form. This Key get you into the door of a Mother Lode of secret evil committed by wolves who wear sheep clothing. It is important to remember that in heraldry these three black bars for Tau (X or T) is also an eleven. Instead of crossing the two ones like this (X), you lay them parallel to each other like this (11). Therefore you have 3 elevens which equals 3 X 11 for the 33°. When these same three equilateral triangles are interlaced as shown below, they then create 9 equilateral triangles on the peripheral which then make 9-11's. This Red "X" is called a TIME SIGN as in TIME MAGAZINE illustrated below. It is the Roman number ten which is placed on the head of evil men to represents 10 horns as in the book of Revelation 17: 1-18. Examine closely the graphics below and on my next page 5. In Revelation 17: 4, this beast is colored purple, scarlet, and gold, which are the veils for Red, Yellow, and Blue. (See my color wheel enclosed herewith).




(4)



33rd Degree Mason

TRIPLE TAU AS THE CHURCH UNCONVENTIONAL ADVERTISING ILLUSTRATED

Houston Chronicle
Section E ★★
Saturday, Oct. 13, 2001

# Altar calls

## Unconventional advertising

Yes, you will combat evil.
No, you don't get to wear a cape.

## targets

Maximize your potential.
Minimize your wardrobe.

## potential

If you're waiting for a sign from God,
this is it.

Consider the Priesthood

## Post-Sept. 11 attendance on rise at services

By TARA DOOLEY
Houston Chronicle Religion Writer

The events of Sept. 11, in many senses, were a call to service.

But for the faithful and the not so faithful, the terrorist attacks on the World Trade Center and the Pentagon were also a call to services.

The weekend after the attacks, church attendance spiked. In the following weeks, attendance dipped, but it still remains higher than average at many churches, a sampling of church leaders said this week.

Grace Presbyterian Church saw the numbers in its pews increase from an average of 1,300 to 3,300 on Sept. 16. In Catholic churches throughout the city, parishioners were spilling out the doors. River Pointe Community Church, a nondenominational church in Sugar Land that typically hosts about 1,400 for its services, seated 2,300 the same day.

"This day was the largest attendance day we have ever had in our history, and it was even larger than Easter," said the Rev. Patrick Kelley, senior pastor at the nearly 5-year-old River Pointe, which meets at Kempner High School.

In following weeks, River Pointe has averaged about 1,500 — up about 100 from normal.

The two weekday Catholic Masses at Holy Cross Chapel in downtown Houston continue to draw about 50 more people daily than before the attacks. At the Church of the Ascension, about 400 continue to pack the pews for the Episcopal services, about 100 more than usual.

Pastors say their church members and some they have never seen before are reaching out to religion for answers in the times of political, economic and spiritual uncertainty.

Many have been looking to the Bible. At Family Christian Stores — the largest Christian store chain in the country, with seven stores in Houston — Bible sales were up 27 percent the week of Sept. 17. On Sept. 21, Zondervan Publishing Company sent out $1 million worth of Bibles to stores nationwide, including Family Christian Stores, Barnes & Noble and Wal-mart, said spokeswoman Tara Powers.

Bible sales at Family Christian Stores remain about 20 percent

**In the Illustration above the Catholic Church uses the International Freemasonry BAR CODE for their 33° emeblem to advertise for Priests. It's a sign from GOD?** Or is it a sophisticated sign from the scandal ridden Church and Freemasonry?

NOTE: GO BACK TO PAGE 4 AND OBSERVE THE VATICAN'S FLAG. IT IS A TRIPLE KEY IN RED, YELLOW, AND BLUE. THERE IS A TAU CROSS ON EACH KEY MAKING A TRIPLE TAU. THIS IS A MAJOR ILLUSTRATION THAT MUST BE READ CAREFULLY WITH UNDERSTANDING. THE BARS ABOVE ARE "T's" IN USING THE MORSE CODE, THEREFORE "T" IN MASONRY STANDS FOR THE THREE 9/11 TARGETS. THIS IS THE REASONS FOR THE WORD BEING PLURAL ABOVE.

III

## THE APOCALYPSE OF FREEMASONRY ILLUSTRATED WITH MASONIC DOCUMENTS

On my opposite page 7 is the continuation of page 5 "ALTAR CALL" article. Here the subtitle is "SIGNS". The Rev. Clint Ressler places a baseball poster with 33 men over a baseball field divided into three equal triangles. This creates a symbolic figure of the 3 triangles interlaced to make the Master Mason's 33° emblem.

