# GENERAL TEST



## NUMBER THIRTY-FIVE



1. What English philosopher, Mason and Rosicrucian, invented the bi-literal cipher?..........
2. Construe Dr. Burney's celebrated anagram, "Honor est a Nilo." ..........
3. How many copies of the Guttenberg Bible are known to exist? ..........
4. What price was paid for a copy in this country in 1911?..........
5. What is the Targum?..........
6. What does the name Mt. Moriah, the location of Solomon's Temple, mean?..........
7. What is meant by broaching in architecture?..........
8. What is the real meaning of the swastika?..........
9. Why is the swastika an emblem used by the Operative Masons to signify good luck?..........
10. What was hewer's double wedging?..........
11. What king of Judah saw his sons slain before his eyes were put out by Nebuchadnezzar?..........
12. What has always been the orthodox material for Masonic aprons? ..........
13. Where did the Ancient Arabic Order Nobles of the Mystic Shrine originate?..........
14. What is the present membership of the A. A. Order Nobles of the Mystic Shrine?..........
15. Give within ten thousand the membership of the Order of Veiled Prophets of the Enchanted Realm in America..........
16. What does the Talmud tell us was King Hiram's reward for furnishing the cedars of Lebanon for the Temple?..........
17. Who wrote the work in cipher entitled "The Master Key through all the Degrees of a Freemason's Lodge"?..........
18. Who wrote the Masonic poem "Banquet Night"?..........
19. Why was secrecy necessary during the early days of Masonry in England, France and Italy?..........
20. Where is the sun dial believed to have originated?..........
21. What was the "Treacle Bible"?..........
22. What was the Master of the Revels?.......... [79]
23. What is meant in English Lodges by calling off?.......... [80]
24. Of what was the bell a symbol as found on the old tracing-boards? ..........
25. Name the officers of a Grand Lodge..........

Dockets.Justia.com

1. Francis Bacon.
2. Horatio Nelson.
3. Forty-five.
4. $50,000.
5. A translation of a portion of the Old Testament in the Aramaic of Judea.
6. It signifies, in Hebrew, "God teaches."
7. Cutting the four corners or facets of a stone. It required some skill and knowledge of the grain of the stone, or spaulching of the corners and edges would result.
8. Its real meaning is axial rotation; and in that sense it is a symbol of the rotation of the Great Bear around the north Pole Star.
9. Because the Sanskrit radicals of which it is composed, Su-Asti-Ka, form the word Svastika or Swastika, signifying happiness, pleasure, good luck.
10. An Operative Mason's secret. Several hundred square holes were cut in the rock. Into each was dropped a wedge of wood, point up, and another wedge, base up. Then, men drove the wedges down with setting mauls. Then the "carriers of water" filled all the holes with water. Expansion of the wedges forced stones weighing many tons to break off and fall on rollers beneath.
11. Zedekiah, last king of Judah—his eyes put out—was carried in chains to Babylon.
12. Leather.
13. It is said to have originated in the year of the Hegira 25 (A. D. 644), at Mecca, Arabia. On the other hand, it is claimed that it was founded by William J. Florence and his associates, with some assistance, perhaps, gained from a reading of the Koran.
14. More than 600,000.
15. The last report available gives the number as 160,612.
16. It tells us that he was granted 600 years in Paradise.
17. John Brown, in London, in 1798, using what is known today as Brown's cipher.
18. Rudyard Kipling.
19. About the year 1600, to be known as a scientist was equivalent to being known as a wizard. Such secrets, astrology and the mysteries of science, were dangerous things to talk about.
20. With the Chaldeans. A form of sun dial was used by the early Masons for establishing the hour of the vernal equinox, at which time the Royal Arch Degree was celebrated.
21. The Bishop's Bible printed in 1658. It gives the reading "treacle" for balm. (Jer., viii-22.)
22. An officer attached to royal or other eminent households, whose function was to preside when the guests were at refreshment, and to have charge of the amusements of the court during holidays. In Masonic language, The Master of the Revels was the Junior Warden.
23. A temporary suspension of the labor of a Lodge without going through the ceremony of closing. It corresponds to our custom of calling from labor to refreshment. [151]
24. Of the tongue that hangs and never lies. ✓ [152]
25. Generally speaking: Grand Master, Deputy Grand Master, Senior and Junior Grand Wardens, Grand Treasurer and Grand Secretary. These are usually termed the Grand Officers. In addition to them are subordinate Officers, such as Grand Deacons, Grand Stewards, Grand Marshal, Grand Pursuivant, Grand Sword-Bearer and Grand Tiler.

"AUIEU, FOND FOND ADIEU"

Below are both the questions and answers from 1000 POINTS OF LIGHTS #17-25. We are only concerned with questions 20 and 23 which deals with the Mystic Tie between the Americans and the Ancient Arabic Scottish Rite (A.A.S.RITE). Both George H. Bus Sr. and George W. Bush enjoys a close Fraternal and Personal relationship with the Saudi Royal Family and the Bin Ladens.

Question #20 ask, "What is the line after "Adieu, a heart-warm, fond Adieu," an who wrote it"? ANSWER: "Dear Brothers of the Mystic Tie." Robert Burns, in his fa well to the Brethren of Tarbolton Lodge.

Question #23: "Name the seventh section of the A.A.S. Rite, and its Degree... ANSWER: Supreme Council. 33. Sovereign Grand Inspector General.

*Number Thirty-Four* *General Test*

17. What is the batter plumb?........................................
18. Mention four instances of "making Masons at sight" in the United States. ........................................
19. What were the three lights of the Lodge said to represent in the earlier rituals?........................................
20. What is the line after "Adieu, a heart-warm, fond adieu," and who wrote it?........................................
21. Who spoke of the Masonic apron as "the ancient badge wi' the apron strings"?........................................
22. Who is the Eighth Constitutional Officer of the Lodge?........................................
23. Name the seventh section of the A. A. S. Rite, and its Degree........................................
24. What was the "Wicked Bible"?........................................
25. What word is the Queen of Sheba said to have uttered when she saw the Temple glittering in gold and marble?........................................

*List of Answers* *Test Number Thirty-Five*

conjunction with the pylon in eastern observatories in fixing the time of the celebration of the Royal Arch.

17. A form of plumb used by the Operative Mason to determine the correct slope of church spires and other sloping surfaces.
18. John Wanamaker, at Philadelphia; former Vice-President Charles W. Fairbanks, at Indianapolis; Rear-Admiral Winfield Scott Schley, at Washington; William Howard Taft, at Cincinnati.
19. "The Three Persons—Father, Son, and Holy Ghost."
20. "Dear Brothers of the Mystic Tie." Robert Burns, in his farewell to the Brethren of Tarbolton Lodge.
21. Robert Burns.
22. The tiler.
23. Supreme Council. 33. Sovereign Grand Inspector General.
24. The edition which omitted the "not" in the Seventh Commandment.
25. "Rabboni"; equivalent to saying, "A most excellent Master hath done this."

X.

