XIX.
PRESIDENT BUSH SENDS A DEADLY MESSAGE USING DICK TRACY

The Masonic Code name for the Red, Yellow, and Blue Delta Triangle worn by the President below is "DICK TRACY". On my opposite page is page 68 from LIFE MAGAZINE's 1989 February issue which featured DICK TRACY wearing a Red, Yellow, and Blue Triangular two-way radio on his wrist. The code word in the article states that the microphone-speaker is embedded in the triangle. So it is with the triangle worn by the President. To a Master Mason a single letter speaks greater words. "Light" is an important word in Masonry, (See page 10 ASK ME BROTHER). On the opposite page 45 is "LEAPS OF LIGHT" with the coded phrase 10,000 fold. The front page of time featured the man who's face was Red, Yellow, and Blue. So was the complete cover of Time. It is the ancient veil of Satan who's time of revelation has come. The black ball inside the circle on page 45 is meant to represent Satan as a "Black Man". The color is from the color wheel of Red, Yellow, and Blue. Black is rejected and replaced in this LIFE issue symbolicly.

statesman.com Austin American-Statesman Friday, November 28, 2003

# In Baghdad, a big thanks




**CONVERSION OF BUSH'S VOICELESS MESSAGE FROM THE MASTER MASON'S OATH SAYS:**

Binding myself under no less penalty than that of having my body severed in twain, my bowels torn from thence and burned to ashes and these scattered before the four winds of heaven.

**CONVERSION TO SYMBOLISM:**

The truck body cut in twain by a lightning bolt seen inside the Red, Yellow, and Blue triangle worn by the President, symbolizes the torn body of a talking Master Mason who reveals Masonry's complicity in 9/11.

The burn turkey who's bowels has been torn out represents the type of death administer-ed to Master Masons. The V-shaped Windbreaker symbolizes that their body would be scatt-ered by the 4-winds of the earth. The "V" is for Masonry's 33° Red Tau (X) cross which co-rresponds to "V" in the International Code.

Pablo Martinez Monsivais photos ASSOCIATED PRESS

President Bush sneaked away from his Crawford ranch Wednesday and took a secrecy-shrouded trip to Baghdad. At the makeshift military base set up Thursday at Baghdad International Airport, he offered words of encouragement and a Thanksgiving dinner to U.S. soldiers.



Dockets.Justia.com

"DICK TRACY" IS A MASONIC CODE WORD FOR "DELTA TRIANGLE". THE MICROPHONE IS EMBEDDED IN THE TRIANGLE PHRASE BELOW MEANS THAT THE RED, YELLOW, AND BLUE TRIANGLE SPEAKS SILENTLY.

[redacted]

# A MAN AHEAD OF HIS TIME

Dick Tracy, a high-tech man since 1946 (when he strapped on his first two-way radio), uses a voice-activated wrist phone designed for LIFE to call up his wife, Tess Trueheart. A video display lets Dick ogle Tess, while a camera lens (button) allows Tess to get a bead on Tracy. The microphone-speaker is embedded in the triangle.

LIFE MAGAZINE
FEBRUARY 1989





BILL PIERCE

## LEAPS OF LIGHT

In every house and office the copper wires of conventional phone service are giving way to the bundles of hair-thin glass fibers that make up a fiber-optic cable. Transmission capacity will increase 10,000-fold. Not only voices but also video images and raw data will be converted to computer [illegible] threads by pulses of laser light. Consequently, the functions of the telephone, TV set, VCR, fax machine and personal computer will be consolidated into one device. The superphone may even print out your newspaper. And it won't need a dialing mechanism or a keyboard, responding instead to voice commands. Should you feel the urge to communicate while out on a stroll, your wrist phone will bounce its signals via a microwave radio system to the nearest fiber-optic station.

LEAPS OF LIGHT AND 10,000 FOLD IS A CODE FOR "1000 POINTS OF LIGHT" FROM THE INAUGURAL ADDRESS A WEEK BEFORE THIS LIFE ARTICLE.

## SMALLER PHONES, BIGGER JOBS

[illegible] caller. ● Home-generated tracing services will allow police to pinpo[int] obscene callers. ● Simultaneous v[oice-]simulated translations will permi[t] callers to converse with people speaking different languages. ● At-home medical exams will be conducted via the phone; for instance, cardiograms of heart patients will be transmitted to th[e] doctor. In an emergency the phys[ician] may activate a home defibrillator [to] resuscitate a heart-attack victim.

THE IRONMAN AND OLD IRONSIDE---EMBLEMS OF DEATH

Notice below I have positioned the label from "DEGREE MEN" product which has a red, yellow, and blue sickle. The sickle in Masonry is an emblem of Death as shown on page 39 from Masonic documents. The key word on the label which links it to the red, yellow, and blue triangle worn by Mr. Bush is "IRONMAN". The one the President wears says "OLD IRONSIDE". The symbol for Islam which is a crescent, is symbolic of this Masonic sickle. You may see definition #2 from Worldbook below. Islam is codified biblically as the moon that turns to blood, (Rev. 6: 12-13). The Freemasons in this same 13th verse are codified as the stars that fell from heaven. The star associated with the emblem of Islam symbolizes their links to Freemasonry. On my next page 47 under "TERMS OF HERALDRY" is the pattern of a Masonic shield which corresponds and match Scientifically the 33° nine-pointed star. Squares 1-4-7 is one triangle, and the other two corresponds to 2-5-8, and 7-8-9. These 9 stars then corresponds to the 9 Marks of Cadency shown on page 47. The second and third of these are the emblems of Islam which links Scientifically to the Masons. This could not have been accomplished without having broken their code hidden on the 33° emblem.

statesman.com Austin American-Statesman Friday, November 28, 2003

# In Baghdad, a big thanks




sick•ish•ess *n*
[1]sick•le \'sik-əl\ *n* 1 a : a cutting tool consisting of a curved metal blade with a short handle b : a cutting mechanism (as of a combine) consisting of a bar with a series of cutting elements 2 *cap* : a group of six stars in the constellation Leo [Old English *sicol*, from Latin *secula*] — sickle *adj*
[2]sickle *vb* sick•led; sick•ling \'sik-ling, -ə-ling\ : to form into a crescent ⟨the ability of red blood cells to *sickle*⟩
sick leave *n* 1 : an absence from duty or work permitted because of illness 2 : the number of days per year allowed an employee for sickness
sickle cell *n* : an abnormal red blood cell of crescent shape
sickle–cell anemia *n* : a chronic inherited anemia that occurs especially in Negroes and is characterized by sickle cells in the circulating blood

[1]sickle 1a

Pablo Martinez Monsivais photos ASSOCIATED PRESS

President Bush sneaked away from his Crawford ranch Wednesday and took a secrecy-shrouded trip to Baghdad. At the makeshift military base set up Thursday at Baghdad International Airport, he offered words of encouragement and a Thanksgiving dinner to U.S. soldiers.

