Trone et al v. Peanut Corporation of America Doc. 250 Att.

THE ORIGIN OF PRESIDENT BUSH'S 52 CARDS ILLUSTRATED

In preparation of 9/11 by Freemasonry a 9/11 ZIP CODE was developed. As shown by the Post Office illustration below, the Code has 52 BARS.making up the 9/11 ZIP CODE. Z-I-P is the abbreviation for "Zone Improvement Plan". Using Hitler doctrine, the Masons had planned to exterminate according to ZIP CODE to take out undesirables. This is where the President obtained his idea of the deck of cards. Its a code name for 9/11.

# Appendix

NOTE: THIS PROOFER TIES POSTAL ANTHRAX TO 9/11
(A TECHNICAL CORROBORATED ILLUSTRATION)

## Reading the ZIP + 4 Bar Code

The ZIP + 4 bar code issued to you represents your new ZIP +-4 code as it will appear in the address of your pre-printed reply envelopes. The bar code consists of the nine digits of your ZIP + 4 code plus a correction character used by the bar code reader to identify reading errors.

The bar code consists of 52 bars as illustrated in Example 1 (not to scale) Each of the 10 digits contained between the frame bits consists of 2 long bars (read as 1's) and 3 short bars (read as 0's). Example 2 illustrates the same bar code, as it will appear on a mail piece.

Reading and understanding the bar code is simple. There are 10 combinations of 5 bars, each consisting of 2 long (1's) and 3 short (0's) bars. The digits 0 through 9 have been assigned to these combinations.

| | | | | | |
|---|---|---|---|---|---|
| 0 | 11000 | 4 | 01001 | 8 | 10010 |
| 1 | 00011 | 5 | 01010 | 9 | 10100 |
| 2 | 00101 | 6 | 01100 | | |
| 3 | 00110 | 7 | 10001 | | |

7,4,2,1,0

It is not necessary to memorize these ten combinations. Within the group of 5 bars, each position has a different value. From left to right, 7, 4, 2, 1, and 0. Addition of the values in the two positions occupied by 1 bars gives the value of the combination, except in the case of 11000, which totals 11 and has been assigned as zero.

The sum of the 10 digits in the bar code must always be a multiple of 10. This determines the value of the correction character used. In Example 1, the




FIM B

FOR PRE-PRINTED BUSINESS REPLY PENALTY OR FRANKED MAIL WITHOUT BAR CODE PREVENTS REJECTION ON THE FACER CANCELER.

FIM C

FOR PRE-PRINTED BUSINESS REPLY PENALTY OR FRANKED MAIL WITH BAR CODE. ALLOWS CAPTURE AT FACER CANCELER.




EXAMPLE 1








Dockets.Justia.com

XXIV

## HOW HITLER'S NAZI FLAG IS VEILED IN A MASONIC LODGE

Pages 66 and my next page 67 are used to illustrate how Hitler's Nazi flag is a part of and is veiled in all Masonic Lodges. We will use Questions and Answers from GENERAL TEST # 18 that are duplicated here from "1000 POINTS OF LIGHT", to de-scribed and locate the Nazi Swastika and Flag hidden on the document on page 67.

NUMBER EIGHTEEN

1. Why should the figure of the 47th problem, when used in Masonry, always be accompanied by the circle?........................

tion to the Freemasons?..................................................................

14. What is said to be the length of the wands or rods of our three ancient Grand Masters?..........................................................

15. When placed in juxtaposition, what figure did they form?........

..........................................................................................................

16. What officer in an English Lodge wears a figure of the 47th problem as his jewel?.......................................................................

17. What are the total contents of the three squares of the 47th problem? ........................................................................................






