Trone et al v. Peanut Corporation of America Doc. 257

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
DANIEL J. RICHERT #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similiarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC, and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**PROOF OF SERVICE VIA HAND DELIVERY** |



Dockets.Justia.com

I, CASEY PLEMONS, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Worldwide Network, Inc.

2. My business address is 520 Townsend Street, 1st Floor, San Francisco, CA 94103.

3. On June 19, 2006, I served a true copy of the attached documents titled exactly:

- **Opposition of AT&T Corp. to Electronic Frontier Foundation's Administrative Motion for Designation of Interim Class Counsel**

by placing it in an addressed sealed envelope clearly labeled to identify the attorney being served at the address shown below and delivering it to the attorney, or to the office of the attorney and leaving it with a receptionist or other person having charge thereof, or (if there was no such person at the office) by leaving it between 9 A.M. and 6 P.M. in a conspicuous place in the office. Such service was effected on the following attorneys:

Ann Brick
American Civil Liberties Union Foundation
Of Northern California
39 Drumm Street
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of June 2006, at San Francisco, California.

Casey Plemons