PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
DANIEL J. RICHERT #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similiarly Situated,

Plaintiffs,

vs.

AT&T CORP., AT&T INC, and DOES 1-20, inclusive,

Defendants.

No. C-06-0672-VRW

**PROOF OF SERVICE VIA U.S. MAIL**

Docket No. C-06-0672 VRW

PROOF OF SERVICE BY MAIL

I, Winnifred J. Girard, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On June 20, 2006, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached documents titled exactly

- **OPPOSITION OF AT&T CORP. TO ELECTRONIC FRONTIER FOUNDATION'S ADMINISTRATIVE MOTION FOR DESIGNATION OF INTERIM CLASS COUNSEL**
- **PROOF OF SERVICE VIA OVERNIGHT COURIER**
- **PROOF OF SERVICE VIA HAND DELIVER**
- **PROOF OF SERVICE VIA U.S. MAIL**

by placing them in addressed, sealed envelopes clearly labeled to identify the persons being served at the addresses shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

David W Carpenter, Esq.
David L. Lawson, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D. C. 20005

Susan Freiwald, Esq.
University of San Francisco School of Law
2130 Fulton Street
San Francisco, CA 94117

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of June, 2006, at San Francisco, California.

Winnifred J. Girard