PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
BRIAN J. WONG #226940
DANIEL J. RICHERT #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING AT&T CORP. LEAVE TO FILE EXCESS PAGES**<br><br>**[Civil L.R. 7-4, 7-12]**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br>Hearing: June 23, 2006<br>Time: 9:30 a.m. |



Dockets.Justia.com

## RECITALS

A. Defendant AT&T Corp. ("AT&T") filed a motion to dismiss. Dkt. 86.

B. Plaintiffs filed an opposition containing 29 pages of text. Dkt. 176.

C. AT&T seeks leave to file a reply of 18 pages, three pages more than provided for by Civil Local Rule 7-3(d).

## STIPULATION

Plaintiffs and AT&T, by and through their respective attorneys of record, hereby stipulate that AT&T may file a reply to Dkt. 176 of not more than 18 pages. This stipulation applies only to AT&T's reply to Dkt. 176 and not to any other brief that AT&T may be filing.

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 16, 2006, at San Francisco, California.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
BRIAN J. WONG
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
BRADFORD BERENSON
EDWARD R. McNICHOLAS
DAVID L. LAWSON
1501 K Street, N.W.
Washington, D.C. 20005

By /s/ Bruce A. Ericson
Bruce A. Ericson
Attorneys for Defendants
AT&T CORP. and AT&T INC.

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
CORYNNE MCSHERRY
JAMES S. TYRE
454 Shotwell Street
San Francisco, CA 94110

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT
100 Pine Street, Suite 2600
San Francisco, CA 94111

TRABER & VOORHEES
BERT VOORHEES
THERESA M. TRABER
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103

LAW OFFICES OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104

By ____/s/ Cindy Cohn__________________________
Cindy Cohn

Attorneys for Plaintiffs

**[~~PROPOSED~~] ORDER**

Pursuant to the above stipulation, and good cause appearing, it is ORDERED that AT&T may file a reply to Dkt. 176 of not more than 18 pages.

IT IS SO ORDERED.

Dated: June 20, 2006.




______________________________
Hon. Vaug
United Sta