Trone et al v. Peanut Corporation of America Doc. 266

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
RENÉE S. ORLEANS
renee.orleans@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
Fax: (202) 616-8460/(202) 616-8202/(202) 318-2461

Attorneys for Intervenor Defendant United States of America

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Vaughn R Walker

Dated: June 20, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS CAROLYN JEWEL, and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>AT&T CORP., AT&T INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 06-0672-VRW<br><br>UNOPPOSED ADMINISTRATIVE MOTION FOR ENLARGEMENT OF PAGES BY THE UNITED STATES OF AMERICA<br><br>[Civ. L.R. 7-11]<br><br>Judge: The Hon. Vaughn R. Walker<br>Courtroom: 6, 17th Floor |



Dockets.Justia.com

The United States of America hereby moves, pursuant to Civil L.R. 7-11, for an order for an enlargement of the page limit for (1) the Reply to Plaintiffs' Opposition to the United States' Assertion of the Military and State Secrets Privilege and Motion to Dismiss or, in the Alternative, for Summary Judgment, for 11 pages for a total of 26 pages; and (2) the Reply In Support of the United States' Assertion of the Military and State Secrets Privilege and Motion to Dismiss or, in the Alternative, for Summary Judgment, lodged *ex parte* and *in camera*, for the length of that memorandum. The additional pages beyond the 15 page limit are needed in order to reply fully to Plaintiffs' 58 page opposition memorandum.

The parties do not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

*s/Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

*s/ Renée S. Orleans*
RENÉE S. ORLEANS
renee.orleans@usdoj.gov

*s/Andrew H. Tannenbaum*
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
Fax: (202) 616-8460/(202) 616-8202/(202) 318-2461

Attorneys for United States of America

DATED: June 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **ADMINISTRATIVE MOTION FOR ENLARGEMENT OF PAGES BY THE UNITED STATES OF AMERICA** will be served by means of the Court's CM/ECF system, which will send notifications of such filing to the following:

Electronic Frontier Foundation
Cindy Cohn
Lee Tien
Kurt Opsahl
Kevin S. Bankston
Corynne McSherry
James S. Tyre
545 Shotwell Street
San Francisco, CA 94110

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
Reed R. Kathrein
Jeff D. Friedman
Shana E. Scarlett
100 Pine Street, Suite 2600
San Francisco, CA 94111

Traber & Voorhees
Bert Voorhees
Theresa M. Traber
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103

Pillsbury Winthrop Shaw Pittman LLP
Bruce A. Ericson
David L. Anderson
Patrick S. Thompson
Jacob R. Sorensen
Brian J. Wong
50 Freemont Street
PO Box 7880
San Francisco, CA 94120-7880

Sidney Austin LLP
David W. Carpenter
Bradford Berenson
Edward R. McNicholas
David L. Lawson
1501 K Street, NW
Washington, DC 20005

s/ *Renée S. Orleans*