Trone et al v. Peanut Corporation of America Doc. 273

Roger Myers (CA State Bar No. 146164)
Rachel Matteo-Boehm (CA State Bar No. 146164)
Katherine Keating (CA State Bar No. 217908)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for CNET News.com
and California First Amendment Coalition

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIC KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.,<br><br>Defendants. | CASE NO. CV-06-0672-VRW<br><br>DECLARATION OF ROGER MYERS IN SUPPORT OF NOTICE OF MOTION AND MOTION OF CNET NEWS.COM AND CALIFORNIA FIRST AMENDMENT COALITION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE<br><br>Date: June 23, 2006<br>Time: 9:30 AM<br>Place: Courtroom 6, 17th Floor<br>(Hon. Vaugn R. Walker)<br>Complaint Filed: January 31, 2006 |

I, Roger Myers, declare as follows:

1. I am a partner with the law firm of Holme Roberts & Owen LLP and counsel for proposed amici curiae CNET News.com ("CNET") and California First Amendment Coalition ("CFAC"). I am licensed to practice law in the State of California and before this Court. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

2. On the afternoon of June 20, 2006, I spoke to Cindy Cohn and Kurt Opsahl, counsel for plaintiffs, on the telephone, informing them that CNET and CFAC intended to move this Court



Dockets.Justia.com

for leave to file a brief as amici curiae. Ms. Cohn and Mr. Opsahl indicated that they supported the filing of an amicus brief by CNET and CFAC.

3. On the afternoon of June 20, 2006, my office left telephone messages for David Anderson and Brad Berenson, co-counsel for defendants, informing them that CNET and CFAC intended to move this Court for leave to file a brief as amici curiae and asking him to inform us as to whether defendants would consent to this filing. This morning I receive a voicemail message from Marc Axelbaum of Pillsbury Winthrop Shaw Pittman LLP declining to give defendants' consent.

I declare under penalty of perjury under the laws of the State of California that the statements contained in this declaration are true and correct. Executed on this 21st day of June, 2006, at San Francisco, California.

/s/
Roger Myers