ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (Bar No. 145997)
cindy@eff.org
LEE TIEN (Bar No. 148216)
tien@eff.org
KURT OPSAHL (Bar No. 191303)
kurt@eff.org
KEVIN S. BANKSTON (Bar No. 217026)
bankston@eff.org
CORYNNE MCSHERRY (Bar No. 221504)
corynne@eff.org
JAMES S. TYRE (Bar No. 083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated, | ) | No. C-06-00672-VRW |
| | ) | CLASS ACTION |
| Plaintiffs, | ) | |
| vs. | ) | PLAINTIFFS' REQUEST FOR PERMISSION TO BRING AUDIO/VISUAL EQUIPMENT TO HEARING ON JUNE 23, 2006; [~~PROPOSED~~] ORDER |
| AT&T CORP., et al. | ) | Judge: The Hon. Vaughn R. Walker<br>Date: June 23, 2006<br>Courtroom: 6, 17th Floor |
| Defendants. | ) | |

## REQUEST FOR PERMISSION

Plaintiffs Tash Hepting, Gregory Hicks, Carolyn Jewel and Erik Knutzen, by and through their counsel of record, hereby request permission pursuant to General Order 58 to bring the following audio/visual equipment to the hearing in the above-referenced matter on June 23, 2006 at 9:30 a.m. in Courtroom 6:

(1) Digital projector and screen;

(2) Laptops;

(3) Flat-panel monitors;

(4) Digital video document presenter; and

(5) Miscellaneous cables, switches (including a multi-input switch), and tables.

DATED: June 20, 2006

Respectfully submitted,

HELLER EHRMAN LLP
ROBERT D. FRAM (SBN 126750)
robert.fram@hellerehrman.com
MICHAEL M. MARKMAN (SBN 191388)
michael.markman@hellerehrman.com
ETHAN C. GLASS (SBN 216159)
SAMUEL F. ERNST (SBN 223963)
NATHAN SHAFROTH (SBN 232505)
ELENA DIMUZIO (SBN 239953)
333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6000
415-772-6268 (fax)

/s/ Michael M. Markman
MICHAEL M. MARKMAN

Attorneys for Plaintiffs

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
CORYNNE MCSHERRY
JAMES S. TYRE
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT
MARIA V. MORRIS
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200
415/433-6382 (fax)

TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
THERESA M. TRABER (116305)
tmt@tvlegal.com
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/ 577-7079 (fax)

**[~~PROPOSED~~] ORDER**

On June 20, 2006, Plaintiffs Tash Hepting, Gregory Hicks, Carolyn Jewel and Erik Knutzen, by and through their counsel of record, requested permission pursuant to General Order 58 to bring audio/visual equipment into the Courthouse. That request is **APPROVED**. Plaintiffs' counsel may bring the following to the hearing in the above-referenced matter on June 23, 2006 at 9:30 a.m. in Courtroom 6:

(1) Digital projector and screen;

(2) Laptops;

(3) Flat-panel monitors;

(4) Digital video document presenter; and

(5) Miscellaneous cables, switches (including a multi-input switch), and tables.

**IT IS SO ORDERED.**

Dated: June __22__, 2006

UNITED STATES DISTRICT COURT
GRANTED
Judge Vaughn R Walker
NORTHERN DISTRICT OF CALIFORNIA

THE HON... ...LKER
CHIEF JUD... DISTRICT COURT