**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

# CIVIL MINUTE ORDER

**VAUGHN R WALKER**
United States District Chief Judge

**DATE: June 23, 2006**

**COURTROOM DEPUTY:** Cora Delfin **Court Reporter:** Connie Kuhl

**CASE NO. C-06-0672 VRW**

**TITLE: Tash Hepting et al v AT&T Corporation et al**

**COUNSEL FOR PLAINTIFFS:**
Kevin Bankston, Cindy Cohn
James Tyre, Robert Fram

**COUNSEL FOR DEFENDANTS:**
Bradford Berenson, Bruce Ericson
David Anderson

**MEDIA:**
Karl Olson - Press
Timothy Alger - Lycos, Inc, Wired News

**COUNSEL FOR GOVERNMENT:**
Peter Keisler

**PROCEEDINGS:**

1. Motion to intervene by the United States government;
2. Motion to dismiss or in the alternative for summary judgment based on the government's assertion of the state secrets doctrine;
3. Motion to dismiss by AT&T Corp for failing to plead the absence of immunity and for lack of standing;
4. Motion to dismiss by AT&T Inc for lack of personal jurisdiction;
5. Motion to intervene and to unseal documents by various media entities, including the *San Francisco Chronicle*, the *San Jose Mercury News*, the Associated Press, the *Los Angeles Times*, Bloomberg News and *USA Today* and
6. Motion to intervene and to unseal documents by Lycos, Inc and Wired News.

**RESULTS:** The court granted the government's unopposed motion to intervene (Doc #122). The court also heard argument from counsel on the other motions and took those matters under submission.

Dockets.Justia.com