Trone et al v. Peanut Corporation of America Doc. 282



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TASH HEPTING, et al, No C-06-672 VRW

Plaintiffs, ORDER

v

AT&T CORPORATION, et al,

Defendants.
_________________________________/

At the June 23, 2006, hearing, the court granted the government's unopposed motion to intervene (Doc #122). The remaining motions addressed by the parties at the hearing remain under submission.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

Dockets.Justia.com