RECEIVED
06 JUN 15 PM 2:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reset Form

FILED
JUN 27 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL, and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated

Plaintiff(s),

v.

AT&T CORP., et. al.

Defendant(s). /

**CASE NO.** C-06-00672-VRW

~~(Proposed)~~

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

**United States District Court**
For the Northern District of California

SUSAN A. FREIWALD, an active member in good standing of the bar of NEW YORK STATE COURT OF APPEALS (particular court to which applicant is admitted) whose business address and telephone number is

USF SCHOOL OF LAW
2130 FULTON ST., SAN FRANCISCO, CA 94117
415-422-6467

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing SUSAN A. FREIWALD

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

_______________ Signature
Hon. Vaughn Walker

United States District Judge