United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TASH HEPTING, et al,
Plaintiffs,
v
AT&T CORPORATION, et al,
Defendants.
_____________________________________/

No C-06-672 VRW

ORDER

The court has reviewed an April 13, 2006, letter sent from a James B Fatchett and a June 25, 2006, letter sent from a Joseph M Gaffney. The clerk is DIRECTED to file these letters and to serve the letters on the parties.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

Dockets.Justia.com