PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
RENÉE S. ORLEANS
renee.orleans@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263/(202) 514-4504
Fax: (202) 616-8460/(202) 616-8202/(202) 318-2461

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C-06-0672-VRW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO FILE SUPPLEMENTARY MATERIAL**<br><br>Judge: The Hon. Vaughn R. Walker |



Dockets.Justia.com

Plaintiffs have moved, pursuant Civil Local Rule 7-11, for an order allowing Plaintiffs to file supplementary material, in particular a USA Today newspaper article dated June 30, 2006. The United States opposes Plaintiffs' motion.

The Court, having considered Plaintiffs' motion and the United States' opposition,

IT IS HEREBY ORDERED that Plaintiffs' motion is denied.

Dated: ______________

__________________________________
Hon. Vaughn R. Walker
United States District Judge