Trone et al v. Peanut Corporation of America
Doc. 309



**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**TASH HEPTING, et al,** **No C-06-672 VRW**

**Plaintiffs,** **ORDER**

**v**

**AT&T CORPORATION, et al,**

**Defendants.**

**/**

**The court has reviewed a July 20, 2006, letter sent from a Daniel Gall. The clerk is DIRECTED to file this letter and to serve the letter on the parties.**

**IT IS SO ORDERED.**

**VAUGHN R WALKER**
**United States District Chief Judge**

Dockets.Justia.com