Trone et al v. Peanut Corporation of America Doc. 311

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**DECLARATION OF JACOB R. SORENSEN IN SUPPORT OF ADMINISTRATIVE MOTION FOR INTERIM STAY PENDING DETERMINATION OF AT&T CORP.'S MOTION TO STAY**<br><br>**[Civ. L.R. 7-11]**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |



Dockets.Justia.com

I, **JACOB R. SORENSEN**, declare as follows:

1. I am an attorney in good standing with the State Bar of California and the bar of this Court, and am a senior associate with the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for defendant **AT&T CORP.** ("AT&T") and also for specially appearing defendant **AT&T INC.** I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify thereto. I make this Declaration in Support of the Administrative Motion for Interim Stay Pending Determination of AT&T Corp.'s Motion to Stay.

2. On July 27, 2006, my colleague David Anderson and I spoke via telephone with Kurt Opsahl of the Electronic Frontier Foundation, counsel for plaintiffs. Mr. Anderson and I asked whether plaintiffs would stipulate to an interim stay pending the Court's determination of a motion for stay pending appeal that AT&T intends to file on July 31. During the telephone call, Mr. Opsahl stated that he needed to discuss our request with his colleagues before responding.

3. Later on July 27, I received an email from Mr. Opsahl stating that plaintiffs would not stipulate to an interim stay.

4. Despite AT&T's good-faith efforts to resolve the dispute over this issue without court intervention, it was unable to reach agreement with plaintiffs. Hence this administrative motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2006, at San Francisco, California.

/s/ Jacob R. Sorensen
Jacob R. Sorensen