Trone et al v. Peanut Corporation of America Doc. 316

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263/(202)514-4504
Fax: (202) 616-8460/(202) 616-8202/(202) 318-2461

*Attorneys for Intervenor Defendant United States of America*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TASH HEPTING, GREGORY HICKS CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

AT&T CORP., AT&T INC. and DOES 1-20, inclusive,

Defendants.

Case No. C-06-0672-VRW

**UNITED STATES' NOTICE OF LODGING OF *IN CAMERA*, *EX PARTE* MATERIAL**

Judge: The Hon. Vaughn R. Walker
Hearing Date: August 8, 2006
Time: 2:00 p.m.



Dockets.Justia.com

**UNITED STATES' NOTICE OF LODGING OF**
***IN CAMERA, EX PARTE* MATERIAL**

The United States of America hereby provides Notice of the submission, for the Court's *in camera, ex parte* consideration, of a classified response to the Court's Order that the parties state their "views regarding the means by which the court should review any future classified submissions." Order at 71 (July 20, 2006). The submission will be stored in an appropriately secure location by the Litigation Security Group and is available to the Court upon its request.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

*s/Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

ANDREW H. TANNENBAUM
Trial Attorney
andrew.tannenbaum@usdoj.gov

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
Fax: (202) 616-8460/(202) 616-8202

DATED: July 31, 2006

*Attorneys for Intervenor Defendant United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF NOTICE OF LODGING OF *IN CAMERA, EX PARTE* MATERIAL** will be served by means of the Court's CM/ECF system, which will send notifications of such filing to the following:

Electronic Frontier Foundation
Cindy Cohn
Lee Tien
Kurt Opsahl
Kevin S. Bankston
Corynne McSherry
James S. Tyre
545 Shotwell Street
San Francisco, CA 94110

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
Reed R. Kathrein
Jeff D. Friedman
Shana E. Scarlett
100 Pine Street, Suite 2600
San Francisco, CA 94111

Traber & Voorhees
Bert Voorhees
Theresa M. Traber
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103

Pillsbury Winthrop Shaw Pittman LLP
Bruce A. Ericson
David L. Anderson
Patrick S. Thompson
Jacob R. Sorensen
Brian J. Wong
50 Freemont Street
PO Box 7880
San Francisco, CA 94120-7880

Sidney Austin LLP
David W. Carpenter
Bradford Berenson
Edward R. McNicholas
David L. Lawson
1501 K Street, NW
Washington, DC 20005

*s/Anthony J. Coppolino*