Trone et al v. Peanut Corporation of America Doc. 317

# EXHIBIT A

Dockets.Justia.com

7-15-06

# LOUIS FISHER

520 Ridgewell Way
Silver Spring, Md. 20902
(202) 707-8676 (work)
(301) 680-3548 (home)
FAX: (301) 680-9217

Birthdate: August 17, 1934
Place of birth: Norfolk, Va.

**Education** — Ph.D. (1967) and M.A. (1966) in political science, New School for Social Research, New York, N.Y; Graduate work, physical chemistry, Johns Hopkins University, Baltimore, Md. 1956-57; B.S. (1956) in chemistry, College of William and Mary, Williamsburg, Va.

**Teaching Experience** — Catholic Univ. Law School, 1990-96; College of William & Mary Law School, 1990-91; Johns Hopkins Univ., 1989; Catholic Univ., 1980-89; Indiana Univ., 1987; Georgetown Univ., 1976-77; American Univ., 1975-77; Queens College, 1967-70; and Queensborough Community College, 1967.

**Position** — Specialist with the Law Library, Library of Congress. Previously with Congressional Research Service from 1970 to March 6, 2006.

**Other Jobs** — 1962-63, Plastics Technology, NYC, Assistant Editor; 1960-62, Miles-Samuelson, Inc., NYC, Writer; 1959-60, Dow Chemical, Midland, Mich., Inside Sales; 1957-59, U.S. Army, Ft. Bragg, N.C., 1st Lt.

**Honors**

2006, Richard Neustadt Book Award, *Military Tribunals and Presidential Power.*
2004, Outstanding Academic Title (*Choice*) for *Nazi Saboteurs on Trial*.
2001, Outstanding Academic Title (*Choice*) for *Congressional Abdication on War and Spending*.
2000, *Politics and Constitutionalism: The Louis Fisher Connection* (SUNY Press, 2000).
1998, Pi Sigma Alpha Award (with David Gray Adler) for best paper presented at the Western Political Science Association annual meeting.
1995, Aaron B. Wildavsky Award "For Lifetime Scholarly Achievement in Public Budgeting," given by the Association for Budgeting & Financial Mgt.
1995, Dartmouth Medal, given by the American Library Association for *Encyclopedia of the American Presidency* (Simon & Schuster, 1994).
1992, Fellow, National Academy of Public Administration.
1989, Louis Brownlow Book Award (National Academy of Public Administration), for *Constitutional Dialogues*.
1982, National Distinguished Service Award in the Academic Area, given by the American Association for Budget & Program Analysis.
1976, Louis Brownlow Book Award for *Presidential Spending Power*.
1967, Edith Henry Johnson Memorial Award for Outstanding Dissertation, New School for Social Research (*Full Employment and the Constitution: A Study in Presidential Economics*).

**Fields of Specialty** — Constitutional Law, War Powers, Presidency, Executive-Legislative Relations, Congressional-Judicial Relations, Budget Policy.

## PUBLICATIONS OF LOUIS FISHER

**BOOKS**:

1. **President and Congress: Power and Policy** (New York: The Free Press, 1972). Cloth issued in 1972, paperback in 1973.

   a) Pages 110-32 reprinted in Harry A. Bailey, Jr., *Classics of the American Presidency* (Oak Park, Ill.: Moore Publishing Co., 1980), pp. 253-65.

   b) Pages 1-17 reprinted in *Political Economy and Constitutional Reform*, hearings before the Joint Economic Committee, 97th Cong., 2d Sess., pp. 477-503 (1983).

   c) Pages 2-27 reprinted in Christopher H. Pyle and Richard M. Pious, eds., *The President, Congress, and the Constitution* (New York: The Free Press, 1984), pp. 19-25.

2. **Presidential Spending Power** (Princeton University Press, 1975). Simultaneous cloth and paper editions. Adopted by the Library for Political and International Affairs. Louis Brownlow Book Award for 1976, given by the National Academy of Public Administration.

   a) Pages 202-28, 316-23, reprinted in *Whether Disclosure of Funds Authorized for Intelligence Activities is in the Public Interest*, hearings before the Senate Select Committee on Intelligence, 95th Cong., lst Sess., pp. 355-89 (1977).

   b) Pages 75-77, 99-101, 122 reprinted in Thomas M. Franck and Michael J. Glennon, eds., *Foreign Relations and National Security Law* (St. Paul, Minn.: West Publishing Co., 1987), pp. 672-75; 1993 ed., pp. 753-55.

3. **The Constitution Between Friends: Congress, the President, and the Law** (New York: St. Martin's Press, 1978). Simultaneous cloth and paper editions.

   a) Pages 7-15 reprinted in Thomas E. Cronin, ed., *Rethinking the Presidency* (Boston, Mass.: Little, Brown and Co., 1982), pp. 155-61.

   b) Pages 166-68 reprinted in Thomas M. Franck and Michael J. Glennon, eds., *Foreign Relations and National Security Law* (St. Paul, Minn.: West Publishing Co., 1987), pp. 671-72; 1993 ed., pp. 751-52.

   c) Pages 1-20 reprinted in James W. Peterson, et al., *Political Science: An Overview of the Fields* (Dubuque, Iowa: Kendall/Hunt Publishing Co.).

4. **Studies on the Legislative Veto** (Washington, D.C.: Government Printing Office, 1980). Editor and Contributor to committee print for the House Committee on Rules, 96th Cong., 2d Sess.

5. **The Politics of Shared Power: Congress and the Executive** (Washington, D.C.: Congressional Quarterly Press, 1981). Paperback. Second edition, 1987; third edition, 1993; fourth edition published in 1998 by Texas A&M University Press in simultaneous cloth and paper editions.

   a) Third edition published in Arabic in Amman, Jordan, 1994.

   b) Chapter 3 on Congress as Administrator reprinted in Frederick S. Lane, *Current Issues in Public Administration* (3d edition, 1986).

6. **Constitutional Conflicts between Congress and the President** (Princeton University Press, 1985). Substantially revised edition of **The Constitution Between Friends**. Simultaneous cloth and paper editions. New edition published in 1991 by University Press of Kansas in simultaneous cloth and paper editions; fourth edition published in 1997 by University Press of Kansas in simultaneous cloth and paper editions.

   a) Pages 123-39 reprinted in *Computer Security Act of 1987*, hearings before the House Committee on Government Operations, 100th Congress, 1st Session (1987).

   b) Pages 307-18, 323-26, reprinted in Alan Shank, *American Politics, Policies, and Priorities*, 5th ed. (Allyn and Bacon, 1988).

   c) Pages 60-70 reprinted in John H. Garvey and T. Alexander Aleinikoff, eds., *Modern Constitutional Theory: A Reader* (West, 1989), pp. 208-14. Reprinted also in 1992 edition.

7. **Item Veto: State Experience and Its Application to the Federal Situation** (Washington, D.C.: Government Printing Office, 1986). Editor and Contributor to committee print for the House Committee on Rules, 99th Cong., 2d Sess.

8. **Constitutional Dialogues: Interpretation as Political Process** (Princeton University Press, 1988). Simultaneous cloth and paper editions. Louis Brownlow Book Award for 1989, given by the National Academy of Public Administration.

9. **American Constitutional Law** (New York: McGraw-Hill, 1990, 1995). Third through sixth editions published by Carolina Academic Press in 1999, 2001, 2003, and 2005.

10. **Constitutional Structures: Separated Powers and Federalism** [Volume 1 of **American Constitutional Law]** (New York: McGraw-Hill, 1990, 1995). Third through sixth editions published by Carolina Academic Press in 1999, 2001, 2003, and 2005.

11. **Constitutional Rights: Civil Rights and Civil Liberties** [Volume 2 of **American Constitutional Law]** (New York: McGraw-Hill, 1990, 1995). Third through sixth editions published by Carolina Academic Press in 1999, 2001, 2003, and 2005.

12. **The Political Dynamics of Constitutional Law** [with Neal Devins] (West Publishing Co., 1992; second edition, 1996; third edition, 2001; fourth edition, 2006.

13. **Encyclopedia of the American Presidency** [with Leonard W. Levy], 4 vols. (Simon & Schuster, 1994). Published as a two-volume set in 1998. Dartmouth Medal in 1995, given by the American Library Association.

14. **Presidential War Power** (University Press of Kansas, 1995). Simultaneous cloth and paper editions. Second edition published in 2004.

15. **Congressional Abdication on War and Spending** (Texas A&M University Press, 2000). Simultaneous cloth and paper editions.

16. **Is War a Political Question?** [with Nada Mourtada-Sabbah] (Huntington, N.Y.: Novinka Books, 2001).

17. **Religious Liberty in America: Political Safeguards** (University Press of Kansas, 2002). Simultaneous cloth and paper editions.

18. **Nazi Saboteurs on Trial: A Military Tribunal & American Law** (University Press of Kansas, 2003). Cloth edition. Second edition, abridged and updated, published in 2005.

19. **Military Tribunals** (Hauppauge, N.Y.: Novinka Books, 2003).

20. **The Politics of Executive Privilege** (Carolina Academic Press, 2004). Simultaneous cloth and paper editions.

21. **The Democratic Constitution** (with Neal Devins) (New York: Oxford University Press, 2004). Simultaneous cloth and paper editions.

