Trone et al v. Peanut Corporation of America Doc. 317 Att. 1

# EXHIBIT B

Dockets.Justia.com

July, 2006

**Michael J. Jacobs**
Vice President and
Director, Cyber and National Security Program
SRA International, Inc.
3434 Washington Blvd
Arlington, VA 22201
Office: 703 284-6261
Fax: 703 284-1386
Cell: 571 213-4392

Michael Jacobs joined SRA in October 2002 as a Senior Advisor following his retirement from the Federal Government after 38 years of service. In March 2003 he was appointed Director of SRA's Cyber and National Security Program. Prior to SRA, Mr. Jacobs was the Information Assurance (IA) Director at the National Security Agency (NSA). Under his leadership, NSA began implementing an Information Assurance strategy to protect the Defense Information Infrastructure and as appropriate, the National Information Infrastructure. He was responsible for overseeing the evolution of security products, services, and operations to ensure that the Federal Government's national security information was free-flowing, unobstructed and uncorrupted.

Mr. Jacobs had a long and distinguished career at the National Security Agency where he served in key management positions in both the Intelligence and IA mission areas. He served as the Deputy Associate Director for Operations, Military Support where he was responsible for developing a single, coherent military support strategy for NSA. During his 38 years of NSA service, Jacobs was a leader in Information Systems Security production and control, policy and doctrine and customer relations. He has testified before Congress on defense issues and has spoken widely on topics ranging from IA to cultural diversity. For his vision, dedication, and accomplishments, he has been recognized by the Department of Defense with the Distinguished Civilian Service Medal; by the Director Central Intelligence with the Intelligence Community's Distinguished Service Award; and by NSA with the Exceptional Civilian Service Award. In addition, he has been awarded the National Intelligence Medal of Achievement and was twice awarded the Presidential Rank Award for Meritorious Achievement.

He earned his B.S. degree in Business Administration from King's College and completed the Senior Managers in Government Program at Harvard University's Kennedy School.

Mr. Jacobs resides in College Park, Maryland with his wife Ethel and their five children. From 1997 through 2001 he served as the City's elected Mayor following fourteen years as an elected member of the City Council.

| **Michael J. Jacobs, Vice President** | |
|---|---|
| Education | B.S. (Business Administration) Kings College, 1964 |
| Years Experience | **42 years experience in Information Security and Information Assurance. 22 years experience in large-scale Information Security and Information Assurance enterprise management.** |
| Security Clearance | Top Secret SCI |
| Specialties | Information Security and Assurance, Information Security and Assurance Management, Policy Analysis, operations Management, Requirement Analysis, Product Design and Development, Information Systems Security Production and Control, Architecture Support |
| Certifications/Courses | Complex Public Management Issue Knowledge (Senior Managers in Government Program, Kenned School of Government, Harvard University), Certified Industrial Production Officer, and Certified Resources Management Professional |

## Summary of Qualifications

Mr. Jacobs is responsible for managing the efforts of 200 plus individuals engaged in a variety of Information Assurance (IA) policy and planning, system design and enterprise architecture, implementation, evaluation and system assessment, computer forensics, and computer incident response team operations for a large number of Federal, State and Local government and commercial clients. These full lifecycle IA services are performed in accordance with best practices and are compliant with appropriate law and policy from the Federal Information Security Management Act (FISMA) of 2002 to the Defense Department's Defense Information Technology Certification and Accreditation Program (DITSCAP). Past clients include: SRA, Cyber and National Security Directorate, Department of Justice, Department of Interior, Department of Labor, Government Accounting Office, Defense Information Systems Agency, Executive Office of the President.

## Key Work Experience

*Program Management*

- Vice President (as of July 2005) and Director, Cyber and National Security Program, SRA International (October 2002-present). Responsible for managing the Information Assurance sector of SRA. Provides design and enterprise architecture support for Federal Information Technology (IT) systems. Evaluates and assesses federal IT systems for compliance with law and policy. Directs the IRS Computer Incident Response Capability (CIRC), which provides diagnostics and response to the IRS'IT systems. Operates and provides support to the operations of Federal IT systems' CIRC.
- Information Assurance Director, National Security Agency (December 1997-March 2002). Lead and directed the U.S. Government's National Security IA program, directing approximately 500 programs and fielding tens of thousands of cryptographic items. Directed the activities of +2500 people engaged in the design, development, implementation and support for Federal Government Information Security/Information Assurance systems. Designed and developed high grade cryptographic equipment and systems, assessment activities, certification and accreditation activities, implementation, maintenance and training, and lifecycle system support activities. Principally focused on those Federal information and communications systems which handled classified information, but also managed the full range of product and service offerings used by all departments and agencies in the Federal Government, as well as U.S. allies.
- Information Assurance Director, National Security Agency (December 1997-March 2002). Directed the development of legislative initiatives, and national and DoD policy in the furtherance of the IA mission, including: Government Information Security Requirements Act, Federal Information Security Management Act, National Security, Telecommunications and Information Systems Security Policy No. 11 (which established policy on the acquisition of commercial technology), DoD Directive 8500.1 (which established DOD policy on IA for the 21st century).
- Information Assurance Director, National Security Agency (December 1997-March 2002). Managed U.S. activity associated with evolution International Common Criteria evaluation methodology

(which defines the security characteristics of a product from a security standpoint in a common language so the products can be evaluated in a consistent manner leading to certification). Partnered with NIST in the creation of the National IA Partnership for the evaluation of commercial (COTS) products (in accordance with the Common Criteria). Promoted the Partnership's adoption in the international arena and worked with U.S. industry to get it accepted, resulting in a larger marketplace for commercial technology and their vendors (150-200 products in evaluation by this program today).

- Information Assurance Director, National Security Agency (December 1997-March 2002). Directed the establishment of and initiated the program to modernize the entire inventory of U.S. high-grade cryptographic systems, a ten year effort that will, when complete, see the wholesale design, development, and replacement of several million end items of the Government's high-grade cryptographic systems.
- Information Assurance Director, National Security Agency (December 1997-March 2002). Established the National Security Agency Centers of Excellence (COE) in Information Security Education Program: COEs for Scholarships, faulty and infrastructure development. This program, which promotes IA education throughout the country, are participating in the "Cyber Corps" initiative and directs millions of dollars to 50 Colleges and Universities nationwide who participate in "CyberCorp," a group of over 400 scholarship students studying IS at these centers who are slated to work for the Federal Government.
- Information Assurance Director, National Security Agency (December 1997-March 2002). Directed the establishment of the National Security Incident Response Capability (NSIRC) housed at NSA, which provides 24-hour diagnostics and response to the Federal government's national security IT systems, as well as gathering information from all elements of the national security community to generate analysis, warnings, and bulletins.
- Deputy Chief, Geopolitical and Military Reporting, June 1997 to December1997 and Deputy Associate Deputy Director, Military Support, February 1994 to June, 1997. Responsible for delivering intelligence to the military and civilian elements of the U.S. government and allies.
- Policy Analyst, Operations Manager, National Security Agency (June 1964-February 1994). Held a variety of management and technical positions in both the information security and signals intelligence mission areas. Served in Policy Analysis, Operations Management, Requirements Analysis, Program and Budget Analysis, Evaluation and System Assessment, Support Services, and Product Design and Manufacturing. Directed Information Systems Security production and control, policy and doctrine, and customer relations. Accumulated 38 years of expertise in the entire range of IA activities.

## Professional Experience

**SRA International, Inc.**, October 2002 to Present, *Director, Cyber and national Security Program*
**National Security Agency**, December 1997 to March 2002, *Information Assurance Director*