Trone et al v. Peanut Corporation of America Doc. 317 Att. 2

# EXHIBIT C

Dockets.Justia.com

# Kenneth C. Bass, III

## EDUCATION

| | |
|---|---|
| College | Duke University, Durham, North Carolina A.B.<br>Phi Beta Kappa, Omicron Delta Sigma<br>summa cum laude, major in chemistry, 1965 |
| Graduate | Yale University School of Medicine 1965-66<br>Withdrew in good standing to attend law school |
| | Yale University Law School LL.B., 1969<br>Order of the Coif<br>Board of Editors, Yale Law Journal |

## LEGAL PRACTICE EXPERIENCE

| | |
|---|---|
| 2002-present | Senior Counsel, Sterne, Kessler, Goldstein & Fox, P.L.L.C.<br>Washington, D.C |
| 1985-2002 | Partner, Venable, Baetjer, Howard & Civiletti<br>Washington, D.C. and McLean, Virginia |
| 1981-1985 | Partner, Reasoner, Davis & Fox<br>Washington, D.C. |
| 1979-1981 | Counsel for Intelligence Policy<br>U.S. Department of Justice, Washington, D.C. |
| 1977-1979 | Senior Attorney – Advisor, Office of Legal Counsel<br>U.S. Department of Justice, Washington, D.C. |
| 1974-1977 | Associated with Reasoner, Davis & Vinson<br>Washington, D.C. |
| December 1970-1974 | Associated with Paul, Weiss, Rifkind,<br>Wharton & Garrison, Washington, D.C. |
| July 1970 - December 1970 | Legislative Assistant Hon. E.Q. Daddario (D-Conn)<br>U.S. House of Representatives, Washington, D.C. |
| July 1969 - July 1970 | Law Clerk to Justice Hugo L. Black<br>U.S. Supreme Court, Washington, D.C. |

## TEACHING EXPERIENCE

| | |
|---|---|
| Sept. 1994 - Present | Adjunct Professor Law (Appellate Practice Seminar)<br>Georgetown University Law Center |

---

## BAR ADMISSIONS

Member of Virginia and D.C. Bars; admitted to practice in U.S. Supreme Court, Court of Appeals for the Federal Circuit, numerous federal Circuit Courts of Appeal, Virginia state and federal courts, District. of Columbia local and federal courts.

## PROFESSIONAL ACTIVITIES

Past-President and Fellow, American Academy of Appellate Lawyers; Founding Master and Membership Chair, Coke Appellate Practice Inn of Court; ABA Law and National Security Committee; American, Virginia, District of Columbia and Fairfax Bar Associations

Lecturer, National Association of Attorneys General, AIPLA, Fifth Circuit Annual Appellate Practice Seminar and numerous CLE and other presentations

Appointed Special Master in Washington Post v. Dept, of Defense, U.S. Dist. Ct., D.C. (FOIA case regarding Iran Hostage Rescue Mission files)

Advisor to U.S. Senate Judiciary Committee on Rehnquist, Scalia and Bork Supreme Court Nominations

Frequent congressional witness on National Security issues, particularly Foreign Intelligence Surveillance Act issues.

## PUBLICATIONS

Chapter 3 – United States Court of Appeals, **Appellate Practice – Virginia and Federal Courts (Third edition)**, Virginia CLE Publications, Virginia Law Foundation (2001)

“Secrecy on Trial”, *Washington Post*, September 17,2000, p. B7

Co-author, ABA Antitrust Section *Working Papers,* **"Review of Foreign Acquisitions Under the Exon-Florio Provision"** (1992)

"Spy Catching Is Not as Simple as You Think," *Washington Post,* June 15, 1986, p. F1

"Deja Vu, CIA-Wise," *New York Times,* Mar. 12, 1981, p. A23

*Right Approach, Wrong Implications: A Critique of McKean on Products Liability,* 38 U. CHIC. L. REV. 74 (Winter 1970) (with G. Calabresi)

---

## OTHER ACHIEVEMENTS

Created the first "hyperbrief," a format using interactive, online multi-media in 1996

Created the first law firm website (www.venable.com) in 1994

## ILLUSTRATIVE CASES

*Wal-Mart Stores. v. Samara Bros*., 529 U.S. 205 (1999)

*Seekonk Water Dist. v. Heritage Homes*., 454 U.S. 807(1981), 670 F.2d 1 (1st Cir. 1982)

*Pleasants v. Kendrick (In re Pleasants),* 219 F.3d 372, (4th Cir. 2000)

*Long v. Board of Governors*, 117 F.3d 1145 (10th Cir. 1997)

*Karn v. United States Dep't of State*, 107 F.3d 923, (D.C. Cir. 1997)

*Entre Computer Centers, Inc. v. FMG of Kansas City, Inc*., 819 F.2d 1279, (4th Cir. 1987)

*United States v. Truong Dinh Hung*, 629 F.2d 908 (4th Cir, 1980)

*Public Citizen v. Lockheed Aircraft Corp*., 565 F.2d 708 (D.C. Cir. 1977)

*United States v. Brawer*, 496 F.2d 703 (2d Cir. 1974)

*George Washington University Medical Center v. District of Columbia Bd. of Appeals & Review*, 530 A.2d 227 (D.C. C.A. 1987)

*Jefferson Federal Sav. & Loan Assoc. v. Berks Title Ins. Co*, 472 A.2d 893 (D.C.C.A. 1984)

*Arshack v. United States*, 321 A.2d 845 (D.C.C.A. 1974)

*Wilder v. Attorney Gen.,* 247 Va. 119 (1994)

*Commonwealth v. Smith,* 239 Va. 108 (1990)

*Mainstream Loudoun v. Board of Trustees of Library*, 24 F. Supp. 2d 552 (E.D. Va. 1998)

*Alaska Native Assoc. v. Morton*, 417 F. Supp. 459 (D.D.C. 1974)