Trone et al v. Peanut Corporation of America Doc. 320



ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,,

Plaintiffs,

v.

AT&T CORP., et al.,

Defendants.

No. C-06-0672-VRW

**CLASS ACTION**

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Courtroom: 6, 17th Floor
Judge: The Hon. Vaughn R. Walker, Chief Judge



Dockets.Justia.com

Pursuant to Civil Local Rules 7-11 and 79-5(d), and having considered Plaintiffs' motion for administrative relief, the Court HEREBY ORDERS that Plaintiffs may file a copy of "Plaintiffs' Demonstrative Presentation," submitted to the Court and served on Defendants at the June 23, 2006 hearing in this case, under seal.

IT IS SO ORDERED.

Dated _______________

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Vaughn R Walker
NORTHERN DISTRICT OF CALIFORNIA

_________________________
The Ho... ...lker
United ... ...istrict Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the following non-CM/ECF participants:

David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

By ______________/s/_______________________

Elena M. DiMuzio (SBN 239953)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6293
Facsimile: (415) 772-1753
elena.dimuzio@hellerehrman.com

HELLER EHRMAN LLP
ROBERT D. FRAM
MICHAEL M. MARKMAN
ETHAN C. GLASS
SAMUEL F. ERNST
NATHAN E. SHAFROTH
ELENA M. DIMUZIO
333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6000
415-772-6268 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT
MARIA V. MORRIS
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
THERESA M. TRABER (116305)
tmt@tvlegal.com
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/ 577-7079 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200
415/433-6382 (fax)