Trone et al v. Peanut Corporation of America Doc. 323



Roger Myers (CA State Bar No. 146164)
Rachel Matteo-Boehm (CA State Bar No. 146164)
Katherine Keating (CA State Bar No. 217908)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for CNET News.com
and California First Amendment Coalition

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIC KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.,<br><br>Defendants. | CASE NO. CV-06-0672-VRW<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION OF CNET NEWS.COM AND CALIFORNIA FIRST AMENDMENT COALITION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE<br><br>Date: June 23, 2006<br>Time: 9:30 AM<br>Place: Courtroom 6, 17th Floor<br>(Hon. Vaugn R. Walker)<br>Complaint Filed: January 31, 2006 |

Pursuant to Civil Local Rule 7-11, and good cause appearing, the Court hereby GRANTS the Motion of CNET News.com and California First Amendment Coalition for Leave to File Brief as Amici Curiae.

Dated:

The Hon
Chief U






Dockets.Justia.com