PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. AND AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C-06-0672-VRW<br><br><u>[PROPOSED] ORDER GRANTING DEFENDANT AT&T CORP.'S MOTION FOR A STAY OF PROCEEDINGS PENDING APPEAL</u><br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br>Date: September 14, 2006<br>Time: 2:00 p.m. |

On July 31, 2006, defendant AT&T Corp. moved to stay further proceedings pending the interlocutory appeal certified by this Court in its July 20, 2006 Order (Dkt. 308, "Order").



Dockets.Justia.com

On September 14, 2006, the motion duly came on for hearing before the Court. Having considered AT&T's motion, plaintiffs' opposition thereto, AT&T's reply and the oral arguments presented by counsel for the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The motion is hereby GRANTED.

2. Accordingly, all further proceedings in this action are hereby stayed pending appeal.

Dated: ______________________

______________________________________
Hon. Vaughn R. Walker
United States District Chief Judge