Trone et al v. Peanut Corporation of America Doc. 330

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TASH HEPTING, et al,                                        No   C-06-672 VRW

Plaintiffs,                                                 ORDER

v

AT&T CORPORATION, et al,

Defendants.
_________________________________/

Defendant AT&T Corp ("AT&T") has administratively moved, pursuant to Civ L R 7-11, for an interim stay pending the court's determination of motions by AT&T and the government for a stay of proceedings pending appeal.  Doc #310.

//

//

//

//

//

//

//

//

//

//

Dockets.Justia.com

Plaintiffs having filed an opposition to AT&T's motion, Doc #329, IT IS HEREBY ORDERED that:

All further proceedings in this litigation shall be stayed until further order of the court. AT&T's and the government's motions for a stay of proceedings pending appeal have been fully briefed, Doc ##315, 317, 324, and will be heard on August 8, 2006, at 2:00 pm. During the pendency of this interim stay, AT&T need not answer plaintiffs' amended complaint.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge