QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Timothy L. Alger (Bar No. 160303)
timalger@quinnemanuel.com
Leah J. Russin (Bar No. 225336)
leahrussin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for CondéNet Inc. and Wired News

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIC KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>AT&T CORP., et al.,<br><br>Defendants. | CASE NO. CV-06-0672-VRW<br><br>STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF PROPOSED INTERVENOR<br><br>Complaint Filed: January 31, 2006 |



Dockets.Justia.com

WHEREAS, Lycos, Inc. and Wired News moved to intervene and for an order unsealing documents in this action on May 23, 2006 (Docket No. 139);

WHEREAS, Lycos, Inc. and Wired News' motion was taken under submission by the Court after hearing on June 23, 2006 (Docket No. 281), and remains pending;

WHEREAS, on July 11, 2006, Lycos, Inc. sold Wired News to CondéNet Inc., an affiliate of Condé Nast Publications;

WHEREAS, Wired News remains a proposed intervenor, and the only effect of this Stipulation and Order is to substitute proposed intervenor CondéNet Inc., for proposed intervenor Lycos, Inc.;

//

//

//

THEREFORE, it is hereby stipulated and agreed by the undersigned parties that CondéNet Inc. shall be substituted for Lycos, Inc., for all purposes in this matter.

IT IS SO STIPULATED.

DATED: August 3, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Timothy L. Alger
Timothy L. Alger
Attorneys for CondéNet Inc. and Wired News

DATED: August 4, 2006

Pillsbury Winthrop Shaw Pittman, LLP

By /s/ Jacob R. Sorensen
Jacob R. Sorensen
Attorneys for AT&T Corp. and AT&T Inc.

DATED: August 4, 2006

Electronic Frontier Foundation, LLP

By /s/ Lee Tien
Lee Tien
Attorneys for the Electronic Frontier Foundation, LLP

DATED: August 4, 2006

United States Department of Justice

By /s/ Anthony Coppolino
Anthony Coppolino
Attorneys for the United States of America

## **ORDER**

CondéNet Inc. is hereby substituted as proposed intervenor, substituting for proposed intervenor Lycos, Inc.

IT IS SO ORDERED.

Dated:

______________________________
The Honorable Vaughn R. Walker
United States District Judge