**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## RECORD TRANSMITTAL FORM

**Date: July 12th, 2007**

**To:**

**Unites States Court of Appeals**
**405 West A Street, Suite 2000**
**San Diego, CA 92101**

**(X) Check here if record is being sent directly to a Judge**

**From: Northern District of California**

**DC No: _________C06-0672_________ Appeal No: ____06-17132________________**

**Short Title: __Hepting et al. v. AT & T Corp.______________________________**

**Composition of Record**

**Clerk's Files in ___1__ volumes () original ( ) certified copy**

**Bulky docs. ____ volumes (folders) docket#______________________________**

**Reporter's Transcripts in _________volumes ( ) original ( ) certified copy**

**Exhibits: in _________envelopes ( ) under seal**
**in _________boxes ( ) under seal**

**Other:__________________________________________________________________**

**(please note any documents filed under seal)**

**Acknowledgment:________________________________________ Date:_____________**

Dockets.Justia.com