# EXHIBIT 2

Dockets.Justia.com

**EXHIBIT A**

PERSONAL INFORMATION REDACTED FROM THIS PAGE

AT&T

Labs Connectivity & Net Services

# *SIMS*
# *Splitter Cut-In and Test Procedure*

*Issue 2, 01/13/03*

*Author: Mathew F. Casamassima*

**PAGES 11 AND 12**

**INTENTIONALLY OMITTED**

PERSONAL INFORMATION REDACTED FROM THIS PAGE

***SIMS - Splitter Test and Cut-In Procedure***
***Issue 2, 01/13/03***

*Mathew F. Casamassima,*

# 1. *Procedure Overview*

**A WMS Ticket will be issued by the AT&T Bridgeton Network Operation Center (NOC) to charge time for performing the work described in this procedure document.** At some point prior to the splitter cut-in being performed your office will be contacted by the Bridgeton Network Operations Center (NOC) to confirm the WMS Ticket has been received. Bridgeton NOC personnel will again contact OSWF the night of the cut to begin coordination. The work described in the procedure will be supported, on-site, by an IP Field Support Specialist (FSS) from the Day Tech organization.

This procedure covers the steps required to insert optical splitters into select live Common Backbone (CBB) OC3, OC12 and OC48 optical circuits. The splitter insertion will be accomplished by removing existing optical cross-connects and installing new cross-connects all within the CBB LGX complex. The optical splitters will be contained in a standalone cabinet located in the proximity of the CBB LGX complex. The splitters will be pre-cabled by an EF&I vendor to the rear of a dedicated LGX bay (LLGX13) within the CBB LGX complex. A partial installation and test of cross-connects can be done prior to the actual splitter cut-in. This portion of the work can be done outside the CBB maintenance window. An IP FSS member of the Day Tech organization will contact OSWF to schedule the pre-cut portion of the work. Section 2 of this document will describe the pre-cut installation of cross-connects and the pre-cut testing of the new circuit path. The actual cut-in of the splitter will be done during the CBB maintenance window and will be closely coordinated with the Bridge NOC and will be supported, on-site, by an IP FSS member of the Day Tech organization. The actual splitter cut-in is described in Section 3 of this document.

The number of cross-connects required and the final path the circuit will take is dependant on the location of the affected LGX bays within the multiple line-ups of the CBB LGX complex. This procedure will describe all possible splitter cut-in circuit paths. The procedure will also describe the procedures for testing each possible circuit path.

## 1.1. How to Use this Procedure

This procedure document is quite long. **It is not necessary to read this whole document to do the work.** There are 4 possible LGX arrange that may encounter. By reading section 1.2 below, determine which LGX arrangement applies to the circuit you are working. Then, after reading the introductory paragraphs in Sections 2 and 3, go directly to the subsections within Sections 2 and 3 associated with the LGX arrangement you are dealing with.

## 1.2. LGX Definition and LGX-Arrangement:

*LGX Definition:* There are multiple LGX bays affected by this procedure. Within the CBB LGX complex LGX bays follow a specific naming convention (LLGX 1, LLGX2, LLGX3, LLGX4, ....). This naming convention is uniform across sites. Since this document is designed to cover all sites, this uniform naming convention will be used here. Site-specific engineering will use the LGX FIC code rather than the naming. Prior to the start of the work described here the local IP FSS will label the LGX bays with the naming as presented in this document. The following are generic definitions for the LGX bays affected by this procedure:

**PAGES 14 THROUGH 52**

**INTENTIONALLY OMITTED**

EXHIBIT B

PAGES 55 THROUGH 59
INTENTIONALLY OMITTED

Figure 5 - Arrangement 3 - Circuit Connectivity – **Cut Night Measurements**
Network Facing & Router Facing LGX in 1st Line-Up / Splitter Facing LGX in 2nd Line-Up
Overhead View of Bays (**Applies to Circuits AGEC.671212, AGEC.622360, AGEC.622352, IVEC.517519, IVEC.578278, IVEC.502963, IVEC.547506, IVEC.509396, IVEC.597263, IVEC.502961, IVEC.502960 & IWEC.502947)**




Note: (1) The number of CORE/Transmission LGXs in the circuit may vary from circuit to circuit. (2) This arrangement also applies to circuit AGEC.242541 except the Router facing LGX is LLGX 5.

