Trone et al v. Peanut Corporation of America Doc. 360

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

MDL Docket No 06-1791 VRW

ORDER

This Document Relates To:

Hepting et al v AT&T Corp et al, 06-0672
_____/

This order pertains to matters on the separate docket in this case that were filed before the establishment of the MDL docket in August 2006.

The motions at docket numbers 33, 38 and 48 pertain to documents that are filed under seal and will remain under seal. The clerk will therefore terminate these motions.

The motions for preliminary injunctive relief at docket numbers 16 and 229 are denied as moot.

The motion to compel the return of documents at docket number 219, previously denied, will be terminated.

Dockets.Justia.com

The motion to dismiss at docket number 79 will be terminated; it may be re-noticed upon remand of this case if the moving party so wishes.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

United States District Court
For the Northern District of California