Trone et al v. Peanut Corporation of America Doc. 365

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
ERIC A. SHUMSKY #206164
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for the AT&T, Cingular and BellSouth Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

This Document Relates To:

ALL ACTIONS except *Al-Haramain v. Bush* (07-109); *CCR v. Bush* (07-1115); *United States v. Farber* (07-1324); *United States v. Adams* (07-1323); *United States v. Palermino* (07-1326); *United States v. Volz* (07-1396); *United States v. Gaw* (07-1242); *Clayton, et al. v. AT&T Communications of the Southwest* (07-1187)

MDL Dkt. No. 06-1791-VRW

**JOINDER OF AT&T, CINGULAR AND BELLSOUTH DEFENDANTS IN UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION FOR AN ORDER TO PRESERVE EVIDENCE (Dkt. 386)**

Date: November 15, 2007
Time: 2:00 p.m.
Courtroom: 6, 17th Floor
Judge: Hon. Vaughn R. Walker



Dockets.Justia.com

The AT&T, Cingular and BellSouth Defendants (as defined in footnotes 3 and 5 of the Joint Case Management Statement, Dkt. 61-1) respectfully join the United States' Opposition to Plaintiffs' Motion for an Order to Preserve Evidence ("Opposition," Dkt. 386). For the reasons stated in the Opposition, this Court should deny Plaintiffs' Motion for Order to Preserve Evidence (Dkt. 373).

Dated: October 25, 2007.

PILLSBURY WINTHROP
SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By /s/ Bruce A. Ericson
Bruce A. Ericson

SIDLEY AUSTIN LLP
DAVID W. CARPENTER*
BRADFORD A. BERENSON*
DAVID L. LAWSON*
EDWARD R. MCNICHOLAS*
ERIC A. SHUMSKY
1501 K Street, N.W.
Washington, DC 20005

* admitted *pro hac vice*

By /s/ Bradford A. Berenson
Bradford A. Berenson

Attorneys for the AT&T, Cingular and BellSouth Defendants