Trone et al v. Peanut Corporation of America Doc. 367

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
CARL J. NICHOLS
Deputy Assistant Attorney General
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8470
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br><u>This Document Relates To</u>:<br><br>ALL CASES | **No. M:06-cv-01791-VRW**<br><br>**NOTICE OF MANUAL FILING**<br><br>Honorable Vaughn R. Walker |

**<u>MANUAL FILING NOTIFICATION</u>**

**Regarding:** Response of the United States to the Court's Order of November 6, 2007 Concerning Document Preservation

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____



Dockets.Justia.com

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): ______________________________________________

Dated: December 14, 2007

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Special Litigation Counsel

*/s/ Alexander K. Haas*
ALEXANDER K. HAAS (SBN 220932)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8470
tony.coppolino@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed the foregoing Notice of Manual Filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered with the CM/ECF system.

I further certify that on December 14, 2007, I served the underlying sealed document by first class mail on the following counsel.

CINDY A. COHN
LEE TIEN
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993

ROGER BALDWIN FOUNDATION OF ACLU
HARVEY GROSSMAN
ADAM SCHWARTZ
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 201-9760

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ELIZABETH J. CABRASER
BARRY R. HIMMELSTEIN
ERIC B. FASTIFF
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MOTLEY RICE LLC
RONALD MOTLEY
DONALD MIGLIORI
JODI WESTBROOK FLOWERS
JUSTIN KAPLAN
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

GEORGE & BROTHERS, L.L.P.
R. JAMES GEORGE, JR.
DOUGLAS BROTHERS
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499-0094

THE MASON LAW FIRM, PC
GARY E. MASON
NICHOLAS A. MIGLIACCIO
1225 19th St., NW, Ste. 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-22

MAYER LAW GROUP
CARL J. MAYER
66 Witherspoon Street, Suite 414
Princeton, New Jersey 08542
Telephone: (609) 921-8025
Facsimile: (609) 921-6964

BRUCE I AFRAN, ESQ.
10 Braeburn Drive
Princeton, NJ 08540
609-924-2075

LISKA, EXNICIOS & NUNGESSER
ATTORNEYS-AT-LAW
VAL PATRICK EXNICIOS
One Canal Place, Suite 2290
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 410-9611
Facsimile: (504) 410-9937

KRISLOV & ASSOCIATES, LTD.
CLINTON A. KRISLOV
20 North Wacker Drive
Suite 1350
Chicago, IL 60606
Telephone: (312) 606-0500
Facsimile: (312) 606-0207

Steven E. Schwarz
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone: (773) 837-6134

Ann Brick
Nicole A. Ozer
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Peggy A. Whipple
Jennifer Heintz
P.O. BOX 360
Jefferson City, MO 65102

Laurence F. Pulgram
Jennifer L. Kelly
Candace Morey
Aaron Perzanowski
Fenwick & West LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Shayana Kadidal
Michael Ratner
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012-2317
Phone: (212) 614-6438
Fax: (212) 614-6499
Email: kadidal@ccr-ny.org

Ilann Maazel
Matthew D. Brinckerhoff
Emery Celli Brinckerhoff & Abady LLP
545 Madison Avenue, 3rd Floor
New York, NY 10022
Tel: (212) 763-5000
Fax: (212) 763-5001

Steven Goldberg, OSB 75134
621 SW Morrison, Suite 1450
Portland, OR 97205
5032242372 - Fax 503.2241123

Thomas H. Nelson
Zaha S. Hassan
J. Ashlee Albies
Thomas H. Nelson & Associates
825 NE Multnomah, Suite 925
Portland, OR 97232
503230.8311 - Fax 503230.8313

Jon B. Eisenberg
1970 Broadway, Suite 1200
Oakland, CA 94612
5104522581- Fax 5104523277

Lisa R Jaskol
15760 Ventura Blvd., 18th Flr.
Encino, CA 91436
818995.5820 - Fax 818.995.3157

Seth R. Klein
Schatz Nobel Izard, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel.: 860-493-6292
Fax: 860-493-6290

Bill Vallée
Principal Attorney
State of Connecticut
Office of Consumer Counsel
10 Franklin Square
New Britain, CT 06051

Tatiana Eirmann
10 Franklin Square
New Britain CT
Phone: (860) 827-2620
Fax: (860)827-2893

Bradford A. Berenson
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8971
(202) 736-8711 (fax)

John A. Rogovin
WilmerHale
1875 Pennsylvania Avenue NW
Washington, DC 20006
+1 202 663 6270 (t)
+1 202 663 6363 (f)

Michael N. Donofrio
Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
(802) 828-6906

Christopher Zaetta
Hogan & Hartson LLP
Columbia Square, 555 Thirteenth Street, NW,
Washington, DC 20004

Linda J. Conti
Assistant Attorney General
Six State House Station
Augusta, Maine 04333-0006
Tel. (207) 626-8800
Fax (207) 624-7730

Patrick DeAlmeida
Assistant Attorney General
25 Market Street
PO BOX 112
Trenton, NJ 08625-0112

Gil Greenman
Williams & Connolly LLP
725 12th St. NW
Washington, DC 20005
(202) 434-5086
Fax - (202) 434-5029

BY: *<u>/s/ Alexander K. Haas</u>*

Alexander K. Haas (SBN 220932)
Trial Attorney, United States Department of Justice
202-307-3937—alexander.haas@usdoj.gov