Trans et al v. Peanut Corporation of America

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
ERIC A. SHUMSKY #206164
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Counsel for the AT&T, Cingular and BellSouth Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>C-06-0672-VRW; C-06-3467-VRW; C-06-3596-VRW; C-06-5065-VRW; C-06-5067-VRW; C-06-5268-VRW; C-06-5269-VRW; C-06-5340-VRW; C-06-5343-VRW; C-06-5452-VRW; C-06-5485-VRW; C-06-5576-VRW; C-06-6222-VRW; C-06-6224-VRW; C-06-6253-VRW; C-06-6254-VRW; C-06-6294-VRW; C-06-6385-VRW; C-06-6387-VRW; C-06-6570-VRW; C-06-6924-VRW; C-06-7934-VRW; C-07-0464-VRW; C-07-1187-VRW; C-07-1242-VRW; C-07-1243-VRW; C-07-1324-VRW; C-07-1326-VRW; C-07-1396-VRW; C-07-2029-VRW; C-07-2538-VRW | MDL Dkt. No. 06-1791-VRW<br><br>**PROOF OF SERVICE BY E-MAIL** |



Dockets.Justia.com

Docket No. No. 06-1791 VRW

PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I, Brendan J. McMurrer, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Sidley Austin LLP, in Washington D.C.

2. My email and business addresses are bmcmurrer@sidley.com; 1501 K Street, N.W., Washington, D.C. 20005.

3. On December 14, 2007, at 1501 K Street, N.W., Washington, D.C. 20005, at approximately 7:00 p.m., I served a true copy of the attached document titled exactly STATEMENT OF COUNSEL FOR AT&T, CINGULAR AND BELLSOUTH IN RESPONSE TO THE COURT'S INTERIM ORDER ON PRESERVATION OF DOCUMENTS (DKT. 393) by sending it via electronic transmission to the following persons at the electronic-mail addresses so indicated:

**Anthony Coppolino**
**tony.coppolino@usdoj.gov**
**Special Litigation Counsel for the United States**

**John Rogovin**
**Wilmer Cutler Pickering Hale & Dorr LLP**
**john.rogovin@wilmerhale.com**
**Attorney for Verizon Communications Inc., Verizon Global Networks Inc., and MCI, LLC**

**John G. Kester**
**WILLIAMS & CONNOLLY LLP**
**jkester@wc.com**
**Attorney for Sprint Nextel Corp., Sprint Communications Co. L.P, Sprint Spectrum L.P. and Nextel West Corp.**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of December, 2007, at Washington, D.C..

Brendan J. McMurrer