Trone et al v. Peanut Corporation of America Doc. 370



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:
NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION,

This relates to:
C06-0672 Tash Hepting et al v AT&T Corporation, et al.

C07-0109 Al-Haramain Islamic Foundation Inc. et al v George W Bush, et al

______________________________________/

MDL No. 06-1791 VRW

**CLERK'S NOTICE**

YOU ARE NOTIFIED THAT a Case Management Conference has been scheduled for the above actions on **February 7, 2008 at 10:00 a.m.** Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: January 25, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: Cora Klein
Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker

Dockets.Justia.com