Trone et al v. Peanut Corporation of America Doc. 371

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 307-3937
Fax: (202) 616-8470/(202) 616-8202
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates to:<br><br>All Actions | **No. M:06-cv-01791-VRW**<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Please take notice that, due to a change in employment, Andrew H. Tannenbaum is no longer counsel of record for the United States in these proceedings. Please withdraw Mr. Tannenbaum's appearance and continue to serve the other counsel of record for the United States in the manner described in their Notices of Appearance.



Dockets.Justia.com

DATED: February 5, 2008

Respectfully Submitted,


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Special Litigation Counsel

*s/ Andrew H. Tannenbaum*
ANDREW H. TANNENBAUM
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530
Phone: (202)514-4263
Email: andrew.tannenbaum@usdoj.gov