# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE: February 7, 2008**

**COURTROOM DEPUTY:** Cora Klein **Court Reporter:** Connie Kuhl

**MDL NO. 06-7191 VRW**

**TITLE: IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION**

**This relates to:**
**C06-0672 VRW Tash Hepting et al v AT&T Corp et al,**
**C07-0109 VRW Al-Haramain Islamic Fdn Inc et al v George W. Bush et al,**

**COUNSEL FOR PLAINTIFF:**
Jon Eisenberg - Al-Haramain plaintiffs
Cindy Cohn - Hepting plaintiffs
Barry Himellstein - Verizon plaintiffs
Richard Wiebe, Ann Brick
Vincent Parrett

**COUNSEL FOR DEFENDANT:**
Anthony Coppolino for the govt
Bruce Ericson - AT&T
Henry Weissmann
Eric Shumsky

**PROCEEDINGS:**
CMC
Status Conference

**RESULTS:**
Further briefing re 1806(f) in Al-Haramain case only.
Amici were permitted to file their briefs.
Schedule: File brief : 3/14/08
Opposition: 3/28/08
Reply: 4/14/08
Hearing: 4/23/2008 at 10:00 a.m.
Filing of the briefs limited to the master MDL case and the individual case only.
Page limitation has been set by the court to up to 40page limit.

Dockets.Justia.com