Trone et al v. Peanut Corporation of America Doc. 375

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

VAUGHN R. WALKER
United States District Chief Judge

DATE: September 12, 2008

COURTROOM DEPUTY: Cora Klein Court Reporter: Debra Pas

**CASE NO. MDL NO. 06-1791 VRW**

**In Re NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION**

This relates to:
C07-0109 Al Haramain Foundation et al v George Bush et al
C06-0672 Tash Hepting et al v AT&T Corp et al, And related Carrier Cases

COUNSEL FOR PLAINTIFFS:
C07-0109 Al Haramain Foundation et al v George Bush et al
Jon Eisenberg, Steven Goldberg
C06-0672 Tash Hepting et al v AT&T Corp et al And related Carrier Cases: Verizon, MCI, Sprint Nextel.
Cindy Cohn, Kurt Opsahl, Barry Himmelstein, Vince Parrett, Ann Brick, Peggy Whipple
James Wheaton for First Amendment Project Media Alliance potential intervenor. .

COUNSEL FOR DEFENDANTS:
Anthony Coppolino for the United States.
Bradford Berenson, Bruce Ericson, Samir Jain, John Kester, Gilbert Greenman, Henry Weissmann

PROCEEDINGS:
Case management conference .

SCHEDULE:
Al-Haramain and Telecomm Cases:
Def's file motion to dismiss or for summary judgment - 9/30/08
Plas' file motion for discovery under 1806 (f) - 9/30/08
Pla's file opposition to def's motion to dismiss/sj - 10/23/08
Def's file opposition to pla's motion for discovery (1806(f)) - 10/23/08
File reply memorandum - 11/14/08
Hearing: 12/2/2008 at 10:00 a.m.

Page limits:
Government - 25,30,30 = total 85 pages.
Plaintiffs - 40, 45 = total 85 pages.

Dockets.Justia.com