Trone et al v. Peanut Corporation of America Doc. 376

# MEMORANDUM

TO: Office of the Clerk
United States District Court for the Northern District of California

FROM: Chambers of Hon. M. Margaret McKeown
United States Court of Appeals for the Ninth Circuit
401 W. A Street, Suite #2000
San Diego, CA 92101

DATE: September 15, 2008

RE: Al-Haramain Islamic Foundation v. Bush
No. 06-36083
D.C. No. CV-07-00109-VRW

Hepting v. AT&T Corp.
Nos. 06-17132, 06-17137
D.C. No. CV-06-00672-VRW

---

The record in the above-referenced case is being returned to you. Thank you.

1 Box, containing:
Clerk's Files in 1 Folder
Reporter's Transcripts in 1 Folder
Exhibits in 1 Folder

Total Number of Folders: 2

FILED
SEP 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

cc: Records Department **fax** (415) 355-8559
Office of the Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

S:\Calendars Pre-2008\2007-CALENDARS\2007-08 Calendar\Hepting and Al-Haramain\06-17132 record return to NDCA wpd

Dockets.Justia.com