Trone et al v. Peanut Corporation of America Doc. 377

**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

TASH HEPTING, on Behalf of Himself and All Others Similarly Situated; GREGORY HICKS; ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated; CAROLYN JEWEL on Behalf of Herself and All Others Similarly Situated; BENSON B. ROE, Plaintiff in related case no. C-06-03467 MMC,
*Plaintiffs-Appellees,*

and

WIRED NEWS; CONDENET INC.,
*Intervenors,*

v.

AT&T CORPORATION,
*Defendant-Appellant,*

and

AT&T, INC.,
*Defendant,*

UNITED STATES OF AMERICA,
*Defendant-Intervenor.*

No. 06-17132

D.C. No.
CV-06-00672-VRW



Dockets.Justia.com

| | |
|---|---|
| TASH HEPTING, on Behalf of Himself and All Others Similarly Situated; GREGORY HICKS, ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated; CAROLYN JEWEL, on Behalf of Herself and All Others Similarly Situated; BENSON B. ROE, Plaintiff in related case no. C-06-03467 MMC, *Plaintiffs-Appellees,* v. AT&T CORPORATION; AT&T, INC., *Defendants,* and UNITED STATES OF AMERICA, *Defendant-Intervenor-Appellant.* | No. 06-17137 D.C. No. CV-06-00672-VRW Northern District of California, San Francisco ORDER |

Filed August 21, 2008

Before: Harry Pregerson, Michael Daly Hawkins, and M. Margaret McKeown, Circuit Judges.

**ORDER**

In light of the FISA Amendments Act of 2008, Pub. L. No. 110-261, we remand this case to the district court. We retain jurisdiction over any further appeals.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted © 2008 Thomson Reuters/West.