UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 15 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| TASH HEPTING, on Behalf of Himself and All Others Similarly Situated; GREGORY HICKS; ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated; CAROLYN JEWEL on Behalf of Herself and All Others Similarly Situated BENSON B. ROE, Plaintiff in related case no. C-06-03467 MMC,<br><br>Plaintiffs - Appellees,<br><br>and<br><br>WIRED NEWS; CONDENET INC.,<br><br>Intervenors,<br><br>v.<br><br>AT&T CORPORATION,<br><br>Defendant - Appellant,<br><br>and<br><br>AT&T, INC.,<br><br>Defendant,<br><br>UNITED STATES OF AMERICA,<br><br>Defendant-intervenor. | No. 06-17132<br>D.C. No. CV-06-00672-VRW<br>Northern District of California, San Francisco<br><br>**MANDATE** |
| TASH HEPTING, on Behalf of Himself and All Others Similarly Situated; | No. 06-17137<br>D.C. No. CV-06-00672-VRW |

Dockets.Justia.com

GREGORY HICKS; ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated; CAROLYN JEWEL on Behalf of Herself and All Others Similarly Situated BENSON B. ROE, Plaintiff in related case no. C-06-03467 MMC,

Plaintiffs - Appellees,

v.

AT&T CORPORATION; AT&T, INC.,

Defendants,

and

UNITED STATES OF AMERICA,

Defendant-intervenor - Appellant.

Northern District of California, San Francisco

**MANDATE**

The judgment of this Court, entered 08/21/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Theresa Benitez
Deputy Clerk