Trone et al v. Peanut Corporation of America Doc. 379

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (Bar No. 145997)
cindy@eff.org
LEE TIEN (Bar No. 148216)
tien@eff.org
KURT OPSAHL (Bar No. 191303)
kurt@eff.org
KEVIN S. BANKSTON (Bar No. 217026)
bankston@eff.org
CORYNNE MCSHERRY (Bar No. 221504)
corynne@eff.org
JAMES S. TYRE (Bar No. 083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415-436-9333
Facsimile: 415-436-9993

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., et al.<br><br>Defendants. | No. C-06-00672-VRW<br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF HELLER EHRMAN LLP AS COUNSEL FOR PLAINTIFFS TASH HEPTING, ET AL.**<br><br>**CIVIL LOCAL RULES 7-12 & 11-5(A)**<br><br>Judge: The Hon. Vaughn R. Walker<br>Date: N/A<br>Courtroom: 6, 17th Floor |



Dockets.Justia.com

## STIPULATION

Plaintiffs, by and through their counsel the Electronic Frontier Foundation ("EFF"), and the law firm of Heller Ehrman LLP, ("Heller Ehrman") hereby stipulate as follows:

Whereas, Heller Ehrman and EFF have represented Plaintiffs in this action as co-counsel, and Heller Ehrman must now withdraw as counsel of record for Plaintiffs; and

Whereas, the EFF will continue to represent Plaintiffs in this action; and

Whereas, all parties to this action are notified of this withdrawal through the electronic filing of this stipulation and proposed order;

IT IS THEREFORE STIPULATED, pursuant to Rules 7-12 and 11-5(a) of the Civil Local Rules of the United States District Court for the Northern District of California, that Heller Ehrman may and hereby does withdraw as counsel for Plaintiffs in this action.

DATED: September 29, 2008

Respectfully submitted,

HELLER EHRMAN LLP
ROBERT D. FRAM (SBN 126750)
robert.fram@hellerehrman.com
MICHAEL M. MARKMAN (SBN 191388)
michael.markman@hellerehrman.com
SAMUEL F. ERNST (SBN 223963)
NATHAN SHAFROTH (SBN 232505)
ELENA DIMUZIO (SBN 239953)
333 Bush Street
San Francisco, CA 94104
Telephone: 415-772-6000
Facsimile: 415-772-6268

/s/ Robert D. Fram
ROBERT D. FRAM

Attorneys for Plaintiffs

DATED: September 29, 2008

Respectfully submitted,

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
CORYNNE MCSHERRY
JAMES S. TYRE
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333

/s/ Cindy Cohn
CINDY COHN

Attorneys for Plaintiffs

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_________________

_______________________________
VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE