Trone et al v. Peanut Corporation of America Doc. 384

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
KURT OPSAHL (191303)
KEVIN S. BANKSTON (217026)
JAMES S. TYRE (083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333; Fax: 415/436-9993

RICHARD R. WIEBE (121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200; Fax: 415/433-6382

THOMAS E. MOORE III (115107)
tmoore@moorelawteam.com
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301
Telephone: 650/798-5352; Fax: 650/798-5001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

AT&T CORP.,*et al.*,

Defendants.

CASE NO. C-06-0672-VRW

**[PROPOSED] ORDER DEEMING CASES RELATED AND ASSIGNING *JEWEL* TO MDL DOCKET NO 06-1791 VRW, IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION**

CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

NATIONAL SECURITY AGENCY, *et al.*,

Defendants.

CASE NO. C-08-4373-CRB

[N.D. CAL Civ. L.R. 3-12, 7-11]

Dockets.Justia.com

# RELATED CASE ORDER

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs in the case of *Jewel, et al. v. National Security Agency, et al.*, No. C-08-4373-CRB (the "*Jewel* case") have filed an Administrative Motion to Consider Whether Cases Should Be Related urging that the *Jewel* case be deemed related to *Hepting, et al. v. AT&T Corp., et al.,* No. C-06-0672-VRW (the "*Hepting*" case).

The Court finds that the *Jewel* case and the *Hepting* case **ARE RELATED** as defined by Rule 3-12. The Clerk of the Court is ordered to reassign the later filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **VRW** immediately after the case number. All matters presently scheduled for hearing in the reassigned case – including specifically the January 9, 2009 Initial Case Management Conference and deadlines associated therewith – are vacated and must be re-noticed for hearing before the undersigned.

The Court additionally assigns the *Jewel* case as a tag-along action to *In re National Security Agency Telecommunications Records Litigation*, MDL No. M:06-cv-01791-VRW, a proceeding in which the *Hepting* case is already included, as such assignment requires no action on the part of the Judicial Panel on Multidistrict Litigation under Rule 7.5(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

DATED: October __, 2008

______________________________

Hon. Vaughn W. Walker
United States District Chief Judge