United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:
NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION,

This relates to:
MDL Telecom Carriers Cases including Hepting V AT&T (06-0672 VRW).

Al-Haramain et al v George Bush (07-0109 VRW).
_____________________________________/

**MDL No. 06-1791 VRW**

**CLERK'S NOTICE** re December 2, 2008

Hearing Schedule

TO ALL PARTIES AND COUNSEL OF RECORD;

YOU ARE NOTIFIED THAT the Court has set the following schedule:

**December 2, 2008 - Hearing at 10:00 a.m.**

**MDL Telecom Carrier Cases (including Hepting v AT&T (06-0672 VRW)**

1. Govt's motion to dismiss or for Summary Judgment.

**December 2, 2008 - Hearing at 2:00 p.m.**

**Al-Haramain et al v George Bush (07-0109 VRW)**

1.Govt's motion to dismiss or for Summary Judgment.

2. Plaintiffs' Motion for Discovery under FISA Section 1806(f).

Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Dated: November 24, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: Cora Klein
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

Dockets.Justia.com