**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

# CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE: December 2, 2008**

**COURTROOM DEPUTY:** Cora Klein **Court Reporter:** Sahar McVickar

**MDL NO. 06-1791 VRW IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION**

**This relates to:**

**C06-0672 Tash Hepting et al v AT&T Corp et al**

**And Related Carrier Cases**

ATTORNEYS:

PLAINTIFFS:
Richard Wiebe
Cindy Cohn, Kurt Opsahl
Kevin Bankston, James Tyre
A Antaramian, Lee Tien
Harvey Grossman
Barry Himmelstein

DEFENDANTS:
Carl Nichols, Anthony Coppolino
Randolph Moss, Brian Boynton
Brad Berenson, Eric Shumsky
Bruce Ericson, Marc Axelbaum
John Kester, George Hicks

PROCEEDINGS:

1. Motion to Dismiss filed by Defendants.
2. Motion for Summary Judgment filed by Defendants.

RESULT:

The court heard argument from counsel.
The matter has been submitted.
The court to issue written order.

Dockets.Justia.com