I have placed below the Masonic apron which has the ALTAR of a Masonic Lodge embroidered on it. This is the George Washington Masonic apron which was a gift from French General La Fayette and his wife Marquise. Before the altar are the black and white Bars from the Morse Code for the Tau Cross. On the left you can see the figure of a man with this tau cross in his hand. At the bottom of the apron is a coffin with this "X" on it representing the result of the Mass slaughter described in Ezekiel 9:4-11. This weapon in Ezekiel is called WMD. It is the scripture excerpted from Masonic documents. This is what is called the APOCALYPSE OF MASONRY. Its biological and Nuclear War.

"The apron is of white lambskin, lined and bound with scarlet; on the flap of which should be placed a triple tau within a triangle, and all within a circle.

"The tau, or tau cross, was a sacred symbol among the ancients, representing salvation and eternal life. It was the mark referred to in Ezekiel 9:4. The triple tau, placed in the center of the triangle and circle, both emblems of Deity, is probably intended to typify the name of the Author of life, the Creator, Governor, and Preserver of the Universe. Figuratively, the triple tau represents the monogram of Hiram of Tyre, and also the initials of *Templum Hierosolymae,* the temple of Jerusalem, erected to God and dedicated to his Holy Name.

"Chapters of Royal Arch Masons are "Dedicated to the memory of Zerubbabel.

"Candidates receiving this degree are said to be 'Exalted to the Most Sublime Degree of Royal Arch Mason.'

"A Royal Arch Chapter represents the Tabernacle erected by our ancient brethren near the ruins of King Solomon's Temple."

SYMBOLISM OF THE VAILS

"The vails are of the following colors: blue, purple, scarlet and white, and may be symbolized as follows:

*"Blue*—The distinctive color of craft masonry—denotes Friendship, which is the peculiar characteristic of a Master Mason.

*"Purple*—the color of the preparatory degrees of the capitular system—denotes union, and, it being composed of a due mixture of blue and scarlet, is placed between the first and third vails—which are of those colors—to show the intimate connection which should ever exist between ancient craft masonry and this most sublime degree."

(EXCERPT DUPLICATED FROM MASONIC BIBLE)




This eye which is the symbol of Chad (Nebu-Chad-Nezzar) is turned upside-down to disguise the 10 horns. It has been computer enhanced for clarity. (See it at the top of the apron in its inverted position.) The 10 horns are taken from Daniel 7:20.





"Chad'
Nebu-Chad-Nezzar

**The Washington Masonic Apron**

In the latter part of 1784 General La Fayette came upon a visit to our Washington, and brought with him a beautiful white satin Masonic apron, upon which the Masonic emblems were beautifully worked by Marquise La Fayette. [illegible] a beautiful rosewood box.

This apron is now in possession of the Grand Lodge of Pennsylvania

The butterfly is above the compass/square and Masonic bible.



THE SIGN DILOG .SE. 33 MEN TO SYMBOLIZE MASONRY'S 33°



# Signs

Continued from Page 1E.

to wear a cape." Others are more thought-provoking, "Help wanted. Inquire within yourself." All conclude with "Consider the priesthood." and provide the diocese's Web site, www.diogh.org.

Spanish language versions of the billboard will start appearing next week.

"It is a good way to reach Catholics and people in general," Ressler said in his office at diocese's downtown chancery.

The billboards, which have been up since May in several locations, have people calling his office or favorably commenting when he visits parishes and schools."It has been amazing," Ressler said of the reaction.

But he acknowledges that no one has applied for the priesthood as a result of the billboards. "I didn't have that expectation, anyway," he said.

'I don't think we were afraid (to advertise), as much as it just wasn't done.'

**Sister Rosalie Ann Karstedt**



Buster Dean / Chronicle

The Rev. Clint Ressler, vocations director for the Diocese of Galveston-Houston, displays a poster of seminarians dressed as baseball players.

The billboards bring an awareness of the priesthood to the Catholic community. Their message also works against stereotypes or negative media images of priests. "Most of the time on TV and movies, priests are one-dimensional characters, portrayed as irrelevant or out of touch," he said.

It is successful if it gets people to talk about the priesthood or nudges men to think about a career as a priest.

The priesthood can be more effectively promoted through personal contacts such as family or friends rather than broad campaigns, Ressler said. "Our culture doesn't support this life choice," he said. American society emphasizes personal achievement through material success. Working for others in a financially sacrificing, celibate life is not viewed as an accomplishment, he said.