ROYAL ARCH MASONS RITUALS ARE IMPORTANT SYMBOLISM FOR MASONRY

This page 24 and my next page 25 are used to illustrate the Ancient Arabic Masonic Rituals which plays an important part in Freemasonry. These rituals which are described in the Masonic document which begans below, and ends on my next page 25, deals with the Swords described on the Arabic Flags below, and the turban head dress worn by Arab men. The Jordanian Flag shown below is the most revealing Masonic flag. It has the 3 Bars from the Morse Code for the letter "Tau" (T) representing 3 Triangles), and a triangle connecting all three "Tau's" for the triple-Triangles. This is the 33° Degree.



**The Flag of Saudi Arabia** was adopted in 1973. It has a sword and a Muslim religious inscription written in Arabic.



**The Coat of Arms** features a palm tree and two swords. The symbols appear in the traditional Muslim color, green.



**Religious flags.** A Shiite Muslim flag, *left*, shows the sword of Ali, the first leader of the Shiah sect of Islam. The crusader's flag, *right*, was used in the 1100's by Christians seeking to conquer the Holy Land.



1:2

**Jordan**

The Jordanian flag is a part of the complex sysbolism described in number 6 on my next page 25. The red triangle is the triangular plate, and the seven-pointed star is described as a Sword because of what it represents. The Shiite Muslim flag above which has the Sword of Ali on it, is described in number 7 on page 25. Also on page 25 is the Saudi Royal Palace in Jidda. Note:this photograph did not come from Masonic documents. I placed it there for illustrative purposes. The three entry-ways with the triangular tops represents the Triple-Triangles which symbolizes the 33° Degree of Freemasonry.

The Coat of Arms for Saudi Arabia is a sword in the form of the Masonic Tau- (X) cross. The Sword is symbolic of a weapon. That weapon is simply Oil and Gas in the hands of the Arab nations. Note: These illustrations will help explain many unanswered questions about the Saudi Nationals involved in the 9/11 Terror attacks.

ROYAL ARCH

"This degree is indescribably more august, sublime and important than all which precede it; and is the summit and perfection of ancient Masonry. It impresses on our minds a belief of the being and existence of a Supreme Deity without beginning of days or end of years, and reminds us of the reverence due to his holy name. It also brings to light many essentials of the Craft, which were, for the space of one hundred and seventy years, buried in darkness, and without a knowledge of which the Masonic character cannot be complete.

"1. High-Priest, whose title is 'Excellent.' He represents Joshua (or Jeshua), the first High-Priest of the Jews, after their return from the Babylonish captivity. He is seated in the East, and is dressed in a robe of blue, purple, scarlet and white, and is decorated with the ephod, breastplate and mitre—the garments and decorations of the ancient High-Priest of the Jews. On the front of the mitre, upon a golden plate, is inscribed, in Hebrew characters, *Holiness to the Lord.* His jewel is a mitre.

"2. The King represents Zerubbabel, a Prince of Judah, who was the leader of the first colony of Jews that returned from the Baby-



**Syria**



**Saudi Arabia**

lonish captivity to rebuild the Temple. His station is in the East, at the right of the High-Priest, clothed in a scarlet robe, with a crown on his head and a sceptre in his hand. His jewel is a level, surmounted by a crown.

"3. The Scribe represents Haggai the prophet. His station is in the East, at the left of the High-Priest clothed in a purple robe, and wearing a turban of the same color. His jewel is a plumb, surmounted by a turban. These three officers constitute the Grand Council.

"4. The Captain of the Host represents the General of the troops who returned from Babylon. His station is on the right of the Council. He wears a white robe and turban and is armed with a sword. His jewel is a triangular plate, on which an armed soldier is engraved.

"5. The Principal Sojourner represents the leader of the party of Jews, who sojourned in Babylon for a time, but came up to Jerusalem to assist in rebuilding the Temple. He wears a black robe, with a rose-colored border, a turban, and carries a pilgrim's staff. His station is on the left of the Council. His jewel is a triangular plate, on which a pilgrim is engraved.

"6. The Royal Arch Captain represents the Captain of the King's Guards. He wears a white robe and turban, and is armed with a sword. His station is within the fourth vail or S.'. His jewel is a triangular plate, on which is engraved a sword.

"7. The Master of the Third Vail wears a scarlet robe and turban. His station is within the third vail, the color of which is scarlet. His jewel is a sword.

"8. The Master of the Second Vail wears a purple robe and turban. His station is within the second vail, the color of which is purple. His jewel is a sword.

"9. The Master of the First Vail wears a blue robe and turban. His station is within the first vail, the color of which is blue. His jewel is a sword.

"10. The treasurer, 11, Secretary, and 12, Sentinel occupy their respective positions as in previous degrees, and wear their appropriate jewels.

"The jewels of a Chapter are of gold or yellow metal, suspended within a triangle.

"The symbolic color of this degree is scarlet.

"The collar and sash of a Royal Arch Mason are scarlet, edged with gold or yellow material.

"The apron is of white lambskin, lined and bound with scarlet; on the flap of which should be placed a triple tau within a triangle, and all within a circle.

"The tau, or tau cross, was a sacred symbol among the ancients, representing salvation and eternal life. It was the mark referred to in Ezekiel 9:4. The triple tau, placed in the center of the triangle and circle, both emblems of Deity, is probably intended to typify the name of the Author of life, the Creator, Governor, and Preserver of the Universe. Figuratively, the triple tau represents the monogram of Hiram of Tyre, and also the initials of *Templum Hierosolymae*, the temple of Jerusalem, erected to God and dedicated to his Holy Name.

"Chapters of Royal Arch Masons are "Dedicated to the memory of Zerubbabel.

"Candidates receiving this degree are said to be 'Exalted to the Most Sublime Degree of Royal Arch Mason.'

"A Royal Arch Chapter represents the Tabernacle erected by our ancient brethren near the ruins of King Solomon's Temple."

## SYMBOLISM OF THE VAILS

"The vails are of the following colors: blue, purple, scarlet and white, and may be symbolized as follows:

"*Blue*—The distinctive color of craft masonry—denotes Friendship, which is the peculiar characteristic of a Master Mason.

"*Purple*—the color of the preparatory degrees of the capitular system—denotes union, and, it being composed of a due mixture of blue and scarlet, is placed between the first and third vails—which are of those colors—to show the intimate connection which should ever exist between ancient craft masonry and this most sublime degree."

"*Scarlet*—the appropriate color of this degree—is emblematic of that fervency and zeal which should ever actuate all Royal Arch Masons.

"*White*—is a symbol of that purity of heart and rectitude of conduct which are essential to gain admission into the S.'. S.'. or H.'. of H.'.

"*Collectively*, the Vails are said to allude to the banners borne through the wilderness by the four principal tribes of the children of Israel, viz.: Judah, Reuben, Ephraim, and Dan; emblematically representing the strength of the lion, the intelligence of man, the patience of the ox and the swiftness of the eagle."

## THE VAIL BANNERS

"The four vail banners should be located as follows: The White banner, with a golden lion thereon representing the tribe of Judah, at the fourth Vail; the Scarlet banner, with the figure of a man representing the tribe of Reuben, at the third Vail; the Purple banner, with a black ox, representing the tribe of Ephraim, at the second Vail; and the Blue banner, with a golden eagle, representing the tribe of Dan, at the first Vail.

"This arrangement of the banners corresponds with the order of precedence of the principal tribes as recorded in the Second and Tenth Chapters of Numbers."