A COMPLETE AND SCIENTIFIC LINK OF MASONRY AND ISLAM

Irregardless of which 33° emblem used below, the clockwise or counter-clockwise, the three numbers which identifies each triangle will always line up the same. These then line-up with the 9-square shield numbered 1-9 as shown below. Each numbered square then line-up with its corresponding Son under Marks of Cadency. Two (2) and three (3) are the Crescent and Star. The triangles are numbered, 1-4-7, 2-5-8, & 3-6-9. This is a scientific link made possible by breaking the 9/11 Freemasonry 33° emblem code.




33rd Degree Mason




33rd Degree Mason

TERMS OF HERALDRY




1 Dexter chief canton
2 Chief point
3 Sinister chief canton
4 Dexter flank
5 Center point
6 Sinister flank
7 Dexter canton of base
8 Base point
9 Sinister canton of base
10 Honour point
11 Nombril point
A-B Upper margin
C-D Lower margin
A-C Dexter margin
B-D Sinister margin
1-2-3 Chief
4-5-6 Fesse
7-8-9 Base
1-4-7 Dexter tierce
2-5-8 Pale
3-6-9 Sinister tierce

This 9/11 shield is the head gear worn secretly by U.S. military men. The Apocalypse of Masonry is encrypted just as it was on the Abram tank.



MARKS OF CADENCY



THE FILE or LABEL
Mark of eldest son

THE CRESCENT
Mark of second son

THE MULLET
Mark of third son

THE MARTLET
Mark of fourth son

THE ANNULET
Mark of fifth son

THE FLEUR-DE-LIS
Mark of sixth son

THE ROSE
Mark of seventh son

THE CROSS MOLINE
Mark of eighth son

THE OCTOFOIL
Mark of ninth son

NOTE: The Tau cross (X) from the 33° emblem appears as 10 and 11 on the shield. 10 because this is the value in Roman Numerals, and 11 when the lines run vertically and parallel.

These 9 sons corresponds to each of the nine-points on the Masonic Star, and to each of the nine squares on the 9/11 shield.

## THE MASONIC SWASTIKA THE FIGURE OF THE 47th PROBLEM
## "Hiltler As A Mason Revealed"

The figure of the 47th problem is a secret phrase to shield the Swastika as an representation of Masonry. The 47 comes from the 4 sevens-like figures which forms four small inners squares and one large outter square. This is the subject of question #1 from GENRAL TEST #18 from "1000 POINTS OF LIGHT" which is duplicated and illustrated below. In Masonry it should always be accompanied by the circle as shown on the Nazi flag of Hitler duplicated below. This circle and sevens are keys to the answer.

NUMBER EIGHTEEN

1. Why should the figure of the 47th problem, when used in Masonry, always be accompanied by the circle?........................

........................................................................................

2. How may the figure of the 47th problem be taken to represent Masonry? ........................................................................






GENERAL TEST NUMBER EIGHTEEN

1. Because it belongs to that figure, and should be displayed as a test of its proper form.
2. It is in itself a perfect representation of Masonry in its three Degrees. The smaller squares represent the E. A. and F. C. Degrees, and the larger one the Master's Degree.

Question and Answer #2 ask, "How may the figure of the 47th problem be taken to represent Masonry? ANSWER: It is in itself a perfect representation of Masonry in its Degrees. The smaller squares represent the E.A. and F.C. Degrees, and the larger one the Master's Degree. These are the same red, yellow, and blue squares in the 9/11 brochure.

Notice carefully how the inner squares are formed, and then these makes up one larger square. This is the one square referenced at the end of the answer. Hitler was a Mason who's Worldwide Revolution continues under the Red, Yellow, and Blue veil of Masonry. The three questions on my next page 49 with the graphics of Saddam and Hitler, deals with the Question of How Kronos or TIME appear in the Masonic System. "TIME" as in TIME MAGAZINE (X-MAGAZINE) is a code for the Masonic "T". Kronus is a code name for the Roman god CRONUS. "K" is substituted for the letter "C". "Question #1 ask, "Over what did the most ancient god of Latium, Janus, or Kronos, Preside? ANSWER: Revolutions. The subject of those TAU (X) crosses does not mean that these men are now out. It means just the opposite. Remember the doctrine of the Mytic-Tie, and that Saddam was only captured after I revealed the mystery of the Mystic-Tie of Masonry in a Court document. You must also remember that in Heraldry there is only one Red X. It corresponds to "V" in the International Alphabet Flag Code. It is one of the 3 deities of Freemasonry.

Question #16 of General Test 18 ask what Officer in the English Lodge wears a figure of the 47th problem as his jewel? ANSWER: The Past Master. ----Question 17 ask the sum of the squares in the form of a riddle. There are 5 squares. 4 inner, 1 outter.

Monday, April 14, 2003 — 2A ★★ Houston Chronicle

## X marks the dictator

## Newsmakers







Photos by Associated Press

The cover of Time magazine's April 21, 2003, issue reprises the one from May 7, 1945, which featured Adolf Hitler's face crossed out with a red X. The comparison between Saddam Hussein and Hitler doesn't stop there. Both regimes fell, and in 1945 speculation about Hitler's fate persisted for six months, just as there is uncertainty now whether Saddam is dead or alive.

3. Over what did the most ancient god of Latium, Janus or Kronos, preside?........................................
4. How was Janus depicted?........................................
5. How does Kronos, or Time, appear in the Masonic system?

3. Over revolutions in nature, particularly the revolutions of the year.
4. With a double face, a scythe, and the keys with which he opened and closed the year, beginning with the spring equinox and ending with the winter solstice.
5. In the emblem of the Beautiful Virgin weeping beside a broken column, where Kronos is seen pointing to the summit of the zodiacal arch.

16. What officer in an English Lodge wears a figure of the 47th problem as his jewel?........................................
17. What are the total contents of the three squares of the 47th problem? ........................................

16. The Past Master.
17. Fifty. Three square plus four square plus five square equals fifty.

XX

READING THE TRIPLE -TAU FLAGS---LEARN A FOREIGN LANGUAGE FAST

Shortly after the 9/11 attacks, TIME MAGAZINE taunted it's readers to learn to read a foreign language fast. The cover of the MAY 27, 2002 issue is duplicated below. The foreign language invitation appears on my opposite page 51. Each flag bears a code for the Triple-Tau ("T" or X). In other words, it is the 33° emblem of Masonry hidden on a flag. Just above the head of the man in the photograph is written "TRIPLE BONUS." This issue was a TIME MAGAZINE SPECIAL REPORT entitled "WHILE AMERICA SLEPT". I can assure the Publisher that both America and the World is waking up. The heading on page 51 states also that learning a foreign language is a major business and social asset.




This illustration shows just how confident the Freemasons are about their communication methods. Or should I say, "Just how confident they once were about their communication methods.