GENERAL TEST NUMBER EIGHTEEN

1. Because it belongs to that figure, and should be displayed as a test of its proper form.

14. They were 3, 4 and 5 units in length respectively.

15. The right-angled triangle, contents 6.

16. The Past Master.

17. Fifty. Three square plus four square plus five square equals fifty.



See Page 11 for Cubes

If you recalled the figure of the 47th problem is the Swastika which has four (4) seven-(7)-like figures forming 4 inner squares, and one large outter square. The 4 inner squares are equal to the one outer square which are the two blocks in front of the green circle on page 67. Question #14 ask what are the length of the wands of our three ancient Grand Masters. These are the three deities represented by three purple cubes on page 67. The Answer for 14 says these are 3,4, and 5 units in length respectively. These lengths are the lengths of the three cubes which has 3, 4, and 5 squares in length. I have cut these and illustrated them above separately. Question #s'15 and 17 are continuations of questions about these cubes which are veils for the Swastika. #15 ask when placed in juxtaposition (side-by-side), what figure did they form? The Answer is a right-angled triangle, contents 6. This right-angled triangle can be seen in the shaded area in the middle of the cubes on page 67. I have illust-rated above how the right-angled triangle is formed on the Swastika. Questions # 17 which refers specifically to the three squares of the 47th problem, ask the total of the contents. The answer is 50. 9 squares on the smaller cube. 16 squares on the mid-size cube. And twenty-five squares on the larger cube. Their total sum is 50. The sum of the two smaller ones 9 + 16 is 25. These 25 are equal to the sum of the larger one which is 25. The working tools all gathered inside the symbol of the swas-tica symbolizes that the Swastika is the working tool of Masonry. The shoe at the bottom who's heel is on a yellow rope are the words of Genesis 3: 15 converted into complex symbolism. "IT SHALL BRUISE THOU HEAD, AND THOU SHALL BRUISE HIS HEEL". The yellow Star before the altar, and the yellow rope, are both emblems of SATAN. So is the yellow square in the green circle which symbolizes the Nazi flag of Hitler. Remember that these three cubes represents the Triple-Tau for the 3 Masonic deities. The bible is opened to the 133 Psalms which are the Psalms of the Degrees (Masons). See page 11 for the Cover of LIFE Magazine where the red, yellow and blue man repre-senting all of Masonry 3 deities in one, is placed in one giant cube. (Important Point).

OURCE: MASONIC BIBLE: THE JOHN A. HERTEL CO. 1971 P. 11



This Exhibit "A" is attached to show that the 9 hands in the first 9/11 Blueprint is part of a Masonic language called "CHIROMANIA" As shown in #18. And that the Hebrew Language is important in Masonry because a single letter such as "X" are used to speak greater words. (See those questions and answers with red check marks)

# EXHIBIT "A"

*Number Three* *General Test*

14. What were the principal objects of their search?..........................
15. What connection, if any, existed between the Freemasons and the Rosicrucians?..........................
16. Who was Hermes Trismegistus?..........................
17. What is the origin of the word "gibberish"?..........................
18. What is Chiromania?..........................
19. What is the meaning of the motto "Audi, Vidi, Tace," found on Masonic medals and documents?..........................
20. What three classes of Guilds existed in England?..........................
21. Why are the Guilds of particular interest in Freemasonry?
22. Why is modern Freemasonry termed Speculative?..........................
23. Why is the Hebrew language of the greatest importance in Freemasonry?..........................
24. By what name were Masons anciently known?..........................
25. What is the origin of the word Masonry?..........................

[16]

## GENERAL TEST

### NUMBER FOUR

1. What are the ornaments of a Lodge?..........................
2. Name the furnishings of the Lodge?..........................
3. What two sciences have always been held in special reverence by Masons?..........................
4. Why did the ancient priests make use of hieroglyphics?..........................
5. Why were mythological tales invented?..........................
6. What is the meaning of the name of the first man?..........................

EXHIBIT 'A

NOTE: THESE EXHIBITS ARE ARRANGED IN A SPECIAL READING FORMAT FOR THIS DOCUMENT. IT IS THE SAME AS THE PREVIOUS PAGES AND ILLUSTRATIONS. HERE THE QUESTIONS WILL BE ON YOUR LEFT HAND SIDE, AND THE ANSWERS SHALL BE ON YOUR RIGHT HAND SIDE.

*List of Answers* — *Test Number Four*

18. The peculiar art of speaking with the hands and by gestures, with or without the assistance of the voice. (Exodus, iv-8.)
19. "Hear, see and be silent."
20. Religious Guilds under patronage of the Church of Rome. Merchant Guilds exemplified in the Livery Companies of London. Craft Guilds, similar to the present-day Trades Unions.
21. From them is said to have arisen the Brotherhood of Freemasons.
22. To distinguish it as a system of Speculative or Contemplative science from an Operative art.
23. Because this alphabet, with its numerical values, is the key to the greater number of words employed in Masonry as well as the mysteries of the Bible.
24. Long before the building of King Solomon's Temple, Masons were known as the "Sons of Light."
25. Mackey says: "We need no better root than the Medieval Latin *Maconner*, to build, or *Maconetus*, a builder."

GENERAL TEST NUMBER FOUR

1. The Mosaic Pavement, The Indented Tessel, and the Blazing Star.
2. The Holy Bible, Square, and Compasses, together with a Charter or Dispensation.
3. Geometry and Astronomy, the latter because it underlies the former.
4. That scientific knowledge might be concealed it was considered unlawful to commit it to writing. If in special cases it became necessary to do so, the sacred hieroglyphs were used.
5. An abstruse treatise is difficult to remember. A mythological tale can with ease be retained in the memory and communicated to another, together with the key for its interpretation.
6. ADaM is derived from the Hebrew ADaMaH, "the ground," because he was made out of the dust of the earth, or from ADaM, "to be red," in reference to his ruddy complexion.