22. **Military Tribunals & Presidential Power: American Revolution to the War on Terrorism** (University Press of Kansas, 2005). Simultaneous cloth and paper editions.

23. **In the Name of National Security: Unchecked Presidential Power and the *Reynolds* Case** (University Press of Kansas, 2006).

**CONTRIBUTOR TO BOOKS**:

1. *War Powers: A Need for Legislative Reassertion*, in **The Presidency Reappraised**, edited by Rexford G. Tugwell and Thomas E. Cronin (New York: Praeger, 1974), pp 56-73.

2. *The President Versus Congress: Who Wins?*, in **Has the President Too Much Power?**, edited by Charles Roberts (Harpers Magazine Press, 1974), pp. 160-67.

3. *Impoundment of Clean-Water Funds: The Limits of Discretion,* in **Cases in American Politics**, edited by Robert L. Peabody (New York: Praeger, 1976), pp. 44-70.

    a) Reprinted in Fremont J. Lyden and Marc Lindenberg, eds., **Public Budgeting in Theory and Practice** (New York: Longman, 1983), pp. 145-72.

4. *History of Pay Adjustments for Members of Congress,* in **The Rewards of Public Service: Compensating Top Federal Officials** (Washington, D.C.: The Brookings Institution, 1980), pp. 25-52.

5. *Effect of the Budget Act of 1974 on Agency Operations,* in **The Congressional Budget Process After Five Years**, edited by Rudolph G. Penner (Washington, D.C.: American Enterprise Institute, 1981), pp. 149-73.

6. *Congress and the President in the Administrative Process: The Uneasy Alliance,* in **The Illusion of Presidential Government**, edited by Hugh Heclo and Lester Salamon (Boulder, Colo.: The Westview Press, 1981), pp. 21-43.

7. *Developing Fiscal Responsibility,* in **The Power of Govern: Assessing Reform in the United States**, edited by Richard M. Pious, Proceedings of the Academy of Political Science, Vol. 34, No. 2 (New York: Academy of Political Science, 1981), pp. 62-75.

8. *Making Use of Legal Sources,* in **Studying the Presidency**, edited by George C. Edwards, III, and Stephen J. Wayne (Knoxville: University of Tennessee Press, 1982), pp. 182-98.

9. *The Budgetary Process: How Far Have We Progressed?,* in **Improving the Accountability and Performance of Government**, edited by Bruce L. R. Smith and James D. Carroll (Washington, D.C.: The Brookings Institution, 1982), pp. 75-83.

10. *Bureaucracy, Appropriations, and Budget,* published in Funk and Wagnalls' encyclopedia.

13. *Presidential Impoundment,* in Volume Six of **The Guide to American Law**, edited by Harold Chase (West Publishing Company, 1984), pp. 127-28.

14. *The Budget Act of 1974: A Further Loss of Spending Control,* in **Congressional Budgeting: Politics, Process and Power** (Baltimore, Md.: Johns Hopkins University Press, 1984), pp. 170-89.

15. *Presidential Powers,* in David C. Kozak and Kenneth N. Ciboski, eds., **The American Presidency: A Policy Perspective from Readings and Documents** (Chicago: Nelson-Hall, 1985), pp. 15-45.

16. *Evolution of Presidential and Congressional Powers in Foreign Affairs,* in **Congress, the Presidency, and the Taiwan Relations Act**, edited by Louis W. Koenig, et al. (New York: Praeger, 1985), pp. 15-35.

    a) Reprinted in *Computer Security Act of 1987,* hearing before the House Committee on Government Operations, 100th Cong., 1st Sess. (1987), pp. 616-36.

17. *War Powers Resolution,* published by World Book Encyclopedia (1986).

18. *Legislative Veto, Emergency Powers, Presidential Ordinance-Making Power, Presidential Spending Power, Veto Power, Youngstown Sheet and Tube Co. v. Sawyer, President Truman, Executive Order 10340, and President Carter,* in **Encyclopedia of the American Constitution**, edited by Leonard W. Levy and Kenneth L. Karst (4 vols., Macmillan Company, 1987).

27. *Congress,* in Robert J. Janosik, ed., **Encyclopedia of the American Judicial System** (New York: Charles Scribner's, 1987), vol. III, pp. 958-71.

28. Various sections and chapters of **Iran-Contra Affair**, a joint congressional committee report, 100th Cong., 1st Sess. (November 1987).

29. Foreword to **The Presidential Veto: Genesis of a Kingly Power**, by Robert J. Spitzer (Albany, N.Y.: SUNY Press, 1988), pp. xi-xiii.

30. *Does the Supreme Court Have the Last Word on Constitutional Law?,* in **E Pluribus Unum: Constitutional Principles and the Institutions of Government** (Latham, Md.: University Press of Virginia, 1988), pp. 166-90.

    a) Reprinted in part in the Congressional Record, March 17, 1992, by Senator Robert C. Byrd, pp. S3749-50 (daily ed.).

31. *The Presidential Veto: Constitutional Development,* published in **Pork Barrels and Principles: The Politics of the Presidential Veto** (National Legal Center, 1988), pp. 17-28.

32. *Separation of Powers in America: Theory and Practice,* in Robert L. Utley, Jr., ed., **Principles of the Constitutional Order: The Ratification Debates** (Lanham, Md.: University Press of America, 1989), pp. 131-49.

33. *Micromanagement by Congress: Reality and Mythology,* in **The Fettered Presidency** (Washington, D.C.: American Enterprise Institute, 1989), pp. 139-157, with commentary at pp. 185-93.

    a) Reprinted in part in Foundations of Administrative Law, Peter H. Schuck, ed. (New York: Oxford University Press, 1994), pp. 248-57.

34. *The Allocation of Powers: The Framers'Intent,* in Barbara B. Knight, ed., **Separation of Powers in the American System** (Fairfax, Va.: George Mason University Press, 1989), pp. 19-40.

35. *Does the President Have Too Much Power in Relation to Congress?*, in **The American Democracy** by Thomas E. Patterson (New York: McGraw-Hill, 1990), p. 506.

36. *Congressional Supervision of the Executive Branch: The Necessity for Legislative Controls,* in **The Constitutional Bases of Political and Social Change in the United States,** (New York: Praeger, 1990), pp. 43-61.

37. *The Legitimacy of the Congressional National Security Role,* in **The Constitution and National Security** (Washington, D.C.: National Defense University, 1990), pp. 243-58.

38. *Reagan's Relations with Congress,* in **The Reagan Presidency,** Dilys M. Hill, et al., eds. (London: Macmillan Press, 1990), pp. 95-114.

39. Introduction to **Judicial Power** (New York: Macmillan Co., 1990).

40. *How Tightly Can Congress Draw the Purse Strings?*, in **Foreign Affairs and the U.S. Constitution**, Louis Henkin, Michael J. Glennon, and William D. Rogers, eds. (Ardsley-on-Hudson, N.Y.: Transnational Publishers, Inc., 1990), pp. 47-55.

41. *Relaciones Ejecutivo-Legislativas en Politica Exterior*, in **Derecho Constitucional Comparado, Mexico-Estados Unidos,** James Frank Smith, ed. (Mexico: Universidad Nacional Autonoma de Mexico, 1990), Vol. II, pp. 917-33.

42. *Congress as Micromanager of the Executive Branch,* in **The Managerial Presidency,** James P. Pfiffner, ed. (Pacific Grove, Cal.: Brooks/Cole Publishing Co., 1991), pp. 225-37.

43. *War Powers: The Need for Collective Judgment*, in **Divided Democracy**, James A. Thurber, ed. (Washington, D.C.: Congressional Quarterly Press, 1991), pp. 199-217.

44. *The Constitution and Presidential Budget Powers: The Modern Era,* in **The Constitution and the American Presidency**, Martin L. Fausold and Alan Shank, eds. (Albany, N.Y.: State University of New York Press, 1991), pp. 147-69, 292-95.

45. *The Separation Doctrine in the Twentieth Century*, in **Understanding Congress: Research Perspectives,** Roger H. Davidson and Richard C. Sachs, eds. (Washington, D.C.: Government Printing Office, 1991.), pp. 135-49.

46. *Federalism and Shared Powers, Non-judicial Interpretation of the Constitution, The Senate Judiciary Committee, and The Item Veto*, published in Supplement I to **Encyclopedia of the American Constitution**, Levy & Karst eds. (New York: Macmillan, 1992).

50. *One of the Guardians, Some of the Time*, in **Is the Supreme Court the Guardian of the Constitution?** (Washington, D.C.: American Enterprise Institute, 1993), pp. 82-97.

51. *The Power of Commander in Chief*, in **The Presidency and the Persian Gulf War**, Marcia Lynn Whicker, et al., eds. (New York: Praeger, 1993), pp. 45-61.

52. *The Legislative Veto*, in **Encyclopedia of the American Legislative System** (New York: Charles Scribner's Sons, 1994), vol. III, pp. 1505-20.

53. *Baker Accord of 1989, Checks and Balances, Comptroller General, Fiscal Corporation bill, Gag orders, General Accounting Office, Impoundment, Impoundment Control Act, Incompatability Clause, Ineligibility Clause, INS v. Chadha (1983), Legislative Veto, Lobbying with Appropriated Money Act, Quasi-War of 1798, Spending Power, Unvouchered Expenditures*, in **Encyclopedia of the American Presidency**, Leonard W. Levy and Louis Fisher, eds. (New York: Simon & Schuster, 1994).