PAGES 61 THROUGH 73
INTENTIONALLY OMITTED

| Priority | Peering Link | Ckt Type | ID | AS Number | Circuit Comments | Router | Port | Circuit Engineering Change Order Issue Date | Circuit Engineering Complete Date Requested | Circuit Engineering Complete Date Actual | Splitter Pre-Test Date | Splitter In Circuit Date | Splitter Active Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ConXion | OC-3 | AGEC.622352 | 4544 | | sffca01ck | POS 1/3 | 1/22/2003 | 1/31/2003 | 1/22/2003 | 2/4/2003 | 2/6/2003 | | |
| 2 | Verio | OC-12 | IVEC.517519 | 2914 | | sffca01ck | POS 3/1 | 1/23/2003 | 1/31/2003 | 1/23/2003 | 2/4/2003 | 2/6/2003 | | |
| 3 | XO | OC-12 | JVEC.578278 | 2828 | | sffca01ck | POS 3/2 | 1/23/2003 | 1/31/2003 | 1/23/2003 | 2/4/2003 | 2/6/2003 | | |
| 4 | Genuity | OC-12 | IVEC.502963 | 1 | | sffca01ck | POS 3/3 | 1/23/2003 | 1/31/2003 | 1/23/2003 | 2/4/2003 | 2/6/2003 | | |
| 5 | Qwest | OC-12 | IVEC.547506 | 209 | | sffca01ck | POS 5/2 | 1/30/2003 | 2/7/2003 | 1/23/2003 | 2/11/2003 | 2/13/2003 | | |
| 6 | PAIX | OC-12 | IVEC.509396 | nap | | sffca01ck | POS 8/1 | 1/30/2003 | 2/7/2003 | 1/23/2003 | 2/11/2003 | 2/13/2003 | | |
| 7 | Allegiance | OC-12 | IVEC.597263 | 2548 | | sffca01ck | POS 8/3 | 1/30/2003 | 2/7/2003 | 1/24/2003 | 2/11/2003 | 2/13/2003 | | |
| 8 | Abovenet | OC-12 | IVEC.502961 | 6461 | | sffca01ck | POS 9/2 | 1/30/2003 | 2/7/2003 | 1/24/2003 | 2/11/2003 | 2/13/2003 | | |
| 9 | Global Crossing | OC-12 | IVEC.502960 | 3549 | | sffca01ck | POS 9/3 | | 2/14/2003 | | 2/18/2003 | 2/20/2003 | | |
| 10 | C&W | OC-48 | IWEC.502947 | 3561 | | sffca01ck | POS 2/0 | | 2/14/2003 | | 2/18/2003 | 2/20/2003 | | |
| 11 | UUNET | OC-48 | IWEC.509433 | 701 | | sffca02ck4 | POS 2/0 | | 2/14/2003 | | 2/18/2003 | 2/20/2003 | | |
| 12 | Level 3 | OC-48 | IWEC.509434 | 3356 | | sffca02ck4 | POS 3/0 | | 2/14/2003 | | 2/18/2003 | 2/20/2003 | | |
| 13 | Sprint | OC-48 | IWEC.509438 | 1239 | | sffca02ck4 | POS 11/0 | | 2/21/2003 | | 2/25/2003 | 2/27/2003 | | |
| 14 | Telia | OC-3 | AGEC.671212 | 1299 | | sffca01ck | POS 0/1 | | 2/21/2003 | | 2/25/2003 | 2/27/2003 | | |
| 15 | PSINet | OC-3 | AGEC.622380 | 174 | | sffca01ck | POS 0/2 | | 2/21/2003 | | 2/25/2003 | 2/27/2003 | | |
| 16 | Mae West | OC-3 | AGEC.242541 | nap | | sffca82ck | POS 2/5 | | 2/21/2003 | | 2/25/2003 | 2/27/2003 | | |

**EXHIBIT C**

PERSONAL INFORMATION REDACTED FROM THIS PAGE

AT&T

Labs Connectivity & Net Services

# Study Group 3
# LGX/Splitter Wiring
# San Francisco

Issue 1, 12/10/02

Author: Mathew F. Casamassima

# PAGE 78

# INTENTIONALLY OMITTED

## Study Group 3 LGX/Splitter Wiring, San Francisco
## Issue 1, 12/10/02

*Mathew F. Casamassima,*

### Cabinet Naming:

| Equipment | Name |
|---|---|
| Splitter Cabinet | SPC |
| LGX Cabinet | LXC |
| Meta Data Cabinet | MDC |
| Network Management Cabinet | NMC |
| Data Filter Cabinet | DFC |
| Juniper M40E Router Cabinet | JC |
| Sun V880 Cabinet | S8C |
| Sun 3800 Cabinet | S3C |
| Sun Storedge Cabinet | SSC |
| ADC Chassis For LGX | lxp |
| ADC Chassis For Splitter | spp |
| ADC Splitter Module | spl |
| ADC Bulkhead Module (LGX) | bk |
| Juniper M160 | jp |
| Juniper M40e | j4 |
| Narus STA 6400 | nr |
| Sun Fire V880/Narus Logic Server | s8 |
| Sun Fire 3800 | s3 |
| Sun StorEdge T3 | st |
| Sun StorEdge FC switch | sf |
| Cisco Catalyst 2924M-XL | cz |
| BayTech DS9 | b9 |
| BayTech RPC22 | bv |
| Brocade SilkWorm 2800 Switch | bz |
| Lucent LGX | LLGX |