The campaign seeks to softly counter that attitude, he said.

The billboard campaign was created two years ago for the Archdiocese of Chicago by DDB Chicago, an advertising agency.

The Rev. Tom McQuaid, vocations director for the archdiocese, said the eye-catching campaign has not produced a priesthood candidate. "If you do just that piece (billboards), you are not going to get any response," McQuaid said.

"We did a radio campaign, we did the Web site, we did more (programs) with parishes," he said. "It has to be more than a one-dimension kind of media approach."

Galveston-Houston parishioners and their children have been reacting favorably to posters featuring untraditional pictures, Ressler said.

For the 2000 poster, the diocese's seminary students dressed in baseball

7 COLLECTION PLATE

IV.

TUESDAY MORNING SEPTEMBER 11, 2001 CLOSING TIME (X)

On my opposite page 9,I have an advertisement from the Department Store TUESDAY MORNING. This department store writes the name TUESDAY MORNING inside the Morse Code BAR for "T". This BAR which is the letter "T" represents both TUESDAY and the TAU "X" cross for the Masonic 33° emblem. What a clever and evil beast! The 9/11 attacks came on TUESDAY MORNING SEPTEMBER 11, 2001. This was "CLOSING TIME" for the WORLD TRADE TWIN TOWERS and all those who perished during the 9/11 and the Anthrax attacks.

Now by using a multiplicity of graphics from a broad specturm of various sources, and connecting these by using credible and scientific evidences, a layman should be able to read the sophisticated writing encrypted on the Abram tank below.




David Leeson / Dallas Morr

ns tank attached to the 3rd Infantry Division halts menacingly in front of an Iraqi man whose vehicle was stopped by U.S. soldiers on Monday

Because the message written on this and perhaps hundreds of other tanks if not thousands, is of a technical nature, only a Freemason could have written or authorized its use. The 91 inside the inverted "V" is for 911. It is simply a not so-sophisticated encryption.



"CLOSING TIME SIGN

10A ★★ Houston Chronicle Thursday, March 28, 2002

# "Closing Time." We clean house. You clean up.

"Closing Time" is our special 3 days of additional savings throughout the store. This is your last chance for extra savings until we reopen April 16.

| | |
|---|---|
| Entire Stock Rugs | Extra 30% OFF |
| Entire Stock Decorative Furniture | Extra 30% OFF |
| Entire Stock Flannel Sheets | Extra 50% OFF |
| Entire Stock Plaid Down Comforters | Extra 50% OFF |
| Entire Stock Limoges Boxes | Just Reduced $39.99 |
| Entire Stock Easter | Extra 40% OFF |
| Entire Stock Clearance (Including Red Dot) | Extra 30% OFF |

*Extra savings off last marked price; not applicable to previous purchases. Items vary by store*

## Starts March 28. Ends March 30.

Tuesday Morning

Everything 50% to 80% Off **and more.**

[illegible]



33rd Degree Mason

"CLOSING TIME SIGN'

V.

ONE THOUSAND POINTS OF LIGHTS IN RED, YELLOW, AND BLUE

Below are the full text containing the forewords of what FREEMASONS call cryptically "A THOUSAND POINTS OF LIGHT". A 1001 Masonic Questions and Answers Book for Masons who are pursuing a Master Mason Degree. I will use Questions and Answers from it to support and corroborate illustrations in the three 9/11 Freemasonry Blueprint. Immediately after the January 20, 1989 Inaugural Address of Former President George H. Bush where he envisioned a future of a 1000 POINTS OF LIGHT, LIFE MAGAZINE placed the RED, YELLOW, AND BLUE MAN OF THE FUTURE on it's February Cover. It included the Masonic Bible and a reminder to President that he had sworn on it. The predictions included a Crude War in Iraq. LIFE'S FEBRUARY 1989 COVER IS ILLUSTRATED ON MY NEXT PAGE 11.

# ASK ME, BROTHER!

## THE MASONIC QUESTION BOOK

*One Thousand and One Questions and Answers*

COMPILED BY

CHARLES H. MERZ, A.M., M.D., 32°

*Author of "Guild Masonry in the Making," "The House of Solomon," "When Temples Were Inns."*

### A WORD TO THE WISE

THIS book is not intended to teach, but to remind. Masons are taught in the Lodge Room—or should be. However, many of us have allowed the light of our knowledge to grow dim because we haven't felt any need to travel by it. This book, then, is only a new wick for an old lamp.