## ORDER OF THE RED CROSS

"The Order of the Red Cross is founded upon Truth, recognizing the GOD OF TRUTH as the only true and living Deity.

"Influenced in a measure by his Jewish Friend, Prince Zerubbabel—(Chosen of God)—and believing in the One God as did Israel, Darius registered a vow with God that he would rebuild His Temple at Jerusalem. His Truthfulness and reverence for Judah's Jehovah are proven by the manner in which Darius kept his vow.

"The Law of Judaism was active, educating and preparing us for Christianity. As the most exalted TRUTH was implicitly present in Judaism and is now explicitly present in Christianity, so the candidate finds the TRUTH OF TRUTHS implicit in the Order of the Red Cross, but explicit in the Order of the Temple.

"As Judaism prepared the world for Christianity, so is the Illustrious Order of the Red Cross a preparation for the Christian Order of the Temple."

**SAUDI ARABIA**



Fred Ward, Black Star

**The Royal Palace in Jidda** is one of several official residences of the king of Saudi Arabia. The king serves as head of state and of the government and is also the nation's religious leader.

XI.

THE FIRST 9/11 FREEMASONRY BLUEPRINT ILLUSTRATED PAGES 26 & 27

This section will use Scientific data to identify the Freemasonry fingerprints on the first 9/11 Blueprint shown on my opposite page 27. This blueprint is already in the Court's record from my Original Petition. Because the blueprint is a technical one which uses only Masonic emblems in specific places and manners, only a Freemason could have designed or authored it. The first emblem that I will tie to Masonry is the "NINE HANDS" in the third row. The hand as illustrated below on the 33° emblem in horn #2 always accompany this Degree. Locate it now. The "RED HAND" shown on the Northern Ireland Flag and Coat of Arm below, is the same TAU RED Cross on the 33° emblem.



**Northern Ireland's Flag and Coat of Arms** have a six-pointed star and the ancient Ulster symbol of a red hand. The star and hand appear over the St. George's cross of the English flag. Northern Ireland's flag and coat of arms ceased to be official symbols after Britain took direct control of the nation's government in 1972. The flag is often flown by private citizens, but the official flag is the British Union Flag.




**33rd Degree Mason**

You may see again page 25 under the ORDER OF THE RED CROSS for verification. You may also see General Test #3, Question and Answer #18 in my Exhibit "A" of the 1000 POINTS OF LIGHT. Also Exhibit "C" Test 17, Question and Answer #1 will explain what Masonry call the "CLEAN HAND SIGN". The clean hand means bloody hand. These 9 hands corresponds to the nine-pointed star above for the 33°. Note that the last hand corresponds to the letter I. This is because the hand was used to represent the letter I by the Ancient Egyptians and the Semites. (See illustration below). The eyes inside the three circles representing the eyes of the Masonic character, is the way the International Morse Code expresses the letter I. (See below). The mouth is the Morse Code for "T" which is more clearer with the circle corresponding to the letter "K". Thus you have the triple Tau for the 33° of Masonry. These illustrations shall continue on pages 28 and 29. Note Masons use their hands and eyes for covert communication.






## F O R E W O R D S
### FIRST 9/11 FREEMASONRY BLUEPRINT ILLUSTRATED

The illustrations below are first shown in Times New Roman (standard word processing font) and then followed by Wingdings (symbolic font).

Q 3 3 N Y



A B C D E F G H I J K L
M N O P Q R S T U V X Y
Z

(NOTE) All of the 25 symbols below are Symbols of Scottish Rite Mason:





nine
11s
33° Masonic
coded emblem



1 2 3 4 5 6 7 8 9 0
! @ # $ % ^ & * () _ +



3 sets of horizontal
11s = 9 elevens



---

THE IMPORTANCE OF SEPTEMBER 11, AND NOVEMBER 9
(SEE GENERAL TEST NUMBER 18 QUESTION #6)

6. BY WHAT THREE MONTHS WAS THE SUN SAID TO BE SLAIN?

ANSWER: SEPTEMBER, OCTOBER AND NOVEMBER. (LIBRA, SCORPIO, AND SAGITTARIUS).

XII.

A SCIENTIFIC MATCH OF MASONRY 9/11 BLUEPRINT I AND II

The Red, Yellow, and Blue 1994 AT & T Freemasonry 9/11 Brochure is duplicated below. Using the Scientific Heraldry from the INTERNATIONAL ALPHABET FLAG CODE, I will match both Blueprints in this illustration. Remember that the Triple-Tau comes in three colors inside the International Alphabet Code below. These are the three Red, Yellow, and Blue Tau crosses corresponding to "R", "V", and "X". Locate these three alphabets in the Wingding symbolic fonts in the 9/11 Blueprint on page 29 beginning with "R". Notice that "R" corresponds to the Nine-Pointed Star representing the 33° Emblem of Freemasonry. This is very significant. Next locate the emblem for "V" which is a cross almost like the Calvary Cross for "U".It looks almost like the Calvary Cross because it represents a false christ pretending to be the Messiah. Next locate the emblem corresponding to "X" which is another form of making the Tau "X" cross. Here it is four horns. Now go








DEATH SYMBOLIZED FOR TALKING WITH TORN SQUARE.

to the emblem corresponding to the alphabet "T" which is symbolizing a triple-T- who's cross bar is turned slightly upwards to encrypt the "T". Now look at both sides of the 1994 AT & T Consumer brochure above. The duplication quality is poor. However,I will reprint the phrases written on it which has the Triple-Tau "T" encrypted on the top right. "WELCOME TO AT & T TRUE REWARDS". This is the phrase above the RED SQUARE-top right. Two "T's" appear in the company's name, and the third in the word "TRUE". At the bottom right in the blue square the phrase with the Triple-Tau reads, "FOR YOUR AT & T TALKING. The third "T" is inside the word "TALKING".

The drop of blood corresponding to "S" represents both "Suicide" and "Sacrifice". The emblem for "M" is a bomb. The skull and bones represents a Holocaust. The "Q" is the plane used as a Missile, and it corresponds to both the Yellow Square for "Q" in the International Flag Code above, and the yellow square which has the plane on the AT & T brochure above. The "O" is the flag of the New World Order. "P" emblem is for the Red, Yellow, and Blue Presidential Pennant illustrated above. The last emblem for illustrating is the Black Telephone for the number "9", and the pencil for #1. (9/11). NOTE: WHAT APPEARS TO BE A DOLLAR SIGN ON THE RED SQUARE IS AN "S" WITH AN 11 DRAWN IN IT. THIS REPRESENTS SEPTEMBER 11.

# F O R E W O R D S

## FIRST 9/11 FREEMASONRY BLUEPRINT ILLUSTRATED

The illustrations below are first shown in Times New Roman (standard word processing font) and then followed by Wingdings (symbolic font).

Q 3 3 N Y



A B C D E F G H I J K L
M N O P Q R S T U V X Y
Z

**(NOTE) All of the 25 symbols below are Symbols of Scottish Rite Masonry.**





nine
11s
33° Masonic
coded emblem



1 2 3 4 5 6 7 8 9 0
! @ # $ % ^ & * () _ +



3 sets of horizontal
11s = 9 elevens



---

THE IMPORTANCE OF SEPTEMBER 11, AND NOVEMBER 9
(SEE GENERAL TEST NUMBER 18 QUESTION #6)

6. BY WHAT THREE MONTHS WAS THE SUN SAID TO BE SLAIN?

ANSWER: SEPTEMBER, OCTOBER AND NOVEMBER. (LIBRA, SCORPIO, AND SAGITTARIUS).