If you have payed close attention to my previous instructions, then you should be able to identify a flag with Masonic emblems. In other words, what you are witnessing is the rasing of a New Flag over the whole earth under the veil of Masonry. It is the same flag in the first 9/11 Freemasonry Blueprint which corresponds to the letter "O". This "O" then corresponds to "O" in the International Alphabet Flag Code which is the yellow and red triangle. This is a symbol of a new world system which will be shown in another illustration. Remember that Triple "T" means Triple-Triangle, Triple-Target, Triple-Time, and also Triple-Three for 9. It means much, much, more.

ADVERTISEMENT




# Learn Foreign Languages... Incredibly Fast!

**Conversing in a foreign language is a major social and business asset... and brings new life to the worlds of travel, entertainment and relationships. The technique of *accelerated learning*, as conveyed by these proven foreign language courses, allows anyone to comfortably converse in a new language within 30 days.**

Accelerated learning, developed by famed learning expert **Dr. Georgi Lozanov**, is based on the premise of involving both hemispheres of the brain in the education process. The analytical or logical left side of the brain, when properly activated with the musical or artistic right side of the brain, both increases the speed and heightens the retention of learning.

Utilizing these untapped mental capacities of your learning ability is the basis of this unique, highly effective course.

You will learn the language *stresslessly*, as a child does, by hearing new vocabulary and phrases in alternately loud, whispered and emphatic intonations, all accompanied by slow rhythmic music in digital stereo. This perfect combination of music and words allows the two halves of the brain to work together to dramatically facilitate your assimilation of the new language.

**"American Managers with language skills open more doors."**
*–Wall Street Journal Editorial*

The first 15 (memory) tapes of this 30-tape package help activate the learning capacities of the brain. The second 15 (study) tapes are the very same tried and proven language course developed by the government to train career diplomats. This marriage of two concepts literally gives you ***two courses in one***, providing the best of both worlds in language instruction.

Best Value! With a total of 32 cassettes plus study materials, this program represents the best value available today in language instruction. Compared to other programs, the **Accelerated Learning Series** outperforms them with twice the audio and 20 times the study material.

To correctly converse in a foreign language, you must understand the meanings and intent of the native speaker. If, after 30 days of listening to the study *and* memory tapes, you are not *comfortably understanding and conversing in your new language, return them for a full refund.*

OPTIONAL EASY PAYMENT PLAN:
Charge the full price ... or make 5 ...




**Triple Bonus!! You'll also receive:**
- Two 90-minute Vocabulary Tapes
- The 100-page How to Learn A Foreign Language
- The Lonely Planet Dictionary & Phrasebook




**TOLL-FREE 24 HOURS:**
**1•800•85•AUDIO**

## 36 New Courses on CD-ROM!

Now over 4 Million Users Worldwide.
Selected by Major Universities, Corporations and Government Agencies

The award-winning Rosetta Stone software combines thousands of real-life pictures with phrases spoken by native speakers in a step-by step immersion process. Guaranteed to teach faster and easier than any other language software or your money back.



ONLY
**$299.95**
per course

Each fully interactive multimedia course includes:
- CD-ROMs with 92 Lessons and Review
- Interactive Listening, Reading, Writing and Speaking Exercises
- Speech Recognition/Voiceprint Analysis to Perfect Your Accent
- Comprehensive Testing for Each Lesson
- Curriculum Textbook

Spanish • French • English (ESL) • German • Italian • Latin
Russian • Japanese • Chinese • Hebrew • Arabic • Danish
Dutch • Hindi • Portuguese • Korean • Vietnamese • Turkish
Indonesian • Thai • Swahili • Polish • Welsh

*More advanced Level II courses available in most languages.*

**The Rosetta Stone**
LANGUAGE LIBRARY
Rosetta Stone Courses / Item#RS001D

*The World's Largest Language Bookstore*

**101language.com**

Our online language superstore features the best courses from the best sources. From Arabic to Zulu, over 120 language choices.

408 SOUTH PASADENA AVE., SUITE
DEPT. PASADENA, CA 91105
PHONE: 626/795-6000 • FAX: 626/685-5180


51

FOOTNOTE: Note the 101language.com above. This 101 is a code used by the U.S. Post Office in it's 9/11 Zip Code. There is an illustration on pages 64 and 65. Other codes above includes languages from Arabic to Zulu. "Z" in a code for Islam in Blueprint #1.

Page 52 and 53 are just two pages illustrating LIFE MAGAZINE's February 1989 Issue on race and religion. I 'am only interested in illustrating symbolism in these 2 pages and not necessarily the text. LIFE takes the 12 colors in a circle which represents the current racial makeup of the planet, then in the center it put all of society into one religion under Masonry. This is symbolized by putting the colors in the form of the "T" cross which represents the deity and religion of Masonry. This is the new Society. Read LIFE projections below for the white race and tie that to the doctrine of Hitler.




In 2025, while America and other industrial societies prosper, the third world will be suffering. Overall, the face of humanity will be darker and starvation inescapable. A United Nations study projects that 65 countries, most of them in Africa and South Asia, will be unable to provide adequate food for their people. Consider Bangladesh, which is smaller than Wisconsin. It will groan under 235 million people (roughly today's U.S. population). Meanwhile, next door, India will have become the globe's most crowded nation, surpassing China as early as 2010. Together, the behemoths will account for a third of the world's population—by contrast, the U.S. will have barely 3 percent. As one expert sees it, "International migration used to be the solution. It no longer is. There's no safety valve left."

To suggest the racial makeup in 2025, a dozen people were photographed in a studio; their images were then replicated by computer imaging. The population mix, now and then:

| | 1985 | 2025 |
|---|---|---|
| Asian | 34% | 29% |
| South Asian | 21% | 24% |
| Black | 10% | 16% |
| White | 19% | 12% |
| Hispanic | 9% | 10% |
| Arab | 7% | 9% |

ORLD

p.52

MAGAZINE FEBRUARY 1989ARTICLE BY GREGORY JAYNES
MASONIC SYMBOLISM BY NIGEL HOLMES

The three circles all within a Morse Code Bar for "T" is the symbol for the 33° below. The article is also encrypted by placing a large "T" as the first letter of the article. It was written with great skills and there is no need to explain every thing hidden. We are interested in learning the printing methods only for the purpose of evidence.

# A 30-PAGE PREVIEW: 2000 AND BEYOND

The Ritz Hotel in London has received a letter from a young man who wants to reserve a table for four at eight o'clock on December 31, 1999. The hotel has consented to the booking, asking only that the fellow "reconfirm a little nearer the time."

There you are. Reservations, to say nothing of ruminations, have commenced. Still 11 years off, the year 2000 has begun to bug people. Just the other day, in a barbershop in Georgia, two men got into a row over which car would carry more cachet into the 21st century, a 1999 model or a 2000, the last of the old or the first of the new? More important, what would be the damn thing's capabilities? Could tomorrow's car drive itself? Levitate its way out of a jam? Perform surgery? Haven't we always expected the miraculous at this, above all *this* hinge of history? Wasn't it Captain Midnight who told us so?