# EXHIBIT "B"

## GENERAL TEST

### NUMBER THIRTEEN

1. What was the "City of David"?
2. What is "brithering"?
3. What is the Book of the Dead?
4. Who is the Bible-Bearer in Masonry?
5. What is the response to the benediction?
6. Were there bells in the temple of Solomon?
7. What story of King Solomon's bell is told in the "Apologie pour Herodote"?
8. What is meant by "battery" in Masonry?
9. Who was Mrs. Beaton?
10. Where is Denderah, and for what is it famous?
11. Who was Joabert and what was his reward?
12. Distinguish between Hiram, King of Tyre, and Hiram Abif.
13. What was the name which the Great Architect directed Moses to use to identify himself to the Israelites as the Messenger sent by God?
14. What does the word "Immanuel," or "Emanuel," signify?
15. What is the original significance of the initials I.N.R.I.?
16. What is the historical myth of the recovery of the key of the Sacred Ark?
17. What is meant by "New Jerusalem"?
18. What is Jesse?
19. How much ground did Solomon's Temple cover?
20. From whom did Pythagoras and the Hebrews borrow the symbol of the clasped hands?
21. What other nation made use of the hand as a symbol?
22. What proof have we that those of one trade congregated together in Jerusalem?
23. Among the ancient Hebrews, what was a Nazarite?
24. Who were the Nazarenes?
25. What was a zikkurat?

3. The ancient Egyptian Philosophy, portions of which were invariably buried with the Dead.
4. In Masonic processions, the oldest Master Mason present is generally selected to carry the open Bible on a cushion before the Chaplain.
5. "So mote it be. Amen."
6. No. Mackey says bells were not invented until the fifth century, although Freemasons are not the only people to employ this anachronism.
7. The story is told of a monk who boasted that when he was at Jerusalem, he obtained a vial which contained "some of the sounds of King Solomon's bells."
8. A certain number of blows by the gavels of the officers, or by the hands of the Brethren, as a mark of approbation, admiration, or reverence, and at times accompanied by an acclamation.
9. A resident of Norfolk, England. She is said to have concealed herself in the wainscoting of a Lodge room, and listened to the work.
10. A ruined town in Egypt. It is noted for the astronomical allusions on the ceiling of the main portico supported on twenty-four columns, which is covered with figures and hieroglyphics. The figures are arranged in zodiacal form. Calculations based upon astronomical data place the building of this temple many thousand years B. C.
11. Legend says that he was the favorite of Solomon, and received the highest reward that Solomon could bestow by being made an Elect, Perfect and Sublime Mason.
12. Hiram was king of Tyre for thirty-four years. He was the contemporary of both David and Solomon. Hiram Abif was the widow's son, and a man of Tyre. The Bible says of the latter "he came to King Solomon and wrought all of his work."
13. I am that I am. (Ex., iii-14.)
14. God with us.
15. The sentence which was placed upon the cross—Jesus Nazarenus Rex Judiaorum—Jesus the King of the Jews. The Rosicrucians used them as the initials of one of their Hermetic secrets: Igne Natura Renovatur Integra, "By fire, nature is perfectly renewed."
16. The Ark and its key having been lost in the forest during a battle when the Jews were journeying through the wilderness, the key was found in the mouth of a lion, which dropped it upon the ground on the approach of the Israelites.
17. The symbolic name of the Christian Church. (Rev. xxi, 2-21—iii-12.)
18. A large candlestick with many sconces, hanging from the ceiling, and symbolically referring to the Branch of Jesse.
19. It covered an area of about 1,000 ft. square.
20. Both borrowed it from the Egyptians, and the latter from an earlier race.
21. The Romans placed it upon their standards. All over Yucatan the "sacred hand" is stamped upon stones.
22. "The Baker's Street." (Jer. xxxvii-21.)
23. A consecrated person forbidden to use wine, cut the hair, or touch a corpse.
24. Jews professing Christianity.
25. A temple tower of the Babylonians, consisting of a lofty pyramidal structure built in successive stages, not unlike New York's latest structures today.