69. *Historical Survey of the War Powers and the Use of Force*, in **The U.S. Constitution and the Power to Go to War**, Gary M. Stern & Morton H. Halperin, eds. (Greenwood Publishing, 1994), pp. 11-28.

70. Foreword to **Truman and the Steel Seizure Case: The Limits of Presidential Power**, by Maeva Marcus (Durham, N.C.: Duke University Press, 1994), pp. ix-xx.

71. *How Supreme is the Supreme Court?*, in **Governance V: Institutions and Issues**, Kenneth W. Thompson, ed. (Lanham, Md.: University Press of America, 1994), pp. 3-23.

72. *Power of the Purse*, in **History of the United States House of Representatives, 1789-1994**, H. Doc. No. 103-324, 103d Cong., 2d Sess. (U.S. Government Printing Office, 1994), pp. 201-31.

73. *Constitutional Interpretation by Congress, Removal power, Salaries, Twenty-Seventh Amendment, Nonstatutory controls*, in **Encyclopedia of the United States Congress**, Roger H. Davidson et al., eds. (New York: Simon & Schuster, 1995).

78. *President Clinton as Commander in Chief*, in **Rivals for Power: Presidential-Congressional Relations**, James A. Thurber, ed. (Washington, D.C.: Congressional Quarterly, 1996), pp. 214-31.

79. *The Spending Power*, in **The Constitution and the Conduct of American Foreign Policy**, David Gray Adler and Larry N. George, eds. (Lawrence, Kans.: University Press of Kansas, 1996), pp. 227-40.

80. *Truman in Korea*, in **The Constitution and the Conduct of American Foreign Policy**, David Gray Adler and Larry N. George, eds. (Lawrence, Kans.: University Press of Kansas, 1996), pp. 320-33.

81. *The Barbary Wars: Legal Precedent for Invading Haiti?*, in **The Constitution and the Conduct of American Foreign Policy**, David Gray Adler and Larry N. George, eds. (Lawrence, Kans.: University Press of Kansas, 1996), pp. 313-19.

82. *Budget, Management, and Personnel*, in **The Executive Office of the President**, Harold C. Relyea, ed. (Westport, Conn.: Greenwood Press, 1977), pp. 99-130.

83. *Invitation to Struggle: The President, Congress, and National Security*, in **Understanding the Presidency**, James P. Pfiffner and Roger H. Davidson, eds. (New York: Longman, 1997), pp. 262-72.

84. *The Law/Politics Dialogue: It's Not All Courts!*, in **Handbook of Public Law and Public Administration**, Philip J. Cooper and Chester I. Newland, eds. (Jossey-Bass, 1997), pp. 63-75.

85. *Without Restraint: Presidential Military Initiatives from Korea to Bosnia*, in **The Domestic Sources of American Foreign Policy**, 3d ed., Eugene R. Wittkopf and James M. McCormick, eds. (New York: Roman & Littlefield, 1999), pp. 141-55.

86. *Congress as Co-Manager of the Executive Branch*, in **The Managerial Presidency**, James P. Pfiffner, ed., 2nd edition (College Station: Texas A&M University Press, 1999), pp. 300-18.

87. *Constitutional and Political Basis of War and the Military*, **The Oxford Companion to American Military History** (New York: Oxford University Press, 1999), pp. 182-85.

88. *The War Power*, in **The Constitution and Its Amendments**, Roger K. Newman, ed. (New York: Macmillan Reference, 1999), Vol. 1, pp. 83-88.

89. *Commander in Chief*, in **The Constitution and Its Amendments**, Roger K. Newman, ed. (New York: Macmillan Reference, 1999), Vol. 1, pp. 137-41.

90. *Foreign and Defense Policy*, in **Presidential Policymaking: An End-of Century Assessment**, Steven A. Shull, ed. (Armonk, N.Y.: M.E. Sharpe, 1999), pp. 246-60.

91. *Constitutional History, 1989-1999, Line-Item Veto*, and *Presidential War Powers*, in **Encyclopedia of the American Constitution** (2d ed., Macmillan Reference USA, 2000), Vol. 2, pp. 623-26; Vol. 4, pp. 1626-27; Vol. 4, pp. 2002-03.

94. *The Independent Counsel Statute*, in **The Clinton Scandal**, Mark Rozell and Clyde Wilcox, eds. (Washington, D.C.: Georgetown University Press, 2000), pp. 60-80.

95. *Commentary*, in **Politics and Constitutionalism: The Louis Fisher Connection** (Albany, N.Y.: SUNY Press, 2000), pp. 227-39.

96. *Congressional Checks on the Judiciary*, in **Congress Confronts the Court**, Colton C. Campbell and John F. Stack, Jr., eds. (Lanham, Md.: Rowman & Littlefield, 2001), pp. 21-35.

97. *Clinton's Military Actions: No Rivals in Sight*, in **Rivals for Power: Presidential-Congressional Relations**, James A. Thurber, ed. (Lanham, Md.: Rowman & Littlefield, 2002), pp. 229-53.

98. *Constitutional Violence*, in **Presidency and the Law: The Clinton Legacy**, David Gray Adler and Michael A. Genovese, eds. (Lawrence, Kans.: University Press of Kansas, 2002), pp. 192-209.

99. *Presidency of the United States*, in **The Oxford Companion to American Law**, Kermit L. Hall, Editor in Chief (New York: Oxford University Press, 2002), pp. 625-28.

100. *Separation of Powers*, in **The Oxford Companion to American Law**, Kermit L. Hall, Editor in Chief (New York: Oxford University Press, 2002), pp. 733-36.

101. *The Supreme Court and Constitutional Dialogue*, in **Separation of Powers: Documents and Commentary**, edited by Katy Harriger (Washington, D.C.: CQ Press, 2003), pp. 163-77.

102. *Foreword* to **America's War on Terror**, edited by Patrick Hayden, Tom Lansford, and Robert P. Watson (Burlington, Vt.: Ashgate Publishing Co., 2003), pp. xvi-xviii.

103. *The War Power: No Checks, No Balance*, in **Congress and the Politics of Foreign Policy**, Colton C. Campbell, Nicol C. Rae, and John F. Stack, Jr., eds. (Upper Saddle River, N.J.: Prentice Hall, 2003), pp. 1-21.

104. *War Power*, in **The American Congress**, edited by Julian E. Zelizer (New York: Houghton Mifflin, 2004), pp. 687-702.

105. *The Way We Go to War: The Iraq Resolution*, **Considering the Bush Presidency**, edited by Gary L. Gregg II and Mark J. Rozell (New York: Oxford University Press, 2004), pp. 107-24.

106. *The Bush Military Tribunal: Relying on the Nazi Saboteur Case*, **George W. Bush: Evaluating the President at Midterm**, edited by Bryan Hilliard et al. (Albany: SUNY Press, 2004), pp. 155-71.

107. *Presidential Wars*, in **The Domestic Sources of American Foreign Policy**, edited by Eugene R. Wittkopf and James M. McCormick (New York: Rowman & Littlefield, 2004), pp. 155-69.

108. *Judicial Finality or an Ongoing Colloquy?*, **Making Policy, Making Law: An Inter-branch Perspective**, edited by Mark C. Miller and Jeb Barnes (Washington, D.C.: Georgetown University Press, 2004), pp. 153-69.

109. *Expansion of the President's War Power*, **Striking First: Preemption and Preventive War Doctrines and the Reshaping of U.S. Foreign Policy**, edited by Betty Glad and Chris J. Dolan (New York: Palgrave Macmillan, 2004), pp. 123-39.

110. *Congressional Budget and Impoundment Control Act*, **Major Acts of Congress**, edited by Brian K. Landsberg (Macmillan Reference, USA, 2004).

111. *War Powers Resolution*, **Major Acts of Congress**.

112. *Employment Act of 1946*, **Major Acts of Congress**.

113. *Deciding on War Against Iraq: Institutional Failures*, in **American Hegemony: Preventive War, Iraq, and Imposing Democracy**, edited by Demetrious James Caraley (New York: The Academy of Political Science, 2004), pp. 29-50.

114. *Civil Rights and Liberties During Wartime*, to be published in **Encyclopedia of American Civil Liberties and Rights**, edited by Otis H. Stephens and John Scheb (Westport, Conn.: Greenwood Publishing Group).

115. *Bush v. Gore: Too Political?*, to be published in 2006 in a book on political questions, edited by Nada Mourtada-Sabbah.

116. *What Is the Appropriate Role of Congress in National Security Policy?*, to be published in **Presidential Politics**, edited by George C. Edwards III.

117. *Constitutional Analysis by Congressional Staff Agencies*, published in **Congress and the Constitution**, edited by Neal Devins and Keith Whittington (Durham: Duke University Press, 2005), pp. 64-86.

118. *Justifying War Against Iraq*, in **Rivals for Power**, edited by James A. Thurber (Lanham, Md.: Rowman & Littlefield, 2005), pp. 289-313.

119. *Challenges to Civil Liberties in a Time of War*, **Transforming the American Polity: The Presidency of George W. Bush and the War on Terrorism**, edited by Richard S. Conley, to be published in 2005 by Prentice-Hall.