AT&T Proprietary

**PAGES 80 THROUGH 120 INTENTIONALLY OMITTED**

## *Study Group 3 LGX/Splitter Wiring, San Francisco*
## *Issue 1, 12/10/02*

***Mathew F. Casamassima,***

### 01lxp SG3 LGX Panel to Splitter Cabinet Connectivity

| 01lxp SG3 LGX Panel Port (In SG3 Room) | Splitter Cabinet Destination | SG3 LGX Designation Card Text | Splitter End Fiber Label Text |
|---|---|---|---|
| 1 | 01spp/Slot 3/port 14 | RR 070177.04<br>01spp/Slot 3/port 14 | FROM: 060903.01<br>01lxp/JK 1<br>TO: 01spp/Slot 3/port 14 |
| 2 | 01spp/Slot 3/port 13 | RR 070177.04<br>01spp/Slot 3/port 13 | FROM: 060903.01<br>01lxp/JK 2<br>TO: 01spp/Slot 3/port 13 |
| 3 | 01spp/Slot 3/port 16 | RR 070177.04<br>01spp/Slot 3/port 16 | FROM: 060903.01<br>01lxp/JK 3<br>TO: 01spp/Slot 3/port 16 |
| 4 | 01spp/Slot 3/port 15 | RR 070177.04<br>01spp/Slot 3/port 15 | FROM: 060903.01<br>01lxp/JK 4<br>TO: 01spp/Slot 3/port 15 |
| 5 | 01spp/Slot 3/port 18 | RR 070177.04<br>01spp/Slot 3/port 18 | FROM: 060903.01<br>01lxp/JK 5<br>TO: 01spp/Slot 3/port 18 |
| 6 | 01spp/Slot 3/port 17 | RR 070177.04<br>01spp/Slot 3/port 17 | FROM: 060903.01<br>01lxp/JK 6<br>TO: 01spp/Slot 3/port 17 |
| 7 | 01spp/Slot 4/port 20 | RR 070177.04<br>01spp/Slot 4/port 20 | FROM: 060903.01<br>01lxp/JK 7<br>TO: 01spp/Slot 3/port 20 |
| 8 | 01spp/Slot 4/port 19 | RR 070177.04<br>01spp/Slot 4/port 19 | FROM: 060903.01<br>01lxp/JK 8<br>TO: 01spp/Slot 3/port 19 |
| 9 | 01spp/Slot 4/port 22 | RR 070177.04<br>01spp/Slot 4/port 22 | FROM: 060903.01<br>01lxp/JK 9<br>TO: 01spp/Slot 3/port 22 |
| 10 | 01spp/Slot 4/port 21 | RR 070177.04<br>01spp/Slot 4/port 21 | FROM: 060903.01<br>01lxp/JK 10<br>TO: 01spp/Slot 3/port 21 |
| 11 | 01spp/Slot 4/port 24 | RR 070177.04<br>01spp/Slot 4/port 24 | FROM: 060903.01<br>01lxp/JK 11<br>TO: 01spp/Slot 3/port 24 |
| 12 | 01spp/Slot 4/port 23 | RR 070177.04<br>01spp/Slot 4/port 23 | FROM: 060903.01<br>01lxp/JK 12<br>TO: 01spp/Slot 3/port 23 |
| 13 | 01spp/Slot 5/port B2 | RR 070177.04<br>01spp/Slot 5/port B2 | FROM: 060903.01<br>01lxp/JK 13<br>TO:01spp/Slot 5/port B2 |
| 14 | 01spp/Slot 5/port A2 | RR 070177.04<br>01spp/Slot 5/port A2 | FROM: 060903.01<br>01lxp/JK 14<br>TO:01spp/Slot 5/port A2 |
| 15 | 01spp/Slot 6/port B2 | RR 070177.04<br>01spp/Slot 6/port B2 | FROM: 060903.01<br>01lxp/JK 15<br>TO:01spp/Slot 6/port B2 |
| 16 | 01spp/Slot 6/port A2 | RR 070177.04<br>01spp/Slot 6/port A2 | FROM: 060903.01<br>01lxp/JK 16<br>TO:01spp/Slot 6/port A2 |

AT&T Proprietary

# PERSONAL INFORMATION REDACTED FROM THIS PAGE




*Mathew F. Casamassima,*


# Splitter to SG3 LGX Connectivity



PAGES 123 THROUGH 134
INTENTIONALLY OMITTED

DECLARATION OF SERVICE BY HAND-DELIVERY

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on April 5, 2006, declarant served by Hand-Delivery the DECLARATION OF MARK KLEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – FILED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 to the parties listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of April, 2006, at San Francisco, California.

Marzena Poniatowska

MARZENA PONIATOWSKA

**Counsel For Defendant(s)**

Bruce A. Ericson

Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
415/983-1000
415/983-1200(Fax)

**Counsel For Plaintiff(s)**

Cindy Cohn
Lee Tien
Kurt Opsahl
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
415/436-9333
415/436-9993(Fax)

Reed R. Kathrein
Jeff D. Friedman
Shana E. Scarlett
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
415/288-4545
415/288-4534(Fax)

Richard R. Wiebe
Law Office of Richard D. Wiebe
425 California Street, Suite 2025
San Francisco, CA 94104
415/433-3200
415/433-6382(Fax)