*"Light is an important word in the Masonic System."*

CHARLES H. MERZ,
*Sandusky, Ohio*

NEW YORK
MACOY PUBLISHING & MASONIC SUPPLY COMPANY

Copyright, 1927, by

INSPIRED BY PRESIDENT GEORGE H. BUSH'S INAUGURAL ADDRESS---LIFE PREDICT A BRIGHT & COLORFUL FUTURE OF RED, YELLOW, AND BLUE. THIS INCLUDED NUCLEAR WAR IN IRAQ (P.80)



## VI.
## THE SEVEN STARS OF THE APOCALYPSE AND RED, YELLOW, AND BLUE

The Apocalypse of Freemasonry is symbolized by the Seven Stars which appear on the George Washington Masonic Apron below. These same Seven Stars appears on the triple Tau Red, Yellow, and Blue Venezuela State Flag. The Apocalypse is carried out by the Seven angels, (Rev. 16:1). The Seven Stars are the Seven Angels, (Rev. 1: 20). "The Mystery of the seven stars which thou sawest in my right hand, and the seven golden candlesticks. The Seven stars are the angels of the seven churches: (Note these are fallen angels whom GOD will use to carry out judgment of the world and His people.



**Romania** 417





**Symbols of Romania.** Romania's flag has stripes of blue, yellow, and red. The three stripes represent Romania's national colors. The eagle on Romania's coat of arms, *right*, is a symbol of the region of Walachia. The other symbols on the coat of arms represent each of Romania's five other regions.



**Venezuela's State Flag,** used by the government, was adopted in 1954. The national flag omits the coat of arms.



**Coat of Arms.** The running horse symbolizes liberty; the wheat sheaf, unity; and the swords, independence.

Locate the Seven stars just beneath the all-seeing eye on the Masonic Apron. This represents the seven angels who come out of the temple which is drawn on the apron. The drawing on the apron is symbolic of a Masonic temple where Terror is hidden, (Rev. 14:15) "And another angel came out of the temple, crying with a loud voice to him that sat on the cloud, Thrust in thy sickle, and reap: for the time is come for thee to reap; for the harvest of the earth is ripe. (19) And the angel thrust in his sickle into the earth, and gathered the vine of the earth, and cast it into the great winepress of the wrath of God. (20) And the winepress was trodden without the city, and blood came out of the winepress, even unto the horse bridles, by the space of a thousand and six hundred furlongs.

<u>SPECIAL NOTE BELOW</u>

This 1600 furlongs mentioned in Revelation 14:20, is the subject of a WHITE HOUSE 1992 Publication (Non-Fiction) entitled "A THOUSAND POINTS OF LIGHT: THE SIXTH HUNDRED". It appears to have been written by a John Callan. The horse is symbolized above on the Coat of Arms for Venezuela. He is the white horse seen in the blue section of the shield. Remember that the graphics of my opposite page 13 goes with this illustration. The tri-colors (Red, Yellow, and Blue) are the Masonic triple Tau which comes in these three colors. Each Bar on the flag whether it is verticle or horizontal, is a Tau (X). The Romania underground prison on page 13 is now used as a secret U.S. torture prison.

BELOW LIFE USED ROMANIA TO REPRESENT RED, YELLOW, AND BLUE; AND IT USED AN ELEPHANT AND ~~AN ARTICLE ABOUT CHANGE~~ AND COSTA RICA, TO SYMBOLIZE PROSPERITY FOR REPUBLICANS. THE NAME COSTA RICA MEANS "RICH COAST". BOOMLET IN UNREAL ESTATE IS A SINISTER REFERENCE TO THE FORTUNES MADE BY THOSE BUILDING PRISONS IN TEXAS AND ELSEWHERE. THE MASONIC BIBLE BENEATH IT IS A REMINDER TO GEROGE H. BUSH THAT HE SWORE TO THESE CHANGES.



## Breathe Deeply

Some soldiers imprisoned in Romanian salt mines during WWII discovered an unexpected benefit 500 feet below ground: Their asthma was temporarily cured. For most Eastern Bloc residents who have taken the four-hour daily treatments, the cool, allergen-free, oxygen-rich air (or, according to some doctors, the placebo effect) reduced their symptoms dramatically. Now, at $500 per person for a two-week cure (including medical tests, accommodations and meals), Westerners can try the saline solution, too, as Romania has begun mining its natural resources for hard currency.