XIII.
HOW TO IDENTIFY THE ISLAMIC MASONS IN THE SEOOND BLUEPRINT

This is one of the most important illustration for making a technical and Scientific connection of AL QAEDA NETWORK to the Ancient Arabic Scottish Rite (A.A.S.A.).

The Triple-Targets (Triple-Tau or "T") which represents the Twin Towers and the Pentagon, corresponds to 2,3, and 4. Each of these targets have written within them three ancient Hebrew Alphabet for the letter "Z" called "Zayin". This letter looks like an equal (=) sign, and it was their word for "WEAPON". It is illustrated below in the brown box provided by WORLDBOOK ENCYCLOPEDIA. Remember that this code corresponds to the INTERNATIONAL ALPHABET FLAG CODE where "Z" is three equalateral Red, Yellow, and Blue triangles for the 33° of Masonry. These are symbolic of ancient and sacred stones. The TAU (X) cross beneath the Skull in the Blueprint is placed next to the TWIN TOWERS to create the Triple-Tau. The other two "T's" are hidden in TWIN TOWERS. How clever!!




verizon




The black stone is the stone that was rejected by the Builders. Builders is the biblical name for Masons. On my opposite page 31, locate the "Z" at the top of the page where Q 33 N Y appears which was the wing number of one of the planes crashing into the twin towers. Now notice that even though they are invisible, the colors Red, Yellow, and Blue are now hidden inside each target representing the twin towers. These then corresponds to 33 which is additional Scientific corroboration with Freemasonry.

This "Z" is also used by the company who gave us the 9/11 International Emergency number which is illustrated above. They use an ancient form of the TAU (X or T) and place it over the "V". When this is checked in the INTERNATIONAL FLAG CODE, we then see that it corresponds to the Freemason's Red X.

Now we shall go to the 1000 POINTS OF LIGHT to see what Masonry say about their use of the Hebrew language. For this I have attached my exhibit "A" which has the Questions and Answers for GENERAL TEST #3, Question and Answer #23. The Question ask this; "WHY IS THE HEBREW LANGUAGE OF THE GREATEST IMPORTANCE IN FREEMASONRY"? ANSWER: BECAUSE THIS ALPHABET, WITH ITS NUMERICAL VALUES, IS KEY TO THE GREATER NUMBER OF WORDS EMPLOYED IN MASONRY AS WELL AS THE MYSTERIES OF THE BIBLE. (PLEASE SEE ATTACHMENTS).

In other words, the Masons uses a simple alphabet to communicate and instruct whatever they choose as on September 11, 2001. And on November 9, 2005 in Amman Jordan. The TAU (X) cross is the last of these alphabets. It is the perfect example how Masonry uses a simple alphabet for greater words in Masonry. These Hebrew alphabets are found in Psalms 119: 1-176. Psalms 119 is a bible code for 9/11. The Numerical value of Zain is Seven (7). This represents the Seven Stars (angels) of the Apocalypse of Masonry.

**"THE 2ND BLUEPRINT FOR THE 9/11 TERROR ATTACKS ILLUSTRATED"**

**THIS BLUEPRINT WAS HIDDEN IN WINGDING COMPUTER PROGRAM**

The illustrations below are first shown in Times New Roman (standard word processing font) and then followed by Wingdings (symbolic font).

Q 3 3 N Y



NOTE: All of these symbols are Masonic sophisticated emblems. Only a Mason could have assembled them.

( The above may have been the tail # of one of the crafts used in the 9/11 attacks)

A B C D E F G H I J K L
M N O P Q R S T U V X Y
Z





33°
OR 9 elevens



Z

**Z=ISLAM WHICH IS RED, YELLOW, & BLUE IN THE INTERNATIONAL ALPHABET FLAG CODE. BLACK IS ALWAYS REJECTED.**

1 2 3 4 5 6 7 8 9 0
! @ # $ % ^ & * () _ +



3 sets of horizontal 11s, or **Zayin (= weapons)**
in each 9/11 target.






The Bible is the number 7 for Ezekiel 7:11 where the apocalyptic violence began. It ends in Ezekiel 9/11. "Violence is risen up into a rod of wickedness: none of them shall remain, nor of their multitude, nor of any of theirs: neither shall there be wailing for them.

XIV.

THE TRIPLE TARGETS IN BOTH THE USA AND AMMAN, JORDAN

"The meaning of 3, 9, and Target In Masonry"

The Freemasons through the Veil of the Al Qaeda Network struck the USA on 911, and Amman Jordan on 11/9. In each attack they hit three targets. On 3/11 they hit Madrid Spain. As you will see from the documents from "A 1000 POINTS OF LIGHT", both the numbers and the word "TARGET" has significant meaning in Masonry. There is a department store in the U.S. that is called Target. In Eastern and Middle East Countries,

## GENERAL TEST

### NUMBER THIRTY-TWO

1. What is the York Rite?..........
2. Define palimpsest..........
3. What is the teaching of Masonry as regards intolerance?..........
4. Of what religion are Masons to be?..........
5. What is the proper appellation for the Master's Lodge?..........
6. Who wrote "The Man who would be King"?..........
7. In what American structures is the architectural influence of Sir Christopher Wren shown?..........
8. Of what was the Lamb-skin or Golden Fleece anciently the symbol? ..........
9. What is the covering of the Entered Apprentice Lodge?..........
10. Why is the number 9 the sign of every circumference?..........
11. Why do all the other mystical numbers depend upon the number 3?..........
12. Is it correct to call the Master Mason Lodge the Blue Lodge? ..........
13. What do the upright and horizontal lines forming a cross on the Royal Arch Banner denote?..........

[73]

The date is placed before the month. In Amman Jordan it was 9/11 instead of 11/9. The three targets represented the three deities of Red, Yellow, and Blue. It is the secret way by which Freemasons must encrypt their mark on all of their work. There are no exceptions. I have illustrated below GENERAL TEST # 32, QUESTIONS AND ANSWERS #4, 10, and 11. Four-4 deals with the religion of Freemasons which is a Unifaith. 8 & 9 : Significance of the numbers 9 and 3. On my opposite page 33 are excerpts from GENERAL TEST NUMBER 39 regarding "TARGET". The answers from the "1000 POINTS OF LIGHT" are attached with my "EXHIBIT F" along with critical illustrations for the numbers 3 and 9.

The 3 is significant because it represents first the three deities which are symbolized by the triangular dots ∴ on my opposite page 33. As you will see from my Exhibit "B", the number 9 is the number of days that VULCAN was falling when he was expelled from heaven. He is the Nine-pointed Star that fell from heaven. (See EXHIBIT D ALSO).