Society has always gotten a kick out of looking ahead. It was harmless fun, particularly in the middle, more or less comfortable period of our own century. There was a time 40 years ago when they told us ravenous hunger would be sated with a meager pill. In cartoons, they moistened a pill on a bare plate and the pill metamorphosed into a steak dinner, baked potato and broccoli on the side. (A Rutgers University microbiologist, Dr. Tom Montville, has a perfectly satisfactory explanation for the absence of the food tablet: "We won't ever be eating our food in pills for the same reason we won't be making our babies in test tubes: Eating is fun.") By this day and age we thought we'd all be flying around with little cylinders on our backs, like scuba divers of the air. And come to think of it, wasn't there supposed to be a robot mixing the martinis along about now?

Business, on the other hand, has never found the future much of a laughing matter. A business can be solidly in the black, with all its employees securely aware of its standing, and still send a memorandum round calling for belt-tightening. That happens when business thinks it sees the *future* and thinks it looks parlous (consider a carbon paper company in 1960, if it's not too depressing). While most people are merely curious about the great beyond, business demands to know it, for that is good business. Ultimately, of course, business brings on the future —we're just talking technological breakthroughs here, nothing metaphysical—so it is only right that it treats the turn of the century dead seriously. If you thought the personal computer, the compact disc and the videocassette recorder were something, business says, you ain't seen nuthin' yet. The next decade is expected to release 10 times as many innovations as the last. "We used to have one major advance every twenty-five years," a drug executive says. "Now we have one every twenty-four hours." To that, a manufacturer of electronic products adds, "If it works, it's obsolete."

That we'll have a world of better gimmicks is a given. Pocket-size computers you can talk to, for goodness sake. So-called "smart" houses that pretty much run themselves. Televisions as small as the palm of the hand, as big as the living room wall. But what of the even bigger picture? Health, say. The experts allow that they not only will be able to replace more body parts than they do now, they hope to be able to regrow some as well. And diseases? Immunologists say it should be possible to prevent insulin-dependent diabetes, multiple sclerosis and rheumatoid arthritis by the year 2000, but a slew of other scourges will linger. Sadly, AIDS has a 50-50 chance of staying with us for years to come.




LIFE's special section on the 21st century is divided into three parts: Self, Society and Planet. These anticipate the wide range of changes that will affect you, your community and your universe.

And what of that terrible exercise called war, fought over land that doesn't care and for ideas soon forgotten? While not retrenching, the superpowers at least have reached a stage of talk, talk, talk. Elsewhere lies more fragility. The Middle East, for one, remains as delicate as the ceasefire between a newly reformed smoker and the nearest open pack of cigarettes. Well, without war, writes Edward Cornish in a book called *The Study of the Future*, "people would argue that we had lost one of mankind's great goads to progress."

Oh yes, progress. In the middle of the 20th century, it was estimated that th[...]h as 50 times greater than the ave[...] [...]ian Alvin Pitcher at the Unive[...] [...]stand?" Doesn't progress, [...] beget [...]sion? For all the achi[...] come, there[...]It is called "uninte[...] quence" and it s[...]rofessional p[...] futurists like the ve[...]ple. Wo[...] instance, be in favor of an[...]00 d[...] in the United States, as well as[...] damage, and urban sprawl, and the[...] tion of public transportation, and a po[...] of deaths from emphysema, lung cancer and[...] of thousands of acres of farm[...] into asphalt? If not, then, should[...]

The World Future Society in Be[...] not, but it does not shy from using the car [...] ample of technology's unintended results. [...] considered," the society says in one of its p[...] "the benefits of the automobile may outweig[...] but the automobile shows how technology c[...] costs even when it provides benefits. The fea[...] cisms of technology may be exaggerated, but [...] without foundation."

Everything has a downside, futurists s[...] utopia and then there is dystopia. We hav[...] nauts on the moon, seen three burned alive[...] seen seven blown off the face of the earth. [...] mixed blessings. Prolong the life span and you[...] al overpopulation and more problems of the[...] too, from Cornish's book). Replace manual [...] machines and you exacerbate unemployment [...] satisfy basic human needs could spawn worl[...] expectations (is that really execrable?). R[...] and television have isolated more people tha[...] ever thought to. Gad! "If the weather in Lon[...] sunny and pleasant," one tea leaf reader [...] years ago, "there would be an outcry from p[...] ing that smog is a precious part of the city's [...] disease were finally eliminated, people would [...] there no longer was any acceptable way to g[...] people."

Have we just been listening to a catastrop[...] matist? If so, isn't it about time to switch i[...] maestro? Then consider this: In 1969 the Sec[...] eral of the United Nations, U Thant, told t[...] they had about 10 years to clean up the world'[...] wise, blooey! Last year the U.N. won the N[...] Prize. In 1901 H. G. Wells, author of *The War*[...] and *The Time Machine*, said, "I must conf[...] imagination, in spite even of spurring, refuse[...] sort of submarine doing anything but suf[...] crew and floundering at sea." In 1932 Americ[...] William C. Bullitt wrote to President-elect [...] Roosevelt as follows: "Hitler's influence is wa[...] that the government is no longer afraid of th[...] the Nazi movement." In 1969 biophysicist [...] said, "We may have even less than a 50-50 chance of living until 19[...]

We made it anyway, and without cryogenics. Remember that fa[...] going to use a temperature of −320° F to preserve organic matt[...] *Thing*. We were going to freeze ourselves and not thaw out until we [...] the way life was being conducted. We should have had more se[...] have taken our cue from Sir Francis Bacon, who died testing the h[...] 1626. He caught pneumonia while stuffing a chicken with snow.

To the future, then. In 1899 futurists were predicting the dea[...] They believed that the noise and filth would get ghastlier by the [...] over, they believed that the horse traffic and specifically the hors[...] would choke us. The automobile, that contraption that wrought change, rescued us from equine ruin. To the future.

And more time.

—Gr[...]

VX AND THE MUSHROOM CLOUD IN A CRUDE WAR

VX as you have learned is a very secret Freemasonry code for one of the three deities of Masonry. These are in Red, Yellow, and Blue as shown on the flag of CAMBODIA below. Since Cambodia is a Communist Country who adopted their new flag in 1979, this illustration is therefore paramount. This page 54 is designed to be used with my opposite 55 which is another page from LIFE's February 1989 issue.

I will show that Masonry intends and is attempting to unite all governments and religions under one umbrella. That the War in Iraq was planed decades ago in the sec-rency of Masonic Lodges, and those plans are now being executed by Terror, deception, and lies. Note below the various ways of expressing the letter "V". The method which I want to focus on is the INTERNATIONAL ALPHABET FLAG CODE method. This is the red X of Masonry. This is the origin of VX as used as a chemical weapon. It is one of the




**Flag:** The flag has a yellow design of the five-towered temple of Angkor Wat in the center of a red field. The temple is the national symbol of the country. The red field symbolizes Communism. Adopted in 1979. See FLAG (picture: Flags of Asia).