Ex - C

## GENERAL TEST

### NUMBER SEVENTEEN

1. Where did the hand appear as a symbol in the old Operative Lodges? ..........
2. What were the decorations on the High Priest's robe? ..........
3. For what purpose? ..........
4. What was the Golden Fleece? ..........
5. What was the Roman Eagle? ..........
6. What was the Star and Garter? ..........
7. What is an abacus? ..........
8. Where was the Tower of Babel? ..........
9. What Hebrew letter corresponds in force and significance with the Masonic letter G? ..........
10. What science did the old Operative Free Masons employ in the entire art of building? ..........
11. Of what particular value is the Hebrew alphabet in Freemasonry? ..........
12. Did a form of Freemasonry exist in China before the time of Christ? ..........
13. How many movable jewels have we? ..........
14. To what does the rite of circumambulation allude? ..........
15. Was the custom of worshiping the Deity barefoot a rare one? ..........
16. Name four plants made use of, among the ancients, in their ceremonies of initiation. ..........
17. What was the "iron cubit" of our Lord? ..........
18. Name twenty Appendant Modern Orders basing their requisites for admission upon Masonic Membership? ..........
19. To what Roman deity does Tubal Cain correspond? ..........
20. What is the meaning of the name Tubal Cain? ..........
21. What is the origin of the terms "Worshipful" and "Right Worshipful" in Masonry? ..........
22. What three ages are Abel, Cain and Nimrod said to typify? .......... [43]
23. How many immovable jewels have we? ..........
24. Name the Twelve Apostles. .......... [44]
25. Why are there but three degrees in Masonry? ..........

EXHIBIT C



1. The Apprentice, when appearing for initiation in the Second Degree, had to give the "clean hand sign."
2. "A golden bell and a pomegranate, a golden bell and a pomegranate, upon the hem of the robe round about." (Exodus, xxviii-34.)
3. So that "his sound shall be heard when he goeth in unto the holy place before the Lord, and when he cometh out, that he die not."
4. In Greek mythology, it was a fleece of gold in a sacred grove, guarded by a dragon. Jason was sent in quest of it, and after many hardships and tasks, he secured the fleece. In the Middle Ages, the golden fleece became one of the most important symbols of the Hermetic philosophy. It is a decoration of honor.
5. The Eagle was to the Romans the ensign of imperial power.
6. The Order of the Star and Garter was, and is still considered, the highest decoration that can be bestowed upon a subject by a sovereign of Great Britain.
7. A table or frame for arithmetical calculations by means of sliding balls or counters.

---

8. In the plain of Shinar, in the valley between the Euphrates and the Tigris, where the confusion of languages is said to have occurred.
9. The letter Jod, the symbol of God.
10. Geometry.
11. Nearly all of the significant words in the ritual are of Hebrew origin.
12. The oldest classic of China, the Book of History, twenty centuries before Christ, contains this paragraph: "A Master Mason, in teaching apprentices, makes use of the compasses and square. Ye who are engaged in the pursuit of wisdom must also make use of the compasses and square."
13. Three. Rough Ashlar, Perfect Ashlar, and Trestle Board.
14. A formal procession around an altar in imitation of the appointed course of the sun, from east to west.
15. It was so general among all nations that it is considered one of the proofs that the whole human family has arisen from the same source.
16. The myrtle was used in Greece; the erica in Egypt; the mistletoe among the Druids; the lotus in India.
17. "Three feet and no more."
18. There are more than forty, and probably more coming.
19. Vulcan.
20. The English and French Masons derive it from tebel, earth, and kanah, to acquire; hence, worldly possessions.
21. They are adopted from their common use in England as titles applied to municipal and judicial officers.
22. Abel, an age when men were at peace; Cain, an age of passion and bloodshed; Nimrod, an age when men hunted for a living.
23. Three. Square, level, and plumb.
24. Simon, who is called Peter, and Andrew his brother; James the son of Zebedee, and John his brother; Philip, and Bartholomew; Thomas and Matthew, the publican; James the son of Alphaeus, and Lebbaeus, whose surname was Thaddeus; Simon the Canaanite, and Judas Iscariot.

---

25. Three degrees are all that exist in the domain of mind and matter; the material, intellectual, and voluntary or moral. The degrees in man are the same as those of the universe. Each has three and no more.

# EXHIBIT "D"

## GENERAL TEST

### NUMBER TWENTY-FOUR

1. When Vulcan was expelled from heaven, how many days was he in falling?..........
2. What is the Kaliyuga?..........
3. What is a pilaster?..........
4. What peculiar form of Eucharist did the Ophites practice?..........
5. What was the attitude of the Ancient Mysteries toward Christianity? ..........
6. What was the leading industry of the country adjoining Biblical Jerusalem? ..........
7. What connection, if any, exists between the society known as Modern Diabolism and Freemasonry?..........
8. Into how many parts did Typhon sever the body of Osiris?..........
9. What did the dismemberment of the body of Osiris signify, symbolically? ..........
10. How many Israelites made their escape from Egypt?..........
11. What was Aaron's excuse for the appearance of an idol in the form of a golden calf?..........
12. Give the next line after: "When the sun or the moon or the stars be not darkened"..........
13. How was the Mount of Olives denominated?..........