120. *From Presidential Wars to American Hegemony: The Constitution After 9/11*, to be published in 2006 in **Is The Presidency Dangerous to Democracy?**, edited by Michael A. Genovese (Palgrave).

121. *Legislative-Executive Relations and US Policy Toward Iraq*, **Presidential Policies and the Road to the Second Gulf War: From Forty One to Forty Three**, edited by John Davis (Hampshire, England: Ashgate), pp. 62-91.

122. *Ex parte Quirin (1942)*, in **The Public Debate Over Controversial Supreme Court Decisions**, edited by Melvin Urofsky (Washington, D.C.: CQ Press, 2006), pp. 153-60.

123. *Constitutional Safeguards After 9/11*, in **At War With Civil Rights & Civil Liberties**, edited by Thomas E. Baker and John F. Stack, Jr. (Lanham, Md.: Rowman & Littlefield, 2006), pp. 123-150.

124. *The Supreme Court and Terrorism*, to be published in a book edited by Mark C. Miller in 2006.

**Other Publications:**

1. *Nixon at the Controls,* **The New Leader**, December 16, 1968, pp. 8-10.

2. *Funds Impounded by the President: The Constitutional Issue,* **George Washington Law Review**, Vol. 38, No. 1, October 1969, pp. 124-37.

    a) Reprinted in *Executive Impoundment of Appropriated Funds,* hearings before the Senate Committee on the Judiciary, 92d Congress, 1st Session, pp. 120-33 (1971).

    b) Reprinted in *Impoundment Reporting and Review,* hearings before the House Committee on Rules, 93d Congress, 1st Session, Part I of 2 Parts, pp. 67-75 (1973).

3. *Federal Revenue Sharing: A Cautionary Word,* **The New Republic**, October 4, 1969, pp. 15-17.

    a) Placed in the Congressional Record, December 17, 1969, by Rep. William F. Ryan, pp. E10764-65 (daily ed.).

    b) Reprinted in America in Crisis, edited by Raymond L. Lee and Dorothy Palmer (Cambridge, Winthrop Publ., 1972), pp. 198-202.

4. *ABM: A Case Study in Deception,* **The Progressive**, November 1969, pp. 21-23.

a) Placed in the Congressional Record, November 6, 1969, by Senator Thomas Eagleton, pp. S13860-62 (daily ed.).

5. *Presidential Tax Discretion and Eighteenth Century Theory,* **The Western Political Quarterly**, Vol. 23, No. 1, March 1970, pp. 151-65.

6. *The Politics of Impounded Funds,* **Administrative Science Quarterly,** Vol. 15, No. 3, September 1970, pp. 361-77.

   a) Reprinted in *Executive Impoundment of Appropriated Funds,* hearings before the Senate Committee on the Judiciary, 92d Congress, 1st Session, pp. 103-19 (1971).

   b) Reprinted in *Impoundment Reporting and Review,* hearings before the House Committee on Rules, 93d Congress., 1st Session, Part 1 of 2 Parts, pp. 54-67 (1973).

   c) Reprinted in Public Administration, 2d edition, edited by Robert T. Golembiewski (Rand McNally, 1973), pp. 135-55.

7. *Delegating Power to the President,* **Journal of Public Law**, Vol. 19, No. 2, 1970, pp. 251-82.

   a) Reprinted in Resolved: That the Powers of the Presidency Should be Curtailed, H. Doc. No. 93-273, 93d Congress, 2d Session, pp. 258-82. (1974)

8. *Efficiency Side of Separated Powers,* **Journal of American Studies**, Vol. 5, No. 2, August 1971, pp. 113-31.

   a) Reprinted in *Legislative Veto and the "Chadha" Decision,* hearings before the Senate Committee on the Judiciary, 98th Congress, 1st Session, pp. 135-53 (1983).

9. *Executive Shell Game: Hiding Billions from Congress,* **The Nation,** November 15, 1971, pp. 486-90.

   a) Placed in the Congressional Record, November 11, 1971, by Senator J. William Fulbright, pp. S18232-34 (daily ed.).

10. *Presidential Spending Discretion and Congressional Controls,* **Law and Contemporary Problems**, Vol. 37, No. 1, pp. 135-72 (Winter 1972).

    a) Reprinted in *Impoundment of Appropriated Funds by the President,* Joint Hearings before the Senate Committees on Government Operations and the Judiciary, 93d Congress, 1st Session, pp. 683-719 (1973).

    b) Reprinted in *Improving Congressional Control of the Budget,* hearings before the Senate Committee on Government Operations, 93d Congress, 1st Session, pp. 541-78 (1973).

11. Review article of *Guide to the Congress of the United States,* by Congressional Quarterly, Inc., for **Harvard Journal on Legislation**, Vol. 10, No. 2, pp. 366-72 (February 1973).

12. *Impoundment Relies on Weak Arguments,* [Washington] **Sunday Star and Daily News**, February 25, 1973, p. C-2.

    a) Placed in the Congressional Record, February 28, 1973, by Senator Edmund S. Muskie, pp. S3588-90 (daily ed.).

b) Placed in the Congressional Record, March 8, 1973, by Senator Hubert H. Humphrey, pp. S4313-15 (daily ed.).

13. *Big Government, Conservative Style,* **The Progressive**, March 1973, pp. 22-26.

14. *Power Struggle in Washington,* interviewed by **U.S. News & World Report,** April 23, 1973, pp. 64-69.

    a) Placed in the Congressional Record, May 8, 1973, by Senator Sam J. Ervin, Jr., pp. S8518-22 (daily ed.).

    b) Placed in the Congressional Record, May 15, 1973, by Senator Hubert H. Humphrey, pp. S9088-91 (daily ed.).

15. *Congressional Control of Budget Execution,* printed in **Committee Organization in the House** (Vol. 2 of 3, Part 3 of 3), panel discussions before the House Select Committee on Committees, 93d Congress, 1st Session, pp. 593-602 (June 1, 1973).

16. *Impoundment of Funds: Uses and Abuses,* **Buffalo Law Review**, Vol. 23, No. 1, Fall 1973, pp. 141-200.

    a) Placed in the Congressional Record, February 4, 1974, by Senator Hubert H. Humphrey, pp. S1162-76 (daily ed.).

17. *Secret Spending: Dark Corners in the Budget,* **The Nation**, January 19, 1974, pp. 75-78.

18. *Congress, the Executive, and the Budget,* **The Annals**, Vol. 411, pp. 102-13 (January 1974).

19. *Reprogramming of Funds by the Defense Department,* **The Journal of Politics**, Vol. 36, No. 1, pp. 77-102 (February 1974).

    a) Placed in the Congressional Record, June 3, 1974, by Senator James Abourezk, pp. S9422-28 (daily ed.).

20. *Democracy and Secret Funding,* **The Center Magazine**, Vol. VII, No. 2, (March/April 1974), pp. 54-56.

21. *The Changing Concept of Property,* **The Progressive,** April 1975, pp. 23-25.

22. *Senate Procedures for Authorizing Military Research and Development,* **Priorities and Efficiency in Federal Research and Development,** a compendium of papers submitted to the Subcommittee on Priorities and Economy in Government, Joint Economic Committee (October 29, 1976), pp. 20-45.

23. *The Supreme Court on Defamation,* **The Nation**, November 13, 1976, pp. 485-87.

24. *The Senate's Legislative Power,* **Techniques and Procedures for Analysis and Evaluation,** a compilation of papers prepared for the Commission on the Operation of the Senate, 94th Congress, 2d Session, pp. 3-13 (Committee print, 1977).

    a) Reprinted in Congress and Public Policy: A Source Book of Documents and Readings, edited by David C. Kozak and John D. Macartney (Homewood, Ill.: The Dorsey Press, 1982), pp. 374-81.

25. *Relationship Between the Senate and the Executive Branch,* **Committees and Senate Procedures**, a compilation of papers prepared for the Commission on the Operation of the Senate, 94th Congress, 2d Session, pp. 115-30 (Committee print, 1977).

26. *Confidential Funding: A Study of Unvouchered Accounts,* prepared for the House Budget Committee (Committee print, March 1977). 27 p.

27. *Congressional Budget Reform: The First Two Years,* **Harvard Journal on Legislation,** Vol. 14, No. 3, April 1977, pp. 413-57.

28. *Flouting the Constitution,* **The Center Magazine,** November/December 1977, pp. 13-19.

29. *A Political Context for Legislative Vetoes,* **Political Science Quarterly,** Vol. 93, No. 2, Summer 1978, pp. 241-54.

30. *Raoul Berger on Public Law,* **Political Science Reviewer,** Vol. 8, Fall 1978, pp. 173-203.

    a) Rebutted by Berger in *A Political Scientist as Constitutional Lawyer: A Reply to Louis Fisher,* Ohio State Law Journal, Vol. 41, No. 1, 1980, pp. 147-75.

    b) Rebutted by Berger in *A Political Scientist as Constitutional Lawyer: A Reply to Louis Fisher,* Political Science Reviewer, Vol. 10, Fall 1980, pp. 387-423.