PAUL FUSCO MAGNUM PHOTOS

## Change

Fifty acres of rain forest disappear each minute, endangering every species on Earth. A group of California zookeepers, led by the staff of the San Francisco zoo, hopes to raise enough money, with coins dropped in old parking meters like this one, to buy and preserve 50,000 acres of Costa Rican rain forest by year's end.




ROBERT McQUILKIN/BLACK STAR

## Boomlet

Home sales may be off, but builders of tiny houses had their biggest year, when collectors bought a record $55 million worth of unreal estate in 1988. The best artists, like Eugene Kupjack *(left)*, sell some miniature dwellings for up to $100,000.



## GW Swore Here

At the inauguration of the first President of the United States, April 30, 1789, in New York City, no one remembered to bring a Bible. One was borrowed from a Masonic lodge nearby and opened to Genesis chapters 49 and 50. Washington pressed his palm to the book as the oath was administered and then kissed it. A member of the lodge then marked the page for succeeding generations. This month marks the fifth time the tome has been lent for a presidential inauguration, as another George celebrates the 200th anniversary of the inaugural Bible. ➽

## VII.
## ILLUSTRATING THE RELATIONSHIP BETWEEN THE WHITE HORSE, THE DOUBLEHEAD EAGLES, AND THE MASONIC COLORS RED, YELLOW, AND BLUE

The colors Red, Yellow, and Blue are associated with Empires such as Czarist Russia, and Spain during 1931 to the end of the Spanish Civil War in 1939. Both of these are illustrated below. The doublehead eagle which was the emblem of Czarist Russia, made its entry into Masonry in 1758. You may see the duplicated questions and answers from Masonry's 1000 Points of light shown below. Today these doublehead eagles are emblems for the 32° degree of Masonry. These two eagles look differently, but according to the Masonic document below, they were introduced into Masonry by the Council of Emperors of the East and West. What we have just accomplished is a technical corroboration for the Emperial colors of Red, Yellow, and Blue as they appear in Masonry. The white horse comes with these double eagles. On the wings of the Russian eagles below where I have placed the letters "MM", are the legs of the antichrist.




Q. de Molay, Jacques: Who was he?
A. The last Grand Master of the Templars.

Q. In what century did he live?
A. 13th and 14th centuries.

Q. How did he die?
A. He was publicly burned in Paris, 11th of March, A. D. 1314.

Q. Druid Stones: What are they?
A. A mysterious circle of great upright stones at Salisbury Plain, England. On June 21st the sun rises directly on a line with the open end of the circle and throws a ray through it on the altar of Stone. It is now generally believed that this "temple" is the work of a race of sun worshippers who inhabited Britain some 1800 years, B. C.

Q. Eagle (Doublehead): When is the accepted date of the introduction of the doubleheaded into Masonry, and what is its significance?
A. In the year 1758, A. D., The Council of Emperors of the East and West, established in Paris, adopted a doubleheaded Eagle in reference to the double jurisdiction which it claimed, and which is represented in its title.

### MASONIC EMBLEMS

Fig. #2



32nd Degree Mason

Fig. #4



Knights Templars

I acquired this picture in the Kremlim during a visit in 1993 as I began this great work. This is the same white horse mentioned and illustrated on my previous page 12. He is the same White Horse shown in the Monet painting on my opposite page 15 where these colors are illustrated by WORLDBOOK PUBLISHERS. Yes, and he is the same White horse described in Revelation 6:1, and Revelation 14:20 where blood comes through his bridles. What you are witnessing is a direct message from GOD on those things to come.

THE TRI-SICKLES OF REVELATION 14: 1-20 ILLUSTRATED

The rider of the white horse or white cloud is symbolic of the antichrist. He is mentioned both in Revelation 6:1 and Revelation 14: 14-20. Below the child on the white tri-sickle horse is symbolic of the antichrist coming out of a white cloud, (Rev. 14: 14) "AND I LOOKED, AND BEHOLD A WHITE CLOUD, AND UPON THE CLOUD ONE SAT LIKE THE SON OF MAN, HAVING ON HIS HEAD A GOLDEN CROWN, AND IN HIS HAND A SHARP SICKLE". (NOTE) THE SOURCE OF THIS DOCUMENT WAS WORLDBOOK ENCYCLOPEDIA VOLUME "C" ON COLORS. THE PAINTING IS BY FRENCH PAINTER CLAUDE MONET.