HOW THE TRIPLE TARGETS ARE ENCRYPTED IN GENERAL TEST #39

(TRIPLE TARGETS .˙. )

The Masons use numbers in their work from a spiritual perspective. Their printing methods can not be discovered without Devine guidance. Below they ask the question "How many targets had Solomon". The question is followed by another question that provides the Masons encrypted answer. In question #10 there you'll find the triple "T" for the 3 targets carried out both in the USA on 9/11, and in Amman, Jordan on 11/ The triangular dots positioned by these letters, are the encrypted titles given to eac of the Masonic deities. Please see my Exhibit "D" TEST #TWENTY-FOUR, Question and Answer #1, and EXHIBIT "C" TEST 17, Questions and Answers #19 and 20.

# Terrorists kill at least 57 in Jordan



GENERAL TEST

NUMBER THIRTY-NINE

7. What is the Biblical meaning of the word target?....................

8. How many targets had Solomon?..............................................
9. What is known as the Webb-Preston work?...............................

10. What is the meaning of the abbreviations (a) E.·. V.·. (b) E.·. C.·. (c) I.·. T.·. N.·. O.·. T.·. G.·. A.·. O.·. T.·. U.·.?

Daoud, AP

**Nightmare:** An injured man is helped away from the Grand Hyatt Hotel in Amman, Jordan, on Wednesday. It was one of three hotels bombed in nearly simultaneous suicide attacks. Jordanian leaders pointed to al-Qaeda.

# Al-Qaeda figure suspected

XV.
THE TRIPLE TRAIN EXPLOSIONS IN MADRID SPAIN ON 3/11
"The Game-Cube Of Masonic Ninetendo Heroes"

On 3/11/04 Three Train Stations were bombed with Ten bombs by the Al Qaeda Network of the Freemasons. Again it must bare the Masons marks or it is not their work. The three targets represented the Triple Tau. It is the Hallmark of Freemasonry hidden under many veils which has taken me over 12 years to lift and articulate. Each of the three triangles making up the 33° Degree Emblem is called privately an Eleven (11). This










33rd Degree Mason

is because three are used to make the 33° emblem, therefore one would be an eleven 11. 33 divided by 3 equals 11. The eleven above in the triangle was found hidden inside a Post Cereal box. Post Cereal is owned by the Philip Morris Tobacco Company. Philip Morris printed the graphics on page 17 showing the Russian Bear winning the White House under the veil of Freemasons on Capitol Hill.

The Sonic Heroes is a code word for "Masonic Heroes". Their Red, Yellow, and Blue triangular-shaped foreheads are symbolic of the three Red, Yellow, and Blue triangles for the 33° emblem. Nine-Ten-do is a code word for the Nine-pointed Star above right, and the "T" sign for the Roman #10 placed behind it called Tau. The "T" is also for Time and Ten. Each word is significant in its meaning.

The GAMECUBE is what the Freemasons called the three cubes before its altar representing it's three deities. These are illustrated by my EXHIBIT "G" which is attached in alphabetical order among my other Exhibits. You may see other important Masonic emblems in this graphic which was extracted from a Masonic bible for illustration. The Nine hours differance between Austin, Texas Time, and that of Baghdad, was printed for Freemasons who are fanatically obsessed with the mysteries of nine. As you know, this was the number of days which Satan was in falling from heaven. (See Exhibit "G")
Also in Exhibit "G" you will see Seven Stars and a Cresent representing Islam inside the Masonic Lodge. The seven stars are the seven angels of the Masonic Apocalypse.

THE TRIPLE TRAIN EXPLOSIONS IN MADRIN SPAIN ON 3/11

"How The Hebrew Alphabet Is Used To Speak Many Words"
The X Factor Illustrated

Rockets win as Mobley stings Hornets for 31 points / **Sports**

# Houston Chronicle

www.houstonchronicle.com Vol. 103 No. 151 50 Cents ★★

# 'This is mass murder'

■ Synchronized train bombs kill nearly 200, create hellish scene in Madrid

■ Al-Qaida affiliate claims responsibility, but Spain suspects Basque group



By TRACY WILKINSON
Los Angeles Times

[illegible]

**INSIDE**

■ World leaders voice outrage over terror attack: Page 21A.

■ E-mail to Houston family: "This is Spain's 9/11": Page 21A.

# E-mail from Madrid: 'This is Spain's 9/11'

**By RONNIE CROCKER**
Houston Chronicle

At home in Houston, MaryEllen Forgay heard about the Spanish train bombings shortly after logging on to a news site Thursday morning and "just lost it," her husband says. The couple's 23-year-old daughter has been teaching English as a foreign language in Madrid since the fall.

Fortunately for the Houston family, their daughter, Emily Abeln, a graduate of Incarnate Word Academy and Texas State University, had already e-mailed her parents to tell them she was OK. She followed up with more e-mails throughout the day, each more descriptive than the last as the scope of the tragedy became apparent.

Dad John Abeln sent one of them to the Houston Chronicle. Following is an excerpt:



**Emily Abeln** celebrated New Year's in Madrid.

"Life here is sad and heavy. ... The metro was all but empty because people were afraid to travel in it. Pictures of bloody faces are everywhere and everyone is on their cell phone, all having the same conversation, 'Yes, I'm okay. Are you and your family?' This is Spain's 9/11.

"And even though every day I feel totally foreign here, right now I feel completely connected with this country and its people. Some friends have asked me if I will return to the States because of this. All I can say is that I can't return right now. I can't leave this country in pain because now it's my country too and I share in its grief."

THE THIRD FREEMASONRY 9/11 BLUEPRINT ILLUSTRATED
"Sonic's Red, Yellow, And Blue Airplane"

The Scientific colors for 9/11 using the U.S. Navy's Numerical Code is Red, yellow, and Blue. You may see these below. The Scientific colors for the Mason's 33° must also match these three colors. Therefore, as shown below, the colors for 33 is also Red, Yellow, and Blue. These colors were therefore used for the colors of the broken aircraft used as the Trademark for "Sonic" hamburger Fast Food Restaurant chain. These are illustrated below and on my next page. The word "SONIC" is an abbreviation used by Freemasons for "MASONIC". Using the colors for the letter "Z"







from the International Alphabet Flag Code which is Red, Yellow, Blue, and Black, the Masons carefully chose only the colors used for the three deities in Masonry. These three colors from each cross is transferred to each triangle. The triangles when laced together are symbolic of the Satanic trinity. These are Satan, the Beast, and the false prophet. As I have illustrated from my previous illustration, Satan is veiled in Masonry as "VULCAN". He then corresponds to Tubal Cain which is the Pass Word for Masons who are being initiated to become Master Masons.

## THE TWIN TOWERS

As shown in the graphics above there are two twin towers which stands on the parking lot of each of these hamburger chains. These are symbolic of the New York City Twin Towers. The word "Sonic" also refers to the sound waves of an aircraft which travels at 1,100 Feet per second (335 meters). Sonic speed is 1190 Kph which is the Masons code for 9/11. It is a mystery that is possible only with a higher power which is the mystery of the Freemasons. That higher power is Satan. The Freemasons are his angels who were cast out of heaven with him. The time has now come for his revelation which constitutes the beginning of GOD's judgment, and marks the end of Satan's rule.