***chevron** (shev′rən), *n.* **1** a cloth design in the shape of the letter V, either right side up or upside down. It is shaped like Λ or V, worn on the sleeve by noncommissioned officers, policemen, and members of other groups, as an indication of rank, length of service, or wounds in war. **2** a design shaped like the letter V upside down, used in coats of arms and in architecture. [< Middle French *chevron* rafter; later, angled band < *chevre, chièvre* goat < Latin *capra* she-goat]

**Fig.#1**

***chevron**
definition 1



many so-called V-agents. Whenever the "V" as a chevron is worn by any military officer, it is the Red X under a veil. The "V" may be positioned either right-side-up, or it may be positioned up-side-down. It is indeed the mark of Satan who has now been unveiled.

Please note on page 55 the FREEMASONRY TAU cross which has the 12 colorful balls representing a new and one-world religion. "A NEW WARRIOR TESTS HIS METAL" is written right beneath the cross. The triple Tau is encoded with the VX and the Tau cross at the top. You must also note the Mushroom cloud and the talk of war, and compare these to the encryption on the Abram Tank called the "APOCALYPSE OF MASONRY". President's Bush's faith based programs, are the central focus of Masonry's vision of one religion.

VX as defined below by Worldbook is the United States Army Code name for a type of V-agent, a very lethal nerve gas. LIFE 2/89 article below made mention of it as a weapon of choice by non-nuclear nation. Here again VX is a secret code known only to Masons.



# A NEW WARRIOR TESTS HIS METAL

Sorry, Rambo, but high-risk battlefield missions will increasingly fall to a new breed of soldier *(right)* who is uncomplaining, dauntless—and impervious to chemical and biological warfare. Though the use of such weapons has been banned by international treaty since World War I, they remain cheaper and more accessible than nuclear devices. By 2025, the number of countries capable of launching nuclear warheads will have quadrupled to more than 20. The superpowers will continue to rely on their fleets of missiles, planes, ships and submarines. Non-nuclear nations, however, are more likely to bombard each other with artillery and mortar shells containing unconventional agents like VX or sarin, an odorless gas that disrupts the nervous system and can kill in one to two minutes. War zones will become so lethal that remote-controlled machines will be used for reconnaissance, decoy maneuvers, the detonation of mines and first-wave attacks. Still, the specter of autonomous RoboWarriors running amok will remain Hollywood's fantasy well into the next century. Even when basic problems like locomotion and energy supply are solved, the robot's ability to respond to unprogrammed situations using artificial intelligence will prove elusive. Far from fading away, GIs in exotic battle gear—air-filtration masks and contamination-resistant jumpsuits—will continue to bear the brunt of actual combat.

**VX** (no periods), the United States Army code name for a type of V-agent, a very lethal nerve gas.
**Vycor** (vī'kôr), *n. Trademark.* a nonporous glass composed of 96 per cent silica, very resistant to heat and chemicals, used for laboratory and industrial apparatus, and cooking and baking dishes.
**vygie** (vī'jē), *n.* any one of a large group of dicotyledonous, fleshy plants of the carpetweed family, found especially in South Africa, having white, yellow, or rose-colored flowers with unconnected petals. [< Afrikaans *vygie*]
**vying** (vī'ing), *v., adj.* —*v.* the present participle of **vie**: *The boys are vying with each other for a position on the baseball team.*
—*adj.* that vies; competing; emulating. —**vy'ing·ly**, *adv.*




**YOUR NUMBER'S UP**

According to futurist Marvin J. Cetron, by 2000 the U.S. will have compulsory national service—two years for both males and females—with three options: *military service*, VISTA-type work or the Peace Corps.

**CRUDE WARFARE**

Wars have been fought over turf, politics, religion and just plain spite. Soon, the flash point may be crude oil—or, more precisely, the lack of it. At current rates of production, the U.S. will deplete its known reserves by 2010; the Soviet Union, which props up its Eastern Bloc allies with cheap oil, by 2015; and the other non-OPEC producers by 2020. In 2025, the world will be down to its last half century of petroleum, almost all of it in Middle Eastern countries—including Iraq and Iran.



## MASONIC DOCUMENTS CORROBORATES A ONE-WORLD RELIGION

Because of the significance and utmost importance of this information, I will continue to corroborate every statement with certified Masonic or some other official document. The purpose of this illustration is to corroborate the Masonic encryptions in the LIFE article on my previous page. That is Masonry is a secret unifaith aiming to create one-religion and one government. It is indeed the rider depicted on the white horse on the Russian and Masonic emblems shown earlier.

This document below was printed in WASHINGTON, D.C. by THE MASONIC SERVICE ASSOCIATION OF THE UNITED STATES. It was written by one of Masonry's authorities "Joseph Fort Newton in 1927.

My next page is to provide further corroboration and understanding concerning the Cambodia Communist Flag which has Masonic emblems. As you will see from the same book "THE RELIGION OF MASONRY", that Masonry has long had communism as its gradual goal. Also in this 1927 publication on my next page, this secret Nazi organization speaks out about race. This book was published simultaneously with Hitler's rise to power. We now know that it were the Masons who brought him to power. Hitler would issue an order that would outlaw Masonry in Germany, charging them with trying to overthrow. It is how the organization work, that is, call their friends their enemies before the public. This includes going to war against a friend. Yet one must know the doctrine of the MYSTIC-TIE to understand Masonry's Modus Operandi. It is headed by the prince of deception.

*The*

*Religion of Masonry*

*An Interpretation*

BY

JOSEPH FORT NEWTON

EDITOR, THE MASTER MASON

CREEDS ARISE, HAVE THEIR DAY AND PASS; BUT MASONRY REMAINS.

*SIR JOHN COCKBURN*

WASHINGTON, D. C.
THE MASONIC SERVICE ASSOCIATION OF THE UNITED STATES
1927

52 THE RELIGION OF MASONRY

Indeed, the Religion of Masonry is Universe Religion, in which all men can unite: its principles are as wide as the world and as high as the sky. Nature and Revelation blend in its faith; its morality is rooted in the order of the world, and its roof is the blue vault above. The Lodge, as we are too apt to forget, is always open to the sky—over-hung by a starry canopy by night, lighted by the journeying sun by day—whence come those influences which exalt and ennoble the life of man.[1] Symbolically, at least,

---

What, then, is the truth of the matter? Is Masonry a religion? The leaders and students of the Craft, as well as the rank and mass of its members, in English-speaking lands at least, do not regard Masonry as a religion—though, as has been said, it has certain features which, in the strict technical sense, might lead those to regard it as such who wish, from whatever motive, so to regard it. As some of us prefer to put it, Masonry is not *a* religion but Religion—not a church but a worship, in which men of all religions may unite, unless they insist that all who worship with them must think exactly and in detail as they think about all things in the heaven above and in the earth beneath. It is not the rival of any religion, but the friend of all, laying emphasis upon those truths which underlie

Both racism and communism are written into the doctrine and secret teachings of Freemasonry. The excerpt below are a continuation of illustrations from "THE RELIGION OF FREEMASONRY". On the right are those views of Masonry on race. This was written in 1927 as the most infamous Freemason of all ages was coming to power. Only now can we understand the strange conduct of the Catholic Church when it came to Hitler. Only now can we understand why many in the west was slow to act against Hitler.