EXHIBIT "D"



the Egyptians, upon the representation of all whose gods is to be found a similar girdle.

24. Born in England, 1574. Rosicrucianism was perhaps indebted more to him than to any other person for its introduction from Germany into England, and it may have had its influence in molding the form of Speculative Masonry.

25. A famous artist and mechanician in Greek myths. He is said to be the inventor of the plumb line and the axe, most of the tools used in carpentry, and of glue. Of him is told the fable of his flying over the Aegean Sea by means of wings made by himself.

GENERAL TEST NUMBER TWENTY-FOUR

1. Nine days.
2. In Hindu mythology, the fourth and present age of the world. It commenced in 3,102 B. C., and will endure for 432,000 years.
3. An upright architectural member, rectangular in plan, structurally a pier, but treated as a column with capital, shaft and base.
4. They kept a live serpent in a cage. When the serpent came out and twined itself about some loaves of bread, they distributed this, and all kissed the serpent in turn. This they called their Eucharist. (*Encyc. Perth.* in voc. Ophites.)
5. The Mysteries were inimical to the propagation of the Gospel, and every Christian was branded with the appellation of an atheist.
6. The cultivation of grapes.
7. None whatever, except such as might be attributed to an arbitrary and unnecessary rule that initiation into this order was confined to those possessed of Masonic degrees.
8. Into fourteen parts and deposited in as many different places.
9. The several phases of the moon during its increase and decrease.
10. "603,550." With children, a total of about 1,500,000 souls.

NUMBER EIGHTEEN

1. Why should the figure of the 47th problem, when used in Masonry, always be accompanied by the circle?

2. How may the figure of the 47th problem be taken to represent Masonry?
3. Is J e H o V a H the sacred word?
4. When and where did the Jewish High Priest read the letters of the "Mighty Name," put there by Divine Command?

5. In the astronomical allegory of Masonry, to what does Hiram Abif correspond?
6. By what three months was the sun said to be slain?

7. Is a sectarian interpretation of the Master Mason Degree possible?
8. Name the three ruling deities in any three of the ancient mythologies.
9. Why should the Master of a Lodge wear a collar elliptical in shape and of celestial blue?
10. Who was Inigo Jones?
11. What is wrong in the following Scripture passage as usually recited: "For there the Lord commanded a blessing, even life forever more"?

---

12. What is wrong in the following: "All the implements of Masonry indiscriminately, but more especially the trowel"?

13. What society was organized in England, about 1723, in opposition to the Freemasons?
14. What is said to be the length of the wands or rods of our three ancient Grand Masters?
15. When placed in juxtaposition, what figure did they form?

16. What officer in an English Lodge wears a figure of the 47th problem as his jewel?
17. What are the total contents of the three squares of the 47th problem?
18. How many forms of the equilateral triangle are there?

19. Why is the Queen of Sheba said to have visited Solomon?

20. What workman's tool, made of iron, "did swim"?

21. What was the sacred name in Persia; in India; in Scandinavia; in Greece?
22. According to the most learned Jews, when will the Lost Word be recovered?
23. Who is meant in the ancient manuscripts by "Peter Gower, a Grecian, journeyed for kunnynge yn Egypte and in Syria, and yn everyche londe whereat the Venetians hadde plauntedde Maconrye"?
24. Where was the threshing-floor of Ornan the Jebusite?

* 25. What was the tiluk? Here!!

EXHIBIT "E"