31. *Presidential Staffing—A Brief Overview* [with Harold C. Relyea], prepared for the House Committee on Post Office and Civil Service, Committee print No. 95-17, 95th Congress, 2d Session, July 25, 1978. 114 p.

32. *Protecting Civil Servants: There are Reasons and Precedents for Defining Job Rights as Property,* **The Washington Post**, Outlook Section, December 31, 1978, p. B3.

    a) Placed in the Congressional Record, September 5, 1979, by Senator Orrin G. Hatch, pp. S11862-65 (daily ed.).

33. *Confidential Spending and Governmental Accountability,* **George Washington Law Review**, Vol. 47, No. 2, January 1979, pp. 347-85.

    a) Reprinted in *GAO Legislation,* hearings before the Senate Committee on Government Affairs, 96th Congress, 1st Session, pp. 29-68 (1979).

    b) Reprinted in *Public Disclosure of the Aggregate Intelligence Budget Figure*, hearings before the House Permanent Select Committee on Intelligence, 103d Congress, 2d Session, pp. 122-60 (1994).

34. *Grover Cleveland Against the Senate,* **Congressional Studies**, Vol. 7, No. 1, Spring 1979, pp. 11-25.

    a) Reprinted in The Congress of the United States, 1789-1989 (Brooklyn, N.Y.: Carlson Publishing Co., 1991), Title 10.

35. Review of Bruce Buchanan's The Presidential Experience: What the Office Does to the Man, **Political Science Quarterly**, Vol. 94, No. 3, Fall 1979, pp. 523-24.

36. *The Authorization-Appropriation Process in Congress: Formal Rules and Informal Practices,* **Catholic University Law Review**, Vol. 29, No. 1, Fall 1979, pp. 51-105.

37. Review of Larry Berman's The Office of Management and Budget and the Presidency, 1921-1979, **Political Science Quarterly**, Vol. 95, No. 1, Spring 1980, pp. 160-61.

38. *Delegating with Ambivalence: The Legislative Veto and Reorganization Authority* (with Ronald C. Moe), in **Studies on the Legislative Veto**, committee print for the House Committee on Rules, 96th Congress, 2d Session, pp. 164-247.

39. Review of Philip B. Kurland's Watergate and the Constitution, **Presidential Studies Quarterly**, Vol. X, No. 1, Winter 1980, pp. 129-31.

40. *Presidential Reorganization Authority: Is It Worth the Cost?* (with Ronald C. Moe), **Political Science Quarterly,** Vol. 96, No. 2, Summer 1981, pp. 301-18.

    a) Reprinted in *Reorganization Act of 1981,* hearing before the Senate Committee on Governmental Affairs, 97th Congress, 1st Session, pp. 53-63 (1981).

    b) Reprinted in *Legislative Veto After Chadha,* hearings before the House Committee on Rules, 98th Congress, 2d Session, pp. 655-72 (1984).

41. *In Dubious Battle? Congress and the Budget,* **The Brookings Bulletin**, Vol. 17, No. 4, Spring 1981, pp. 6-10.

42. Review of Lance LeLoup's The Fiscal Congress: Legislative Control of the Budget, **American Political Science Review,** Vol. 75, No. 3, September 1981, pp. 776-77.

43. *Congress Can't Lose On Its Veto Power,* **Washington Post**, Outlook Section, February 21, 1982, pp. D1, D5.

    a) Placed in the Congressional Record by Rep. Trent Lott, February 22, 1982, pp. E428-430 (daily ed.).

    b) Placed in the Congressional Record by Rep. Elliott Levitas, February 23, 1982, pp. E501-502 (daily ed.).

    c) Placed in the Congressional Record by Senator Harrison Schmitt, March 23, 1982, pp. S2587-88 (daily ed.).

    d) Placed in the Congressional Record by Rep. Elliott Levitas, Deccember 1, 1982, pp. H8722-23 (daily ed.).

    e) Placed in the Congressional Record by Rep. Elliott Levitas, June 28, 1983, pp. E3218-19 (daily ed.).

44. *Research Tools for Public Law,* **Teaching Political Science**, Vol. 9, No. 3, Spring 1982, pp. 132-38.

45. Review of James I. Lengle's Representation and Presidential Primaries: The Democratic Party in the Post-Reform Era, **Political Science Quarterly**, Vol. 97, No. 2, Summer 1982, pp. 376-77.

46. *The Case for the Legislative Veto,* **National Law Journal**, January 16, 1983, pp. 13, 22.

    a) Reprinted in *Legislative Veto and the 'Chadha' Decision* hearings before the Senate Committee on the Judiciary, 98th Congress, 1st Session, pp. 154-56 (1983).

47. *Annual Authorizations: Durable Roadblocks to Biennial Budgeting,* **Public Budgeting & Finance**, Vol. 3, No. 1, Spring 1983, pp. 23-40.

48. *Congress and the Removal Power,* **Congress & the Presidency**, Vol. 10, No. 1, Spring 1983, pp. 63-77.

    a) Reprinted in James A. Thurber, ed., Divided Democracy (Washington, D.C.: Congressional Quarterly Press, 1991), pp. 255-74.

49. Review of W. Taylor Reveley, III, War Powers of the President and Congress, **Congress & the Presidency**, Vol. 10, No. 2, Autumn 1983, pp. 268-69.

50. *Chadha's Impact on the Budget Process,* **Public Budgeting & Finance**, Vol. 3, No. 4, Winter 1983, pp. 103-07.

51. *Legislative Vetoes, Phoenix Style,* **Extensions**, a Newsletter for the Carl Albert Center, Spring 1984, p. 2.

    a) Reprinted in Walter F. Murphy and C. Herman Pritchett, eds., Courts, Judges & Politics (New York: Random House, 1986), pp. 347-49.

52. *Constitutional Separation of Powers,* published as a monograph by the Philippine Bar Association in 1984.

53. *The Authorization Process; the Appropriation Process,* in *Issue Presentations Before the Rules Committee Task Force on the Budget Process,* House Committee on Rules, 98th Congress, 2d Session (Committee Print, October 1984), pp. 70-92.

54. *Constitutional Interpretation by Members of Congress,* **North Carolina Law Review,** Vol. 63, No. 4, April 1985, pp. 701-41.

    a) Reprinted in *Line Item Veto,* hearings before the Senate Committee on Rules and Administration, 99th Congress, 1st Session, pp. 111-52 (1985).

55. *Ten Years of the Budget Act: Still Searching for Controls,* **Public Budgeting & Finance**, Vol. 5, No. 3, Autumn 1985, pp. 3-28.

    a) Reprinted in Government Budgeting: Theory, Process, and Politics, by Albert C. Hyde (Pacific Grove, Cal.: Brooks/Cole Publishing Co., 1992).

56. *Judicial Misjudgments about the Lawmaking Process: The Legislative Veto Case,* **Public Administration Review**, Vol. 45, Special Issue, November 1985, pp. 705-11.

    a) Reprinted in Congress and Public Policy, David C. Kozak and John D. Macartney, eds. (Prospect Heights, Ill.: Waveland Press, 1990), pp. 425-34.

57. Review of Christopher H. Pyle and Richard M. Pious, eds., The President, Congress, and the Constitution, **Political Science Quarterly**, Vol. 100, No. 3, Fall 1985, pp. 511-12.

58. Review of John W. Macy, et al., America's Unelected Government: Appointing the President's Team, and Richard L. Schlott and Dagmar S. Hamilton, People, Positions, and Power: The Political Appointments of Lyndon Johnson, **Presidential Studies Quarterly**, Vol. XV, No. 4, Fall 1985, pp. 843-45.

59. Review of Edward S. Corwin, The President: Office and Powers, 1787-1984, Fifth Revised Edition by Randall W. Bland, et al., **Presidential Studies Quarterly**, Vol. XV, No. 4, Fall 1985, pp. 845-49.

60. *Scrutiny of Appointments by Parliament,* **Canadian Parliamentary Review,** Vol. 9, No. 1, Spring 1986, pp. 14-17.

61. *The Politics of Constitutional Law,* published as a monograph by the Philippine Bar Association and the International Law Association (Philippine Branch) in 1986.

62. *How Successfully Can the States' Item Veto be Transferred to the President?* (with Neal Devins), **Georgetown Law Journal,** Vol. 75, No. 1, October 1986, pp. 159-97.

    a) Reprinted in The Line-Item Veto, hearing before the Senate Committee on the Judiciary, 101st Cong., lst Sess. (1989), pp. 102-40.

63. *Impoundment: Here We Go Again,* **Public Budgeting & Finance**, Vol. 6, No. 4, Winter 1986, pp. 72-73.

64. *Congress and the Fourth Amendment,* **Georgia Law Review**, Vol. 21, No. 1, Special Issue 1986, pp. 107-70.

65. *The Item Veto—A Misconception,* **Washington Post**, February 23, 1987, p. A11.

    a) Placed in the Congressional Record by Rep. Lawrence C. Smith, February 24, 1987, p. E587 (daily ed.).

    b) Placed in the Congressional Record by Rep. Don Bonker, February 26, 1987, p. E651 (daily ed.).

    c) Reprinted in The Line-Item Veto, hearing before the Senate Committee on the Judiciary, 101st Cong., 1st Sess. (1989), p. 101.

66. *Court's Narrow View on Role of Congress,* **San Francisco Chronicle,** March 18, 1987.