Remember that these three colors are symbolic of the devil, the beast, and the false prophet, (Rev. 20:10) And the devil that deceived them was cast into the lake of fire an brimstone, where the beast and the false prophet are. (For the colors see Rev. 17:4) .

# COLOR



*Jean on a Wooden Horse*, by Claude Monet, courtesy of Mr. Nathan Cummings, Chicago

**Colors in Paint** capture a wide variety of natural colors, and can be created by mixing only a few paints. The artist can make any color by blending the three primary colors of paint—red, yellow, and blue.



THE MYSTIC TIE OF RUSSIA-IRAQ-AND THE UNITED STATES

After the fall of the Soviet Union, Russia's flag became Red, White, and Blue like that of the United States. Using the Morse Code, the flag has a Masonic Triple Tau representing Masonry. Saddam Hussein who is also a Freemason has the Triple Tau on his flag with three stars representing three Deities. The Chronicle's 11/25/02 article shows a Freemason joking about Bush being joined with Saddam by this Mystic -Tie. In 1806 the Russians raised the Russian-American Company flag below in Alaska symbolizing the "SECRET WORK" through Masonry's double eagles. On my next page 17 the Philip Morris Tobacco Company who owns Post Cereal, uses Masonic symbolism to show convertly how the Russian Bear has won a trip to Washington DC. (Note the RED STAR)

Monday, Nov. 25, 2002 Houston Chronicle ★★ 3A



## Saddam, Bush together

Mike Bell combines President Bush and Saddam Hussein into one costume at the annual Doo Dah Parade on Sunday in Pasadena, Calif. The parade is a parody of the more famous Rose Parade.

THE MYTIC-TIE IN MASONIC SYMBOLISM

Associated Press






Iraq

**Russia in brief**

**General information**

**Capital:** Moscow.

**Official language:** Russian.

**Official names:** *Rossiya* (Russia) or *Rossiyskaya Federatsiya* (Russian Federation).

**Largest cities** (1990 official estimates)

Moscow 8,801,000

St. Petersburg 4,468,000



**Russian-American Company flag** flew at Russian settlements in Alaska in 1806.



**The Russian flag** has stripes of white, blue, and red. It was adopted in 1991. The Russian Empire used the flag from 1699 to 1918.



**The state seal** was adopted in 1993. It includes symbols of the Russian Empire.

**Mystic Tie**

This phrase refers to the bond of fraternal love, to the solemn vows of eternal brotherhood in Masonry, irrespective of differences in race, nationality, and conflicting interests. By this mystic tie, men of the most discordant opinions are united in one band, meet at one altar, even when fighting in opposing armies or affiliated with different religions. It is, indeed, an indefinable spiritual tie, and those under its influence are rightly spoken of as "Brethren of the mystic tie." Ps. 133 1-3 397




Now that we've acquired some historical knowledge on this Marlboro Man, his origin, and his ambitions, we are now able to understand some very familiar symbols among thousands of **cryptograms.** What most people fail to recognize about the tobacco industry, is that, it is also your food industry. The tobacco companies are the dominant force of the food industry by planning and design. Deciphering Phillip Morris' **Post Cereal Box Cryptograms** above into **Plaintext** is quite simple with our previous knowledge and a Key. "If you recall", "Russia obtained the nickname **Bear",** because of the bear-like feet of the Marlboro Man. Here again in this actual case, the Phillip Morris Company is using the **cipher system.** They have substituted a **bear** for the word **Russia.** Can a drawing of any bear represent Russia? The answer is no! The bear must be associated with other relevant and significant **cryptograms.** The **Red Star** which symbolizes the Communist Party is relevant when used jointly. It can be found in the top left hand corner. The term **cryptography** comes from the Greek **kryptos,** meaning hidden, and **graphia,** meaning writing. Above you can see the Communist red star hidden behind the words **"Nickledodeon Kids Picks the President".** The Phillip Morris Empire has established a distinct and historical pattern for using and manipulating innocent children in its quest for profits and power. More evidence of that manipulation will be illustrated as we continue. The Communist Party Red Star is hidden also as a monogram on the cuffs of Sugar Bear's shirt. His hands are raised by holding the telephone, allowing his coat sleeves to drop exposing the shirt sleeves cryptically. Also the Russian Bear will always be displayed with **horns.** You can test the sophistication of these cryptograms by comparing these hidden horns to those on the shadow beneath the rider on the white horse. Having the Russian Bear to stand in front of the White House with an American flag raised in his **right hand,** and a bowl of **Golden Crisp** held in the **left hand,** is meant to symbolize the Russian State Eagle in the upper right. Notice carefully how Phillip Morris' Sugar Bear is holding the flag and his golden Crisp in the same position.