THE THIRD FREEMASONRY 9/11 TERROR BLUEPRINT

"Sonic", A Code Word For Masonic"

NOTE CAREFULLY: Sonic's red, yellow, blue, and black emblem is emblematic of the emblem for the letter "Z" in the International Flag Code. This "Z" is the Cresent and Star in Microsoft's Symbolic alphabet fonts which encrypts another blueprint of the 9/11 terror and anthrax attacks. This is the same red "Z" which is highlighted in "VERIZON" logo who provided up our national 9/11 emergency number. This "Z" emblem seen below embodies the three triangles which are interlaced to create the 33° emblem of Freemasonry. These represent sacred stones. The black stone is the stone which the Builder (Masons) rejected, (Mark 12: 10-11). "And have ye not read this scripture; The stone which the builders rejected is become the head of the corner: (11) This was the Lord's doing, and it is marvellous in our eyes? Wisdom is required to understand this.



XVI

## THE MEANING OF THE RED, YELLOW, AND BLUE SCYTHE

Below I have illustrated a Red, Yellow, and Blue Sickle (Scythe) that appears on a deordorant called "DEGREE MEN". It is a reference that the Company is operated by person(s) who are Freemasons. Their logo is a Red, Yellow, and Blue sickle. One of the phone companies who gave us the 9/11 International Emergency number, also is now using the sickle as a Corporate logo. All are sending a voiceless message to the world. I will use the FREEMASONRY document on the next page to explain the message that they are sending by using the Red, Yellow, and Blue Scythe.

THE BIBLICAL INDEX TO FREEMASONRY DEFINITIONS

SEE OPPOSITIE PAGE 39







NEW!

SBC

## SCYTHE

As provided by the Document taken from A Freemasory Bible Encyclopedia and Dictionary, the meaning of the Sickle in Masonry is "DEATH". In which human life is cut down or brought to an end. You will find this definition at the bottom of my next page 39. The check mark in the center of the sickle above is another ancient way of expressing the "TAU" (X). This is called a check mark. If you recall from 1000 Points Of Light General Test #3, Question and Answer #23, we illustrated the importance of the Hebrew alphabet in Masonry. That is, the alphabet is the key to the greater number of words. Therefore, these graphics and the events of 9/11 in New York, 3/11 in Madrid Spain, and 11/9 in Amman, Jordan, are the greater words spoken by the Degree Men.

In the first graphic on the right above is the word "IRONMAN" with the man shown as an "M". This is very clever because the "M" is used as a veil for the Masonic "X". See my illustration below for ways of expressing the "M".



| SUBJECT | BOOK | CHAP. | VERSE | PAGE |
|---|---|---|---|---|
| erecting walls is employed in speculative Masonry as a symbol of justice and uprightness in our dealings with our fellowmen. Divine truth is the plumbline in the erection of a moral and spiritual edifice. | Zech. | 4 | 10 | 568 |

**Poor**

Almost from the moment that a candidate for the mysteries and legendary lights of Freemasonry crosses the threshold of the Lodge, the duty of rendering aid and sustenance to those who lack in this world's necessities is urged upon him.

| Book | Chap. | Verse | Page |
|---|---|---|---|
| Job | 31 | 13-22 | 350 |
| Ps. | 41 | 1-4 | 368 |
| Isa. | 58 | 6, 7 | 453 |
| Matt. | 25 | 31-40 | 597 |
| James | 2 | 14-17 | 733 |

**Porch**

The Great Porch before the Temple of Solomon was magnificient and expansive, and its value to the appointments and uses of the Temple was invaluable. Hence, this porch is given a distinctive recognition in the ritual and teachings of Masonry. (See *Boaz* and *Jachin*.)

| Book | Chap. | Verse | Page |
|---|---|---|---|
| 1 Ki. | 6 | 3, 4 | 234 |
| 2 Chr. | 3 | 3, 4 | 293 |

**Prayer**

Petitions to Deity in behalf of one's own needs, intercessions for others, communion with God, and prayer in all its elements of praise and worship are fundamentals in the tenets of Freemasonry. From the time a candidate crosses the threshold of the Lodge to the topmost Degree in Masonry, the privilege and duty of prayer are urged upon him, and every step is taken in a holy atmosphere of divine worship. (See *Aid of Deity; Altar.*)

| Book | Chap. | Verse | Page |
|---|---|---|---|
| 2 Sam. | 22 | 7 | 227 |
| Ps. | 55 | 16 | 372 |
| Ps. | 86 | 7 | 382 |
| Ps. | 141 | 1 | 399 |
| Dan. | 6 | 10 | 540 |
| Matt. | 6 | 5-16 | 582 |
| Matt. | 21 | 22 | 593 |

**Preparation**

In all the work of Freemasonry, emphasis is placed upon the importance of adequate preparation for moral, ethical, and spiritual vocations. Preparation of the heart is the first essential in Masonry, and certain outward preparations symbolic of, and manifesting, inward preparedness are required.

| Book | Chap. | Verse | Page |
|---|---|---|---|
| 1 Ki. | 8 | 61 | 236 |
| 2 Chr. | 30 | 9-27 | 310 |
| Jer. | 17 | 9, 10 | 469 |
| Matt. | 12 | 35, 36 | 586 |
| Mark | 7 | 14, 15 | 607 |

**Prudence**

Growing out of the cardinal virtues which are emphasized throughout the Degrees of Masonry is the practice of prudence by which we are instructed to regulate our conduct by the dictates of reason and in obedience to the cardinal virtures of faith, hope, and love.

| Book | Chap. | Verse | Page |
|---|---|---|---|
| 1 Sam. | 16 | 18 | 199 |
| Prov. | 12 | 23 | 407 |
| Prov. | 15 | 5 | 408 |
| Prov. | 18 | 15 | 410 |
| Amos | 5 | 13 | 554 |

## R

**Races of Men**

Masons accept the teachings of the Bible that all the races of man are "made of one blood," that all men are the "offspring of God," and hence they believe in the fatherhood of God and the brotherhood of man. (See *Fatherhood of God.*)

| Book | Chap. | Verse | Page |
|---|---|---|---|
| Acts | 10 | 9, 35 | 666 |

**Raised**

"Raised to the Sublime Degree of Master Mason" refers to the final symbolic ritual of the Third Degree celebrating our faith in the final resurrection of our bodies, to the divinely revealed truth that these vile bodies shall be fashioned into the likeness of the risen and perfected and glorified body of the Lord Jesus Christ.

| Book | Chap. | Verse | Page |
|---|---|---|---|
| Job | 19 | 26 | 345 |
| Hosea | 6 | 2 | 547 |
| John | 11 | 23 | 650 |
| 1 Cor. | 6 | 14 | 693 |
| 1 Cor. | 15 | | 698 |

**Restoration of the Temple**

Just as the destruction of Solomon's Temple by the Chaldeans was foretold by the prophets of God, so the rebuilding of the Temple was predicted. These latter predictions were fulfilled under the decree of Cyrus, king of Persia, by the divinely chosen leaders Zerubbabel and Jeshua, supported by the prophets Haggai and Zechariah.