In the second and right hand column the author writes about the Symbols of Masonry. They, he says, are nobly wrought, half-revealing and half-concealing a Truth too elusive for words, too vast for dogma, and too bright for eyes unveiled, and only hinted to them until they are ready and worth to behold it with other and clearer eyes than now they know.

The Hitler doctrine in found hidden among the silver words which describes the XIX GRAND POINTIFF degree. The true Mason labors for the benefit of those who are to come after him, and for the advancement and improvement of his race. It is no doubt that it is this improvement hidden in this degree that the man Hitler still carry on in the spirit of a secret and malevolent society. By breaking the code of the 47 problem, we can now confirm that Hitler flew a flag with the 33° emblem encrypted thereon.

THE TEMPLE OF BROTHERHOOD 133

ing ruin, as it came so near doing in our own generation.

Second, men must meet the threat of a corrosive anarchy with a profounder sense of fraternal fellowship and obligation, in which each man counts for one, and nobody counts for more than one, joined with a sense of the sanctity of the common will expressed in law, order, and the humanities of society.

Third, so long as distances were great and races lived far apart, friction was not kneely felt; but today the world has shrunk to the size of a neighborhood, and many races mingle. The relations of races will be an acute and vital problem in the future. As a welter of irritations it is hopeless; only brotherliness can solve it.

Fourth, the menace of industrial strife is hopeless if its issues are left to be fought over by extremists, and the struggle may shatter society. Here, again, our only hope is in a gradual deepening of communal interest and responsibility, until, at last, private interest and group interest learn to serve the Common Interest.[1]

[1] History has never known such an opportunity for Brotherhood as that presented today, in a world drawn together, jammed together, where men must learn to live together. Once a fine sentiment, fraternity has become a

44 THE RELIGION OF MASONRY

sum it up in one sentence, to which may be added a like saying by a master Craftsman:

> "Let us rather say that Masonry, as we see it in our dream and seek to realize it in our fellowship, is like one of the Cathedrals which our brethren built in the olden time: Faith its foundation, Righteousness its corner stone, Strength and Wisdom its walls, Beauty its form and fashion, Brotherly Love its clasped arches, Reverence its roof, the Bible its altar light, Mysticism its music, Charity its incense, Fellowship its sacrament, Relief its ritual; its Symbols windows nobly wrought, half-revealing and half-concealing a Truth too elusive for words, too vast for dogma, and too bright for eyes unveiled, and only hinted to us until we are ready and worthy to behold it with other and clearer eyes than now we know:—

XIX

GRAND PONTIFF

"The true Mason labors for the benefit of those who are to come after him, and for the advancement and improvement of his race. That is a poor ambition which contents itself within the limits of a single life. All men who deserve to live, desire to survive their funerals, and to live afterward in the good that they have done mankind, rather than in the fading character written in men's memories. Most men desire to leave some work behind them that may outlast their own day and brief generation. That is an instinctive impulse, given by God, and often found in the rudest human heart; the surest proof of the soul's immortality, and of the fundamental difference between man and the wisest brutes. To plant the trees that, after we are dead, shall shelter our children, is as natural as to love the shade of those our fathers planted. The rudest unlettered husbandman, painfully conscious of his own inferiority, the poorest widowed mother, giving her life-blood to those who pay only for the work of her needle, will toil and stint themselves to educate their child, that he may take a higher station in the world than they; —and of such are the world's greatest benefactors.

XXI.

REVEALING SATAN BY THE SCIENTIFIC EVIDENCE OF THE 33° EMBLEM

First we will use questions #18 and 23 from General Test #14 from 1000 POINTS OF LIGHT on page 59, to show the meaning of the hand on the TAU (X) cross which appears on all 33° Emblems of Masonry. Question and Answer #23 will be used to corroborate




33rd Degree Mason 33rd Degree Mason

the 9/11 Code that was hidden on the emblem above, but is now broken. These then reaffirm all other evidences illustrated herein from the three 9/11 blueprints. Question #18 on the opposite page ask, What would have happened to our system of enumeration had it been based on the Giant of Gath? Comment: We will note that there is no clear answer given. Only a coded answer. This pattern is used throughout the 1000 Points of Light. Yet, we will used the partly revealed answer to give a fully revealed answer. That answer has to do with the HAND seen above at the end of the Tau (X) which represent the number 10 (X) in Roman Numbers which our enumeration system is based.

So what if it was based on the Giant at Gath? Well, let us find out who the Giant was by the answer provided from the 1000 Points of Lights, which answer is this: "AND THERE WAS YET A BATTLE IN GATH, WHERE WAS A MAN OF GREAT STATURE, THAT HAD ON EVERY HAND SIX FINGERS, AND ON EVERY FOOT SIX TOES, FOUR AND TWENTY IN NUMBER. (I Chron. 20:6).

Therefore our enumeration system would be based on 6 instead of 10. Instead of the X which represent 10 as the TRIPLE-TAU, we would then have TRIPLE-6, (666). The six (6) above on the right symbolizes that it is the number inside the hand at the end of the check mark or Tau cross. This is reaffirmed by the upright triangle on the right which is identified by the numbers 3-6-9 whose's sum is 18 or 666. Look at the heraldry pattern at the top left of page 59 for the margin B-D which is 3-6-9. This is called the Sinister point. So is margin B-D. Sinister is the author's word for Satan, the god of Freemasonry, lies, and confusion. These illustrations are technical and Scientific.

Question number 23 deals with the mysteries of the number-9 as shown on the 33° emblem. Here it comfirms that which has been illustrated. The FESSE Blue and Yellow shield above shows how the DELTA triangle for the alphabet "D" is converted to the 9/11 shield at the top right of page 59. This is to prove how the U.S. Service men are made wittingly and unwittingly to wear the 33° Emblem. This is a sign of a secret one-religion, one-government world now in the making by the Freemasons. This 33° triangle which is converted to squares under the rules of heraldry, is the subject of question 15. It ask what was "ABRACADABRA". The answer is the magic triangle of the pagan Theosophists. This magic triangle is now called the magic cube as seen at the top of page 59. The X called a Labarum in question #11, is disguised as the cross of Jesus on Calvary.

11. What is the labarum?
12. What are the customary colors of the seven ribbons descending from the May pole?
13. Why is the High Priest said to have had a rope tied about his waist when he entered the Holy of Holies once each year?
14. What is the length, in years, of the precession of the equinoxes?
15. What was the abracadabra?
16. What is the meaning of the Hebrew words Al Shaddai?
17. What two lines underlie all architecture?
18. What would have happened to our system of enumeration had it been based on the Giant of Gath?
19. What was the Egyptian scarab, and of what was it a symbol?
20. Distinguish between the ancient Egyptian and Grecian ideas of the shape of the world.
21. Who was the sun-god of Egypt?
22. Why was the Balance placed at the autumnal equinox?
23. What number, multiplied by any number, always produces itself?
24. What is the meaning of Rabboni?
25. Why was the serpent regarded as a symbol of regeneration?