GENERAL TEST NUMBER EIGHTEEN

1. Because it belongs to that figure, and should be displayed as a test of its proper form.
2. It is in itself a perfect representation of Masonry in its three Degrees. The smaller squares represent the E. A. and F. C. Degrees, and the larger one the Master's Degree.
3. No. It is a Rabbinical perversion of it, formed by the insertion of vowels which do not belong to it.
4. On the Day of Atonement, he entered the awful sanctuary and by the light of the shekinah read "the name." (I. Kings, ix-3.)
5. The sun.
6. September, October and November. (Libra, Scorpio and Sagittarius.)
7. No. While it embraces the inner truths of Christianity, the origin of the Degree, all its symbols and legends, were derived from the ancient mysteries, and to call it a Christian degree is erroneous.
8. Isis, Osiris and Horus in the Egyptian; Jupiter, Neptune and Pluto in the Roman; Brahma, Vishnu and Shiva in the Hindu; Zeus, Poseidon and Hades in the Greek.
9. Because his collar represents the ecliptic, studded with stars. Undoubtedly it bore in former times the signs of the zodiac, but these have been lost.
10. One of the most distinguished English architects. He was architect to James I, Charles I, and Charles II. He was closely connected with the Association of the Operative Masons.
11. "For there the Lord commanded the blessing, even life for evermore." (Psalm cxxxiii.)
12. The correct reading is "all the implements of Masonry indiscriminately, more especially the trowel."
13. The Gormogons. No Freemason could be made a member until he had renounced the Masonic Order. The Gormogons pretended to have descended from an ancient Chinese society.
14. They were 3, 4 and 5 units in length respectively.
15. The right-angled triangle, contents 6.
16. The Past Master.
17. Fifty. Three square plus four square plus five square equals fifty.
18. There is but one equilateral triangle.
19. Because she had heard of his fame concerning the name of the Lord. (I Kings, x-1.)
20. The borrowed axe, made to swim by Elisha. (II Kings, vi-6.)
21. H. O. M.; A. U. M.; I. O. W.; I. A. O.
22. It will be revealed only at the coming of the Messiah.
23. Pythagoras. (The "Venetians" were the Phoenicians.)
24. On Mt. Moriah. It was purchased by David, and on it the Temple was afterwards built.
25. The sacred impress made upon the forehead of the Brahman, like unto the Tau to the Hebrew, or the Cross to the Christian.

ILLUSTRATING THE SINIFICANCE OF THE NUMBERS 9 AND 3

(SEE THE REVERSE SIDE FOR THIS PAGE)

COMMENTS

EXHIBIT 4

# GENERAL TEST

## NUMBER THIRTY-TWO

1. What is the York Rite?..........
2. Define palimpsest..........
3. What is the teaching of Masonry as regards intolerance?..........
..........
4. Of what religion are Masons to be?..........
..........
5. What is the proper appellation for the Master's Lodge?..........
..........
6. Who wrote "The Man who would be King"?..........
..........
7. In what American structures is the architectural influence of Sir Christopher Wren shown?..........
8. Of what was the Lamb-skin or Golden Fleece anciently the symbol?..........
9. What is the covering of the Entered Apprentice Lodge?..........
..........
10. Why is the number 9 the sign of every circumference?..........
..........
11. Why do all the other mystical numbers depend upon the number 3?..........
12. Is it correct to call the Master Mason Lodge the Blue Lodge?
..........
13. What do the upright and horizontal lines forming a cross on the Royal Arch Banner denote?..........

Exhibit F

ILLUSTRATING THE SINIFICANCE OF THE NUMBERS 9 AND 3 IN MASONRY

Answer number 9 and 11 below is duplicated to show the significance of these numbers i Masonry. All answers are coded, and do not represent the deeper meaning in Masonic teachings and doctrines. These are never printed, but only taught in the Lodges.

The number 3 represents the three deities of Masonry corresponding to the triple crosses. These deities are represented secretly by placing three dots .˙. in a triangular form. On the back side of this EXHIBIT "F" they are mentioned in Question and Answer number 10 . The first one is called the "Vulgar Era, year of their lord". He is called "VULCAN". This VULCAN appears in Question and Answer #1 for General Test #: which is my "EXHIBIT D". He is described as one who was expelled from heaven, and was 9 days in falling. He is represented in Masonry by the Red X which corresponds to "V' in the INTERNATIONAL ALPHABET FLAG CODE. This "V" stands for VULCAN. He is veiled in Masonry as TUBAL CAIN. See General Test #17, Questions and Answers #s 19, and 20 which is my EXHIBIT "C". This Tau X is also symbolic for "TUBAL". This deity who is Satan, places the X as two ones (11) inside of his initial "S" as a dollar sign, or Septembe 11. It is a mystery which says, "NO MAN CAN BUY, SELL, OR TRADE WITHOUT THIS MARK". Remember that the nine-pointed star of the 33° represents the number of days Satan was falling. As shown below, the 33 is 3 x 3 which equals 9 for the number of days fallir