67. *Social Influences on Constitutional Law,* **Journal of Political Science**, Vol. XV, Nos. 1 and 2, Spring 1987, pp. 7-19.

68. Review of the President, the Congress, and Foreign Policy by Edmund S. Muskie, et al., **Political Science Quarterly**, Vol. 102, No. 1, Spring 1987, pp. 114-15.

69. *The Administrative World of* Chadha *and* Bowsher, **Public Administration Review**, Vol. 47, No. 3, May/June 1987, pp. 213-19.

70. *Methods of Constitutional Interpretation: The Limits of Original Intent,* **Cumberland Law Review**, Vol. 18, No. 1, 1987-1988, pp. 43-67.

71. *Seven Ways to Reinvent the Budget Process,* **The New York Times,** September 27, 1987, p. E5.

72. *The Congress and the Courts,* **CRS Review**, January 1988, pp. 19-21.

73. Comments on a *Mini-Symposium on the Federal Executive Budget,* **Public Budgeting & Finance**, Vol. 8, No. 1, Spring 1988, pp. 100-03.

74. *Line-Item Imaginings* (with Ronald C. Moe), **The American Spectator**, August 1988, pp. 38-39.

75. *Constitutional Interpretation by the Congress,* **CRS Review**, September 1988, pp. 26-27.

76. *How to Avoid Iran-Contras,* review of The President, the Congress, and Foreign Policy by Edmund S. Muskie, et al., **California Law Review,** Vol. 76, pp. 939-60 (July 1988).

77. *Continuing Resolutions: Can't Live With 'em, Can't Live Without 'em,* **Public Budgeting & Finance**, Vol. 8, No. 2, Summer 1988, pp. 101-04.

78. Review of The Cult of the Court by John Brigham and The Supreme Court by William H. Rehnquist, **Presidential Studies Quarterly**, Vol. 18, No. 3, Summer 1988, pp. 601-04.

79. *Foreign Policy Powers of the President and Congress,* **The Annals,** Vol. 499, September 1988, pp. 148-59.

    a) Reprinted in The Congress of the United States, 1789-1989 (Brooklyn, N.Y.: Carlson Publishing Co., 1991), Title 10.

80. *Lessons From the Iran/Contra Affair,* **International Practitioners Notebook** [International Law Association], No. 40, September 1988, pp. 8-9.

81. *Continuing Resolutions: Product of the Process?,* in **A Call for Congressional Reform**, a publication of the House Republican Research Committee, U.S. Congress, 1988.

82. *Understanding the Role of Congress in Foreign Policy,* **George Mason University Law Review**, Vol. 11, No. 1, Fall 1988, pp. 153-68.

83. *The Foundations of a Scandal,* **Corruption and Reform,** Vol. 3, pp. 157-69 (1988).

84. Review of How Washington Works: The Executive's Guide to Government by A. Lee Fritscher and Bernard H. Ross, **Public Administration Review**, Vol. 49, No. 1, January/February 1989, pp. 86-87.

85. *Legislative-Executive Relations: Search for Cooperation,* **CRS Review**, January 1989, pp. 10-11.

86. *Congressional Participation in the Treaty Process*, **University of Pennsylvania Law Review,** Vol. 137, No. 5, May 1989, pp. 1511-22.

87. Review of Balanced Budgets & American Politics by James D. Savage, published in **American Political Science Review**, Vol. 83, June 1989, pp. 649-50.

88. Review of Judges and Legislators: Toward Institutional Comity by Robert A. Katzmann, ed., **Governance**, Vol. 2, No. 3, July 1989, pp. 358-59.

89. *How States Shape Constitutional Law*, **State Legislatures,** Vol. 15, No. 7, August 1989, pp. 37-39.

    a) Reprinted in *H.R. 849 [Pocket Veto Issue]*, hearing before the House Committee on Rules, 101st Cong., lst Sess., pp. 48-50 (1989).

90. *Looking for the Last Word*, **Legal Times**, August 7, 1989, pp. S14-S15. Also reprinted in:

    a) **New Jersey Law Journal**, Vol. CXXIV, No. 6, August 10, 1989, pp. 21, 25, under the title *Not Just the Justices: The Other Interpreters*.

    b) **The Recorder** [for the San Francisco Bay Area], No. 155, August 14, 1989, pp. 1, 13, under the title *Unpopular Rulings Part of "Constitutional Dialogues."*

    c) **The Connecticut Law Tribune**, Vol. 15, No. 33, August 21, 1989, pp. 20, 21, under the title *Interpreting the Constitution Isn't Just for the Courts*.

    d) **Texas Lawyer**, August 21, 1989, Section Three, pp. 10, 11, under the title *Mr. Justice Bush, Foley, Dole, Etc*.

    e) Reprinted in *H.R. 849 (Pocket Veto Issue]*, hearing before the House Committee on Rules, 101st Cong., lst Sess., pp. 46-47 (1989).

91. *When "The President Knew" Was No Defense*, **Los Angeles Times**, September 29, 1989, Part II, p. 7.

92. Review of The Senate: 1789-1989, by Robert C. Byrd, **Constitution**, Vol. 1, No. 5, Fall 1989, p. 70.

93. *Poindexter's Paper Victory in Iran-Contra*, **Legal Times**, October 30, 1989, pp. 25, 26, 27. Also reprinted in:

    a) **Manhattan Lawyer**, November 7, 1989—November 13, 1989, p. 14, under the title *Reagan's Orders Shouldn't Protect Poindexter In Trial Over Iran-Contra Misdeeds.*

    b) **Fulton County Daily Report**, Vol. 100, No. 214, November 1, 1989, pp. 8-9, under the title *The Buck Stops Elsewhere.*

    c) **New Jersey Law Journal**, Vol. CXXIV, No. 17, November 2, 1989, pp. 7, 18, under the title *Can Poindexter Paper Over His Responsibilities?*

94. *How Tightly Can Congress Draw the Purse Strings?,* **American Journal of International Law**, Vol. 83, No. 4, October 1989, pp. 758-66.

    a) Reprinted in Thomas M. Franck and Michael J. Glennon, eds., Foreign Relations and National Security Law (St. Paul, Minn., West Publishing Co., 1993), pp. 778-83.

95. *The Nature of Legislative Power,* **San Jose Studies**, Vol. 15, No. 3, Fall 1989, pp. 14-27.

96. *Congressional Access to Executive Branch Information: Lessons from Iran-Contra*, **Government Information Quarterly,** Vol. 6, No. 4, 1989, pp. 383-94.

97. Review of Broken Purse Strings: Congressional Budgeting, 1974-1988, by Rudolph G. Penner and Alan J. Abramson, **Political Science Quarterly,** Vol. 104, No. 4, Winter 1989-90, pp. 707-09.

98. *Congressional-Executive Struggles Over Information: Secrecy Pledges*, **Administrative Law Review,** Vol. 42, Winter 1990, pp. 89-107.

99. *Statutory Interpretations by Congress and the Courts*, **CRS Review**, January-February 1990, pp. 32-33.

100. *Is The Solicitor General an Executive or a Judicial Agent?: Caplan's Tenth Justice*, **Law & Social Inquiry,** Vol. 15, No. 2, Spring 1990, pp. 305-20.

101. *Should Congress Grant Line Item Veto Authority to the President?*, **Congressional Digest**, Vol. 69, No. 6-7, June-July 1990, pp. 187, 189, 191.

102. Review of Invitation to Struggle: Congress, the President, and Foreign Policy (3d ed. by Cecil V. Crabb, Jr. and Pat M. Holt, **Presidential Studies Quarterly,** Vol. XX, No. 3, Summer 1990, pp. 643-45.

103. Review of National Security Constitution, by Harold Koh, **Constitution**, Vol. 2, No. 3, Fall 1990, p. 73.

104. *Federal Budget Doldrums: The Vacuum in Presidential Leadership*, **Public Administration Review**, Vol. 50, No. 6, Nov.-Dec. 1990, pp. 693-700.

    a) Reprinted in *The Budget Process Reform Act of 1990*, hearings before the House Committee on Rules, 101st Cong., 2d Sess., pp. 139-46 (1990).

    b) Reprinted in Governing, ed. by Roger H. Davidson and Walter J. Oleszek (Washington, D.C.: Congressional Research Service, 1992), pp. 497-510.

    c) Reprinted in The Balanced Budget Amendment—Volume 1, hearings before the House Committee on the Budget, 102d Cong., 2d Sess., pp. 198-205 (1992).

105. *The Appropriations Power and the Necessary and Proper Clause*, **Washington University Law Quarterly**, Vol. 68, No. 3, 1990, pp. 632-39, 652-53.

106. *Separation of Powers: Interpretation Outside the Courts*, **Pepperdine Law Review,** Vol. 18, No. 1, 1990, pp. 57-93.

107. *The Curious Belief in Judicial Supremacy,* **Suffolk University Law Review**, Vol. XXV, No. 1, Spring 1991, pp. 86-116.

108. Review of Constitutionalism, Democracy, and Foreign Affairs, by Louis Henkin, **Political Science Quarterly,** Vol. 106, No. 1, Spring 1991, pp. 129-30.

109. Review of Running on Empty, by Lawrence Haas, **Public Budgeting & Finance**, Vol. 11, No. 3, Fall 1991, pp. 103-04.