In my next illustration, I will decipher the Marlboro Man's historical opposition to the Church. Western movies often portrays boastful gunslingers who etches a **notch** in the stock of their side arms for each man they've killed. In ancient times the cross was used to put men to death. A cross mounted on the **Crown** of a King symbolized his victory, or his perceived victory over another powerful King. Hidden atop each of the above crowns are three crosses in a very familiar and distinct manner. They represents a historical crucifixion for which the Marlboro Man claims responsibility. Now take out your box of Marlboro cigarettes, and if necessary, use a magnifying glass to find the hidden cross atop of the crown.

VIII.

THE MYSTIC TIE REVEALED-SADDAM HUSSIEN CAPTURED IMMEDIATELY AFTERWARDS

As evidenced by the duplications below, on December 4, 2003, I filed a Civil Action in THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS AT HOUSTON. On page 16 of that document which I have duplicated on my opposite page 19, I informed the Court of the MYSTIC TIE between President Bush, Saddam Hussein, and Osama Bin Laden. The Masons quickly notified the President, and the President moved to impeach my statement with the capture of Saddam less than two weeks later. By my actions I forced the President to lend credible support to my statements to the Court.

Without the sacrifice of my only beloved son, none of this work could have been possible. Just as the LORD positioned Joseph in Egypt via an adverse act for a great work, so has he done with my son whose name appears on the Petition below. The LORD will deliver him and thousands of others, when he stretch forth His hand the second time to recover the remnant of His people that were left.

**Houston Chronicle**
Section B ★★
Monday, Dec. 15, 2003

**SADDAM: The Captu**

# 'Mother of all mug shots'




CNN

Saturday was a day of reckoning for Saddam Hussein.

**By MIKE McDANIEL**
Houston Chronicle

You had to be the most dogged of media hounds, surfing the TV, radio or Internet in the wee hours of Sunday morning, to be among the first to learn that Saddam Hussein had been captured.

First reports began to appear within 10 minutes after Reuters issued this bulletin at 3:56 a.m. Houston time: "SADDAM HUSSEIN ARRESTED IN TIKRIT — IRNA NEWS AGENCY, QUOTING KURDISH LEADER."

VOLUME 44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AR
United States Courts
Southern District of Texas
FILED
Michael N. Milby, Clerk

| | | |
|---|---|---|
| REVEREND WILLIE H. ELLIS<br>as Next Friend of<br>ARISTOTLE DeGUALLE ELLIS | § | CIVIL ACTION NO. H-03-3006 |
| | § | EWING WERLEIN (Judge) |
| VS | § | FRANCES STACY (Magistrate) |
| DOUG DRETKE, Respondent<br>TDCJ-INSTITIONAL DIVISION | § | |
| | § | |
| | § | |

MOTION FOR CERTIFICATE OF PROBABLE CAUSE FOR APPEAL

GENERAL TEST

NUMBER THIRTY-ONE

10. What was the Covenant of cutting the beast in twain, among the Hebrews?

*List of Answers* *Test Number Thirty-One*

10. A solemn binding of each other to a mutual promise by outward ceremonies of cutting a beast in twain, and passing between the parts thereof: as if they would say, "Thus let it be done to him and thus let his body be cut in two who shall break this covenant." (Jer., xxiv-18.)

This petitioner has shown the Court through his original petition that Freemasonry Jurists committed Title 18 Offenses during his trial and post trial proceedings. The excerpt above is another Q & A from what Freemasons call the 1000 points of light. On the opposite page 17 are definitions photocopied from the Freemasonry Alphabetical and Cyclopedic Index. These are set forth as a proofer to my illustration on the 119, 120 thur 133rd Psalms shown and illustrated on the previous page. Each title and scripture beginning with **Scripture Readings**, and ending with **Altar of Burnt offering** are highly significant and relevant. The 120 thur 133rd Psalms which are called the **Songs of Degrees, Songs of Accent, and Song of Stairs**, these are reference under **"Winding Stairs"** at the top right hand corner on page 17. The biblical reference is **1 Kings 6: 8-10. (8) The door for the middle chamber was in the right side of the house; and they went up with winding stairs into the middle chamber, and out of the middle into the third.** The Freemasonry's ritual which involves walking up and down the stairs is their way of symbolizing the 120 thru 133rd Psalms which center around Judgment and the apocalypse of Freemasonry. **(Mystic Tie)** second title from the top of the left hand corner reaffirms the spiritual link between these scriptures and the dark world of Freemasonry. As found under the comments of **Mystic Tie**, a Freemasonry President or any other Federal official who are Freemasons, must unite in one band, meet at one altar, even when fighting in opposing armies, or affiliated with different religion. This include the armies in Iraq.