**Resurrection**

From the beginning, Freemasonry has been built upon two cardinal beliefs: a belief in God, and a belief in a resurrection to a future life. This latter belief assumes faith in the immortality of man in his soul or spirit life and recognizes the need of redemption or salvation from sin through divine grace. Throughout the rituals and symbolisms of Freemasonry, and in all of its mythical teachings and legends, belief in these truths is exemplified and demanded. (See *Raised.*)

| Book | Chap. | Verse | Page |
|---|---|---|---|
| Ps. | 17 | 15 | 360 |
| Isa. | 26 | 19 | 436 |
| Dan. | 12 | 2 | 545 |
| Matt. | 22 | 31 | 594 |
| Luke | 14 | 14 | 630 |
| John | 5 | 28 | 644 |
| Acts | 4 | 2 | 661 |
| 1 Thess. | 4 | 16 | 718 |

**Reverence for God**

The very nature of God, his attributes and qualities, his creation, preservation, and sovereignty over man, his redemptive grace and love, even his name, demands of man a reverent attitude at all times. God, himself, and his name which stands for his personality, supremacy, majesty, and glory are always revered in the Lodge of Masons, and the same attitude toward God should characterize the personal life of every true Mason. Anything and everything that represents God to the mind of man should be held sacred.

| Book | Chap. | Verse | Page |
|---|---|---|---|
| Ex. | 20 | 3-7 | 58 |
| Lev. | 19 | 30 | 88 |
| Isa. | 45 | 22, 23 | 447 |
| Rom. | 1 | 11, 12 | 680 |
| Heb. | 12 | 28 | [illegible] |

**Rubbish of Temple**

Hindrances in the erection of the Temple of Solomon caused by the scattered rubbish is a figure of the worldly and material things of life which prevent proper moral, ethical, and spiritual growth, or the building of that spiritual structure of character and usefulness which is the supreme end of Freemasonry. These are to be removed with diligence and faithfulness.

| Book | Chap. | Verse | Page |
|---|---|---|---|
| Neh. | [illegible] | 2, 10 | 325 |

## S

**Sabbath Day**

Freemasonry recognizes man's constitutional requirement for one day's rest from the ordinary secular toils of life and accepts as a part of its fundamental teachings the divine establishment of the Sabbath Day. By legendary instructions, through symbolisms, and by precept, the privilege and duty of Sabbath observance are inculcated. The Sabbath Day is honored as an allotted period for rest and divine worship.

| Book | Chap. | Verse | Page |
|---|---|---|---|
| Gen. | 1 | 31 | 9 |
| Gen. | 2 | 1-3 | 10 |
| Ex. | 20 | 8-11 | 58 |
| Ex. | 35 | 1-3 | 69 |
| Lev. | 23 | 3 | 91 |
| Isa. | 58 | 13, 14 | 453 |
| Ezek. | 20 | 19, 20 | 511 |

**Sanctuary**

Holy places dedicated to the services and worship of God are a necessity for man; they are to be revered even as the name of God and utilized by man for his spiritual culture and for communion with the Most High. Moses erected a sanctuary under the directions of God, and holy places for worship have been perpetuated ever since. In the Bible, this name is ascribed to the Most Holy Place in the tabernacle and in the Temple, to the Holy Place, and to the whole tabernacle and Temple.

| Book | Chap. | Verse | Page |
|---|---|---|---|
| Ex. | 25 | 1-9 | 61 |
| Ex. | 40 | 1-28 | 73 |
| Lev. | 4 | 6 | 76 |
| Num. | 10 | 21 | 105 |
| Josh. | 24 | 26 | 168 |
| 1 Chr. | 26 | 18 | 289 |
| Ps. | 20 | 2 | 361 |
| Ps. | 73 | 17 | 377 |

**Scripture Readings**

It is not only required that the Bible on the altar in the Lodge be spread open as a necessary preparation for opening the Lodge and during its work, but that it be opened at certain passages during the several Degrees. For the First Degree the assigned passage is Psalms 133; for the Second, Amos, chapter 7; in some jurisdictions, 1 Corinthians, chapter 13 and for the Third, Ecclesiastes, chapter 12.

| Book | Chap. | Verse | Page |
|---|---|---|---|
| Ps. | 133 | | 397 |
| Amos | 7 | | 555 |
| 1 Cor. | 13 | 1-7 | 697 |
| Eccl. | 12 | | 421 |

**Scythe**

The scythe is a symbol of death in which human life is cut down or brought to an end.

| Book | Chap. | Verse | Page |
|---|---|---|---|
| Job | 14 | 2 | 344 |
| Ps. | 90 | 5, 6 | 384 |

XVII

THE SIGNIFICANCE OF MARCH 11, AND SEPTEMBER 11 IN MASONRY ILLUSTRATED

Under the Orders of the French Government and Catholic Church, the Freemasons executed on March 11, 1314 Jacques de Molay by a public burning of his body in Paris. This date is confirmed by 1000 POINTS OF LIGHT GENERAL TEST FIVE shown below. The second question goes with the first one. It ask, "GIVE THE LINE AFTER "OR EVER THE SILVER CORD BE LOOSED". ANSWER: OR THE GOLDEN BOWL BE BROKEN. This answer is an

## GENERAL TEST

NUMBER FIVE

1. Who was Jacques de Molay, and in what century and in what manner did he die?..................
2. Give the line after "or ever the silver cord be loosed."................
.................................................................
3. Who was Euclid, and give within a hundred years, the date of his birth?..................
4. What is Anno Mundi, and how is it found?..................
.................................................................

GENERAL TEST NUMBER FIVE

1. The last Grand Master of the Templars. He was publicly burned at Paris on the 11th of March, 1314.
2. "Or the golden bowl be broken."
3. A Greek mathematician, called "the father of geometry." He was born in Alexandria in Egypt, about 300 years B. C.
4. "In the Year of the World." Found by adding 3,760 to the Vulgar Era until September. After September, add one year more. This is because the year used is the Hebrew one, which begins in September.
5. The board upon which the Master inscribes the designs for the guidance of the Craft. Not to be confounded with the Tracing Board.

[97]

ODE—MASTER MASON'S DEGREE.

AIR—"Bonny Doon."

"Let us remember, in our youth,
Before the evil days draw nigh,
Our great Creator and his Truth!
Ere mem'ry fail and pleasures fly,
Or sun, or moon, or planets light,
Grow dark, or clouds return in gloom,
Ere vital spark no more incite,
When strength shall bow and years consume.

"Let us in youth remember HIM!
Who formed our frame and spirits gave,
Ere windows of the mind grow dim,
Or door of speech obstructed wave;
When voice of bird fresh terrors wake,
And Music's daughters charm no more,
Or fear to rise, with trembling shake
Along the path we travel o'er.

"In youth to God let memory cling,
Before desire shall fail, or wane;
Or ere be loosed life's silver string,
Or bowl at fountain rent in twain;
For man to his long home doth go,
And mourners group around his urn,
Our dust to dust again must flow,
And spirits unto God return."

—Sickels's Monitor, page 100

encrypted answer as is most questions and answers in this document. The line after is shown above right from another internal document containing this Master Mason's Initiation Song. The correct line is; OR BOWL AT FOUNTAIN RENT IN TWAIN: FOR MAN TO HIS LONG HOME GO, AND MOURNERS GROUP AROUND HIS URN, OUR DUST TO DUST AGAIN MUST FLOW, AND SPIRITS UNTO GOD RETURN.