SALTIRE

1 Dexter chief canton
2 Chief point
3 Sinister chief canton
4 Dexter flank
5 Center point
6 Sinister flank
7 Dexter canton of base
8 Base point
9 Sinister canton of base
10 Honour point
11 Nombril point
A-B Upper margin
C-D Lower margin
A-C Dexter margin
B-D Sinister margin
1-2-3 Chief
4-5-6 Fesse
7-8-9 Base
1-4-7 Dexter tierce
2-5-8 Pale
3-6-9 Sinister tierce


CROSS


CHEVRON

*Test Number Fifteen* *List of Answers*

11. The monogram of the name of Christ, formed by the first two letters of that name, Kristos, in Greek.
12. The seven primitive colors: violet, indigo, blue, green, orange, yellow, and red.
13. To drag him out in case of sudden death. No one but the High Priest was allowed to enter under penalty of death.
14. Approximately 25,920 years.
15. The magic triangle of the pagan Theosophists. The letters were arranged in eleven lines, the first being A, and the last Abracadabra.
16. God Almighty.
17. The horizontal and perpendicular, which united, form the cross.
18. "And there was yet a battle in Gath, where was a man of great stature, that had on every hand six fingers, and on every foot six toes, four and twenty in number. (I Chron., xx-6.)
19. Scarabs were objects made of gold, silver and precious stones—the latter glazed green or blue. They were inscribed with religious and historical texts, and placed on the fingers or over the hearts of the dead.
20. The Egyptians regarded the world as an oblong square. The Greeks, when they took this idea from the Egyptians, gave the world the form of a globe, and placed it upon the shoulders of their god Atlas.
21. Amen Ra.
22. Because at that season the days and nights are equal.
23. Nine. 9 x 2 equals 18; 1 plus 8 equals nine; 9 x 20 equals 180. 1 plus 8 plus 0 equals 9.
24. Chief Builder or Supreme Architect.
25. Because it shed its skin every year.

XXII.
USING HERALDRY TO REVEAL THE FLOWER OF THE LILY WHO PRETENDS
TO BE THE LILY OF THE VALLEY-VIA THE FLEUR-DE-LIS

On my opposite page 61 is the cover of a Masonic Bible where a false christ is crowned as Jesus with the FLEUR-DE-LIS. This heraldry emblem is the mark of the six son from the 9 Marks of Cadency illustrated below from Worldbook Encyclopedias. This 1971 Bible was printed as a Masonic Bible with Masonic doctrine by the HERTEL PUBLISHERS in Wichita, Kansas. The symbolism encrypted on the bible is hidden partially in the definition of FLEUR-DE LIS. This term means "FLOWER OF THE LILY". Since the image on the bible is meant to represent Jesus who was the "LILY OF THE VALLEY", (Songs of Solomon 2: 2), Then we quickly realize the clever message. That is, this is a Jesus impersonator. Not the "LILY OF THE VALLEY" which is the message intended, but the "FLOWER OF THE LILY".







**The Fleur-de-lis,** *left,* was a symbol associated with French royalty. Fleurs-de-lis adorn the robe and crown of Louis IX, *right.*

**FLEUR-DE-LIS,** *FLUR duh LEE,* is a French name that literally means *flower of the lily,* but actually refers to the iris. The kings of France used an irislike design in heraldry. Some historians think this design originally represented an iris. Other historians believe the iris was once called a lily, and so the design was called *flower of the lily.* Others claim that the name originally meant *flower of Louis.* According to legend, Clovis I used the fleur-de-lis in the early 500's after an angel gave him an iris for accepting Christianity. *Clovis* is an early form of *Louis.* In 1376, Charles V chose three fleurs-de-lis for his coat of arms. ARTHUR E. DUBOIS

See also HERALDRY; IRIS (picture); FLAG (color picture: Historical Flags of the World).

The 9 marks of Cadency above began with the "FILE OR LABEL" which is the Mark of the eldest son. This emblem in a triple-triangle that represent how Jesus and two others were filed in a row with Jesus to be crucified. Here Jesus represented symbolically as the eldest son, is like the apple tree among the trees of the wood. This is how the bible describes the heraldy shown above, (Songs of Solomon 2: 1-3)

I. AM THE ROSE OF SHARON, AND THE LILY OF THE VALLEY,
(2) AS THE LILY AMONG THORNS, SO IS MY LOVE AMONG THE DAUGHTERS.
(3) AS THE APPLE TREE AMONG THE TREES OF THE WOOD, SO IS MY BELOVE AMONG THE SONS.

The two horns on the Fleue-de-lis are symbolic of two horns. This christ impersonator is described in Revelation 13: 11 as the "Beast that came up out of the earth having two horns like a lamb, and he spake as a dragon. In other words, he look to be Jesus the Messiah, but he is in fact Satan. We have used Science to identify him.

HITLER'S DOCTRINE OF WHITE SUPREMACY OUT OF CONTROL
(The Clever Use Of The Number 6)

**THE FLEUR-DE-LIS, "MARK OF THE SIX SON" AT TOP CENTER**




THE BEAST WITH TWO HORNS LIKE A LAMB (JESUS)
Rev. 13: 11

XXIII.

PRESIDENT BUSH IS CALLED MR. W AS A CODE FOR MR. RED X

The Freemasons while using their craft, cleverly ommitted the "W" from the other 25 letters in the first 9/11 Blueprint. You may see page 63 for an illustration. This was done to place another special Masonic golden signature inside the Blueprint. The "W" that omitted is the same "W" that is used to refer to President George W. Bush. He is that missing "W" which is not really missing. One must know where to find it. It can be found in the WHITE HOUSE and around the historical knowledge about the letter "W".

The "W" is just another way in the heraldry of Masonry for making the "RED X". The "W" is the same as the double "V" or the double "U". The "V" corresponds to the RED TAU (X) cross in the International Alphabet Flag Code. The "V" is simply a Masonic veil for the Red Tau (X). FEDERAL EXPRESS Refer to this X as the "FED-EX" and uses the colors red

**Newsmakers**



Matt Moyer/AP

Gimme five! Federal Reserve Chairman Alan Greenspan, left, visits former Vice President Al Gore's journalism class Wednesday.

**'(It) could be a U, or it could be an L, like a hockey stick, or a V and, if the wrong choices are made, it could be a W.'**

Al Gore, explaining to his students at Columbia University on Wednesday what a fever chart showing a turnaround in a recession-bound economy might look like. He and guest lecturer Alan Greenspan reportedly high-fived each other after the not-so-subtle jab at President Bush.