*List of Answers* *Test Number Thirty-Two*

2. A term used to indicate an ancient writing of which the original ink has been scraped away to enable a scribe to use the material again. A Greek synod, of 691, found it necessary to forbid the destruction in this way of copies of the Bible and of the Church Fathers.
3. An intolerant Mason is not living in accord with the teachings of our Institution. Toleration is one of the greatest underlying principles of Masonry.
4. "But though in ancient times Masons were charged in every country to be of the religion of that nation or country, whatever it was, yet 'tis now thought more expedient to only oblige them to that religion in which all men agree, leaving their particular opinions to themselves; that is, to be good men and true, men of honor and honesty, by whatever denominations or persuasions they may be distinguished."
5. The Ancient Craft Lodge. It is the complete and perfect Lodge; the Degree of illumination and knowledge.
6. Rudyard Kipling.
7. In this country there is hardly a city that does not boast of one or more Wren spires on its churches. The White House is distinctly Wren; the National Capitol and Independence Hall show his influence.
8. The New Year then came at Spring. For that reason it meant to those ancient people exactly what the smiling infant on our New Year cards does, today.
9. The clouded canopy. It is the Degree of Secrecy. Clouds signify obscurity.
10. Because the 360 degrees composing it equal 9: 3 plus 6 plus 0 equals 9.
11. Because each is a multiple of 3, its square, its cube, or derived from them. Thus 9, 27, and 81 are formed by the multiplication of 3; as, 3 x 3 equals 9; 3 x 3 x 3 equals 27; and $3^2$ x $3^2$ equals 81.

MASONRY NOW ESTABLISHING ITS UNIVERSE RELIGION UNDER SATAN

With the graphics on this page 80, and my next page 81 are graphics which will corroborate the current ambitions of the Freemasons to establish A Universal Religion and Government. Page one is a Masonic document which defines the Religion of Masonry, and page 81 are the visions of Masonry of such a religion after the 1989 inaugural address of George H. Bush. Remember that the three cubes are swastikas in their codified forms. These are Red, Yellow, and blue. These were the Masonic colors of the man featured on the cover of LIFE, and Positioned inside of a large cube. This Cube representing the 3 deities was used throughout the 30 page article with the TAU Cross. On page 81 is a picture of the Universe with the Cubes therein. Part of that

*The*

*Religion of Masonry*

*An Interpretation*

BY

JOSEPH FORT NEWTON

EDITOR, THE MASTER MASON

CREEDS ARISE, HAVE THEIR DAY AND PASS; BUT MASONRY REMAINS.
*SIR JOHN COCKBURN*

WASHINGTON, D. C.
THE MASONIC SERVICE ASSOCIATION OF THE UNITED STATES
1927

62 THE RELIGION OF MASONRY

Indeed, the Religion of Masonry is Universal Religion, in which all men can unite: its principles are as wide as the world and as high as the sky. Nature and Revelation blend in its faith; its morality is rooted in the order of the world, and its roof is the blue vault above. The Lodge, as we are too apt to forget, is always open to the sky—over-hung by a starry canopy by night, lighted by the journeying sun by day—whence come those influences which exalt and ennoble the life of man.[1] Symbolically, at least,

---

What, then, is the truth of the matter? Is Masonry a religion? The leaders and students of the Craft, as well as the rank and mass of its members, in English-speaking lands at least, do not regard Masonry as a religion—though, as has been said, it has certain features which, in the strict technical sense, might lead those to regard it as such who wish, from whatever motive, so to regard it. As some of us prefer to put it, Masonry is not *a* religion but Religion—not a church but a worship, in which men of all religions may unite, unless they insist that all who worship with them must think exactly and in detail as they think about all things in the heaven above and in the earth beneath. It is not the rival of any religion, but the friend of all, laying emphasis upon those truths which underlie

article talked about a Crude War inside of the Middle East with Iran and Iraq. A mushroom cloud was encrypted into the article which may explain the C.I.A Leak case which centered around Iraq purchase of Uranium from the African country Niger. The multiplicity of false statements that has come to light in the last two years, can easily be factored into those facts now being revealed in this document. The graphics of the three cubes at the top of page 81, were positioned there for comparison only. Note that the article stresses that it was written 11 years before the millennium. In his campaign speaches of 1988, Bush won fame with his story of Willie Hortan, an ex-con who raped and killed a white woman. He sprung ahead in the polls with victory.

LIFE MAGAZINE ENVISIONED A UNIVERSE FREEMASONRY RELIGION FOR THE MILLENNIUM. THE CUBES[2] DRAWN INTO THE YEAR 2000 ARE SYMBOLS FOR FREEMASONRY'S TH. . DEITIES.

LIFE MAGAZINE'S VISION OF 2000 AND BEYOND 2/1989



)VER

# VISIONS OF

ait its arrival with the same anticipation l as children watching the odometer on the 's old Chevy turn to a row of zeros. But t rolls around less than 11 years from now. know how to greet it? Will we call it two and, twenty hundred, or perhaps resort to the lingo of the '80s and just say 20-something?