110. Review of A Very Thin Line: The Iran-Contra Affairs by Theodore Draper, **Constitution**, Vol. 3, No. 3, Fall 1991, p. 78.

111. *Another Legislative Veto Invalidated, But Others Survive*, **CRS Review**, September 1991, pp. 13-14.

112. *Adopt a Resolution* [judicial nomination process], **Legal Times**, October 7, 1991, pp. 26-27.

113. Review of Order & Law by Charles Fried, **Public Interest Law Review**, 1992, pp. 128-34.

114. *The Effects of a Balanced Budget Amendment on Political Institutions*, **Journal of Law & Politics**, Vol. IX, No. 1, Fall 1992, pp. 89-104.

115. *Improved Development of Complex Tax Legislation*, **The American Journal of Tax Policy**, Vol. 10, No.2, Fall 1992, pp. 325-29.

116. Review of The Constitution in Conflict by Robert Burt, **Legal Studies Forum**, Vol. XVI, No. 3, 1992, pp. 353-56.

117. *Should Congress Grant the President Line Item Veto or Expanded Rescission Authority?*, **Congressional Digest**, Vol. 72, No. 3, February 1993, pp. 45, 47, 49, 51.

118. Review of Repealing the War Powers Resolution: Restoring the Rule of Law in U.S. Foreign Policy by Robert F. Turner, in **Governance**, Vol. 6, No. 2, April 1993, pp. 289-90.

119. *Who Controls the Adminstrative State? A Debate on the Relationship between Congress and Government Agencies*, **Cumberland Law Review**, Vol. 23, No. 1, 1992-93, pp. 133-40.

120. *The Legislative Veto: Invalidated, It Survives*, **Law & Contemporary Problems**, Vol. 56, No. 4, Autumn 1993, pp. 273-92.

121. Review of Crimes, Follies, and Misfortunes: The Federal Impeachment Process Trials by Eleanor Bushnell, and Grand Inquests: The Historical Impeachments of Justice Samuel Chase and President Andrew Johnson by William H. Rehnquist, in **Congress & the Presidency**, Vol. 20, No. 1, Spring 1993, pp. 85-87.

122. *Laws Congress Never Made*, **Constitution**, Vol. 5, No. 3, Fall 1993, pp. 59-66.

123. Review of Contest for Constitutional Authority: The Abortion and War Powers Debates by Susan Burgess, **The Review of Politics**, Vol. 55, No. 3, Summer 1993, pp. 531-33.

124. Review of Political Questions/Judicial Answers: Does the Rule of Law Apply to Foreign Affairs?, by Thomas M. Franck, **American Political Science Review**, Vol. 87, No. 3, September 1993, pp. 791-92.

125. *The Gore Report on Budgeting* [with Albert J. Kliman], **Public Manager**, Winter 1993-94, pp. 19-22.

126. *The Balanced Budget Amendment: Risks to Political Institutions*, **PRG Report** [newsletter of the Presidency Research Group, The American Political Science Association], Vol. XVI, No. 1, Spring 1994, pp. 1, 4-6.

127. Review of Between the Lines: Interpreting Welfare Rights by R. Shep Melnick, **Law and Politics Book Review**, Vol. 4, No. 5, May 1994, pp. 61-63.

128. *Congressional Checks on Military Initiatives*, **Political Science Quarterly**, Vol. 109, No. 5, Winter 1994-95, pp. 739-62.

129. *The Korean War: On What Legal Basis Did Truman Act?*, **American Journal of International Law**, Vol. 89, No. 1, January 1995, pp. 21-39.

    a) Exchange of correspondence with Robert F. Turner, American Journal of International Law, Vol. 90, pp. 77-78, 261-62 (1996).

130. Review of Less Than Meets the Eye: Foreign Policy Making and the Myth of an Assertive Congress, by Barbara Hinckley, **American Political Science Review,** Vol. 89, No. 1, March 1995, pp. 207-08.

131. *Budget Reform Proposals in the NPR Report* [with Albert J. Kliman], **Public Budgeting & Finance**, Vol. 15, No. 1, Spring 1995, pp. 27-38.

132. *The Ubiquity and Ambiguity of Unfunded Mandates*, **Cornell Journal of Law and Public Policy**, Vol. 4, No. 2, Spring 1995, pp. 472-78.

133. *Clinton's Not King—War Is for Congress*, **National Law Journal**, June 19, 1995, pp. A21-A22.

134. *The 'Contract With America': What It Really Means*, **The New York Review of Books**, June 22, 1995, pp. 20-24.

135. Review of Power Without Responsibility: How Congress Abuses the People Through Delegation, by David Schoenbrod, **Public Administration Review**, Vol. 55, No. 4, July/August 1995, pp. 384-85.

136. *Symposium: The Constitutional Structure of National Government in the United States: Is It In a State of Crisis?*, **Administrative Law Journal of the American University**, Vol. 9, No. 1, Spring 1995, pp. 14-20, 28, 32, 35-36.

137. *What Power to Send Troops?*, **The New York Times**, Op-Ed, December 2, 1995, p. 21.

    a) Reprinted in the Congressional Record by Senator Joseph Inhofe, December 13, 1995, pp. S18465-66 (daily ed.).

138. *Government by Continuing Resolution: Smaller Is Inevitable*, **Los Angeles Times**, January 28, 1996, p. M2.

    a) Reprinted as Government: Smaller Is Inevitable, Los Angeles Times, Washington Edition, February 3, 1996, p. A3.

139. *The Bosnia Commitment*, **Legal Times**, March 11, 1996, pp. 22-23.

140. Review of The Constitution as Political Structure, by Martin H. Redish, **Journal of Legal Education**, Vol. 46, No. 1, March 1996, pp. 135-39.

141. *The Judge as Manager*, **Public Manager**, Vol. 25, No. 3, Fall 1996, pp. 7-10.

142. Review of On Constitutional Ground, by John Hart Ely, **Times Literary Supplement**, December 27, 1996, pp. 9-10.

143. *Have U.S. Courts Overreached?*, **Los Angeles Times**, February 2, 1997, pp. M1, M6.

a) Reprinted in **Newsweek: Education Program**, "Constitutional Issues in Modern Society," 1997, p. 24.

144. *White House Aides Testifying Before Congress*, in **Presidential Studies Quarterly**, Vol. 27, No. 1, Winter 1997, pp. 139-152.

145. Review of War Powers: The President, the Congress, and the Question of War, by Donald L. Westerfield, in the **American Political Science Review**, Vol. 91, No. 1, March 1997, pp. 204-205.

146. Review of Congress and the Presidency: Institutional Politics in a Separated System, by Michael Foley and John E. Owens, in **Political Science Quarterly**, Vol. 112, No. 1, Spring 1997, pp. 150-51.

147. *Judicial Independence and the Item Veto*, in **The Judges' Journal**, Vol. 36, No. 1, Winter 1997, pp. 18-21, 53.

a) Reprinted in **Best of ABA Sections: General Practice, Solo & Small Firm Section**, Vol. 1, No. 2, Fall 1997, pp. 36-37.

b) Reprinted in **Best of ABA Sections**, 1997, pp. 38-39.

148. *Presidential War Power*, to be published by the Miller Center of Public Affairs.

149. *Presidential Independence and the Power of the Purse*, **U.C. Davis Journal of International Law & Policy**, Vol. 3, No. 2, Spring 1997, pp. 107-141.

150. Review of The Federal Impeachment Process, by Michael J. Gerhardt, in **Congress and the Presidency**, Vol. 24, No. 2, Autumn 1997, pp. 222-24.

151. *Line Item Veto Act of 1996: Heads-up from the States*, in **Public Budgeting & Finance**, Vol. 17, No. 2, Summer 1997, pp. 3-17.

152. *Sidestepping Congress: Presidents Acting Under the UN and NATO*, **Case Western Reserve Law Review**, Vol. 47, No. 4, Summer 1997, pp. 1237-79.

153. Review of The Power of Separation: American Constitutionalism and the Myth of the Legislative Veto, by Jessica Korn, published in **Political Science Quarterly,** Vol. 112, No. 3, Fall 1997, pp. 523-24.

154. Review of Courts and Congress, by Robert A. Katzmann, **The Federal Lawyer**, Vol. 44, November/December 1997, pp. 70-72.

155. *Introduction: Reflections on Two Decades of Congressional Budgeting* [with Philip Joyce], **Public Budgeting & Finance**, Vol. 17, No. 3, Fall, 1997, pp. 3-9.

156. *Biennial Budgeting in the Federal Government*, **Public Budgeting & Finance**, Vol. 17, No. 3, Fall 1997, pp. 87-97.

157. *One Prosecutor Shouldn't Kill Off a Valuable Law*, **Los Angeles Times**, March 1, 1998, pp. M1, M6.

158. *The War Powers Resolution: Time to Say Goodbye* [with David Gray Adler], **Political Science Quarterly**, Vol. 113, No. 1, Spring 1998, pp. 1-20.

159. *Judicial Exclusivity and Political Instability* [with Neal Devins], **Virginia Law Review**, Vol. 84, No. 1, February 1998, pp. 83-106.

    a) Reprinted in *Congress, the Court, and the Constitution*, hearing before the Subcommittee on the Constitution of the House Committee on the Judiciary, 105th Cong., 2d Sess., pp. 125-49 (1998).