**Saddam Hussein, and Osama Bin Laden**, both who are Freemasons, are the Masonic brother of George W. Bush. Bush is obliged under a deadly oath and covenant, to grant them safe passage. Evidence of this tie has been put into public record with the First Court of Appeals under cause # 01-02-0178-CR. Under the title **Obligation page 17**, the breaking of this covenant calls for a **deadly penalty.** The title under **Covenant of Masons** states these penalties are **specific.** The above excerpts from the 1000 points of light makes it clear that a Mason's body would be cut in twain like that of a beast. A Freemasonry President can never tell the truth as in current circumstances without breaking this oath. Instead they resort to lies and deception as stated in the 120 Psalm verses 2 & 3; **(2) Deliver my soul, O LORD, from lying lips, and from a deceitful tongue. (3) What shall be given unto thee? or what shall be done unto thee, thou false tongue?**

The biggest mystery of Freemasons is that they are the angels of Satan who were thrown out with him, (Revelation 12:9) **"And the great dragon was cast out, that old serpent, called the Devil, and Satan, which deceiveth the whole world; he was cast out and his angels were cast out with him.** Under **Distress Worthy Brother** page 17, Masonry refer to the bond angels in Hebrew 13: 1-3 as their worthy brothers. **(2) Be not forgetful to entertain strangers; for thereby some have entertained angels unawares. (3) Remember them that are in bonds, as bound with them;** These no longer called bond, only Freemasons.

## IX.
## 1000 POINTS OF LIGHTS REVEALS THE 9/11 ARABIC CONNECTION

On my opposite page 21 are all 25 Questions and Answers from General Test 35 from 1000 Points of Lights. To avoid confusion we will deal with only five questions and answers relative to the Mystic Tie to the Terror of 9/11 and the War in Iraq. These will be questions 8, 9, 13, 14, and 24. First I will show that both the Tau cross (X) and swastika are emblems of Masonry. Hitler was also a Freemason and he dissolved the German Order because he thought that they double-crossed him. All of the answers to these questions can be found duplicated on the back of page 21.







Swastikas were widely used symbols among the Indians of North America and South America. The clockwise swastika was adopted in 1920 as the symbol of the National Socialist Party of Germany. As such it came to be one of the most hated symbols in the history of humanity. It came to stand for all the evil associated with the Nazis as they gained control of Europe before and during World War II. After the Allies defeated Germany in 1945, they banned the display of the swastika emblem. JOSEPH WARD SWAIN

Question 8 ask what is the real meaning of the swastika? The answer found on page 22 is, "Its real meaning is axial rotation; and in that sense it is a symbol of the rotation of the Great Bear around the north Pole Star. (NOTE) It is not necessarily my objective to show what these symbols means, as it is to show them as critical Masonic emblems. These answers themselves are coded, and one can not rely solely on what appea in this book.

Question 9 ask, "Why is the swastika an emblem used by the Operative Masons to signify good luck? Answer. "Because the Sanskrit radicals of which it it composed, Su-Asti-Ka, form the word Svastika or Swastika, signifying happiness, pleasure, and good luck.

NOTE: These questions and Answers are paramount because the President of the United States is a member of a secret society with direct links to Hitler's doctrines. When Germany's Secretary of State made these same observation two years ago, she was rebuked by the West.

Questions 13 and 14 deals with the American Mystic Ties to the Arabic Order which appea to have been established in Mecca, Arabia by William J. Florence and his associates aft they read the Koran.

Most of the Highjackers of 9/11 were said to be from Saudi Arabia. These men who were able to get Passports and other important identifications for travel, obtained these without incident from the U.S. Embassy in Saudi Arabia. A quick Masonic hand shake, or a blinking right eye,can get one pass his accomodating Fraternal Brother.

Question number 24 explains the Key to all questions with a simple Bell as a Masonic emblem. This emblem was found in the first 9/11 Freemasonry Blueprint provided to this court. "Of what was the bell a symbol as found on the old tracingboards"? ANSWER: Of the tongue that hangs and never lies.