The cross-bones and skull would be the only thing left of a person when he was executed as Jacques de Molay. On my opposite page the Masons issued such a death warrant for me when they learned from the Court that I had exposed their complicity in the 9/11 and 3/11 Terror attacks. The Effiel Tower on page 41 is used to symbolize the World Trade Twin Towers. The yellow car is symbolic of the airplane in the yellow square in AT & T 1994 9/11 Brochure. A car cannot fly as this one is depicted in this drawing. It is a poor encryption of the plane flying into the twin towers. In the far right corner is the red, white, and blue Triple-Tau flag of France. It is transformed to Red, Yellow, and Blue with the McDonald yellow "M". The caption "THE SECRET IS OUT" refers to the 9/11 and 3/11 Terror. Now these have hit the city of Amman, Jordan on 11/9.

Question 4 above deals with Anno Mundi which marks the beginning of the World not as a creation, but when VULCAN was expelled from heaven. It appears to have been 9/11. This is the date hidden on the Masonic 33° Emblem which GOD has revealed to His people. ANNO DOMINI marks the year of our Lord. Anno Mundi marks the year of masonry's lord.

A VOICELESS ADDMISSION AND A CROSS-LEGGED MASONIC DEATH WARRANT

After the Freemasons learned from the U.S. Court that I had revealed their complicity in the 9/11 and Anthrax murders, they issued a voiceless addmission and a warrant for my death. Both their addmission by symbolism and the death warrant is

10B Houston Chronicle Wednesday, March 31, 2004

'PEOPLE WILL ALWAYS ENJOY GOOD FOOD NO MATTER WHERE IT COMES FROM . . . IT DOES NOT ALWAYS HAVE TO COME FROM FRANCE TO BE GOOD.'






**LES BIG MACS**

The secret is out. The French like McDonald's more than anyone else in Europe.

**Page 10B**



**The French Flag** is called the *tricolor*. In 1789, King Louis XVI first used its three colors to represent France.



**An Unofficial Symbol** of France, adopted in 1953, ha[s] emblems used by ancient Rom[e] to represent a republic.

Cross-legged Death Warrant:
Ellis is encrypted at bottom:

*Number Nineteen* *General Test*

17. What is the meaning of the term "cross-legged Knights"?........

17. In the Middle Ages, it was the custom to bury the body of a Knight Templar with one leg crossed over the other, and in many monuments in the churches of Europe the effigies of these Knights are to be found, often in England, with the legs in this position. The posture, of course, alluded to the position of the Lord while on the Cross.

encrypted in the graphics published in the Houston Chronicle on March 31, 2004. Until now, only a Master Mason could read these voiceless communications. Therefore the Masons did not fear their directives being compromised. GENERAL TEST #19 from "1000 POINTS OF LIGHT's Question and Answer #17 will explain the meaning of the cross-legged man and woman. The cross-leg is a symbol of "DEATH" which appears as a skull and cross bones in the Masonic system. It appears in the first 9/11 Blueprint, and also the WASHINGTON MASONIC APRON. The last of all the Knight Templars were executed in France by being burned at the stakes. Their wealth was seized by Pope Clement V, and was given to the Order of Saint John an Organization of Freemasonry. To announce what Secret was out, the Masons put their "YELLOW M" over France's Red, White, and Blue Flag. They then sent a message on the outting of their Red, Yellow, and Blue Code. The Yellow Car coming down from the Effiel Tower is symbolic of the Yellow plane into the The World Trade Twin Towers. The "M" is a veil for the Masons TAU "X" cross.

## XVIII.
## THE 9/11 AND 11/9 FREEMASONRY CODE BROKEN AND ILLUSTRATION

When twin towers-like 33° Freemasonry emblems are placed side-by-side and numbered sequential in both clockwise and counter-clockwise manners as shown below, they then create 9/11 and 11/9 mysteries. This mystery is not written anywhere on earth other than this document. It is a Divine secret let down from heaven into earth for judgment.




**33rd Degree Mason** **33rd Degree Mason**

The two emblems above are symbolic of the WORLD TRADE TWIN TOWERS. Beginning with the emblem on the top left, the numbers are numbered 1 thru 9 in a clockwise position. Starting at the bottom and adding the numbers 5 + 6, we get a sum equal to 11. We then go to the emblem on the right and add beginning with the numbers 4 + 5 who's sum is 9. Thus we have 11/9 working from left to right. This is the date when terror struck in Amman, Jordan. It was the work of the Al Qaeda A secret arm of the Freemasons.

For the 9/11 mystery we begin with the emblem on the top right starting with the numbers 4 + 5 who's sum equals 9. We then go across to their corresponding numbers at the emblem on the left. Here we add the numbers 5 + 6 who's sum equals 11. Thus we have 9/11. This is the date in which Terror struck both in New York City and Washington DC. This sequence is repeated until you reach the top of the towers.

Inside of both emblems are two upright triangles which can be identified by their three numbered angles. The one on the left has an upright triangle numbered 1-4- and 7. The sum of these angles is 12. This upright triangle represents the 12 tribes of Israel who shall rise up in the earth. Eleven are on the bottom, and one is on the top. The one on the top represents the tribe of Judah headed by its Glorious King Jesus. He reign over the other 11 tribes represented by 5 and 6.

On the right is another upright triangle as seen on the U.S. One Dollar Bills. It can be identified by its numbers 3-6- and 9. Their sums total 18 or 6 + 6 + 6. This is scientific Heraldry and this is called the Sinister Tierce. This triangle represents Satan who's kingdom is being taken away. Satan claims 9 sons known as the 9 sons of Cadency. Each has a specific mark.

In European and Middle Eastern countries, the day of the month is placed first. Therefore 11/9 /05 would be 9/11/05. Thus November 9 was Amman, Jordan's 9/11. Please note that the above is a special key not found anywhere else in the Earth. It was let down from the vaults of heaven to execute judgment in the earth against the wicked. The following page is the same code illustrated in multiplication and addition.

AN ILLUSTRATION OF THE MULTICATION 9/11 CODE

The breaking of this 9/11 Freemasonry 33° emblematic code, shed new light on the 91 encrypted in the triangle on the Abram Tank below. Remember that the Triple Tau is 3 triangles. They are interlaced and numbered 9 thru 1, or 1 thru 9. I have shown the




David Leeson / Dallas Morning News

An M-1A1 Abrams tank attached to the 3rd Infantry Division halts menacingly in front of an Iraqi man whose vehicle was stopped by U.S. soldiers on Monday.

9 x 2 = 18 (1 + 8 = 9)
9 x 3 = 27 (2 + 7 = 9)
9 x 4 = 36 (3 + 6 = 9)
9 x 5 = 45 (4 + 5 = 9)
9 x 6 = 54 (5 + 4 = 9)
9 x 7 = 63 (6 + 3 = 9)
9 x 8 = 72 (7 + 2 = 9)
9 x 9 = 81 (8 + 1 = 9)




33rd Degree Mason

9 + 2 = 11
8 + 3 = 11
7 + 4 = 11
6 + 5 = 11

33°divided by 3=11
3 times 3 = 9
9 x 11 = 99 or
nine elevens.

multiplication version above which is another mystery already into the record. Here 9 is multiplied times any number, and when the sum is added it reproduces 9. This is shown on the .left.. On the right; an illustration of 11 added and multiplied.