Austin American-Statesman

Friday, March 23, 2001 Page A2

*chevron (shev'ren), n. 1 a cloth design in the shape of the letter V, either right side up or upside down. It is shaped like Λ or V, worn on the sleeve by noncommissioned officers, policemen, and members of other groups, as an indication of rank, length of service, or wounds in war. 2 a design shaped like the letter V upside down, used in coats of arms and in architecture. [< Middle French *chevron* rafter, later, angled band < *chevre, chièvre* goat < Latin *capra* she-goat]

Fig. #1

*chevron definition 1




NOTE: A "W" is a double "V" which is a double XX. The Red Square is for Russia. Vladimir Lenin initials are as the Chevron------ VΛ
Ref:

Ezekiel 9:4-11

FedEx Express

▶▶▶ Pull to open

and blue from the International Alphabet Code for "V" and "X" in its logo. (See above)

This double "V" is called a chevron in heraldry. As is illustrated above, it may be positioned up-side-right, or it may be positioned up-side-down. This "V" when in the up-side-right position is a Russian "L". This little known knowledge is the suject of the Newsmaker article in a March 23, 2001 issue of the Austin Statesman. You may read more about the "W" on my next page 63. As U.S. soldiers captured the 52 most wanted in Iraq who's photographs were placed on a deck of cards, the Soldiers were instructed to put an "X" on those who were captured. It was the mark of "W" Bush that could be used in heraldry as a veil for "W". Such was the mystery of this strange event. Federal Express uses triple triangles with the slogan "Pull to Open", which is a coded reference to the seven seals of the Apocalypse called the "Apocalypse of Masonry".

**W** is the 23rd letter of our alphabet. The letter developed from a symbol used by the Semites, who once lived in Syria and Palestine. They named it *waw,* meaning *hook,* and adapted an Egyptian *hieroglyphic* (picture symbol). The Romans, who took it from the Greeks, gave it a V shape. They first pronounced it as we pronounce *w,* but later pronounced it as *v.* During the 1000's, French scribes doubled the *v,* as *vv,* in order to write the Anglo-Saxon letter *wen,* for which they had no letter in their alphabet. The VV was also written in a rounded form as UU. It later came to be called "double U" in English. See **Alphabet**.

**Uses.** *W* or *w* is about the 19th most frequently used letter in books, newspapers, and other printed material in English. *W* is used to abbreviate *west.* In military titles, *W* often stands for *women* or *women's,* as in *WAC* for *Women's Army Corps.* In electricity, *w* is used for *watt.* In chemistry *W* is the symbol for the element tungsten.

**Pronunciation.** In English, *w* is pronounced by rounding the lips and raising the tongue toward the velum, or soft palate, in preparation for a vowel sound to follow. The velum is closed, and the vocal cords vibrate. *W* is silent in words such as *wrong* and *answer.* It rarely occurs in Scandinavian languages or in French and other Romance languages, except for a few words from other tongues. In German, it usually has the sound of *v.* See **Pronunciation**. Marianne Cooley

**Development of the letter W**



The ancient Egyptians drew this symbol of a supporting pole about 3000 B.C. The Semites adapted the symbol and named it *waw,* their word for *hook.*

The Phoenicians used this symbol of a hook in their alphabet about 1000 B.C.

The Greeks changed the symbol and added it to their alphabet about 600 B.C. They called their letter *upsilon.*

The Romans gave the letter V its capital shape about A.D. 114.

Medieval scribes used VV as a letter about 1000. VV was also written UU, and the letter became known as "double U."

The small letter w came into use along with the capital during the 1000's. By the 1500's, the small letter had developed its present shape.




**Special ways of expressing the letter W**






Q33NY

A B C D E F G H I J K L
M N O P Q R S T U V X Y
Z



THE ORIGIN OF THE 52 CARDS USED BY PRESIDENT BUSH AND RX

RX and V are the three Red, Yellow, and Blue "T" crosses representing Masonry in the INTERNATIONAL ALPHABET FLAG CODE. One month after the 9/11 attacks the article below mocked the fear among the public with the RX SURGE article below. On my opposite page 65 I am showing the origin of the 52 Cards used by George Bush in Iraq. These are

6A ★★ Houston Chronicle Friday, Oct. 12, 2001

# Post-attack anxiety brings Rx surge

## Drugs for sleep, anti-depressants up since Sept. 11

By THERESA AGOVINO
Associated Press

NEW YORK — Sales of sleep aids and anti-anxiety drugs and anti-depressants have surged since last month's terrorist attacks, particularly in New York and Washington.

Therapists are reporting agitation, sleeplessness, survivor guilt and depression — and not just among those directly affected by the attacks on the World Trade Center and the Pentagon.

New prescriptions for sleep aids rose 27.5 percent in New York City between the week before the attacks and the last week of September, according to NDC-Health, which gleaned the figures from retail sales. New prescriptions for anti-anxiety drugs rose 25 percent, and new prescriptions for anti-depressants jumped 17 percent.

Psychiatrist Dr. Richard Pearlman has found himself prescribing more medication than he usually would, but said "this situation is far from usual."

"This is not a problem that is going away. It is not like we had a tornado and it's over and we can rebuild," he said. "People are worried about more attacks."

In Washington, new prescriptions for anti-anxiety drugs and anti-depressants each jumped about 13 percent, while prescriptions for sleep aids increased 8.8 percent, Atlanta-based NDC-Health said.

Nationally, new prescriptions for anti-anxiety medications jumped 8.6 percent, prescriptions for sleep aids rose 7.5 percent and anti-depressants only grew 2.6 percent.

Dr. Gail Saltz said her practice has increased by 25 percent, and about half her new patients have no direct connection to the tragedy.

"These people just feel they have no control over their lives," she said. She said she has prescribed sleeping medication for three new patients because she felt more rest would make them less agitated and depressed.

**Prescription drug sales rise after attacks**

During the month since the attacks on the World Trade Center and the Pentagon, sales in prescription medications to treat anxiety, depression and insomnia have risen across the United States, especially in New York City and Washington, D.C.




Source: NDC Health

Associated Press

the 52 BARS that make up the 9/11 Postal Bar Code. It was Masonry playing with a Marked Deck of cards against the American people and the world. The graphics on page 65 was provided to me by the U.S. Post Office in 1993 as I began to study the hidden sysbolism in various advertisements. The Postal Service has a 9/11 Board of Governors. The Postmaster General and Deputy Post Master are apointed by the President and approved by the U.S. Senate. The other 9 does not require Senate confirmation. The Post Office and the F.B.I. as well as the Bush Administration, has been quite about the Anthrax since I found and deciphered the Blueprint hidden in the illustrated symbolic alphabet program.

At the top of this page in the upper right hand corner where NEW YORK CITY, WASHINGTON, DC, and National appears, these are codes for the Triple Tau using the Morse Code for T. There are 9 BARS next to Washington DC, and the equal sign for National is the ancient Hebrew method for "Z" (Zayin meaning weapon). It represents Al Qaeda.