A more serious question looms ahead: Can the next century possibly live up to our expectations for a better tomorrow? Much of the future looks promising. We will eat better and live longer. We will work less and stay home more. Tech-

HOW MASONRY TEACHES ON ANTHRAX FROM A 1000 POINTS OF LIGHT

The illustration below is to show that Anthrax is one of the 1000 Points of Light that shines in Masonic Lodges. It is found in GENERAL TEST NUMBER NINETEEN, and is duplicated below with Worldbook's article on Anthrax as a corroborating authority.

Question number 11 is veiled as are all questions and answers in Masonry books. Masonry does not put what it calls its truths into print. One must search they say,

## GENERAL TEST

### NUMBER NINETEEN

11. Name five of the ten plagues of Egypt.......................................
12. Who were the Epicureans?.......................................
13. Who were the Stoics?.......................................
14. What Biblical preacher did the Epicureans and the Stoics encounter at Berea and call a babbler?.......................................
15. What were Urim and Thummim?.......................................
16. What is the symbolic meaning in the phrase "the almond-tree shall flourish"?.......................................

[ 47 ]

**ANTHRAX,** *AN thraks,* is a severe infectious disease of human beings and of many animals. It is caused by a bacterium, the *Bacillus anthracis.* In people, the disease often starts as a carbuncle in the skin. But the germs also may be inhaled and infect the lungs. Human beings get the disease by exposure to an infected animal or to animal products. Persons commonly infected are butchers, farmers, sheepherders, wool handlers, and veterinarians. Laws that govern the handling of animal products have reduced anthrax incidence in people.

Animals with anthrax have chills, fever, dysentery, and convulsions. They die suddenly. Animals contract the disease by eating contaminated food. Anthrax can ruin livestock raising. Veterinarians vaccinate livestock against the disease. Farmers burn or bury infected carcasses and remove well animals from areas that have become infected.

Some historians believe that anthrax was the Fifth Plague of Egypt mentioned in the Bible. The anthrax bacterium was first seen by French scientist Casimir Davaine in 1850. In 1876, Robert Koch, a German physician, established that it caused anthrax. Thus it became the first germ known to cause disease, and helped prove Koch's germ theory. Louis Pasteur developed anthrax vaccine. D. W. Bruner

See also Koch, Robert; Pasteur, Louis.

11. 1. The River turned into blood; 2. Frogs come on land; 3. Dust becomes lice; 4. Swarms of flies; 5. Murrain of the cattle; 6. Boils; 7. Hail; 8. Locusts; 9. Darkness; 10. Death of the first-born.
12. A sect of Gentile philosophers, followers of Epicurus of Athens, who maintained that God neither made the world nor interferes with its government; that the soul dies and that self-indulgence is the chief good.

for the greater light to learn these hidden mysteries. Note that Question 11 ask to name five of the ten plagues of Egypt? In other words, name the fifth plague of Egypt. There is nothing in the answer above called Anthrax. Anthrax is veiled as Murrain. This is the biblical name or ancient name for Anthrax. Moreover, Worldbook's article written by D.W. Bruner, writes specifically about the 5th plague of Egypt which Historians believed to be Anthrax. Only after studying the printing methods of Masonry, and by having the Counsel of the Comforter, can one understands and see these dark mysteries.

**murrain** (mėr'ən), *n.* 1 an infectious disease of cattle, such as anthrax or tick fever. 2 *Archaic.* a pestilence; plague: *A murrain on your monster!* (Shakespeare). [< Old French *morine* < Medieval Latin (England) *morina* plague < Latin *mori* die]



2 0

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Reverend Willie H. Ellis | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | NO. A 05 CA 682 LY |
| U.S. CHAPTERS OF SCOTTISH RITE FREEMASONRY BROTHERHOOD, ET AL | § | |
| | § | |
| | § | |
| Defendants | § | |
| | § | |

CERTIFICATE OF SERVICE

I, the Reverend Willie H. Ellis, do hereby certify that I have on this the 28th day of November, 2005, that I did deposit in the United States mail, a copy of this document to the Defendants herein named. Plaintiff further certify that copies of said document was mailed to the offices of U.S. Senator Kay Bailey Hutchinson, U.S. Senator Charles E. Schumer, U.S. Senator Edward Kennedy, and U.S. Congressman, Honorable John Conyers, Rep. D-Michigan.

SWORN BY MY HAND this the 28th Day of November, 2005.

Rev. Willie H. Ellis

Rev. Willie H. Ellis
P.O. Box 402
Giddings, Texas 78942-0402
(979) 773-2908

Respectfully Submitted By:

Rev. Willie H. Ellis

Rev. Willie H. Ellis
PRO-SE
P.O. BOX 402
Giddings, Texas 78942-0402
(979) 773-2908