160. *Public Service as a Calling*, book review of Archibald Cox: Conscience of a Nation, by Ken Gormley, **Texas Law Review**, Vol. 76, No. 5, April 1998, pp. 1185-1217.

161. *Censure? Nice Try, But It Shouldn't Fly*, **Washington Post**, October 4, 1998, p. C3.

162. *Raoul Berger and Executive Privilege* [with Mark Rozell], **Presidential Studies Quarterly**, Vol. 28, No. 3, Summer 1998, pp. 687-92.

163. *Congress as the Grand Inquest*, **Extensions**, a Journal of the Carl Albert Congressional Research and Studies Center, Fall 1998, pp. 3-5.

164. *Military Action against Iraq*, **Presidential Studies Quarterly**, Vol. 28, No. 4, Fall 1998, pp. 793-98.

165. *Congressional Abdication: War and Spending Powers*, **Saint Louis University Law Journal**, Vol. 43, No. 3, Summer 1999, pp. 931-1012.

166. *Legal Disputes During the Clinton Years*, **Presidential Studies Quarterly**, Vol. 29, No. 3, September 1999, pp. 697-707.

167. *Yes! An Independent Counsel is Needed*, **Law Matters**, Winter 1999, pp. 1, 7, published by the American Bar Association.

168. *Starr's Record as Independent Counsel*, **PS: Political Science & Politics**, September 1999, pp. 546-49.

169. Review of The Judicial Development of Presidential War Powers, by Martin S. Sheffer, **Political Science Quarterly**, Vol. 114, No. 3, Fall 1999, pp. 522-23.

170. *Statutory Construction: Keeping a Respectful Eye on Congress*, **SMU Law Review**, Vol. 53, No. 1, Winter 2000, pp. 49-80.

171. *Invoking Executive Privilege: Navigating Ticklish Political Waters*, **William & Mary Bill of Rights Journal**, Vol. 8, Issue 3, April 2000, pp. 583-629.

172. Review of War and Press Freedom: The Problem of Prerogative Power, by Jeffrey A. Smith, **Political Science Quarterly**, Vol. 114, No. 4, Winter 1999-2000, pp. 697-98.

173. *Unchecked Presidential Wars*, **University of Pennsylvania Law Review**, Vol. 148, No. 5, May 2000, pp. 1637-72.

174. Review of Reckless Legislation: How Lawmakers Ignore the Constitution, by Michael A. Bamberger, **The Federal Lawyer**, Vol. 47, March/April 2000, pp. 52-53.

175. *Congress Sleeps: War Powers After Vietnam*, **The Long-Term View** (Massachusetts School of Law), Vol. 5, No. 1, Summer 2000, pp. 118-30.

176. *Litigating the War Power with Campbell v. Clinton*, **Presidential Studies Quarterly**, Vol. 30, No. 3, September 2000, pp. 564-74.

177. **Review of Federalism & Separation of Powers Law** (Federalist Society), Vol. 3, No. 3, Winter 2000, pp. 7-9, 14, 18.

178. *The Canons of Constitutional Law: Teaching With a Political-Historical Framework*, in **Constitutional Commentary**, Vol. 17, No. 2, Summer 2000, pp. 275-84.

179. *War and Spending Prerogatives: Stages of Congressional Abdication*, in **Saint Louis University Public Law Review**, Vol. 19, No. 1, 2000, pp. 7-63.

180. *Executive Orders*, **Oxford Analytica**, Daily Brief, January 25, 2001.

181. *Military Commitments*, **Oxford Analytica**, Daily Brief, March 15, 2001.

182. Review of An Affair of State: The Investigation, Impeachment, and Trial of President Clinton, by Richard A. Posner, **White House Studies,** Vol. 1, No. 4, 2001, pp. 581-83.

183. *Nonjudicial Safeguards of Religious Liberty*, **University of Cincinnati Law Review**, Vol. 70, No. 1, 2001, pp. 31-94.

184. *La Cour Suprême des Etats-Unis: Interprète Souverain de la Constitution*? (with Nada Mourtada-Sabbah), **Revue du Droit Public et de la Science Politique**.

185. Review of Constitutional Construction: Divided Powers and Constitutional Meaning, by Keith E. Whittington, **The Federal Lawyer**, Vol. 49, No. 2, March/April 2002, pp. 61-62.

186. *35 Frenzied Days: The Florida Election*, **Journal of Social Affairs** [University of Sharjah, United Arab Emirates], Vol. 18, No. 71, Fall 2001, pp. 35-71.

187. *Indian Religious Freedom: To Litigate or Legislate?,* **American Indian Law Review** , Vol. 26, No. 1, 2002, pp. 1-39.

188. *Bush Can't Rely on the FDR Precedent*, **Los Angeles Times**, December 2, 2001, p. M3.

189. *Congress Controls Decision Over War or Peace*, interview with **Human Events**, February 25, 2002, pp. 3, 17.

190. *The Steel Seizure Case: One of a Kind?* [with Neal Devins], **Constitutional Commentary**, Vol. 19, No. 1, Spring 2002, pp. 63-86.

191. *Congressional Access to Information: Using Legislative Will and Leverage*, **Duke Law Journal**, Vol. 52, No. 2, November 2002, pp. 323-402.

192. *Statutory Exemptions for Religious Liberty*, **Journal of Church and State**, Vol., 44, Spring 2002, pp. 291-316.

193. *When Presidential Power Backfires: Clinton's Use of Clemency*, **Presidential Studies Quarterly**, Vol. 32, No. 3, September 2002, pp. 586-99.

194. *Adopting "In God We Trust" as the U.S. National Motto,* **Journal of Church and State**, Vol. 44, Autumn 2002, pp. 671-92.

195. *The Road to Iraq*, **Legal Times**, September 2, 2002, pp. 34-35.

196. Review of Civil Servants and Their Constitutions, by John Rohr, **Political Science Quarterly**, Vol. 117, No. 4, Winter 2002-03, pp. 683-84.

197. *A Dose of Law and Realism for Presidential Studies*, **Presidential Studies Quarterly**, Vol. 32, No. 4, December 2002, pp. 672-92.

198. *Who's Minding the Courts on Rights?*, **Los Angeles Times**, February 23, 2003, p. M2.

199. *A Constitutional Structure for Foreign Policy*, **Georgia State University Law Review**, Vol. 19, No. 4, Summer 2003, pp. 1059-1105.

200. Introduction to a special issue of "The Permanent War," **Presidential Studies Quarterly**, Vol. 33, No. 3, September 2003, pp. 463-65.

201. *Military Tribunals: A Sorry History*, **Presidential Studies Quarterly**, Vol. 33, No. 3, September 2003, pp. 484-508.

202. Review of Executive Privilege, by Mark J. Rozell, **Political Science Quarterly**, Vol. 118, No. 2, Summer 2003, pp. 346-47.

203. *Deciding on War Against Iraq*, **Perspectives on Political Science**, Vol. 32, No. 3, Summer 2003, pp. 135-40.

204. *Why Bush's Resort to Military Tribunals Rests on a Bad Precedent*, in History News Network, George Mason University (http://HNN.us/articles/printfriendly/1710.html), October 6, 2003.

205. *Deciding on War Against Iraq: Institutional Failures*, **Political Science Quarterly**, Vol. 118, No. 4, Fall 2003, pp. 389-410.

206. *Congressional Access to Presidential Documents: The House Resolution of Inquiry*, **Presidential Studies Quarterly**, Vol. 33, No. 4, December 2003, pp. 898-912.

207. *Talking About Secrets*, **Legal Times**, April 19, 2004, pp. 66-67.

208. *Hijack in Berlin*, **Legal Times**, July 12, 2004, pp. 50-51.

209. *Constitutional Law Writ Large,* **St. Louis University Law Review**, Vol. 49, No. 3, Spring 2005, pp. 633-52.

210. *Scholarly Support for Presidential Wars*, **Presidential Studies Quarterly**, Vol. 35, No. 3, September 2005, pp. 590-607.

211. *Judicial Review of the War Power*, **Presidential Studies Quarterly**, Vol. 35, No. 3, September 2005, pp. 466-95.

212. *Presidents and War Powers: An Interview with Louis Fisher*, **Insights on Law & Society**, Vol. 6, No. 1, Fall 2005 (published by the American Bar Association), pp. 10-11, 30.

213. *Military Tribunals and Presidential Power*, to be published in **Journal of National Security Law & Policy**.

214. *Military Tribunals in America*, to be published in **International Affairs**, Shanghai, China.

215. *Lost Constitutional Moorings: Recovering the War Power*, **Indiana Law Journal**, Vol. 81, 2006, pp. 1199-1254.

216. *The War in Iraq: Legal and Political Fallacies*, to be published in **Journal of Social Affairs**, University of Sharjah, United Arab Emirates.

217. *President and Congress: Practical Accommodations*, to be published in **Politique Américaine** in 2006.

218. *Hiding behind Secrecy*, **Los Angeles Times**, June 14, 2006, p. B13.

219. *State Your Secrets*, **Legal Times**, June 26, 2006, pp. 68-69.

220. *Invoking State Secrets at a Cost*, to be published in **National Law Journal**.